UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-313 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Karen L. Litkovitz |
| ANNETTE CHAMBERS-SMITH, *et al*., | : | |
| Defendants. | : | |

# DEFICIENCY ORDER

Plaintiff, a pro se inmate, has filed a motion for leave to proceed *in forma pauperis* in connection with a civil rights complaint. (Doc. 1). Plaintiff's complaint, however, names 44 defendants and consists of a form complaint, with a single-spaced attachment, which is 52-pages long. (Doc. 1-3).

Plaintiff's complaint fails to comply with Fed. R. Civ. P. 8(a), which provides that the complaint contain a "short and plain statement of the claim." Although complaints may be dismissed for lack of compliance with Rule 8, *cf. Shabazz v. Xerox*, No. 1:14cv578, 2014 WL 4181600, at *1, *3 (S.D. Ohio Aug. 21, 2014) (Beckwith, J.; Bowman, M.J.) (and cases cited therein), the undersigned will provide the plaintiff with the opportunity to file an amended complaint that conforms with Rule 8(a).

Accordingly, if plaintiff wishes to proceed in this action, he is **ORDERED** to file an amended complaint, **which must not exceed 20 pages in length**, setting forth in clear, short and concise terms the names of each defendant, the specific claims for relief attributable to each defendant, and the factual allegations supporting each such claim within **thirty (30) days)**. As

required by S.D. Ohio Local Rule 5.1, the amended complaint should be legible and **double-spaced**. Further, pursuant to Fed. R. Civ. P. 20(a)(2), the factual allegations and claims must arise out of the same transaction or occurrence. If plaintiff wishes to seek relief based on unrelated claims he must do so in separate actions.

Plaintiff is advised that his failure to comply with this Deficiency Order shall result in the dismissal of this action for want of prosecution.

Finally, any motions for extension of time must be filed within **thirty (30) days** of the date of the Deficiency Order. All motions for extension of time must be accompanied by a notarized statement or declaration complying with 28 U.S.C. § 1746 setting forth the date Plaintiff placed the motion in the prison mail system and stating that first class postage was prepaid. If Plaintiff does not receive the Deficiency Order within thirty (30) days, his motion for extension of time must also be accompanied by a notarized statement or declaration complying with 28 U.S.C. § 1746 setting forth the date he received the Deficiency Order.

**IT IS SO ORDERED.**

June 8, 2022

KAREN L. LITKOVITZ
United States Magistrate Judge