OFFICE OF THE CLERK

RECEIVED
JUN 16 2022
RICHARD W. NAGEL
Clerk of Court

6-13-2022

In the case Feaster v. Cincinnati Chambers-Smith et al case number 1:22-cv-00313.

The Plaintiff, Terrance J. Feaster received a Deficiency Order entered on 6-8-2022 by Magistrate Judge Karen L. Litkovitz demanding the Original Complaint be Amended to conform with Federal Civil Rules which the plaintiff has completed but currently awaits A/C withdrawal processing for postage purposes. In the stated order it states claims that arise unrelated to the Amended complaint must be filed in seperate actions. The Plaintiff now requests (2) Seperate In Forma Pauperis, and 42 U.S.C.S § 1983 Pro Se' packets to file the unrelated claims to this action seperately.

Respectfully Submitted,

June 13, 2022

Terrance J. Feaster
Plaintiff Pro Se'

