OFFICE OF THE CLERK

U.S. DISTRICT COURT

S.D. OF OHIO / 100 EAST FIFTH ST. RM. 103

Cincinnati, OH 45202

8/8/2022

Dear Clerk,

I would at this time request as the plaintiff in the Case No. 1:22-CV-313, Time stamped copies of the Amended Complaint and enclosed is a institutional check in the amount of $11.00 for payment of the requested copies.

I would also like to advise this office of the change of address as I have been transferred to another facility and any filings or documents in the above mentioned case shall be sent to:

    Terrance J. Feaster #551840
    O.S.P.
    878 Coitsville-Hubbard Rd.
    Youngstown, OH 44505

Sincerely and Respectfully,

Terrance J. Feaster

Query   Reports   Utilities   Help   Log Out

**1:22-cv-00313-MRB-KLL** Feaster v. Chambers-Smith et al
Michael R. Barrett, presiding
Karen L. Litkovitz, referral
Date filed: 06/02/2022
Date of last filing: 06/24/2022

# Sorry, no attorney found for case 1:22-cv-00313-MRB-KLL

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/15/2022 13:42:43 | | | |
| PACER Login: | daisymae | Client Code: | |
| Description: | Attorney List | Search Criteria: | 1:22-cv-00313-MRB-KLL |
| Billable Pages: | 1 | Cost: | 0.10 |

Terrance J. Feaster #551840
O.S.P.
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

CLEVELAND OH 440
11 AUG 2022 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO 45202

Legal Mail

45202-419299

Legal Mail

**U.S. Department of Justice**
United States Attorney's Office
*Southern District of Ohio*

221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202

OFFICIAL BUSINESS



US District Court
100 East 5th Street, Room 103
Cincinnati, OH 4202

ATTN: Clerk

452023976 C023