UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

FILED
RICHARD W. NAGEL
CLERK OF COURT

22 SEP -2 AM 10: 30

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

TERRANCE J. FEASTER,

Plaintiff,

vs.

ANNETTE CHAMBERS SMITH, et al.,

Defendant,

Case No. 1:22-CV-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

MOTION FOR APPOINTMENT OF COUNSEL

---

Plaintiff, Terrance J. Feaster, acting in forma pauperis as a pro se litigant moves for an order appointing counsel to represent him in this instant case pursuant to 28 U.S.C. 1915(e)(1). Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. Plaintiff has recently been transferred to another prison in a different district yet has other viable claims in relation to the case at bar that he may pursue on account severe injuries and constitutional violations incurred while he was

incarcerated at the Southern Ohio Correctional Facility. The plaintiff contends that the repetitous acts of retaliation for simply utilizing the grievance procedure coincides with other filings he may bring to the court's attention and that other factors allude to the consistencies in each case and claims. The plaintiff expresses that the blatant violations were so aggrieved that he feared for his life as well as others incarcerated currently at the (S.O.C.F)

4. Plaintiff continues to make efforts to obtain a lawyer, to no avail.

WHEREFORE, Plaintiff requests that the court appoint counsel in the case at bar for the reasons stated.

Respectfully Submitted,
August 15th, 2022

Terrance J. Feaster
#551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion to Appoint Counsel was sent to the OFFICE OF THE CLERK, U.S. DISTRICT COURT, S.D. OF OHIO, 100 EAST FIFTH ST. RM. 103, CINCINNATI, OHIO 45202 by regular U.S. Mail on this 25th day of August 2022.

Terrance J. Feaster Pro Se'

Terrance J. Feaster #557840
278 Coitsville-Hubbard Rd.
Youngstown, OH 44505

CLEVELAND OH 440
31 AUG 2022 PM 5 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

45202-397699