U.S. District Court For S.D.   November 27th, 2022  pg. 1 of 2
100 East Fifth Street RM. 103
Cincinnatti, Ohio 45202

Dear R. Nagel, Clerk of Court,

I, Terrance J. Feaster, as a Pro Se plaintiff in case NO. 1:22-CV-313 would now present and submit the enclosed documents and Exhibits into evidence in the above mentioned matter.

In accordance to the P.L.R.A. the enclosed Exhibits A-H are true to Fact the process in which the Ohio Department of Rehabilitation and Corrections Grievance System consists of and to the best of my ability I have completed every stage of both the disciplinary appeal process and Grievance Procedure.

Also note enclosed are other relevant material such as Public Records requests and Declaratory Statement which are concurrent with facts associated with the cited case.

\* I would also as the plaintiff in this case request a documented payment statement sent to this court dated October 11th, 2022 of a payment in the amount of $20.00 payable toward the initial filing fee in

this action, I make this request per my own record/Documentation purposes.

Please enter these enclosed documents into evidence and upon processing I request any available docket information for this filing sent to the address below and any questions or concerns may also be referred to this address.

Sincerely and Respectfully,

Terrance J. Feaster
#551840
(O.S.P.)
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505