Exhibit A:

(1) — unauthorized Altered Informal Complaint Resolution Initiated against Defendant B. Crank (Retaliation claim)

(2) — Declaratory Statement from prisoner Russell Adkins #749-982 who was housed in a cell next to the plaintiff the day of (Retaliation Claim)

Admin
(./News.aspx)

Money
(./MoneyRedirect.aspx)

Communications
(./CommunicationBuckets.aspx)

Mail
(./MailO.aspx)

Video Connect
(./JVisitMain.aspx)

Intel
(./Investigations.aspx)

Sgn
Out

**Communications**

Communication Buckets
(CommunicationBuckets.aspx)

Reports
(CommunicationReport.aspx)

Search (GrievanceSearch.aspx)

Create Communication

(GrievanceNewForm.aspx)

Print Communications
(GrievanceNewForm.aspx)

(GrievanceInbox.aspx?page=print)

Restrict Inmate Form Use
(CommInmateFormRestriction.aspx)

## Ref# SOCF1121001041

← Back

| Case Details | Perform Actions | Attachments (0) | Admin Notes (0) | Case Logs | Inmate History |

### Case Details

| | | | |
|---|---|---|---|
| Inmate Name: | FEASTER, TERRANCE | Form Type: | Informal Complaint |
| Inmate ID#: | a551840 | Time Left: | |
| Loc./Housing: | SOCF DL654 | Curr. Status: | Closed |
| Kiosk ID#: | K_OHSOCF014 | Assigned to: | Clark, Darrold |
| Created On: | 11/28/2021  9:35 AM | Last Modified: | 11/29/2021 11:20:20 AM |

**Form Type:** Informal Complaint

**Subject:** Library

**Description:** Denied access

### Inmate Communications

Inmate    Staff    Case Action

Original Complaint:

On 11/24/21  at around 8:00pm Officers ment an crank of L6 dilieberatelt and intentionaly denied me my right to access the library to conduct legal business as they did not open my door so I can attend My right to library. These officers continue to conduct themselves unprofessionally as they have taken an oath and have a duty to perform without inappropriately denying prisoners there

〈 〉

(Informal Complaint) FEASTER TERRANCE, #a551840 wrote  11/28/2021 9:35 AM

On 11/24/21  at around 8:00pm Officers merrit an crank of L6 dilieberatelt and intentionaly denied me my right to access the library to conduct legal business as they did not open my door so I can attend My right to library. These officers continue to conduct themselves unprofessionally as they have taken an oath and have a duty to perform without inappropriety denying prisoners there civil rights they are not allowed to issue punishment of any kind as they are not conduct report officers or RIB officials. Therefore violating odrc policy 64-dcm-01 as well as 5120-9-04 to continue allowing these actions is a show of dereliction

(Informal Complaint) Darrold Clark wrote  11/29/2021 11:20 AM

The staff person most responsible for this compliant would be your UM you will need to send this to Him. Those Officers are assigned to him.

(Informal Complaint) Darrold Clark - Closed incarcerated individual form. 11/29/2021 11:20 AM

Exhibit A (1)

# Declaration

I, Russell L. Adkins #749-982, declare that on, 11-27-2021, that officer B. Crank while conducting a scheduled rounds Approached my cell #53 and said my neighbor, Feaster #54 filed a complaint on him, and said that Feaster was a bitch, and he was going to get him (Feaster) out of his block (housing unit L-6) by any means necessary.

"I declare under Penalty of Perjury under the Laws of the United States of America that the foregoing is True and correct."

...//2//12

Exhibit A (2)

## Exhibit B:

- Conduct Reports
- Rules Infraction Board (R.I.B) Action's taken during disciplinary Proceeding and Failure to allow Plaintiff to make defense.
- Affirmed by Defendants chairpersons of RIB.. B. Barney, Capt. Whitman, Larry Green, Charles O'connor, R. Erdos

# DRC4377 – Legal Services Decision on Appeal

**Inmate #:** A551840
**Institution:** SOCF

**Name:** FEASTER, TERRANCE J
**Case #:** SOCF-21-004035

**Case Status:** CLOSED - Legal Appeal - Upheld

**Guilty Offenses:** 18.20.21.23

**Not-Guilty Offenses:** .

**Inmate's Current Institution:** SOUTHERN OHIO CORRECTIONAL FACILITY

**Inmate Accused of Violation:** FEASTER, TERRANCE J

**Number:** A551840

**RIB Date:** 12/7/2021

**Rules:** 18.20.21.23

**Decision:** Affirmed(Comment as necessary below)

Reversed as indicated below

Modified as indicated below

Returned as indicated below

**COMMENTS :**

Inmate appeals citing procedural errors. The inmate states he was not allowed to attend the RIB hearing. A review revealed the inmate was allowed to attend the RIB but was then removed for being disruptive and refusing to cooperate with the process. The inmate also states the signature was forged. There is no evidence of such fact. The inmate was removed by SRT which evidences his refusal to follow orders. There were no procedural errors, case is affirmed.

**Chief Legal Counsel :**
VENCOT BROWN

**Signature :**
Submit

**Date :**
1/13/2022

tc 4377

To: A551840 - FEASTER, TERRANCE J          Institution:SOCF

From: Warden

RE: Response to Appeal of Classification Action

The following is to acknowledge and respond to your Classification Appeal to the Warden received on (1/3/2022)

Your appeal has been:          Denied

Justification:          RIB decision affirmed, Level E placement warranted.

| Staff name: RONALD T ERDOS-SOCF | Signature: *[signature]* T ERDOS-SOCF) | (RONALD | Date: 01/05/2022 |
|---|---|---|---|

DRC 4017

NOTE: You have the right to appeal this decision to the Operations Support Center. You have been provided an appeal for this purpose which you may give to the appropriate staff member according to your local institutional procedures, or it may be mailed to the Operations Support Center at the address listed below.

Operations Support Center | 4545 Fisher Road, Suite D | Columbus, Ohio 43228
www.drc.ohio.gov

To: A551840 - FEASTER, TERRANCE J

From: OSC

Institution:SOCF

RE: Response to Appeal of Classification Action

The following is to acknowledge and respond to your Classification Appeal to the (OSC) received on (1/5/2022).

Your appeal has been:     Denied

Justification:

ERH appeals do not answer RIB appeals or any part of the RIB process. E-placement is a security level review that looks at an individual's behavior and the need for a more secured environment. Security Level reviews are not recorded. You were provided a 48-hour notice prior to the hearing. You did not request a 7-day continuance. Your actions of creating a disturbance and physically resisting staff while at L4 warrants the need for a higher level of management. You have been placed into ERH in accordance with 53-CLS-04.

| Staff name: KARRIE L HUPKA-PROGRAM ADMINISTRATOR III | Signature:   HUPKA-PROGRAM ADMINISTRATOR III) (KARRIE L | Date: 01/05/2022 |
|---|---|---|

DRC 4017

**To: A551840 FEASTER, TERRANCE J**

Lock:EJ/201

Inmate FEASTER, TERRANCE J (A551840) You have been placed in ERH

The committee has reviewed the reasons for your placement in ERH and has concluded:

The placement in ERH was appropriate, and your next review is set for 12/03/2022. Your projected length of stay is 1 Years. You are eligible for presumptive release from ERH.

Your Inmate Adjustment Plan (IAP) is based on what offense(s) you committed to be placed into ERH and therefore your placement offenses mean you must:

1. Refrain from violence, threats and aggression

2. Refrain from possessing major contraband

The committee also concludes you should engage in the following programs or pro-social activities.
Your IAP will follow you throughout your entire time in ERH. It may be modified and changed based on your future behavior. If, at any time, you commit an offense which would qualify for ERH placement under Policy 53-CLS-04, you may be referred for a new E placement. Additional violations may also change your eligibility for presumptive release from ERH.

| Carey Guide on Anger: Cage your Rage |
| --- |

If you violate your IAP as indicated by a finding of guilt at RIB during your stay in ERH you may be extended for another 6 months from the date of violation. Completing programs in compliance with your IAP will be considered in possibly granting you an early release from ERH.

If you are ineligible for presumptive release, you will be meaningfully considered for release annually until determined you can be managed as a lower level. In order to qualify for release from ERH, you will also have to be compliant with your IAP but you may be held in ERH longer because the nature of your placement offense indicates more time may be needed to ensure you can be safely managed in a less restrictive environment.

While at ERHT; Once you have completed ERH you will be placed in ERHT for up to 6 months. You will be introduced to congregate recreational and programming activity. If you are compliant with your IAP, you will be released to GP within 6 months. If you violate your IAP or other rules, as indicated by RIB convictions you may have your time in ERHT extended or returned to ERH.

**Acknowledgement of Receipt:**

● I have received a copy of this Notice        ☐ Inmate's Signature captured manually , refer to the attachment

Warden's Signature :        Date :

12/20/2021

**Warden's Signature**

| Inmate's Signature | Inmate Signed Date: |
| --- | --- |

○ Inmate refused to sign, but was provided a copy on.

# Ohio | Department of Rehabilitation & Correction

Mike DeWine, Governor
Annette Chambers-Smith, Director

---

**A551840 - FEASTER, TERRANCE J** ▮

| | | | |
|---|---|---|---|
| **Full Name** | **Institution** | **Lock** | **Date of Birth** |
| FEASTER, TERRANCE | SOCF | E/J2/01 | 12/05/1988 |
| **Age** | **Race** | **Admit Date** | **Expected Release Date** |
| 33 | Black (not of H | 07/22/2008 | 12/14/2033 |
| **Days Until Release** | **County Of Commitment** | **Job** | **Security Level** |
| 4377 | SUMM | SC | 4 |
| **Felony Level:** | | | |
| MR | | | |

---

### Section A - Inmate 48 Hour Notice

**NOTE: If recommended placement is E then inmate's 48 hour notice is required and cannot be waived for any reason.**

This hearing will be to consider an inmate for ERH Placement: ☑

Inmate Waives 48-Hour Notification: ● Yes ○ No

Classification Conference Date: 12/22/2021

Classification Conference Time: 08:00 AM

Place: Unit E

Comments:

> 12/3/2021 R-18/20/21/23 Inmate Feaster 551840 was taken off watch and was going to be moved to a slammer cell and he said he was going to go back on watch. Ms. Salyers told him he would not be going back on watch and Captain Frazie authorized a 5 man team to extract Inmate Feaster. Inmate would not comply with negotiations and OC was administered in an attempt to get him to come out of his cell and he would not comply. The SRT entered the cell and did extract Inmate Feaster and moved him to J2-01.

For those being considered for ERH placement, this section should identify any information that would help the incarcerated person prepare a rebuttal the reasons they are being considered for ERH. This section should identify the rule infractions and any other relevant information the committee may consider.          494 characters remaining

Add Inmate Signature: ☐

Inmate's Signature captured manually, refer to the attachment: ☑

Next of Kin reviewed with inmate and up-to-date ? ● Yes ○ No   *Vist2*

Save 48 Hour Notice Section     Cancel

## Section B - Security Review

◉ Annual Review

⬤ Special Review

⬤ Was it requested by the staff?

◯ Was it requested by the inmate? ( NOTE: Please scan the documents to Inmate written statements and hearing supporting documents- Upload Section 2)

### Section B1 - Annual Adjustment ❓                                           ⊖

Please list any pro-social behavior or programming the inmate has completed within the past 12 months that the committee will consider during this review

No pro-social behavior or programming in last 12 months : ☑

### Section B2 - Inmate's Adjustment - Prior Year Behavior (Last 365 Days). Scoring is calculated off completed RIB convictions within last 365 days ❓                                           ⊖

| RIB Rule Violations (Last 12 months) (Date, RIB Case Number, Rules Violated) | Score |
|---|---|
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 18 | 5 |
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 20 | 10 |
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 21 | 1 |
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 23 | 2 |
| 11/28/2021 12:00:00 AM, SOCF-21-003966, 39 | 3 |
| 2/20/2021 12:00:00 AM, SOCF-21-000569, 39 | 3 |
| 2/20/2021 12:00:00 AM, SOCF-21-000569, 21 | 1 |
| | Total Score: 25 - Not Adjusting |

0 to 10 Points - Adjusting     11 to 19 Points - Moderate Adjustment     20 to Higher Points - Not Adjusting

### Section B2.1 - Other Behavioral Considerations ❓                                           ⊖

| RIB Rule Violations (Last 13-24 months) (Date, RIB Case Number, Rules Violated) | Score |
|---|---|
| 10/30/2020 12:00:00 AM, SOCF-20-003378, 39 | 1.5 |
| 9/7/2020 12:00:00 AM, SOCF-20-002776, 21 | 0.5 |
| | Total Score: 2 - Good |

0 to 10 Points - Good     11 to 19 Points - Moderate     20 to Higher Points - Disruptive

### Likelihood of future Violence:
### Moderate

Likelihood of Future Violence Calculation

---

## Section B3 - Hearing Committee's Recommendation ❓                                    ⊖

Did the inmate make a written or verbal statement : ⬤Yes ◯No

Please summarize the inmate's verbal and written statements and upload all written attachments or supporting documents below

> i was denied my due process in RIB
>
> 965 characters remaining

---

Read Classification Review Pertinent Notes - PNOTE ❓

| PNOTE | Any |

**Information entered in PNOTE will not show on form until section is saved.**

Current Security Level at time of review: 4

Review Recommends: **Consider Present Security Level**

Classification Recommendation:   Consider E Placement (Complete Workflow below)   ⌄

---

### Section B 3.1 - Considerations For E Placement

Mental Health Classification: N

IDD: No

**Issue being considered for the proposed placement:**

The issue to be considered is whether the inmate's already proven conduct, in conjunction with an assessment of the inmate's overall record, demonstrates that the inmate is unable to function in a less restrictive environment without posing a serious threat to other inmates, staff, the orderly operation of the institution or the general public. In addressing this issue, the committee will determine whether the inmate's proven behavior falls within any of the categories below.

