Terrance J. Rogers #681840
OSP
878 Coitsville-Hubbard Rd
Youngstown, OH 44505

LEGAL MAIL

R. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

X-RAY ✓
U.S. MARSHALS SERVICE

quadient
CORRECTION
$004.90
US POSTAGE