UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER
Plaintiff,

VS.

ANNETTE CHAMBERS SMITH, et al.,
Defendant.

Case No. 1:22-CV-313

District Judge Michael R. Barnett

Magistrate Judge Karen L. Litkovitz

## OBJECTIONS TO REPORT AND RECOMMENDATIONS

Now comes Plaintiff, Terrance J. Feaster, acting in Pro Se in a motion OBJECTING TO THE REPORT AND RECOMMENDATION issued and filed on December 19th, 2022 by Magistrate Judge Karen L. Litkovitz.

Plaintiff requests reconsideration on the Dismissed Claims and Defendants described in the Report And Recommendations in arguments explained in the attached Memorandum and Supporting exhibits.

## MEMORANDUM IN SUPPORT

Plaintiff, Terrance J. Feaster, in objection to the Report and Recommendations requests reconsideration for claims against defendants Annette Chambers Smith, Ronald T. Erdos, OSHP Trooper Clinginpeel for "failure to Intervene", and "failure to Protect" are inextricably intertwined with his "Excessive use of force" and "Unnecessary and Wanton Infliction of Pain" claims described in Plaintiff's Amended Complaint at pages 2-4. Although Immunity is a protection under 42 U.S.C. 1983 the specific text that those officials only enjoy immunity "insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." See; Settles v. Malak, 2021 U.S. Dist., "Pearson v. Callahan, 555 U.S. 223, 231, 129 S. Ct. 808, 172 L. Ed. 2d 565 (2009).

In the attached exhibits the plaintiff contends that the defendants named above had prior knowledge of the plaintiff's grievances and were repetitively egregious in their failure to act to prevent, Intervene, and Protect the safety and welfare of the plaintiff.

Further the plaintiff insists that upon discovery in this matter more evidence to substantiate these claim will be presented via Declaratory statements and testimony. Immunity only qualifies

to the unknowing. In a two-step analysis this court per Report and Recommendations has viewed and accepted the facts presented under the excessive force claim and established that a violation of Constitutional rights did occur and to second that the right was clearly established at the time of the incident. Campbell v. City of Springboro, Ohio, 700; See also Saucier v. Katz, 533 U.S.

As stated in the plaintiff's Amended Complaint the defendants failure to Act could have prevented the plaintiffs injuries as the plaintiff's issues and grievances were duly noted.

Moreover, the above named defendants have an oath they vowed to abide by to accept duties and responsibilities relevant to the safety and security of prisoners and those employed within the Ohio Department of Corrections and Rehabilitations.

THEREFORE, For the reasons stated above and the attached exhibits the plaintiff Objects to the Report and Recommendations and requests reconsideration on the claims set forth in this Memorandum.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing OBJECTION TO REPORT AND RECOMMENDATIONS was sent via regular U.S. Mail to the office of the Clerk for the United States District Court, Southern District of Ohio Western Division At 100 East Fifth Street, Room 103, Cincinnati, Ohio 45202 on December 26th, 2022.

"I Declare by penalty of perjury under the laws of The United States of America that the foregoing is true and correct, this 26th day of December, 2022. Respectfully,

Terrance J. Feaster
Plaintiff, Pro Se

# JPay

| Admin | Money | Communications | Mail | Video Connect | Intel | Sign Out |
| (./News.aspx) | (./MoneyRedirect.aspx) | (./CommunicationBuckets.aspx) | (./MailO.aspx) | (./JVisitMain.aspx) | (./Investigations.aspx) | |

**Facility System**

Welcome lmahlman
Last Login: 02/16/2022 4:41AM EST

**Communications**
Communication Buckets (CommunicationBuckets.aspx)
Reports (CommunicationReport.aspx)
Search (GrievanceSearch.aspx)
Create Communication (GrievanceNewForm.aspx)
Print Communications (GrievanceInbox.aspx?page=print)
Restrict Inmate Form Use (CommInmateFormRestriction.aspx)

**Ref# SOCF1021000136**    ← Back

| Inmate Name: | FEASTER, TERRANCE | Form Type: | Grievance |
| Inmate ID#: | a551840 | Time Left: | |
| Loc./Housing: | SOCF DL654 | Curr. Status: | Closed |
| Kiosk ID#: | K_OHSOCF015 | Assigned to: | Mahlman, Linnea |
| Created On: | 10/04/2021 2:52 PM | Last Modified: | 10/14/2021 11:43:37 AM |

[ Case Details | Perform Actions | Attachments (0) | Admin Notes (1) | Case Logs | Inmate History ]

## Case Details

Form Type: Grievance
Subject: Psychological/Psychiatric Denial/ inadequate treatment or
Description: overall access to care

