

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer B. Crank
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699

9590 9402 4542 8278 6035 31

2. Article Number (Transfer from service label)

7017 1450 0002 3612 9596

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

Gary Neh

C. Date of Delivery

2-14-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FRI 03 FEB 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

1:22 CV 313

Domestic Return Receipt

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Terrance J. Feaster | COURT CASE NUMBER: 1:22CV313 |
| DEFENDANT: Annette Chambers-Smith | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Officer B. Crank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terrance J. Feaster #551840
1724 S.R. 728 Lucasville-Minford Rd.
Lucasville, OH 45699

| | |
|---|---|
| Number of process to be served with this Form 285 | two |
| Number of parties to be served in this case | 45 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 5-23-2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 10 | No. 61 | No. 61 | Claudia S. Johnson | 1-6-23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Gary Neh

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 2/14/23   Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Claudia S. Johnson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or Amount of Refund* |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0 |

REMARKS: CERT. MAIL: 7017 1450 0002 3612 9596
EXECUTED 2/14/23

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



Domestic Return Receipt — USPS Form 3811, July 2015

- Article Addressed to: Officer Setty Lt., Southern Ohio Correctional Facility, 1724 State Route 728, Lucasville, Ohio 45699
- Article Number: 7017 1450 0002 3632 9572
- 9590 9402 4542 8278 6035 17
- Date of Delivery: 2-6-23
- Case: 1:22cv313

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Terrance J. Feaster | COURT CASE NUMBER: 1:22CV313 |
| DEFENDANT: Annette Chambers-Smith | TYPE OF PROCESS: Summons and Complaint |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Setty Lt.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terrance J. Feaster #551840
1724 S.R. 728 Lucasville-Minford Rd.
Lucasville, OH 45699

Number of process to be served with this Form 285: two
Number of parties to be served in this case: 45
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 5-23-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2 of 10
District of Origin No.: 61
District to Serve No.: 61
Signature of Authorized USMS Deputy or Clerk: Claudia S. Johnson
Date: 1-6-23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Gary Aen
☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Address (complete only different than shown above):
Date: 2-6-23
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Claudia S. Johnson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0 |

REMARKS: CM: Certified Mail: 7017 1450 0002 3612 9572 (2-3-23)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J. Kinner Lt.
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699

9590 9402 4542 8278 6038 14

2. Article Number (Transfer from service label)
7017 0190 0000 9944 1327

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Gary Ach_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) Gary Ach
C. Date of Delivery 2-6-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FRI 03 FEB 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    1:22cv313    Domestic Return Receipt

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Terrance J. Feaster | COURT CASE NUMBER: 1:22CV313 |
| DEFENDANT: Annette Chambers-Smith | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
J. Kinner Lt.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Terrance J. Feaster #551840
1724 S.R. 728 Lucasville-Minford Rd.
Lucasville, OH 45699

Number of process to be served with this Form 285: two
Number of parties to be served in this case: 45
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 5-23-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 3 of 10 | District of Origin No. 61 | District to Serve No. 61 | Signature of Authorized USMS Deputy or Clerk: Claudia S. Johnson | Date: 1-6-23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Gary Den

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 2-6-23
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Claudia S. Johnson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0 |

REMARKS: CERT. MAIL 7017 0190 0000 9944 1327

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. Justice
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699

9590 9402 4542 8278 6037 60

2. Article Number (Transfer from service label)

7017 1450 0002 3612 9664

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Crary All

C. Date of Delivery

2-6-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

1:22cv313

Domestic Return Receipt

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Terrance J. Feaster | COURT CASE NUMBER: 1:22CV313 |
| DEFENDANT: Annette Chambers-Smith | TYPE OF PROCESS: |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C. Justice Officer D.O.C. F./ODRC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1724 S.R. 728 Lucasville-Minford Rd, Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Terrance J. Feaster #551840
1724 S.R. Lucasville-Minford Rd.
Lucasville, OH 45699

Number of process to be served with this Form 285: TWO
Number of parties to be served in this case: 45
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 5-23-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 of 10 | No. 61 | No. 61 | Claudia S. Johnson | 1-6-23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Gary Aeh
Date: 2-6-23
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Claudia S. Johnson

REMARKS: CERT. MAIL: 7017 1450 0002 3612 9664

Form USM-285
Rev. 03/21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W. Jewett
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699

9590 9402 4542 8278 6035 62

2. Article Number (Transfer from service label)

7017 1450 0002 3613 1735

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Danny Cyl_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
2/6/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FRI 03 FEB 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    1:22 cv 313    Domestic Return Receipt