Behavior Criteria related

- ☑ Assault, related acts
- ☐ Nature of criminal offenses or offenses in other correctional jurisdictions
- ☐ Inmate involvement in serious riot or disturbance
- ☐ Inmate has conspired or attempted to convey, introduce, or possess major contraband
- ☐ STG leadership, enforcer or recruiter
- ☐ Group violence
- ☐ Escape or related acts
- ☐ Compromising the integrity of staff which resulted in a threat to the security of the institution or the general public
- ☐ Knowingly exposing others to contracting a dangerous disease
- ☑ Violent or disruptive behavior at level 3 or 4
- ☐ Threatening behavior combined with a history of assault while incarcerated
- ☐ Inmate committed an offense which constitutes a serious threat to the safety and security of a correctional facility or the community.
- ☐ Repeated obscene, sexually harassing, and/or indecent acts

List RIB convictions and summary of behavior warranting Level E placement:

> 12/3/2021 R-18/20/21/23 Inmate Feaster 551840 was taken off watch and was going to be moved to a slammer cell and he said he was going to go back on watch. Ms. Salyers told him he would not be going back on watch and Captain Frazie authorized a 5 man team to extract Inmate Feaster. Inmate would not comply with negotiations and OC was administered in an attempt to get him to come out of his cell and he would not comply. The SRT entered the cell and did extract Inmate Feaster and moved him to J2-01. 11/27/2021 SOCF-21-003966 R-39 The inmate was in possession of K2 02/20/2021 SOCF-21-000569 R-39/21 nmate Feaster 551-840 came to RIB for his hearing. Inmate Feaster refused to cooperate with the RIB hearing process and was removed from RIB. A not guilty plea was entered on his behalf. CO Hadinger ordered inmate Feaster to exit his cell for a shakedown. Inmate then became agitated and stated fuck you CO and these bullshit shakedowns. During the shakedown CO Hadinger did find 2 pieces of

2 characters remaining

Did committee use inmate's disciplinary history outside the 12 months listed on this review when making the decision? ○ Yes ● No

Did the inmate request 7 days continuance: ○ Yes ● No

Sources of information to support the reason(s) for the decision?

> Current Disciplinary Record.

971 characters remaining

NOTE – Committee shall consider all information listed on this form when making their decision. Committee must also consider less restrictive means of housing when making ERH placement recommendation

RH Start Date: 12/03/2021

Committee's recommendation to warden for E placement: Recommend E Placement ⌄

Committee's recommendation to warden: E ⌄

Committees notes and rationale: *

> The inmate was found guilty of a rule 18/20/21/23 in which Inmate Feaster 551840 was taken off watch and was going to be moved to a slammer cell and he said he was going to go back on watch. Ms. Salyers told him he would not be going back on watch and Captain Frazie authorized a 5 man team to extract Inmate Feaster. Inmate would not comply with negotiations and OC was administered in an attempt to get him to come out of his cell and he would not comply. The SRT entered the cell and did extract Inmate Feaster and moved him to J2-01. The inmate aggressive behavior clearly shows that the inmate cannot be effectively managed in a less restrictive environment. The committee recommends that the inmate be placed in ERH.

274 characters remaining

Other Committee Member Names and Titles:

> C. OConnor CPS B. Sparks UM

972 characters remaining

Staff Signature:

Signed By : CHARLES R OCONNOR-TWL CASE MANAGER

Signed On : 12/20/2021

Save as Draft          Save and Lock the form     Cancel



# Ohio | Department of Rehabilitation & Correction

**Mike DeWine, Governor**
**Annette Chambers-Smith, Director**

A551840 - FEASTER, TERRANCE J ▮

| | | | |
|---|---|---|---|
| **Full Name** | **Institution** | **Lock** | **Date of Birth** |
| FEASTER, TERRANCE | SOCF | E/J2/01 | 12/05/1988 |
| **Age** | **Race** | **Admit Date** | **Expected Release Date** |
| 33 | Black (not of H | 07/22/2008 | 12/14/2033 |
| **Days Until Release** | **County Of Commitment** | **Job** | **Security Level** |
| 4377 | SUMM | SC | 4 |
| **Felony Level:** | | | |
| MR | | | |

**NOTE: If recommended placement is E then inmate's 48 hour notice is required and cannot be waived for any reason.**

This hearing will be to consider an inmate for ERH Placement: ☑

**Inmate Waives 48-Hour Notification:** ● Yes ○ No

**Classification Conference Date:** | 12/22/2021

**Classification Conference Time:** | 08:00 AM

**Place:** | Unit E

**Comments:**

12/3/2021 R-18/20/21/23 Inmate Feaster 551840 was taken off watch and was going to be moved to a slammer cell and he said he was going to go back on watch. Ms. Salyers told him he would not be going back on watch and Captain Frazie authorized a 5 man team to extract Inmate Feaster. Inmate would not comply with negotiations and OC was administered in an attempt to get him to come out of his cell and he would not comply. The SRT entered the cell and did extract Inmate Feaster and moved him to J2-01.

For those being considered for ERH placement, this section should identify any information that would help the incarcerated person prepare a rebuttal the reasons they are being considered for ERH. This section should identify the rule infractions and any other relevant information the committee may consider.                494 characters remaining

**Add Inmate Signature:** ▦

Inmate's Signature captured manually, refer to the attachment: ☑

**Next of Kin reviewed with inmate and up-to-date ?** ● Yes ○ No   *Vist2*

[ Save 48 Hour Notice Section ]     Cancel

## Section B - Security Review

○ Annual Review

● Special Review

   ● Was it requested by the staff?

   ○ Was it requested by the inmate? ( NOTE: Please scan the documents to inmate written statements and hearing supporting documents- Upload Section 2)

### Section B1 - Annual Adjustment ❓     ⊖

Please list any pro-social behavior or programming the inmate has completed within the past 12 months that the committee will consider during this review

No pro-social behavior or programming in last 12 months : ✍

### Section B2 - Inmate's Adjustment - Prior Year Behavior (Last 365 Days). Scoring is calculated off completed RIB convictions within last 365 days ❓     ⊖

| RIB Rule Violations (Last 12 months) (Date, RIB Case Number, Rules Violated) | Score |
|---|---|
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 18 | 5 |
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 20 | 10 |
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 21 | 1 |
| 12/3/2021 12:00:00 AM, SOCF-21-004035, 23 | 2 |
| 11/28/2021 12:00:00 AM, SOCF-21-003966, 39 | 3 |
| 2/20/2021 12:00:00 AM, SOCF-21-000569, 39 | 3 |
| 2/20/2021 12:00:00 AM, SOCF-21-000569, 21 | 1 |
| | Total Score: 25 - Not Adjusting |

0 to 10 Points - Adjusting     11 to 19 Points - Moderate Adjustment     **20 to Higher Points - Not Adjusting**

### Section B2.1 - Other Behavioral Considerations ❓     ⊖

| RIB Rule Violations (Last 13-24 months) (Date, RIB Case Number, Rules Violated) | Score |
|---|---|
| 10/30/2020 12:00:00 AM, SOCF-20-003378, 39 | 1.5 |
| 9/7/2020 12:00:00 AM, SOCF-20-002776, 21 | 0.5 |
| | Total Score: 2 - Good |

**0 to 10 Points - Good**     11 to 19 Points - Moderate     20 to Higher Points - Disruptive

### Likelihood of future Violence: Moderate

Likelihood of Future Violence Calculation

⌐

## Section B3 - Hearing Committee's Recommendation ❷     ⊖

Did the inmate make a written or verbal statement : ⬤Yes ◯No

Please summarize the inmate's verbal and written statements and upload all written attachments or supporting documents below

I was denied my due process in RIB

965 characters remaining

---

Read Classification Review Pertinent Notes - PNOTE ❷

PNOTE Any information entered in PNOTE will not show on form until section is saved.

Current Security Level at time of review: 4

Review Recommends: **Consider Present Security Level**

Classification Recommendation:     Consider E Placement (Complete Workflow below) ⌄

## Section B 3.1 - Considerations For E Placement

Mental Health Classification: N

IDD: No

Issue being considered for the proposed placement:

The issue to be considered is whether the inmate's already proven conduct, in conjunction with an assessment of the inmate's overall record, demonstrates that the inmate is unable to function in a less restrictive environment without posing a serious threat to other inmates, staff, the orderly operation of the institution or the general public. In addressing this issue, the committee will determine whether the inmate's proven behavior falls within any of the categories below.

Behavior Criteria related

☑Assault, related acts

☐Nature of criminal offenses or offenses in other correctional jurisdictions

☐Inmate involvement in serious riot or disturbance

☐Inmate has conspired or attempted to convey, introduce, or possess major contraband

☐STG leadership, enforcer or recruiter

☐Group violence

☐Escape or related acts

☐Compromising the integrity of staff which resulted in a threat to the security of the institution or the general public

☐Knowingly exposing others to contracting a dangerous disease

☑Violent or disruptive behavior at level 3 or 4

☐Threatening behavior combined with a history of assault while incarcerated

☐Inmate committed an offense which constitutes a serious threat to the safety and security of a correctional facility or the community.

☐Repeated obscene, sexually harassing, and/or indecent acts

4/7

List RIB convictions and summary of behavior warranting Level E placement:

> 12/3/2021 R-18/20/21/23 Inmate Feaster 551840 was taken off watch and was going to be moved to a slammer cell and he said he was going to go back on watch. Ms. Salyers told him he would not be going back on watch and Captain Frazie authorized a 5 man team to extract Inmate Feaster. Inmate would not comply with negotiations and OC was administered in an attempt to get him to come out of his cell and he would not comply. The SRT entered the cell and did extract Inmate Feaster and moved him to J2-01. 11/27/2021 SOCF-21-003966 R-39 The inmate was in possession of K2 02/20/2021 SOCF-21-000569 R-39/21 nmate Feaster 551-840 came to RIB for his hearing. Inmate Feaster refused to cooperate with the RIB hearing process and was removed from RIB. A not guilty plea was entered on his behalf. CO Hadinger ordered inmate Feaster to exit his cell for a shakedown. Inmate then became agitated and stated fuck you CO and these bullshit shakedowns. During the shakedown CO Hadinger did find 2 pieces of

2 characters remaining

Did committee use inmate's disciplinary history outside the 12 months listed on this review when making the decision? ◯ Yes ● No

Did the inmate request 7 days continuance: ◯ Yes ● No

Sources of information to support the reason(s) for the decision?

> Current Disciplinary Record.

971 characters remaining

NOTE – Committee shall consider all information listed on this form when making their decision. Committee must also consider less restrictive means of housing when making ERH placement recommendation

RH Start Date: 12/03/2021

Committee's recommendation to warden for E placement: Recommend E Placement ⌄

Committee's recommendation to warden: E ⌄

Committees notes and rationale: *

> The inmate was found guilty of a rule 18/20/21/23 in which Inmate Feaster 551840 was taken off watch and was going to be moved to a slammer cell and he said he was going to go back on watch. Ms. Salyers told him he would not be going back on watch and Captain Frazie authorized a 5 man team to extract Inmate Feaster. Inmate would not comply with negotiations and OC was administered in an attempt to get him to come out of his cell and he would not comply. The SRT entered the cell and did extract Inmate Feaster and moved him to J2-01. The inmate aggressive behavior clearly shows that the inmate cannot be effectively managed in a less restrictive environment. The committee recommends that the inmate be placed in ERH.