Original Complaint:
Mr. Erdos as acting CEO, director, and warden I understand that your mission statement is To operate as safely and secure as possible but when a prisoner either attempts or takes his life while under your control and tenure these are serious concerns as this has personally effected me and my ability to understand the high rate of violence and different tactics brought on by your staff within

## Inmate Communications

Inmate  Staff  Case Action

(Informal Complaint) FEASTER TERRANCE, #a551840 wrote: 10/4/2021 2:52 PM

Mr. Erdos as acting CEO, director, and warden I understand that your mission statement is To operate as safely and secure as possible but when a prisoner either attempts or takes his life while under your control and tenure these are serious concerns as this has personally effected me and my ability to understand the high rate of violence and different tactics brought on by your staff within the past year. these issues seem to occur more often than they should especially when preventive measures ar put in place to *protect prisoners mental health and avoid injury*. On 9-2-21 the prison was alarmed to here the news of a prisoners alleged suicide and effected me greatley as I suffer more recently from high anxiety do to actions concerning the SOCF, Mental health staff has failed thi mans family
therefore violating polic66-ILL-02 as well as64-DCM-01

(Informal Complaint) sharon salyers wrote: 10/6/2021 10:44 AM

Dr. Virginia will follow up with you to assess any clinical needs due to being "personally affecting" you.

(Informal Complaint) sharon salyers - Closed incarcerated individual form, 10/06/2021 10:44 AM

(Grievance) FEASTER TERRANCE #a551840 - Escalated to Grievance, 10/13/2021 08:42 PM
(Grievance) FEASTER TERRANCE, #a551840 wrote: 10/13/2021 8:42 PM

As of today there has been absolutely no follow or even an attempt to give a mental health evaluation or a possible interview. These violations and loss of life at the SOCF undermine the ethics and mission statement of not just mental health policies and laws but the very ethics of ODRC as well as the lack of regard for human life

(Grievance) Linnea Mahlman wrote: 10/14/2021 11:43 AM

I reviewed your mental health file along with MHA, Ms. Salyers and you have a pending follow up with Dr. Virginia and as you were told on 10-6-21.
You are not on the mental health caseload. On 9-17-21 you were assessed by Mrs. Rinehart as you are every 90 days and she had to come to cell front because you refused to come out of your cell to speak with her. You attempted to get Mrs. Rinehart to note in your file that you were delusional and she noted that you were not delusional and no distress was noted.

© 2002- 2022 JPay LLC - All Rights Reserved

**jpay**   Facility System

| Admin (./News.aspx) | Money (./MoneyRedirect.aspx) | Communications (./CommunicationBuckets.aspx) | Mail (./MailO.aspx) | Video Connect (./JVisitMain.aspx) | Intel (./Investigations.aspx) | Sign Out |

Welcome lmahlman
Last Login: 02/16/2022 4:41AM EST

**Communications**
Communication Buckets (CommunicationBuckets.aspx)
Reports (CommunicationReport.aspx)
Search (GrievanceSearch.aspx)
Create Communication (GrievanceNewForm.aspx)
Print Communications (GrievanceInbox.aspx?page=print)
Restrict Inmate Form Use (CommInmateFormRestriction.aspx)

**Ref# SOCF0921000275**   ← Back

| Inmate Name: | FEASTER, TERRANCE | Form Type: | Kite |
| Inmate ID#: | A551840 | Time Left: | |
| Loc./Housing: | SOCF CL465 | Curr. Status: | Closed |
| Kiosk ID#: | K_OHSOCF018 | Assigned to: | - |
| Created On: | 09/07/2021  9:17 AM | Last Modified: | 09/07/2021 09:24:18 AM |

Case Details | Perform Actions | Attachments (0) | Admin Notes (0) | Case Logs | Inmate History

## Case Details

Form Type:  Kite
Subject:  Investigator
Description:  Investigator

Original Complaint:
Mr. Miller I will first send this kite as I have done on numerous occassions with absolutely no relief as of an entire year of retaliation and ICR's involving SOCF misconduct. I would again request to speak with an outside state highway patrol officer about a number of different incidents that have occurred over the past year. You have continuosly failed to inform anyone outside your

## Inmate Communications

Inmate   Staff   Case Action

(Kite) FEASTER TERRANCE, #A551840 wrote: 9/7/2021 9:17 AM

Mr. Miller I will first send this kite as I have done on numerous occassions with absolutely no relief as of an entire year of retaliation and ICR's involving SOCF misconduct. I would again request to speak with an outside state highway patrol officer about a number of different incidents that have occurred over the past year. You have continuosly failed to inform anyone outside your office about my complaints or wanting to speak to law inforcement. You have lied to my mother which has been recorded and explained to me through kites that I can file a lawsuit. I would like to speak to OHSP immediately about ongoing issues that have yet to be resolved. thank you Mr. Feaster

(Kite) Charles Miller wrote: 9/7/2021 9:24 AM

I will pass on your request to trooper Clingenpeel who is the OSHP trooper assigned to SOCF.