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Terrance J. Fouster | 1:22CV313 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Annette Chambers-Smith | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
W. Jewell Officer S.O.C.F. / ODRC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Terrance J. Fouster #551840
1724 S.R. 728 Lucasville-Minford Rd.
Lucasville, Ohio 45699

| | |
|---|---|
| Number of process to be served with this Form 285 | TWO |
| Number of parties to be served in this case | 15 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| /s/ Terrance J. Fouster | | 5-23-2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 of 10 | No. 61 | No. 61 | Claudia S. Johnson | 1-6-23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Gary Aen | 2-6-23 | | |

| Address (complete only if different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | Claudia S. Johnson |

Costs shown on attached USMS Cost Sheet >>

REMARKS: CERT. MAIL 7017 1450 0002 3613 1735

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery: 2-6-23 |
| 1. Article Addressed to:<br><br>T. WELMAN<br>Southern Ohio Correctional Facility<br>1724 State Route 728<br>Lucasville, Ohio 45699 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FRI 03 FEB 2023 |
| 9590 9402 4542 8278 6085 55 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 0190 0000 9944 1303 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Terrance J. Feaster | 1:22CV313 |
| DEFENDANT | TYPE OF PROCESS |
| Annette Chambers-Smith | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
J. Wellman Officer S.O.C.F./ODRC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1724 S.R. 728 Lucasville-Minford Rd., Lucasville, Ohio 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Terrance J. Feaster #551846
1724 S.R. 728 Lucasville-Minford Rd.
Lucasville, OH 45699

Number of process to be served with this Form 285: TWO
Number of parties to be served in this case: 45
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 5-23-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) — Total Process: 6 of 10 — District of Origin No. 61 — District to Serve No. 61 — Signature of Authorized USMS Deputy or Clerk: Claudia S. Johnson — Date: 1-6-23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Gary Ach
Date: 2-6-23
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Claudia S. Johnson

REMARKS: CERT MAIL: 7017 0190 0000 9944 1303

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Gary Cech_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Gary [___]    C. Date of Delivery 2-6-23 |
| 1. Article Addressed to:<br>Nurse Sammons Medical<br>Southern Ohio Correctional Facility<br>1724 State Route 728<br>Lucasville, Ohio 45699 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FRI 03 FEB 2023<br>Cincinnati, Ohio |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4542 8278 6033 26 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 1450 0002 3612 9978 | ☐ Mail<br>☐ Mail Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053    1:22 cv 313    Domestic Return Receipt

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Terrance J. Feaster | 1:22CV313 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Annette Chambers-Smith | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nurse Sammons Medical
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Terrance J. Feaster #551840
1724 S.R. 728 Lucasville-Minford Rd.
Lucasville, OH 45699

| | |
|---|---|
| Number of process to be served with this Form 285 | two |
| Number of parties to be served in this case | 45 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 5-23-2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 10 of 10 | No. 61 | No. 61 | Claudia S. Jahsen | 1-6-23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Gary Aen

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 2-6-23
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Claudia S. Jun

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0 |

REMARKS: CERT MAIL: 7017 1450 0002 3612 8978

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case: 1:22-cv-00313-MRB-KLL Doc #: 17 Filed: 02/28/23 Page: 15 of 16 PAGEID #: ...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sharon Salyers - Medical
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699

9590 9402 4542 8278 6033 33

2. Article Number (Transfer from service label)

7017 1450 0002 3612 9985

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 2-6-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FRI 03 FEB 2023 PM
Cincinnati, Ohio #2 P&DC 452

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   1.22cv 313   Domestic Return Receipt

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Terrance J. Feaster | COURT CASE NUMBER: 1:22CV313 |
| DEFENDANT: Annette Chambers-Smith | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sharon Salyers Mental Health Admin.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Terrance J. Feaster #551840
1724 S.R. 728 Lucasville-Minford Rd.
Lucasville, OH 45699

Number of process to be served with this Form 285: two
Number of parties to be served in this case: 45
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 5-23-2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 9 of 10
District of Origin No.: 61
District to Serve No.: 61
Signature of Authorized USMS Deputy or Clerk: Claudia S. Johnson
Date: 1-6-26

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Gary Aeh

Address (complete only different than shown above):

Date: 2-6-23
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Claudia S. Johnson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0 |

REMARKS: CERT. MAIL 7017 1450 0002 3612 9985

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00