274 characters remaining

Other Committee Member Names and Titles:

> C. OConnor CPS B. Sparks UM

972 characters remaining

Staff Signature:

| | |
|---|---|
| Signed By : | CHARLES R OCONNOR-TWL CASE MANAGER |
| Signed On : | 12/20/2021 |

Save as Draft          Save and Lock the form     Cancel

**Section B4 - Inmate Appeal And Signature Section**

Notice of the objection procedures and warden's appeal form ☑
(DRC2680) has been provided to the inmate:

Inmate was given a copy of this review on: ☑

Copy of this review given on:

| 12/20/2021 |

Add Inmate Signature: ☑

Signature

| Date Signed: 12/20/2021 11:59:38 AM |

Clifford Grubblass

| Save Signature | Clear Signature |

Inmate's Signature captured manually, refer to the attachment ☷

| Save and Submit | Cancel

| Inmate Name: | Number: |
|---|---|
| FEASTER, TERRANCE J | A551840 |

On **December 09**, **2021**, the Rules Infraction Board determined that the above named inmate

had violated the following rule(s) **39** _____

_____

☑ Inmate *Appealed* this decision and appeal was received in this office on **12** / **16** / **2021**

I have reviewed the matters raised in the inmate's appeal, the record generated in the Rules Infraction Board proceeding, and the disposition of the Rules Infraction Board. I have determined that the board's decision should be:

☑ **Affirmed**  ☐ **Modified**  ☐ **Returned**  ☐ **Reversed**

You were charged with a proper rule infraction. There were no prejudicial violations or errors of your procedural rights. The record contained some evidence. The penalties imposed are authorized.

| Warden: *[signature]* | Date: 12/17/2021 |
|---|---|

**I acknowledge receipt of this decision:**

| Inmate Name: | Number: A551840 | Date: |
|---|---|---|

# Disposition of the Rules Infraction Board

| Institution: | SOCF | RIB Case Number: | SOCF-21-003966 |
|---|---|---|---|
| Inmate Name: | FEASTER, TERRANCE J | Number: | A551840 |
| Date of Hearing: | 11/30/2021 | Time: | 10:38 AM |

**Inmate Plea:**

☐ GUILTY

☑ NOT GUILTY      Rule: **39**      Rule: **40**

State the facts that explain the board's decision:
Officer Crank was conducting a shakedown on Inmate Feaster 551840 and found a piece of soaked paper with 2 roaches and small pieces of white paper commonly known as K2. Drug confirmation form verified it was K2. The reason for the delay in this case was the drug confirmation form from the investigator and he was on constant watch status. Inmate had to be removed from RIB due to his behavior and aggressive attitude.

Particular evidence or statements relied on:
CONDUCT REPORT, CONTRABAND TAG # 2021-314, INCIDENT REPORT, PICTURES 663-21.

| | | |
|---|---|---|
| Did the inmate offer any defense? | ☑ Yes ☐ No | |
| Did the Board believe the inmate's defense? | ☐ Yes ☑ No | **Why?** Not Convincing. |

Did the board rely on any confidential statement(s)      ☐ Yes ☑ No
Did the board determine the informant(s) to be credible?      ☐ Yes ☑ No
Disposition of the Hearing Officer is:      ☑ Affirmed
     ☐ Returned for reconsideration

Decision: Based on the above stated facts the Board believes that:

Inmate **FEASTER, TERRANCE J** violated rule(s)      Rule: **39**

Inmate **FEASTER, TERRANCE J** did not violate rule(s)      Rule: **40**

Therefore, the RIB Officer imposes the following disposition:    **RH**

☑ Check "Stacked" if you wish to stack housing record, otherwise housing record will be combined with other housing records.

Number of RH days imposed by RIB:  **180**

☐ RIB recommends a Security Review be conducted.

Identify the disposition imposed and the reasons for the action taken:
180 days RH and K5 placement and 2 year visiting restriction immediate family only. 2nd time drug sanctions: 6 months visiting, commissary, food and sundry, TV, radio, JPAY restrictions beginning on 11/27/21 ending on 5/27/22. This penalty is being imposed to promote a more positive behavior from this inmate. , No of Days in RH: 180, Serve Order requested: Stack

Appeal form given to inmate?      ☑ Yes ☐ No

| Signature RIB Chairperson: *James Luther* | Date: 12/09/2021 |
|---|---|

*Notice To Inmate: You may appeal this decision to the Warden.*
*The appeal must be submitted using the provided form DRC4027, within 7 days of receiving this disposition.*

**Acknowledgement of Receipt:**

| Inmate Signature: | Date: 12/09/2021 | Time: 10:49 AM |
|---|---|---|

DRC4024 (Rev. 01/19) DISTRIBUTION:    WHITE - RIB    CANARY - Unit File    PINK - RIB Board    GOLDENROD - Inmate

| | RIB Case Number: |
|---|---|

Results Of
Warden's Administrative Review

SOCF-21-003966

Upon reviewing the proceeding and the disposition of the Rules Infraction Board, I have determined that the board's decision should be:

☐ Affirmed

☐ Reversed

☐ Modified as indicated below

☐ Returned for reconsideration

☐   Warden recommends a Security Review be conducted.

NOTES:

*Note: This decision is the result of the automatic administrative review of RIB decisions provided for in 512-9-08(M)*

| Warden or Designee's Signature: | Date: |
| --- | --- |
| | |

| Inmate Name: | | Number: | |
|---|---|---|---|
| FEASTER, TERRANCE J | | A551840 | |

On December 09 _____ 20 21 ____, the Rules Infraction Board determined that the above named inmate

had violated the following rule(s) 18,20,21,23 _____

_____

☑ Inmate *Appealed* this decision and appeal was received in this office on ___12__ / __16__ / _2021_

I have reviewed the matters raised in the inmate's appeal, the record generated in the Rules Infraction Board proceeding, and the disposition of the
Rules Infraction Board. I have determined that the board's decision should be:

☑ Affirmed          ☐ Modified          ☐ Returned          ☐ Reversed

You were charged with a proper rule infraction. There were no prejudicial violations or errors of your procedural rights. The record contained some
evidence. The penalties imposed are authorized.

| Warden: | *Jerry Stone* | Date: | 12/17/2021 |
|---|---|---|---|

I acknowledge receipt of this decision:

| Inmate Name: | | Number: A551840 | Date: |
|---|---|---|---|

DRC4374 (Rev. 01/20)   Distribution:   White: Inmate   Canary: Inmate Duplicate   Pink: Warden (after receipt acknowledgement)   ACA 4214 through 4226

| Name: | | | Number: | Lock: |
|---|---|---|---|---|
| | FEASTER, TERRANCE J | | A551840 | D/L6/54 |
| Date/Offense: | Time/Offense: | Location: | | |
| 11/27/2021 | 07:22 PM | L6 Cell 54 | | |

**Rule(s) Violated:** 39,40

Unauthorized possession, manufacture, or consumption of drugs or any intoxicating substance; Procuring or attempting to procure, unauthorized drugs, aiding, soliciting, or collaborating with another to procure unauthorized drugs or to introduce unauthorized drugs into a correctional facility

## Supporting Facts (Describe what occurred and how the inmate violated the rule(s)):

Please be advised on the above date and time I C/O B. Crank was conducting a routine shakedown on I/M Feaster 551-840 when I happened to find 1 Piece of soaked brown paper along with 2 "roaches" and a small piece of white paper that is commonly known as "K2" on his bookshelf under his blue towel. I also found a "scribe" in his toilet which reads (Yo homie its JRock. I wanted to holla plus run somethin by youas you no my word means alot to me. I get over a band every month on first for my rental property's, it will actually hit at midnight on 31st so 2morrow night, Im kinda dead till then lol. I was thinkin that maybe we could help each other out. Can your bay either borrow 20 on app or maybe borrow 1/2 face and at midnight 2morrow I can pay you back with 50% mark up, So Ill send $30 back for the 24 hour wait. I been collecting this money every month for over 6 years now and have never missed a bet so I can gurantee payment if you can help bro. -White) I then returned to the booth and notified zone LT. EOR

*Request Mjr Contraband bag, from month of Nov 2021 [1/21/2021]*
*O: B.Cronk place) contraband w/bin# 31-2051-3714*

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings?   ☐ Yes   ☒ No

| Printed Name: | | Signature: | |
|---|---|---|---|
| Crank, B | | | |
| Shift: | Days Off: | | Date: |
| 2nd | Th,F | | 11/27/2021 |

A copy of this conduct report was served upon the above-named inmate on: _____ November, 30 _____ 20 _21_ , at 11:49 AM .

Staff Signature

# Disposition of the Rules Infraction Board   J-2-1

| Institution: | | RIB Case Number: | |
|---|---|---|---|
| | SOCF | | SOCF-21-004035 |
| Inmate Name: | | Number: | |
| | FEASTER, TERRANCE J | | A551840 |
| Date of Hearing: | | Time: | |
| | 12/07/2021 | | 10:51 AM |

**Inmate Plea:**  ☐ GUILTY

☐ NOT GUILTY        Rule: **18**        Rule: **20**        Rule: **21**        Rule: **23**

State the facts that explain the board's decision:
Inmate Feaster 551840 was taken off watch and was going to be moved to a slammer cell and he said he was going to go back on watch. Ms. Salyers told him he would not be going back on watch and Captain Frazie authorized a 5 man team to extract Inmate Feaster. Inmate would not comply with negotiations and OC was administered in an attempt to get him to come out of his cell and he would not comply. The SRT entered the cell and did extract Inmate Feaster and moved him to J2-01. Inmate was removed from RIB due to the fact he refused to comply with the RIB process.

Particular evidence or statements relied on:
CONDUCT REPORT, USE OF FORCE REPORTS, MEDICAL REPORTS, DVR 666-21.

Did the inmate offer any defense?          ☐ Yes  ☑ No

Did the Board believe the inmate's defense?   ☐ Yes  ☑ No        **Why?**
                                                                **No Statement.**

---

Did the board rely on any confidential statement(s)      ☐ Yes  ☑ No
Did the board determine the informant(s) to be credible?  ☐ Yes  ☑ No
Disposition of the Hearing Officer is:          ☑ Affirmed

                                              ☐ Returned for reconsideration

Decision: Based on the above stated facts the Board believes that:

Inmate **FEASTER, TERRANCE J**_____ violated rule(s)          Rule: **18**     Rule: **20**     Rule: **21**     Rule: **23**

Inmate **FEASTER, TERRANCE J**_____ did not violate rule(s)

Therefore, the RIB Officer imposes the following disposition:   **RH**____

☑   Check "Stacked" if you wish to stack housing record, otherwise housing record will be combined with other housing records.

Number of RH days imposed by RIB:   **29**

☑   RIB recommends a Security Review be conducted.

Identify the disposition imposed and the reasons for the action taken:
29 days RH and RIB requests an SMP review be conducted.  . No of Days in RH: 29. Serve Order requested: Stack

Appeal form given to inmate?          ☑ Yes  ☐ No

| Signature RIB Chairperson: *James Whitworth* | Date |
|---|---|
| | 12/09/2021 |

***Notice To Inmate:*** *You may appeal this decision to the Warden.*
*The appeal must be submitted using the provided form DRC4027, within 7 days of receiving this disposition.*

**Acknowledgement of Receipt:**

| Inmate Signature: | Date | Time |
|---|---|---|
| | 12/09/2021 | 11:00 AM |

DRC4024 (Rev. 01/19) DISTRIBUTION:    WHITE - RIB    CANARY - Unit File    PINK - RIB Board    GOLDENROD - Inmate

| | RIB Case Number: |
|---|---|
| | |

## Results Of
## Warden's Administrative Review

SOCF-21-004035

Upon reviewing the proceeding and the disposition of the Rules Infraction Board, I have determined that the board's decision should be:

☐ Affirmed                                    ☐ Reversed

☐ Modified as indicated below                 ☐ Returned for reconsideration

☐    Warden recommends a Security Review be conducted.
NOTES:

*Note: This decision is the result of the automatic administrative review of RIB decisions provided for in 512-9-08(M)*

| Warden or Designee's Signature: | Date: |
| --- | --- |
|  |  |

| Name: FEASTER, TERRANCE J | Number: A551840 | Lock: |
|---|---|---|
| Date/Offense: 12/03/2021 | Time/Offense: 03:10 PM | Location: J2-41 | E/J2/01 |

Rule(s) Violated: 18,20,21,23

Encouraging or creating a disturbance; Physical resistance to a direct order; Disobedience of a direct order; Refusal to accept an assignment or classification action

## Supporting Facts (Describe what occurred and how the inmate violated the rule(s):

IM Feaster 551840 J2-41 had made it very clear earlier when he was removed from constant watch that if he was going to be moving to the "slammer side" he would go back on watch. I notified Ms Salyers who spoke with IM Feaster and advised me he would not be put on watch. A 5 man SRT was authorized by Captain Frazic, to extract and move IM Feaster 551840 from J2-41 to J2-01 per the institutional move sheet. At 310 pm I went with a negotiator and camera operator to attempt to negotiate with IM Feaster and gain compliance from him to move. IM Feaster would not comply with negotiations. At this time I gave direct orders to IM Feaster to move or force would be utilized. I opened the hatch for IM Feaster to cuff up and issued direct orders to him to cuff, he then used his suicide blanket to cover the entrance. IM Feaster continued to not comply with orders and at that time I utilized OC to his facial area and at that time IM Feaster began using his suicide blanket to go back and forth blocking exposure to IM Feaster's facial area and a that the crack of the cell door to attempt to gain compliance. I was not able to get a full both the crack and the food hatch. With multiple attempts through the food hatch and the crack I did manage to deploy OC to his facial area to the point that I felt he was fully exposed and was either going to comply or not due to OC exposure. IM Feaster continued

*Ms. Gladman put me on watch*

*This was a use if force ticket*

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings?  ☐ Yes  ☒ No

| Printed Name: Setty, Robert | Signature: H Notty Setty | |
|---|---|---|
| Shift: flex | Days Off: Sun,Mon,Tue,Wed | Date: 12/03/2021 |

A copy of this conduct report was served upon the above-named inmate on: _____ December, 03 _____ 20 _____ 21 _____, at 09:54 AM.