(Kite) Charles Miller - Closed incarcerated individual form, 09/07/2021 09:24 AM

© 2002- 2022 JPay LLC - All Rights Reserved

**jpay**

| Admin | Money | Communications | Mail | Video Connect | Intel | Sign Out |
|---|---|---|---|---|---|---|
| (./News.aspx) | (./MoneyRedirect.aspx) | (./CommunicationBuckets.aspx) | (./MailO.aspx) | (./JVisitMain.aspx) | (./Investigations.aspx) | |

Facility System

Welcome lmahlman
Last Login: 02/16/2022 4:41AM EST

**Communications**
Communication Buckets (CommunicationBuckets.aspx)
Reports (CommunicationReport.aspx)
Search (GrievanceSearch.aspx)
Create Communication (GrievanceNewForm.aspx)
Print Communications (GrievanceInbox.aspx?page=print)
Restrict Inmate Form Use (CommInmateFormRestriction.aspx)

**Ref# SOCF0921001127**   ← Back

| Inmate Name: | FEASTER, TERRANCE | Form Type: | Kite |
|---|---|---|---|
| Inmate ID#: | a551840 | Time Left: | |
| Loc./Housing: | SOCF DL654 | Curr. Status: | Closed |
| Kiosk ID#: | K_OHSOCF018 | Assigned to: | - |
| Created On: | 09/23/2021  7:24 PM | Last Modified: | 09/24/2021 12:32:54 PM |

Case Details | Perform Actions | Attachments (0) | Admin Notes (0) | Case Logs | Inmate History

**Case Details**

Form Type: Kite
Subject: Bureau of Classification
Description: Bureau of Classification

Original Complaint:
To whom this may concern please be advised that I would like to request an immediate transfer under odrc policy 53-CLS-08. Please note the reason being because I have been a victim of a year of torture and cruel and unusual punishment by not just the socf officers staff employees but also retaliated for my use of the grievance procedure under ar 5120-9-31 and has been continuos. I

**Inmate Communications**

Inmate   Staff   Case Action

(Kite) FEASTER TERRANCE, #a551840 wrote: 9/23/2021 7:24 PM

To whom this may concern please be advised that I would like to request an immediate transfer under odrc policy 53-CLS-08. Please note the reason being because I have been a victim of a year of torture and cruel and unusual punishment by not just the socf officers staff employees but also retaliated for my use of the grievance procedure under ar 5120-9-31 and has been continuos. I have most recently been assaulted by a 26yr sgt. sammons see ICR history

(Kite) Earlena Shepherd wrote: 9/24/2021 12:32 PM

The Bureau of Classification processes transfer requests that we receive from the prisons. You need to see your unit staff about requesting a transfer. The other issues you discuss regarding staff must be taken up with the Chief Inspector's Office.
Ms. Shepherd
Bureau of Classification

(Kite) Earlena Shepherd - Closed incarcerated individual form, 09/24/2021 12:32 PM

© 2002- 2022 JPay LLC - All Rights Reserved

https://facility.jpay.com/GrievanceDetail.aspx?page=result&id=12030583   2/16/2022

C.I.I.C

Ohio General Assembly

Vern Riffe Center

77South High St.

Columbus, Oh 43215

10/15/2021

Dear Committee Member,

    I am sending out yet another correspondence to this committee in hopes of actually gaining momentum and relief for what has transpired at the S.O.C.F. over the past year. I have yet to receive a valid response as to why the violence against prisoners has gone unresolved and unchallenged by this committee. I have become a victim myself within this past year over and over again. The retaliation amongst attempts on my life as well as an alleged Suicide has all occurred within the timeframe stated above.

    I would also like to inform you of the consistent challenge I have faced dealing with my right to the courts and my ability to perform and produce accurate legal documentation due to the ongoing violations and infringement of my constitutional right to have legal document prepared in a timely manner by Ms. Reuter the paralegal at SOCF as well as Ms. Bishop head of legal services in which they are complicit with the mailroom and other administrators in denying me my full rights under our great constitution of the United States.