Staff Signature: [signature]

| Instution: | SOCF | | SOCF-21-004035 |
|---|---|---|---|
| Name: | FEASTER, TERRANCE J | Number: | A551840 |

to refuse to cuff up and move. At this time I exited the range and returned at 330pm with the 5 man SRT. We went to the cell front and I gave IM Feaster a final direct order to cuff and move to J2. IM Feaster refused and the SRT was ordered to enter and extract IM Feaster. The SRT entered and physically secured IM Feaster giving several orders while struggling to restrain him. Eventually he was restrained and the SRT escorted him to the strip cage where he was checked by medical and mental health. IM Feaster was strip searched an dressed in segregation clothing and then re-secured in restraints and escorted to J2-01 without further incident.

Signature of Reporting Officer _H. Andorty_

Exhibit C:

- Informal Complaint Resolution's (I.C.R.) Grievance Process
- Notification of Grievances (N.O.G)
- Dispositions of Grievances
- Appeals to Chief Inspector

- Included are Kites corresponding all transactions but not limited to other relevant material.

complaint. Forward Pink copy to the Inspector, and keep the Goldenrod copy.

| | | |
|---|---|---|
| Submitted To: [illegible] Inspector | | Date Submitted: 12/19/2021 |
| Inmate's Name: Feaster | Number: 551840 | Housing Assignment: 5A #1 |

**Complaint Regarding:** violations of U.S. Constitution 14th amendment, Due process [illegible] 5120-9-02 [illegible]-04 [illegible] RIB procedures, 21-DCN-01 [illegible] 12-9-21 RIB Charged [illegible] Sgt Bailey and Capt. J. Whitman Failed to issue me my Appeal [illegible] and [illegible] denying [illegible] my right [illegible] the [illegible] violating the [illegible] authorities [illegible] ORC 2921.44 and 2921.45 [illegible] determination of LVR [illegible] pursuant to 21-INV-01.

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

Deputy Warden Larry Green as the wardens Designee under AR 5120-9-08 and Superceeded by ODRC Policy of the Rules Infraction Board Procedures, Not only has Sgt. Barney and Capt. J. Whitman Chairpersons of the above cited authorities failed to comply with these authorities and my due process rights provided under the 14th amendment of the U.S. Constitution at an R hearing on 12/9/2021 but have failed to issue me timely disposi or provide me with proper timely appeal forms to file with your office as the Same authorities and underline Subsections apply you as well. Therefore, any untimely filed appeals must be tak into consideration in my favor if time has elapsed before I reci them. Any hesitation and or failure to follow ODRC policies and under the cited authorities can and will result in further legal pr and or Severe ramifications.

In Closing:

I have Sent a notarized public records request to your of months ago and Still have yet to recieve the requested documen this has been duly noted as you are in violation of your oath/duty Punishable by ORC 2921.44. A prompt response would be appreciated Sincerely,

551840

You may appeal any RIB disposition.

# Informal Complaint Resolution

12-21-116

Institution: SOCF

12.21.116

*Top section to be completed by inmate, within 14 days of incident. Forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint: Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

WARDEN'S OFFICE

| Inmate's Name: Feaster | Number: 557840 | Housing Assignment: J2 Cell #1 |
|---|---|---|

Larry Green DW Designee/Inspector   Date Submitted: 12/17/2021

Complaint Regarding: Violations of: AR 5120-9-08, 5120-9-04 as well as ODRC Policies of RIB Procedures, 64-DCM-01 and Due process under 14th Amendment of U.S. Constitution

on 12/14/2021 between 12:00pm-1:30pm Sgt. Barney a RIB Chairperson arrived late with my appeal forms and dispositions which upon review of receipt I noticed in Case #SOCF-21-0003966 under number of RH days imposed states 180 which is a Violation of ODRC policy Restrictive Housing as you can only receive 29 days at most this sanction is unlawful and unauthorized. Also note on the above cited case as well as Case #SOCF-21-004035 I was denied my RIB Rights which is clear and evident but also my Signature was clearly forged as I received receipt forms on 12-14-21 these errors are clear on record. See DVR, I Request Retention under C9-INV-01

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** *(Cite appropriate policy, procedure or regulation in response):*

12/22/21

You may exercise your appeal rights

RECEIVED

D 23

S.O.C.F. INSPECTOR

| Staff Member's Signature and Title: Larry Green | Date: 12/22/21 |
|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

Be advised I would like all kites and dispositions returned pursuant to AR 5120-9-08 as well as ODRC Policy RID Procedures/Wardens designee.

✱ Note: I received appeal forms and dispositions untimely and were given to me by Sgt. D. Darney on 12/14/21 between 12:00pm - 1:30pm See J8 DVR Cell #1. I request retention under ODRC Policy 09-INV-01 and these facts must be taken into consideration.

Sincerely,

_T____ R. ____ J51840_

Be advised I would like all kites and dispositions returned pursuant to ARS120-908 as well as ODRC Policy RIB Procedures/Wardens designee.

* Note; I received appeal forms and dispositions untimely and were given to me by Sgt. Barney on 12/14/21 between 12:00pm-1:30pm see JB DVR cell#1

I Request retention under ODRC policy 09-INV-01 and this fact must be taken into consideration.

Sincerely,

_(signature)_ 551840

---

12/16/21

I received two appeal from you that are timely.

Be more specific when you talk about having dispositions & kites returned.

Submitted To: Major or Mental Health Trust Inspector

Inmate's Name: Feaster

Number: 551840

Date Submitted: 12/15/2021

Housing Assignment: J2-#1

Complaint Regarding: Violations of AR 5120-9-04; DDRC policies Mental Health Suicide prevention, 64-DCM-01

On Dec. 3, 2021 between 2:30pm - 3:10pm Health administrator Ms. Sallyers refused to place me on suicide watch after I stated to her on numerous occasions that I wanted to kill myself. Her refusal led to me being beaten by a 5-man SRT team and getting sprayed with O.C. See DVR on above date and time as well as DVR 666-21. I request retention of DVR footage under ODRC policy 04-INV-21; She also refused to take my statement after extraction.

**Action Taken** (Cite appropriate policy, procedure or regulation in response):

1/11 Feaster

You were assessed by an ICMHP appropriately for risk.

RECEIVED
DEC 27 2021
S.O.C.F. INSPEC

RECEIVED
SOCF
MENTAL HEALTH

# Informal Complaint Resolution

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the **Inspector**; and keep the Goldenrod copy.*

| Submitted To: DWO C. Davis / Inst. Inspector | | Date Submitted: 12/15/2021 |
|---|---|---|
| Inmate's Name: Feaster | Number: S751840 | Housing Assignment: J2 #1 |

Complaint Regarding: Violations of R.C.2-9-34, 5120-9-02 as well as ODRC Policy 04-DM-01, 04-DM-02 on Dec. 3, 2021 between 2:30pm - 3:30pm 2nd shift Captain John Doe ordered Lt. Setty and a 5-man SRT Team to Suicide cell J2#41 where I was beaten and O.C. was sprayed even after I told mental Health I was suicidal and would kill myself on camera and DVR. C.O. Kinner force and pushed me into the cell screaming stop resisting although I never resisted orders to cuff up see use of force Report and DVR 6/0/0-21. I request retention under ODRC policy 04-INL41.

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

## Action Taken (Cite appropriate policy, procedure or regulation in response):

| Staff Member's Signature and Title: | | Date: 12-20-21 |
|---|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)

ACA 4271

# Informal Complaint Resolution

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

| Submitted To: C. Davis DWO / Inst. Inspector | | Date Submitted: 12/17/2021 |
|---|---|---|
| Inmate's Name: Feaster | Number: 551840 | Housing Assignment: J2 Cell #1 |

Complaint Regarding: Violations of: AR 5120-9-02, AR 5120-9-04, ©DRC policies 64-DCM-01, 09-INV-01, 09-INV-02, 09-INV-08

between the dates of 12/14/21 and 12/16/21 Use of force officer Fred Denny did not record/document an accurate investigation statement or report. This officer refused to add and identify c/o's Cooper, A. Kinner, and Stevenson as the officers who Beat and assaulted me during a Cell extraction on 12/3/21; Denny also failed to retain pictures of my injuries I sustained and the Use of force investigation was flawlessly 11 days late. This investigation was botched as I also requested retention of all DVR/camera footage and documentation pursuant to the above cited policies. I Signed his report after he refused to change it to the accounts of this incident I attested to.

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (Cite appropriate policy, procedure or regulation in response):

The use of force incident is being investigated per 63-UF-03. The findings will be submitted to the Warden.

RECEIVED

DEC 2 3 2021

| Staff Member's Signature and Title: Davis DWO | S.O.C.F. INSPECTOR | 12-21-21 |
|---|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)　　　　　　　　　　　　　　　　　　　　　　ACA 4271

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the **supervisor** of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

Submitted To: **Mrs. Joseph DWSS/ Inst Inspector**   Date Submitted: **12/17/2021**

Inmate's Name: **Feaster**   Number: **551840**   Housing Assignment: **J2 Cell #1**

Complaint Regarding: Violation of: AR 5120-9-04 Failure to comply with ODRC Policies medical, and 64-DEN-01

on Dec. 3 2021 between 2:30pm – 3:30pm I was injured during a cell extraction then checked by nurse John doe who did not allow me to make a statement or do a follow up on the injuries I sustained. After I was seen by use of force officer Denny he advised that I put in an HSR. This was on 12/14/2021 and medical would record my injuries and take my statement. This deliberate act to follow medical procedures is a violation of the above cited authorities. As I have still not been assessed properly by medical or nurse Goodman.

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible ~~for complaint.~~*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**RECEIVED**
**DEC 29 2021**
**S.O.C.F. INSPECTOR**

Action Taken (*Cite appropriate policy, procedure or regulation in response*):

Mr. Feaster —

The R/N who seen you on that day was Sammons. Per 68-Med-01 immediate care/treatment was given for this incident. Also, Nurse Ross verified that you stated you had an injured toe, but Nurse Sammons did all evaluation and documented as normal.

Staff Member's Signature and Title: _____   Date: 12/28/2021

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)   ACA 4271

| Submitted To: | Greg Holdren Safety/Health Coord/Insp | Date Submitted: 12/17/2021 |
|---|---|---|
| Inmate's Name: | Feaster | Number: 551846 | Housing Assignment: J2 Cell #1 |

Complaint Regarding: Violations of: ORC Buildingcodes Toxic (Hazardous materials, AR 51A0-9-04, 0DRC policy 404-DCM-01, Cell Inspector:

I have been housed in J2 cell #1 as Controlled Cell with the door closed and sealed 24/7 hours a day. This cell does not pass Cell inspection Conditions and Should be labled Condemned. Cell conditions include but not limited to: out of order Sink, Toxic waste/corrosion of toilet that can only be flushed from outside Cell, Semen and spit on all walls (Possible black mold), Toxic Fungus, Mice/Rodent infestation, Bug and Roach infestation, Rusted out Bed casing. These inhumane conditions violate Public Health and Safety laws and I have POC of Heart/Chronic Foot infection. I have been housed in this cell from 11/27/21 - 12/17/21 A condemned cell!!

---

Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.
Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.

Action Taken (Cite appropriate policy, procedure or regulation in response):

YOU CAN ASK STAFF FOR CLEANING SUPPLIES, THEY ARE AVAILABLE IN ALL BLOCKS. VENTILATION ISSUES YOU CAN CONTACT MAINT SUPERVISOR. MICE & BUG ISSUE IS TREATED EVERY ~~3rd~~ WEEK BY OUTSIDE CONTRACTOR.

RECEIVED

DEC 27 2021

# Informal Complaint Resolution

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

| | | |
|---|---|---|
| **Submitted To:** R. Erdos Warden /Insp. Inspector | | **Date Submitted:** 12/30/2021 |
| **Inmate's Name:** Foster | **Number:** 557840 | **Housing Assignment:** K5 SOCF |

**Complaint Regarding:** Violations of: A.R.5120-9-04, AR 5120-9-09 under Section m1F Warden Deny _____ by _____ that apply as well as ODRC Policies RIB Procedures order 56-DSC that apply by Warden Designee. 64-DSC-01. Due process under Hamendment.

On December 2, 2021 Warden Designee Larry Green Failed to comply with policy and procedure standards I received my appeal form with no inspection reviewed based on with these RIB convictions of case #: SOCF-21-00437 and SOCF-21-0036xx. Their disposition and findings procedure did not warrant I need to make a grievance against the Warden to get an affective review and appeal based on the Warden Designee failing to comply with the procedure I received _____ Pursuant to ORC 5120.31 due Process.