    These issues are minute in comparison to my legal mail being pre-opened before it is delivered to me as well as the administration here using generator tests in order to disregard and discard DVR footage of specific incidents violating numerous ODRC policies. This Facility has blatantly and deliberately disregarded all applicable codes of law and statutes. I do believe that *there has been* some attempt by this committee to enhance safety and protection of the prisoners here but not enough. I believe my input and innovative ideas may be more of an asset to this committee, due to the fact that I am a witness and to the onslaught of corruption, violence, and unlawful acts that have been ongoing at the SOCF. Nepotism is the number one mitigating factor of corruption here and must stop in accordance with ODRC policies and Oaths of this office. The acting warden, CEO, and director of the SOCF is a major violator when it comes to the totality of corruption and violence which has plagued tis facility.

Therefore this must stop in the respects of the integrity of our judiciary system.

Sincerely and Respectfully,

*[signature]*

Terrance J. Feaster #551840

SOCF P.O. Box 45699

Lucasville, Oh 45699

## CORRECTIONAL INSTITUTION INSPECTION COMMITTEE

*A Joint Committee of the 134th Ohio General Assembly*



**HOUSE MEMBERS**
Adam C. Miller, *Vice Chair*
Sedrick Denson
Gayle Manning
Jean Schmidt

**SENATE MEMBERS**
Nathan H. Manning, *Chair*
Hearcel F. Craig, *Secretary*
Sandra R. Williams

October 22, 2021

Terrance Feaster 551840
Southern Ohio Correctional Facility
P. O. Box 45699
Lucasville, OH 45699

Dear Mr. Feaster:

Thank you for your recent letter to our agency. CIIC is a legislative committee that inspects Ohio prisons and evaluates programs, operations, conditions, and the grievance procedure. While CIIC does not have decision-making authority, we can provide you with information on Administrative Rules (ARs) and DRC policies as well as other helpful resources.

In the correspondence, concerns were regarding retaliation, use of force, safety, and legal mail.

Regarding your concerns about retaliation, please know that AR *5120-9-31* strictly prohibits retaliation for use of the grievance procedure and states, "Any alleged or threatened retaliation may be pursued through the inmate grievance procedure." You might also try to speak with the Inspector during rounds or request an interview by sending a kite if you are still concerned about retaliation.

Following the use of force incident mentioned, you should have been asked to complete and Inmate Use of Force Statement, as part of the Use of Force Packet for Investigator review. Please understand that this office does not have the authority to conduct an independent investigation of use of force incidents, such as separately interviewing officers and inmates. However, if you write to our office with specific information regarding these concerns such as inmates involved and dates/times, we can inquire into the issue with the Warden. If you believe you were involved in an unreported use of force incident, you should document this through the grievance procedure. The Inspector is responsible for investigating unreported use of force incidents per DRC policy 63-UOF-02.

If you have any continued concerns regarding institutional safety, they should be immediately reported to unit staff. You can also document and report concerns by filing an informal complaint to the supervisor of the area. If you are dissatisfied with the response that you receive, please be

sure to follow through with a grievance to the Inspector and then an appeal to the Chief Inspector, if necessary. If you have any questions on how to use the inmate grievance procedure, be sure to ask your unit staff, kite the Inspector, and/or review DRC Administrative Rule 5120-9-31.

Inmate Legal Mail policy is outlined in 75-MAL-01 and AR 5120-9-18. Concerns with the proper handling of legal mail should be again documented through the Inmate Grievance Procedure, starting with an informal complaint to the mailroom supervisor, or supervisor of the staff member responsible.

We take all complaints seriously; we noted the concerns in our database and will continue to monitor. Thank you for bringing these concerns to our attention.

Sincerely,

*Jeff Noble*
Jeff Noble
Senior Analyst

OFFICE OF THE CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OH 45202

December 26th, 2022

Dear Richard W. Nagel

Enclosed are five documents which are attached exhibits in support of the motion "OBJECTING TO THE REPORT AND RECOMMENDATION" also sent via regular U.S. Mail signed and dated 12-26-2022. Please note that these documents were sent seperately due to weight concerns.

Please attach and file the following exhibits as evidence in support of the above mentioned motion thank you.

Sincerely and Respectfully,

Terrance J. Feaster #551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Torance J. Feaster #SS1840
808 coitsville - Hubbard Rd.
Youngstown, OH 44505

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, RM 103
CINCINNATI, OHIO 45202

27 DEC 2022 PM 7 L

LEGAL MAIL

Terrance J. Feaster #337840
818 Coitsville-Hubbard Rd.
Youngstown, OH 44505

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, RM 103
CINCINNATI, OHIO 45202

45202-397599

LEGAL MAIL
12-28