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

| | |
|---|---|
| **Staff Member's Signature and Title:** | **Date:** |

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

ACA 4271

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

Submitted To: R. Erdos Warden / Inst. Inspector          Date Submitted: 12/20/2021

Inmate's Name: Feaster          Number: 551840          Housing Assignment: J2 Cell 1

Complaint Regarding: Violation of: AR5120-9-04, AR5120-9-09 and OAPR C policie 53-CLS-04, and 64-DCM-01

on 12/20/2021 between 11:45am-12:45pm I was taken to an office with no SMP recording equipment or a full SMP panel, B. Sparks UM was not in attendance. the unlawful hearing done by C. Oconner Cps/TWC who denied me all SMP rights such as: witnesses a 7 day continuance and a chance to make a full and accurate statement in violations of the above cited authorities. I ~~may~~ request Retention of J-side DVR footage of Cooridor under policy 09-INV-01.

RECEIVED S.O.C.F

DEC 27 2021

~~WARDEN'S OFFICE~~

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (Cite appropriate policy, procedure or regulation in response):

12/27/21
Contact Mr. Oppy, UMC about this matter,

RECEIVED

DEC 29 2021

S.Q.C.F. INSPECTOR

Staff Member's Signature and Title: Jerry Green          Date: 12/27/21

DRC4151 (Rev 11/01)

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

ACA 4271

# Informal Complaint Resolution

Institution: SOCF

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

| Submitted To: Mr. J. OPPY UMC / Inst. Inspector | Date Submitted: 12/29/2021 |
|---|---|
| Inmate's Name: Feaster | Number: 551840 | Housing Assignment: J2 cell #1 |

Complaint Regarding: Violations of: Basic human Rights, denial of meal.
ARS/120-9-04, Policy 64-DCM-01, and 64-DCM-02

On December 25th 2021 Christmas day between 7:00am - 8:30 am breakfast time C/o Sheppard arrived at J2 cell #1 with a peanut butter and pancake syrup tray. Be advised the syrup pancake tray is served with ham and sub tray is peanut butter usually served on Fridays, Although Armark deviated from the original scheduled meal and I always order ham the above named officers denied me my tray stating "Are you peanut butter deficient" then walked off, He did not check the food cart for a ham tray. This is one of a number of incidents where I was denied my meal. This is one of 12 R.H. where no food/commissary can be ordered, specifically in retention of DVR footage under policy 09-INV-01

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken (Cite appropriate policy, procedure or regulation in response):**

I dont have the ability to retain DVR footage Also this should be processed by the shift captain or the Unit Manager Mr. Sparks

| Staff Member's Signature and Title: | Date: 1/3/22 |
|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

# Informal Complaint Resolution

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

| Submitted To: Ronald T. Erdos/Inst. Inspector | | Date Submitted: 12/29/21 |
|---|---|---|
| Inmate's Name: Feaster | Number: 551840 | Housing Assignment: J2 Cell #1 |

Complaint Regarding: Violations of: 8th amendment, ARS120-9-04, Mental Health Statutes, ODRC policies 64-DCM-01, RH/Restrictive Housing 29 day limit, Mental Health policies, 64-DCM-02.

I have been retained in R.H. from 11/27/21 - 12/29/21 and counting. This is now the very essence of cruel and unusual punishment as well as the very definition of Retaliation by you and your Staff/employees/administration in totality of prison conditions at the S.O.C.F. This is blatant, Intentional, and deliberate indifference in accordance to the above cited authorities, Punishable by 2921.44 and 2921.45 pursuant to the O.R.C. and any crimes thereafter, throughout a 18 month period which has been well documented.

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint. Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

| Staff Member's Signature and Title: | | Date: |
|---|---|---|

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)                    ACA 4271

* I have received I C R responses from DW.
C. Davis on 12/20/21 and would like my escalated
Grievance form please.

* I have received I C R responses from DW
Designee Lamy Green on 12/1/61 and would like
my escalated Grievance form please.

In accordance with AR 5720-9-29 as
well as AR5720-9-31. Thank you.

Sincerely,

Mr. Terry K. Teele

5S1840

Note: Please Send Kites and responses as
well please!

**RECEIVED**

**S.O.C.F. INSPECTOR**

1072

Foster
SS1840
J2-01

Please Don't
to you.
please file it. ⟵

Rio io **NOT**
Greenville pen
AR5720-9-31

12-27-21
g. Mahlman —

Please Send yellow
copy of response !
with your request.

(1079)

12-28-21
J. Mahlman
IIS

All of your ICR's — Were in fact
Answered 12/23/2021

I am awaiting the following

* Once again mahlman I see these very
(1) N.O.G for pregnancy or
mental Health Mrs. Saljero
submitted 12/15/21 with
no response

same tactics and tricks won't go over well
in a court setting and you clearly under)hand
why the P.L.R.A. was enacted but yet
still you chose to violate the honored laws. I
(1) N.C.G. for violation of
AR5120-9-08 Appeal points D.W.
Larry Green responded 12/14/21
asked for all my kites and Grievances no matter
(1) N.O.G. for violation of
AR5120-9-02 fired Denny
submitted 12/17/21. No response

if the 7 day response time has elapsed. My
right to grieve any matter/incident that violates
(1) N.O.G. for violation of public
code/procedure/policy must and will be submitted
(1) N.C.G. for violation of public
SB-MED-01 submitted to
DWSS Mr. Joseph on 12/17/21

Sent Copy of answer even if you choose to deny me my right to
(1) N.O.G. for safety & Health
Cell inspection submitted
12/17/21 No response

3) Sent Copy of answer
AR5120-9-31
Sent(1) Nog already this process under AR5120-9-31/policy Grievances with No response

I just received your Nog 12/27-21

your Nog 12-27-21 you are again violating AR5120-9-29 as usual
(1) N.O.G. for violation
of AR5120-9-08 denied R.I.B.
Process submitted 12/17/21

O.R.C. 2921.44 and 2921.45 punishable by any crime pursuant under O.R.D.

O.R.C. 2921.44 and 2921.45

Sent(1) Nog
on IIS to Chief

2) Conduct Reports
per AR5120-9-31
are NOT grievable
Sent Copy

a) Copy of response
Sent(1) Nog. Mental
Health

1) answered this is a
Sincerely
Terence J. Faeber #538410

4) Sent(1) Nog
12-3-21 Inadequate
Medical
Sent Response

5) Sent(1) Nog
Refusal of Cell & Sent Response

* Send back all Kites
and N.O.G. forms

RECEIVED
DEC 27 2021

(a) Again Regional not

L. Mahlman; Any Grievance not sent will be resolved in litigation, I am attempting to Grieve A Failure to issue appeal forms/AR 5120-9-08/Policies and I will explain in depth my reasoning in my N.O.G. I have long lost trust in you as a honorable Inst. Inspector. I have still not been interviewed by you for now. of my I.C.R's, issues, or concerns. please send

1) N.O.G. for SMP responded by larry green Failure to follow procedures in accordance with C.O.R.C. policy SMP Procedures 12/27/2021

**RECEIVED**

DEC 3 0 2021

**S.O.C.F. INSPECTOR**

Sent 11/N-03
Mr. Greene
12-20-21

If you have an issue with Me, then request a Direct Grievance to file with the Chief Inspector

1-4-22
J. Mahl——
IIS

(1094
155 1800
2021

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: |
|---|---|---|
| Number: | | Grievance No. (To be completed by Inspector's Office): |
| Housing Assignment: | | Date: 12/6/2022 |

A. **Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)**

Also refer back to I.C.R.

On 12/20/2021 I was taken to a Sgt. Kings office in J1 housing block where a SMP hearing was suppose to be conducted. Upon my arrival I noticed Unit Manager B. Sparr was not in attendance as he is suppose to be a presiding chairperson on the panel, there were no recording equipment and I was not allowed none of the procedures that apply to ODRC policy SMP procedures including the calling of witnesses, 7 day request for continuance which I asked Cps O'Connor for and I was not given my right to make a complete Statement in violation of ARS120-9.04 and policies SMP procedures, 49-DCM-01, S3-CLS-04. I submitted my I.C.R. as he is the chief authority of SOCF and is responsible for Designating and authorizing SMP Procedures/chairpersons.

Ensure all Policies are in compliance

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.

☐ Yes    ☐ No

C. I filed an informal complaint on <u>12/20/21</u> with <u>Ronald Erdos</u>    <u>Warden</u>
      Date              Name              Position

   (Attach informal complaint resolution).

D. I have read Administrative Regulation 5120-9-31.    ☑ Yes    ☐ No

| Inmate Signature: | |
|---|---|

DRC 4088 (Rev. 11/01)    DISTRIBUTION:    WHITE & CANARY - Inspector    PINK - Inmate    ACA 4271, 4331

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: |
|-------|--|--------------|
| Number: | | Grievance No. (To be completed by Inspector's Office): |
| Housing Assignment: | | Date: 12/23/2021 |

**A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)**

In Violation of _____ AR 5120-9-02, AR 5120-9-04, and policies 64-UCM-01, 64-UCM-02, and DRC policy 5 _____ prevention.

On 12/3/21 between 2:30pm - 3:30pm I was _____ greeted by Mental Health adm. Ms. Salyers who I explained to on numerous occasions that day that I felt suicidal and stated several times "I wanted to kill myself" See: _____ use of force report. On the above date and time Ms. Salyers _____ Water Capt. _____ lied and told Capt. Freece I _____ wanted/would be _____ Suicide _____

_____ took the opportunity to _____

_____ suicide by biting my arm, I was then sprayed with O.C. three times _____

without even _____ the cuff up a 5-Man SRT team comprised _____ A. Kinner who I observed first carrying a shield forced/pushed me into _____ back of the cell yelling stop resisting. I never _____ two _____ through _____ blackout and 2 other unknown SRT members _____ ice and leg while also _____ to my head, then slamming my head _____ floor I escaped _____

_____ Mental Health since _____ I request _____ under 64-INV- _____

(In violation of _____ AR 5120- _____)

**B. I will experience a substantial risk of PHYSICAL INJURY if this grievance is not promptly addressed:** ☑ Yes ☐ No

**C. I filed an informal complaint on** 12/3/2021 **with** Cynthia Davis / Deputy Warden oper. (Attach informal complaint resolution).

**D. I have read Administrative Regulation 5120-9-31.** ☑ Yes ☐ No

| Inmate Signature: |
|-------------------|

DRC4088 (Rev. 11/01)          DISTRIBUTION:    WHITE & CANARY - Inspector          PINK - Inmate          ACA 4271, 4331

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: |
|---|---|---|
| Number: | | Grievance No. (To be completed by Inspector's Office): |
| Housing Assignment: | | Date: 12/29/2021 |

**A.** Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

Please refer to Informal Complain- Resolution and Violations of authorities + 68-MED-01 UDRC Policy.

On 12-3-21 I was assaulted and beaten by a 5-man SRT team, See; use of Force report # ____-21-____ as well as Camera/DVR Footage retained under policy 04-INV-01 on my cell violation. I sustained multiple injuries to my head, legs, Arms, and Face. R/N Santoro did not thoroughly in put in ____ asses my injuries, she took no photos, nor assessed me there or made an accurate assessment, she gave me a once over look any left figures should have been taken and a full body assessment should have been conducted There was no follow up assessment even when I filed an HSR between 12/14/21 or 12/17/21. I was not ever called to medical at such period This act goes to ____ and ____ ____ of a adequate/proper medical attention in violation of ____ ____ the policy/regulation + E.C.R.

In supermax and ____ ____ ____ ____ ____ further litigation and discovery in this behalf are in compliance

**B.** I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.
☑ Yes  ☐ No

**C.** I filed an informal complaint on 12/17/21 with ____ Joseph ____ ____ as ____
(Attach informal complaint resolution).

**D.** I have read Administrative Regulation 5120-9-31.  ☑ Yes  ☐ No

Inmate Signature: _____

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: |
|---|---|---|
| Number: | Grievance No. (To be completed by Inspector's Office): | |
| Housing Assignment: | Date: 12/29/2021 | |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.) [illegible]

[illegible]

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.

☐ Yes ☐ No

C. I filed an informal complaint on [illegible] with [illegible] [illegible]

Date / Name / Position

(Attach informal complaint resolution).

D. I have read Administrative Regulation 5120-9-31. ☑ Yes ☐ No

| Inmate Signature: [illegible] |
|---|

DRC 4088 (Rev. 11/01) DISTRIBUTION: WHITE & CANARY - Inspector PINK - Inmate ACA 4271, 4331

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: |
|-------|---|------------|
| Number: | | Grievance No. (To be completed by Inspector's Office): |
| Housing Assignment: | Date: 12/29/2021 | |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)

Please print to Informal Complaint Resolution

It has now been 20 days, and I'm sitting in this isolation Cell where the conditions are clearly deplorable and the deliberate act to keep me contained in a cell that has broken plumbing and running hot water from the middle extreme day to day. I'm also covered in _____ due to no hot/cold water, no ability to keep clean being confined, the running cold water has ruined the only clothing/garment I have. I also requested a/v copies from the dates of 12/10/21 - 12/30/21 24/7 footage of J2 isolation side and don't in response to the documents that exist and to attest the fact that I've never been placed in J2 isolation this cell that has also never been in J2 since my initial date on arriving 12/7/21. There has never been any _____ activity here in J2 Housing Block.

A reprimand and further litigation is appropriate as this is retaliation and deliberate motivated by DRC's Health Care to ensure all members are and J Pracs are in Compliance.

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.  ☑ Yes  ☐ No

C. I filed an informal complaint on 12/7/21 with Circa Halloran - Chief of Health Care
   (Attach informal complaint resolution).  Date / Name / Position

D. I have read Administrative Regulation 5120-9-31.  ☑ Yes  ☐ No

| Inmate Signature: |
|---|

DRC 4088 (Rev. 11/01)  DISTRIBUTION:  WHITE & CANARY - Inspector   PINK - Inmate   ACA 4271, 4331

(8)

I am requesting my notification of Grievances for:

(1) Violation of Restrictive Housing Policy responded by Lacy Owen on 1/3/22

(1) C/o Shepherd denied me a breakfast meal on Christmas day violation of AR5120-9-04 responded by UMC J Copy on 1/3/22

* Also Return all kites please, thank you!

Sincerely,

—Thomas— 551840

(1) Still no N.C.C. on Lacy Owen's response to SMP procedure violations/please send??

Security Need to Not grievable AR5120-9-31

Smith(1) Neg Co Sheppard 12-25-21 denied Breakfast

1-6-22 J. Mahlman IIS

JAN 06 2022

Teastee 551-840 J2-1

SMP Not Grievable

## DISPOSITION OF GRIEVANCE

**INMATE:**        FEASTER, TERRANCE J    **COMPLAINT CODE:** STAFF / INMATE RELATIONS - Force -
                                                                Reported use of force

**NUMBER:**        A551840                      **DISPOSITION:** DENIED - No violation of rule, policy, or law

**INSTITUTION:** SOCF                  **GRIEVANCE NUMBER:** SOCF-01-22-000029

**DATE:**          01/04/2022

---

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 12/27/2021, has been reviewed and disposed of as follows:

Your grievance is regarding a Reported UOF on 12-3-21 in reference to RIB SOCF-21-004034 and SOCF-21-004035.
You allege a violation of AR5120-9-02 & AR5120-9-04 and DRC Policy 64-DCM-01, 64-DCM-02 and AR5120-9-08.
You allege on 12-3-21 between 2:30 and 3:30 pm, you were 1st seen by MH, Ms. Salyers who you explained to on numerous
occasions that day that you felt suicidal, and you stated several times you wanted to kill yourself.
You state see camera/DVR footage & Use of Force Report.
You allege Ms. Salyers lied and told Captain Frazie and ordered Lt. Setty to J2-41 where you were housed and a camera
operator to move you although you stated and attempted suicide by biting your arm and then you were sprayed with OC 3 times
and without even asking you to cuff up. A 5 man team which included CO Kinner who you observed first carrying a shield
forced and pushed you into the back of the cell yelling, stop resisting and you allege you never resisted orders throughout the
ordeal and even proceeded to cuff up when doors opened yet Officers Kinner & Stevenson, Blackburn and 2 other unknown
SRT Officers attempted to break your fingers and leg while also raining blows to your head and slamming your head on the
concrete floor.
You allege you escaped with minor injuries, and you allege you were offered no medical attention after injured to your fingers
nor did medical or mental health allow you to make a statement. You allege you were denied a RIB hearing.
You state you request retention under 09-INV-01 footage & overturn ERH/SMP decision.
AR5120-9-31 Hearing Officer & RIB decisions are not grievable & this office id not responsible for DVR footage retention.

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in
the office of the Inspector of Institutional Services.

*[signature]*

Page 1 of 2

**INMATE:**  FEASTER, TERRANCE J            **GRIEVANCE NUMBER:** SOCF-01-22-000029

**NUMBER:** A551840                              **DATE:** 01/04/2022

On 12-3-21 involved in two separate issues that were both reported uses of force.
You filed ICR # 12-21-99 to DWO Ms. Davis which responded on 12-20-21.
On 12-3-21 Lt. Setty issued you a conduct report # SOCF-21-004035 at 3:10 pm, DVR 666-21 for violating rules 18, 20, 21 & 23.
I reviewed your Use of Force statement which you refused to sign and I reviewed your MER completed by RN Sammons. You stated your finger was broke, however; movement was noted to all extremities and digits before patient stated he had a fracture, no edema, no discoloration noted to sight, no injuries noted to patient, no treatment. Indicated and instructed to follow up with the infirmary.
You currently have a pending appeal with Columbus on your conduct report.
Also on 12-3-21 at 3:33 pm SRT completed a cell extraction on you which again was a reported Use of Force. You were issued Conduct Report SOCF-21-004034 rules 2-0 & 21 violation.
You have also already been interviewed by the Use of Force committee and the decision is currently pending and the DWO and Managing Officer will determine if force on 12-3-21 was justifiable.
I reviewed your MH file along with the MHA, Ms. Salyers & DR. Virginia removed you off observation on 12-3-21 which was a clinical decision. Ms. Salyers does not make the decision.
SOCF followed DRC Policy 63-UOF-02 & 63-UOF-03 & AR5120-9-01 & AR5120-9-02.
I find no evidence that staff violated AR5120-9-02, AR5120-9-04 or DRC Policy 64-DCM-01 or 64-DCM-02 or AR5120-9-08 as you allege.

## DISPOSITION OF GRIEVANCE

| | | |
|---|---|---|
| **INMATE:** | FEASTER, TERRANCE J | **COMPLAINT CODE:** INSTITUTIONAL OPERATIONS - Health Care - Access / Delay in receiving medical care |
| **NUMBER:** | A551840 | **DISPOSITION:** DENIED - No violation of rule, policy, or law |
| **INSTITUTION:** | SOCF | **GRIEVANCE NUMBER:** SOCF-01-22-000040 |
| **DATE:** | 01/05/2022 | |

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 01/04/2022, has been reviewed and disposed of as follows:

Your grievance is regarding Medical on 12-3-21.

I have already addressed your medical concerns when I completed Disposition SOCF-01-22-00029 & I will not keep addressing the same repetitive issues.

You state you filed an HSR between 12-16-21 & 12-17-21 and you were not even called to medical or seen period.

You allege medical negligence, which is blatant and deliberate in denying proper, adequate medical attention in violation of the above policy.

You state a reprimand and a citation but not limited to further litigation and ensuring all laws/policies are in compliance.

I reviewed your medical file along with Nurse Hill and you have not submitted any HSR forms to be seen by medical for any reason as you allege.

Medical followed DRC Policy 68-MED-01 on 12-3-21. Simply sign up for NSC.

Therefore your grievance is denied and this office will take no further action at this time.

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

Page 1 of 1

## DISPOSITION OF GRIEVANCE

**INMATE:**          FEASTER, TERRANCE J     **COMPLAINT CODE:** STAFF / INMATE RELATIONS - Force - Reported use of force

**NUMBER:**          A551840                 **DISPOSITION:** DENIED - No violation of rule, policy, or law

**INSTITUTION:** SOCF                        **GRIEVANCE NUMBER:** SOCF-01-22-000037

**DATE:**            01/05/2022

---

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 01/04/2022, has been reviewed and disposed of as follows:

Your grievance is regarding Mental Health on 12-3-21.
I already addressed this matter in Grievance Disposition SOCF-01-22-000029.
I will not keep addressing the same repetitive issue.

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

*Linda Mahlman* Ⓜ

Page 1 of 1

## DISPOSITION OF GRIEVANCE

**INMATE:**        FEASTER, TERRANCE J          **COMPLAINT CODE:** INSTITUTIONAL OPERATIONS - Safety and Sanitation - Cleaning supplies

**NUMBER:**       A551840                      **DISPOSITION:** DENIED - No violation of rule, policy, or law

**INSTITUTION:** SOCF                          **GRIEVANCE NUMBER:** SOCF-01-22-000073

**DATE:**         01/11/2022

---

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 01/04/2022, has been reviewed and disposed of as follows:

Your grievance is regarding cell clean up.

You allege it has been 30 days and counting in this controlled cell where you allege the conditions are clearly deplorable and this deliberate act to keep you contained has left you with a cough & sore throat from mold and extremely dry skin and poor air quality.

You allege you had to cover the corroded toilet with your mail and loose papers to keep down the stench/smell. The rusted bed casing has rusted out the only sheet and blanket you have.

You state you have requested DVR footage for the dates of 12-16-21,12-30-21 and 24/7 footage of J2 slammer side and cell 1 in response to Mr. Holdren's deliberate lie and to attest the fact no contractor has been in J2 between those dates and has not been in J2 since your initial detainment on 11-27-21.

You allege reprimand and further litigation in appropriate and you allege this is retaliation and deliberate misconduct by health and safety Mr. Holdren to ensure all authorities and policies are in compliance.

This office is not responsible for the retention of DVR footage, you are to simply make such requests to the shift Captain.

You filed ICR # 12-21-114 to Health & Safety, Mr. Holdren who responded on 12-27-21 stating you may ask for cleaning supplies which is available in all blocks. Mr. Holdren also told you to address ventilation matters with maintenance supervisor and mice and bug issues is treated weekly by an outside contractor.

I called and spoke with J2 CO Risner on 1-10-22 who stated J2 has cleaning supplies if you want to clean your cell, simply ask. All cells in J2 are cleaned when an I/M moves in and when he moves out. Cell cleanups are completed every weekend and through the week when you ask to do so.

Sgt. King was notified and came to speak with you at your cell on 1-10-22 and informed me that your toilet was stopped up and she notified maintenance to get it fixed but stated you never reported the issue for her to address it.

Sgt. King stated she told the block officer on 1-10-22 to let you clean your cell and stated there is no mold that she seen in J2 cell 1.

I also spoke with Case Manager Mr. Rush that walks J2 daily and he stated you have made no complaints about the heat, a dirty cell, mold and rodent issues.

I interviewed Health And Safety and again he and I both told you previously an outside exterminator comes to SOCF every Wednesday. Mr. Holdren is following DRC Policy 10-SAF-08.

Inmates do not dictate staff discipline and I find no evidence of retaliation or deliberate misconduct vy any staff members. Therefore this grievance is denied and this office will take no further action at this time.

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

Page 1 of 1

## DISPOSITION OF GRIEVANCE

| | | | |
|---|---|---|---|
| **INMATE:** | FEASTER, TERRANCE J | **COMPLAINT CODE:** | NON-GRIEVABLE MATTERS - RIB / Hearing Officer |
| **NUMBER:** | A551840 | **DISPOSITION:** | DENIED - Not within the scope of the grievance procedure |
| **INSTITUTION:** SOCF | | **GRIEVANCE NUMBER:** | SOCF-01-22-000126 |
| **DATE:** | 01/19/2022 | | |

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 01/11/2022, has been reviewed and disposed of as follows:
your grievance is regarding your SMP Hearing on 12-20-21.
Per AR5120-9-31, Security Classification is non Grievable due to having a separate appeal process.
I did review your DRC2098 and SOCF has and is following DRC Policy 53-CLS-10.
Therefore, this grievance is denied and this office will take no further action at this time.

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

Page 1 of 1

## DISPOSITION OF GRIEVANCE

| | | | |
|---|---|---|---|
| **INMATE:** | FEASTER, TERRANCE J | **COMPLAINT CODE:** | NON-GRIEVABLE MATTERS - RIB / Hearing Officer |
| **NUMBER:** | A551840 | **DISPOSITION:** | DENIED - Not within the scope of the grievance procedure |
| **INSTITUTION:** | SOCF | **GRIEVANCE NUMBER:** | SOCF-01-22-000126 |
| **DATE:** | 01/19/2022 | | |

☐ The disposition of this grievance will be delayed longer than 14 calendar days for the following reason(s):

☐ Your grievance, filed on 01/11/2022, has been reviewed and disposed of as follows:
your grievance is regarding your SMP Hearing on 12-20-21.
Per AR5120-9-31, Security Classification is non Grievable due to having a separate appeal process.
I did review your DRC2098 and SOCF has and is following DRC Policy 53-CLS-10.
Therefore, this grievance is denied and this office will take no further action at this time.

If you wish, you may appeal this decision to the Chief Inspector within 14 calendar days. Appeal forms are available in the office of the Inspector of Institutional Services.

*Linnea Mahlman* Ⓐ

Page 1 of 1

# Appeal to the Chief Inspector

| Name: Terrance J. Feaster | | Number: 551840 |
|---|---|---|
| Institution: SOCF | Grievance No. SOCF-01-22-000029 | Date: 1/5/2022 |

**INSTRUCTIONS:** *Complete Appeal form. Attach a copy of the Notification of Grievance, Disposition of Grievance, and Supplemental Disposition of Grievance and/or informal complaint, if used. Submit to: CHIEF INSPECTOR, 770 West Broad Street; Columbus, Ohio; 43222.*

I am appealing the decision of the Managing Officer and/or the Inspector of Institutional Services concerning my Grievance, for the following reason(s): Please refer back to I.C.R. N.O.G. and N.O.G. Disposition. Also see; Violations of the cited authorities as well as all available DVR/camera footage.

This Appeal is ripe for resolution as clearly there was a Substantial amount of violations which occurred and yet IIS L. Mahlman found no violation or misconduct by the named officers involved. A reasonable person could understand that proper procedures were not followed in this incident, as a professional Mrs. Mahlman has clearly prejudiced this inspection/investigation.

Also be advised this act and Failure to make a professional decision is also a violation of the IIS Mahlmans oath/duty in accordance to AR 5120-9-29. This appeal is a string of appeals that has been consistent with repetitive acts of retaliation by staff at SOCF. Specifically this is a second incident involving C/O Kinner who has previously deliberately damaged my property during a 3/11/21 Mass Shakedown 2n8mich I filed a grievance with this office; See: I.C.R. grievance History. This officer initiated this Assault blatantly, intentionally, and deliberately in bad faith hoping to cause harm/physical damage.

Signature of Inmate: _Terrance J. Feaster_

DRC 4146 (Rev 08/08)     Distribution: White - Chief Inspector    Canary - Inmate

# Appeal to the Chief Inspector

| Name: Terrance J. Feaster | | Number: 551840 |
|---|---|---|
| Institution: SOCF | Grievance No. SOCF-01-22-000040 | Date: 1/6/2022 |

**INSTRUCTIONS:** Complete Appeal form. Attach a copy of the Notification of Grievance, Disposition of Grievance, and Supplemental Disposition of Grievance and/or informal complaint, if used. Submit to: CHIEF INSPECTOR, 770 West Broad Street; Columbus, Ohio; 43222.

I am appealing the decision of the Managing Officer and/or the Inspector of Institutional Services concerning my Grievance, for the following reason(s):

Please refer back to I.C.R./N.O.G./ as well as use of force report # SOCF-21-004034/ Camera and DVR footage. 066-21 Medical R/N Sammons deliberately refused to make an assesment of my sustained injuries on 12/3/21 even when I stated my finger was broke. I was clearly Assaulted and beaten by a 5-Man SRT team while cuffed and shackled. even when I attempted to file an HSR my issues were ignored. My injuries should have been dowmented and pictures should have been taken. This is believed to be more retaliation because of my I.C.R. History with medical in violation of AR 5120-9-31, 5120-9-04, Policies 68-MED-01, 64-DCM-01, and 64-DCM-02 This retaliation against the SOCF has been well documented over an 18 month period as this has become consisten and repetitive. R/N Sammons clearly Failed to provide procedural and adequate medical attention.

| Signature of Inmate: |
|---|
| Terrance J. Feaster |

DRC 4146 (Rev 08/08)    Distribution: White - Chief Inspector    Canary - Inmate

# Appeal to the Chief Inspector

| Name: Feaster | | Number: 551840 |
|---|---|---|
| Institution: S.O.C.F. | Grievance No. SOCF-01-22-000073 | Date: 1/11/2022 |

> **INSTRUCTIONS:** Complete Appeal form. Attach a copy of the Notification of Grievance, Disposition of Grievance, and Supplemental Disposition of Grievance and/or informal complaint, if used. Submit to: CHIEF INSPECTOR, 1050 Freeway Dr. North; Columbus, Ohio; 43229.

I am appealing the decision of the Managing Officer and/or the Inspector of Institutional Services concerning my Grievance, for the following reason(s): Please refer back to I.C.R. and N.O.G. History for details.

In violation of Public law 91-596 and OORC Policy 10-SAF-08 Safety and Health coord. Greg Holdren has shown an aggrievingly overwhelming Failure to provide Health and Safety precautions as well as necessary testing of toxic materials throughout the S.O.C.F. This deliberate failure to act and provide services that are consistent with the above cited authorities has now become malicious and his ability to lie about weekly contracted exterminators is a clear and evident show of bad faith as we are indeed in the very midst of multiple variants of Covid-19 outbreaks and prescribed by oath it is his very duty to provide essential services to keep all lives employed and incarcerated safe/protected from harm. His repetitive failures are concurrent with Inspector Mahlmans lack of decision making skills/qualities. I was finally moved out of J2 cell #1 Restrictive Housing after a ____ day stay with the ____ banging 24/7 denying me any access to Air, plumbing, and cleaning materials of any kind. This was blatant and deliberate retaliation and a violation of my 8th Amendment right of the United States Constitution.

| Signature of Inmate: | |
|---|---|
| DRC 4146 (Rev 3/02) | Distribution: White - Chief Inspector  Canary - Inmate |

ACA 4271

# Appeal to the Chief Inspector

| Name: Terrance J. Feaster | | Number: SS1840 |
|---|---|---|
| Institution: S.O.C.F. | Grievance No. SOCF-01-22-000146 | Date: 1/24/2022 |

> **INSTRUCTIONS:** Complete Appeal form. Attach a copy of the Notification of Grievance, Disposition of Grievance, and Supplemental Disposition of Grievance and/or informal complaint, if used. Submit to: **CHIEF INSPECTOR, 1050 Freeway Dr. North; Columbus, Ohio; 43229.**

I am appealing the decision of the Managing Officer and/or the Inspector of Institutional Services concerning my Grievance, for the following reason(s): See; N.O.G for Violations of O.A.C. AR 5120-9-04 as well as 64-DCM-01 ODRC Policy.

Mrs. L. Mahlman in bad faith has obviously lost the ability to perform fairly and make reasonable decisions in accordance to AR 5120-9-29.

C/O Shepherds deliberate act to deny me a tray was surely captured on DVR footage and of all dates 12/25/21. It is clear and evident the retaliation against me for merely ensuring all authorities and policies are in compliance by utilizing the grievance procedure is concurrent/consistent with the actions of staff/C/O's and administration at the S.O.C.F. The DVR systems and surveillance were implemented for the very incidents. My proof is the very officers named as witnesses were not even in the vacinity of this incident furthermore, be advised but C/O Sherman o has personally been reprimanded for denying me multiple trays on 2/20/2021 See; ICR History and C/O blackburn is currently being investigated for assaulting me in a must fake cell extraction when no resistance occurred. Note; Mrs. Mahlman refuses to interview me as she continues to deny every complaint. This inspectors deliberate act to stonewall and do her own sense of retaliation has become astoundingly overwhelming and well documented.

Signature of Inmate: _[signature]_

DRC 4146 (Rev 3/02)  Distribution: White - Chief Inspector  Canary - Inmate  ACA 4271

Exhibit D:

- Informal Complaint Resolution Restriction



**Ohio** | Department of
Rehabilitation & Correction

Mike DeWine, Governor
Annette Chambers-Smith, Director

TO: Inmate Feaster 551-840

SUBJECT: Informal Complaint Resolution Restriction

DATE: 1-6-22

Inmate Feaster,

Administrative Rule 5120-9-31 describes, in part, how an inmate may be issued restricted access to the inmate grievance procedure based upon an inmate's abuse or misuse of the procedure. Review of your grievance history noted that since 12-15-21 through 1-4-22 you have filed a total of 12 Informal Complaints and 3 Grievances with several more pending with this office

Per AR5120-9-31, you are hereby restricted for ninety(90) days from access to step one of the inmate Grievance procedure, the filing of an Informal Complaint. You will continue to have unrestricted access to the kite system.

Provisions have been made to ensure you are able to pursue issues which could present a substantial risk of physical injury, such as medical concerns through the inmate Grievance Procedure. Any "emergency" issue you wish to address may be done via kite to the Institutional Inspector or in person to institutional staff. Access to the inmate Grievance Procedure for an "emergency" will be determined by the Institutional Inspector.

After ninety (90) days, your adherence to the Informal Complaint restriction will be reviewed. If you have not substantially complied with the restriction requirement, the restriction will be subject to extension.

The restriction will take effect on 1-10-22

Linnea Mahlman 1-6-22
Linnea Mahlman, SOCF IIS

Roger Wilson 1/6/22
Roger Wilson, Chief Inspector's Office

Southern Ohio Correctional Facility · P. O. Box 45699 · Lucasville, OH 45699
www.drc.ohio.gov

Exhibit E:

- Kite Request for Notification of Grievance (N.O.G.)

- 2 (N.O.G.'s) Against SOCF Inspector Mahlman and SOCF Warden R. Erdos

CH4DM/2016

L. Mahlman, I.I.S.

This is my second or third request for a direct N.O.C. to the
This is my second or third request for a direct N.O.C. to the Chief Inspector. I would like (2) one against the Warden and also one against the S.O.C.F. I.I.S.

*Direct Noip Appeals to chief Inspector dispositions in the cases /grievances filed

⊙ Direct Noip Appeals to chief Inspector *Also it's not surprising but I have not received any of my
#SOCF-01-22-000029, #SOCF-01-22-000073, and SOCF-01-22-000146

I am certainly well past the 30 day review date on those Appeals as the last Appeal filed was on the date 1/24/22 and I indeed sent these in

Also I see you deliberately refuse to allow me my electronic complaints against the Warden. No matter I will request these through Mr. Leroy Green and go from there in accordance to AR 5120-9-29. and 5120-9-31.

When Columbus I would like the above requested dispositions from my sent/filed appeals (answers) they will Thank you!!
be sent to you!

3-24-22
L. Mahl
IS

* Please Return Kites!!

[signature] SSI840 K3-7 (328)

RECEIVED
MAR 22 2022
S.O.C.F. INSPECTOR

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: |
|---|---|---|
| Number: | Grievance No. (To be completed by Inspector's Office): | |
| Housing Assignment: | Date: 1/8/2025 | |

A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.) Continued [illegible] complaint [illegible] Warden, Director, and [illegible] in the month of November 2024

[illegible] within the [illegible] Not limited to: Failure [illegible] prison conditions [illegible] Failure to [illegible] [illegible] to protect [illegible]

[illegible] comply with the [illegible] [illegible] [illegible]

B. I will experience a substantial risk of **PHYSICAL INJURY** if this grievance is not promptly addressed.

☐ Yes ☐ No

C. I filed an informal complaint on [illegible] with [illegible]

Date Name Position

(Attach informal complaint resolution).

D. I have read Administrative Regulation 5120-9-31. ☑ Yes ☐ No

Inmate Signature: [signature]

# NOTIFICATION OF GRIEVANCE

| Name: | | Institution: |
|---|---|---|

| Number: | | Grievance No. (To be completed by Inspector's Office): |
|---|---|---|

| Housing Assignment: | Date: **3-27-2022** |
|---|---|

---

**A. Explain your complaint. (Be specific. Address only one incident or concern. Include what would solve your complaint.)** Complaint involving Init. Inspector L. Mahlman of the SOCF and violations of; AR's 5120-9-04, 5120-9-29, and 5120-9-31 More specifically I.I.S. Mahlman has failed to perform Job duties in accordance to AR 5120-9-29 (A)(B)(C)(D)(E)(H) in respects to AR 5120-9-31 I have filed I.C.R.'s/Grievances from Case RIB SOCF-21-003966 where RIB Chairpersons, B. Bamcy, J. Whitman capt. Violated AR 5120-9-08 and ODRC policy 56-DSC-02 Procedures which I filed an I.C.R. on 12-12-2021 to Deputy Warden Larry Green (Supervisor). I was denied my due process to these cited authorities then further Denied due process and 1st Amendment right to Grieve this matter because of I.I.S. Mahlmans deliberate and malicious act to deny my right per AR 5120-9-31 stating "RIB Procedures/Policies are not grievable when indeed they are. These violations persisted as well in the Case RIB SOCF-21-004034/socf-21-004035 in which policies and procedures were violated and Rewarded thru I.C.R dated/submitted 12-12-2021 and 12-17-2021, Then continued and persisted when violations by(UM) and(CRS) Charles O'Conner violated AR 5120-9-08.1 and ODRC Policy 53-CLS-04 and 53-CLS-10 who did not conduct procedural hearings which I submitted I.C.R of Violations dated 12-20-2021 to Warden R. Erdos in the Case Socf-21-004034, Then Fred Denny Use of force Investigator violated AR 5120-9-02 by not allowing me to complete/file a Statement provided by Section (A)(2) of this rule which I submitted 12-17-2021 Medical RN further violated this Rule See (A)(4) and policy 68-MED-01 as well as Mental Health Admin. Ms. Salyers violating policy 67-MNH-02 and 67-MNH-31 "All Recorded in Grievance # Socf-01-22-000029 "litigation Holdletter"

**B. I will experience a substantial risk of PHYSICAL INJURY if this grievance is not promptly addressed.** ☑ Yes ☐ No

**C.** I filed an informal complaint on 12/20/2021 with Ronald T. Erdos, Warden
     (Attach informal complaint resolution).

**D.** I have read Administrative Regulation 5120-9-31. ☑ Yes ☐ No

| Inmate Signature: | |
|---|---|

DRC 4088 (Rev. 11/01)    DISTRIBUTION:    WHITE & CANARY · Inspector     PINK · Inmate     ACA 4271, 4331

Exhibit F:

- Kite to (SOCF) Investigator C. Miller requesting to report
  a Excessive use of force assault to assigned (SOCF) Ohio
  State Highway Patrol trooper Clinginpeel be investigated.
  (Defendant Clinginpeel)

I will let
the Trooper know
if you want to speak
to him

Mr. Miller

per CORE Policies on the on, 09-IN-05 and more specifically 09-IN-04 that provides you 30s duties to notify. I make a request to you to speak. Specifically to notify certain Chairperson to file a complaint against Sergeant Slate and to request an immediate investigation of federal mail tampering as well as violations of my Civil Rights/In respect I would certainly like to file charges against anyone and everyone involved. I've sent Legal Mail to the mailroom via David Murray. Mr. Harris as well as Correction Officer Markley on K side (K3 cell 7) and in accordance to CORE Policy 10-IN-02 (BWC) which can certainly be video recorded in both areas and personally will assist in an investigation as they also. I would also request a review on DVR footage of the dates in question from 5-18-20 to 5-22-20 between 12:30 and from this date to date. I spoke to whomever talks about and on the right of 5:15 p.m. at 4:15 pm Mailpick c/o Markley has A "1927 Brief", but I have yet to receive. Issued to Legal Services Mr. Reuter. Issues with the mailroom have persisted I would like to speak with whoever will

Thank you!

Jason M. Locke
5-28-20

Exhibit G:

- Kites to (SOCF) Public Records holder and Warden R. Erdos Assistant Larry Green's (Defendants in this Action) failure to comply with requests. (I.C.R. attached)
- Returned Public Records Document Statement conducted by Larry Green

Mr. Green, This is my 2nd kite to your office. Concerning Public Records of named officers, Investigative dispositions, and DVR/Camera footage.

I am simply giving notice of my right to Request public "Records and what format would be ~~maybe~~ accessible as their is obviously a disconnect with the mailroom and their ability to perform in a professional manner procedurally.

I would like to know this in order to be precise as to not Cause any descrepencies. You could either explain if Institutional mail or regular U.S. Mail would suffice.

Thank you

Timothy J. Hunt
SS18140

2/23/22
all you have to do is be specific on your request.

Mr. Larry Green / Public Records Office

I have requested a very specific and uncomplicated Public Records Request and the documents are certainly eligible for release as I have certainly exhausted all appeals whether it be pursuant to AR 5120-9-08-08, AR 5120-9-31, ~~Simce all remedics~~ all remedies have been exhausted and Affirmed, I believe I have given you a fair time frame well past (15) days in order to prepare copies/documents/hard copies/material of import in accordance to: ODRC Policies; 07-ORD-09, 05-01T-11, 59-LEG-01, 33-ERD-01, 31-SEM-04, 63-UOF-02, 63-UOF-03, and 09-INV-01 and AR's 5120-9-02, 5120-9-49, 5120-9-08, 5120-9-31, 5120-9-20(6), 5120-9-24(c) O.R.C. 149.43 under the Public Records Act. I also have other public Records Requests that I would like to acquire; Now Warden Ronald T. Erdos on 3-15-2022 around 6:00 a.m-6:30am Personally Spoke with me about my requests and stated; S.O.C.F. Counsel is reviewing what docs may be subject to release, In understanding the incident in question and the legal ramifications considered this has nothing to do with my request, I've exhausted my remedies as well as given you time and opportunity to answer or release these documents requested and of course the names of the individuals involved Certainly are elgible for release, These investigation have been completed and affirmed thus giving way to my Request under the P.R.A.

Thomas J. Tate - 558840

3/29/22
You have not identified the records you are requesting. Please identify the public record you are requesting ll

→ ↓ Rue the att [illegible signature]

Dear Mr. Erdos, I regret to have to be sending this I.C.R. but it seems that this retaliation is certainly apparent at this point in time and is prevalent and consistent. This form of sabotage- by Legal Services and the Mail Room to Infringe upon my constitutional Rights is quite frankly unprecedented and as the acting CEO, Director, and Warden of the Southern Ohio Correctional Facility you are most certainly the Sole and Absolute Manager of Operations at this Institution in accordance to ORC 5120- Department of Rehabilitation (and Corrections, Administration and Dimar,.

So on the Contrary you are certainly aware of my presence and issues as we spoke on 3-15-20:22 around 10:00am-10:30am during the Idle round I have seen you conduct on K3 Since my hearing Placement on 1-11-22.

I request that the retaliation and Sabotage of your administration and Staff Cease pursuant to All Laws under the U.S. and Ohio Const - itution and OORC Policies that Supersede. At this point in time I am attempting to Appeal my Convictions and Sentence. so this notice of intent is well needed as the enclosed complaint/Grievance stand as evidence to one of numerous incidents. Please speak with Staff and an administration, Specifically Legal Services, Mail Room, and Inst Inspector of their oath and duty to act ethically and professionally.

---

...Policy 22-B13-07 and 24-OAS-05 ...ssmissing was not Sub due ...mex Item Manila envelops, ...it as earlier as November 2 ...which means it nearly impossible ...for prisoners to file legal docs, ...etc. which consist of various ...copies and only can be sent via ...manila envelopes due to court ...institution. This would definitely ...compromise my ability to conduct ...legal Affairs in a timely manner
1. Spoke with Mrs. Joseph Davis ...on 3-23-22 on these issues and ...commissary was to take out metal ...Manila but when ordered it did ...not receive these Manila envelopes ...as they were out of order still ...I have a 13.0g but which I ...still have not received Sent to ...legal on 3-14-22. No A/c withdrawal ...Slip3 receipts have been received ...as received. I Request Retention ...of OORC Footage of our conversation ...on the date mention. as well ...as this note under litigation ...as this letter per Policy 04-INV-01 ...Thank you. [signature] Name f. Stato
531810

Mr. Lowry Greer / Public Records Holder

I initiated my correspondence with you on 2-16-22 and it is now 1-13-2022. I've given you an opportunity to not only fulfill my Public Records request but also provide the requested documents you could, which you are obligated by oath and failure to provide not just the records/documents requested but also your job duties and provides as the oath will result in further litigation under ORC 149.43(c) per the PRA. you must continually adhere about the statutory deadline and waiting period consequences for failing to provide this mandatory services. If the request does not fill your requirements under policy 07-ORD-08 then I could like your request and my file and request returned. Its the send error it is already given to Ronald T Endres on 3-15 as previously and there must be a document because he did not given your error response. Also I would like my request as soon as possible via fax why you would hold on to a request for so long but I will mandate on to mandamus, thank you!

Sincerely,

_____ 5-5-1840

4/5/2022
I am willing to provide you with public records. However, please send the names, or identify the records you are requesting. Send the information as soon as possible via

# Informal Complaint Resolution

Institution: _____

*Top section to be completed by inmate, within 14 days of incident.*
*Inmate will forward the White & Canary copies to the supervisor of the staff person or department most responsible for complaint; Forward Pink copy to the Inspector; and keep the Goldenrod copy.*

Submitted To: R. Erdos, Warden, Inst. Inspector    Date Submitted: 4-20-2022

Inmate's Name: Feaster    Number: 551840    Housing Assignment: K3 cell 7

Complaint Regarding: Violations of Public Records between O.A.C. 149-43-1.9(A) 5120-1-08, 5120-9-49(i), 5 1-4-09, and ODRC Policy 07-ORD-02

On 3/3/22 I initiated contact with Mr. Larry Green, the Warden Administrative Assistant / Public Records officer, and the following week gave Mr. Green my written detailed and Specific Records Request in the form of a note. On 3/15/2022 after allowing a good and reasonable amount of time to pass as well as Speaking to Warden R. Erdos himself on the dates of 3/15/22 and 4/13/22 inquiring about my request and records, or at least for my request to be returned. Since Mr. Green takes more opportunity in deciding how to respond to my request, I would like my request returned since he also fails to perform his duty as the 5oCF Public Records officer. The records requested were to the effect of use of force disposition papers with the names of the 5 man SRT responding on 12/3/2021, Form 1065 and DVR footage. Redacted or otherwise and not to include exempt Records. Since Records were requested in release for the incident in question, in which I gave to the 2nd Request Sent to Mr. Green and received no response whatso- ever no reply whatsoever.

---

*Lower Section to be completed by the supervisor of the staff person or department most responsible for complaint.*
*Return Canary copy to inmate within 7 calendar days. Send White copy to the Inspector.*

**Action Taken** (*Cite appropriate policy, procedure or regulation in response*):

Staff Member's Signature and Title: _____    Date: _____

*Complaints not resolved may be addressed in accordance with 5120-9-31.*

DRC4151 (Rev 11/01)    ACA 4271

Mike DeWine, Governor
Annette Chambers-Smith, Director

*Feaster*
*551-840*

April 25, 2022

Dear Mr. Feaster:

Enclosed please find the Disposition and the list of the 5 Man SRT staff from the Use of Force dated January 7, 2022. Please note that you also requested the DRC 1000's from the same Use of Force, but those records do not exist. It should also be noted that you requested the DVR footage from the Use of Force dated January 7, 2022, but this footage is unavailable.

I hope this information is helpful to you.

Sincerely,

Larry Greene
SOCF Warden's Administrative Assistant

Conclusion:

The primary duty of the committee is to evaluate all of the testimonies and evidence surrounding the incident and render a determination as to what actually happened. I focused on the cause of the incident, was the force used in the incident justified and were the post orders, DR&C policy along with local policies and procedures followed. It is my determination that the incident occurred due to Inmate Feaster A-551840 refusing direct orders to be moved from J2-41 to J2-01 as mental health had removed from suicide watch. He was then given several direct orders by Lieutenant Setty to move. He refused them all. He was negotiated with CIT Officer Conley and that also failed. Lieutenant Setty issued Inmate Feaster more directives and when he reused those orders, O.C. Spray was deployed through the crack of his door as Inmate Feaster was blocking the cuff port with his suicide gown. Lastly, a five-man extraction was called upon to extract Inmate Feaster as all other measures of compliance was refused and negotiations failed leaving security no alternative but to forcefully remove him from J2-41, have him assessed by medical and mental health and placed in his assigned cell of J2-01.

Did any employee waive their right to representation?    ☒ Yes   ☐ No   ☐ N/A
If "Yes" were the DRC-1311 forms (acknowledgement and waiver of right to
representative) completed & attached?                                   ☒ Yes        ☐ No        ☐ N/A


Fred Denney
_____          _____1/7/2022_____
        Signature of Investigating Official                              Date

WARDEN'S REVIEW

☒  I concur with the attached findings of the investigator and have initiated no disciplinary action against the staff
    member(s):

☐  I concur with the attached findings of the investigator and have initiated the following disciplinary action(s)
    against the staff member(s):

    _____

☐  I do not concur with the attached findings of the investigator and have taken the following action:

    _____

Explain: _____

| Warden's Signature: | Date: 1-12-22 |
| --- | --- |

DRC-2641 E (11/2018)

## SRT Member Name and Assignment:

#1 Shield - J. Kinner

#2 Upper Right - J Steve Nson

#3 Upper Left - C Justice

#4 Lower Right - W Jewell

#5 Lower Left - T Wellman

5-Way Restraints: ☐ Will / ☒ Will Not, be utilized. If so; Cell Location:          Time:

Supervisor's Signature:

Exhibit H:

- Public Records Request to ODRC Legal Services / Chief Inspector for unanswered Appeals.

Public Records Act                              Copy

Dear Chief Inspector,            "litigation Hold letter."   3-29-2022

   I am officially requesting disposition in the Appeals
Submitted/dated  Grievance No. Sact-01-22-000 29, 1/5/2022
                 Grievance No. Sact-01-22-000 10  1/6/2022
                 Grievance No. Sact-01-22-000 73 , 1/11/2022
Notification of Grievances against Warden R. Erdos November and 1/8/2022
-- I request these pursuant to HR 5120-1-30(A)(B)(C)(1)(2)(3)
and (D) of this rule as well as ORC 149.43 prescribed
under the Public Records Act, and Not exempt.
- I would like these documents as timely as possible as
we have surpassed the 30 day time frame for Review
pursuant to ARS 120-9-31 and I have not to date been
given a viable notice as to the reason for delay as stated
in Section (L) of this rule!

* Note - Grievance against Warden R. Erdos of the SCIf filed
through Jpay Services/e-filing Record in November 2021!

   I Certify this to be a true and accurate Public Records
Request prescribed in the above mentioned authorities
by penalty of perjury.
                        Sincerely and Respectfully
                             Submitted,

                        Terrance J. Feaster
                        # 551840