**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Terrance J. Feaster | COURT CASE NUMBER 1:22 C V 3 1 3. |
| DEFENDANT Annette-Chambers-Smith | TYPE OF PROCESS Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Phillip Frazie Capt.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Terrance J. Feaster #551840 1724 S.R. 728 Lucasville-Minford Rd. Lucasville, OH 45699 | Number of process to be served with this Form 285: two |
| | Number of parties to be served in this case: 45 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 5-23-2022 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 7 of 10 | District of Origin No. 61 | District to Serve No. 61 | Signature of Authorized USMS Deputy or Clerk Claudia S. Jahnor | Date 1-6-23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date 2-27-23 | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy Claudia S. Jahnor | |

| Service Fee $8 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0 |
|---|---|---|---|---|---|

REMARKS: CERT MAIL'. 7017 1450 0002 3612 9589
PACKAGE RETURNED TO USMS OFFICE 2-27-23. SEE ATTACHMENT.
RETURNED UNEXECUTED

| PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED Form USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|

*United States Marshals Service*
*Southern District of Ohio*

100 East Fifth Street, Room 130
*Cincinnati, OH 45202*

Official Business
Penalty for Private Use $300

7017 1450 0002 3612 9569



$9.72 u
US POSTAGE
FIRST-CLASS
062S00113969J7
FROM 45202

B55684 02

Philip Frazie Capt.
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Philip Frazie Capt.
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville Ohio 45699

1:22cv313

9590 9402 4542 8278 6036 24

2. Article Number (Transfer from service label)

7017 1450 0002 3612 9569

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# **Ohio** | Department of
Rehabilitation & Correction

**Mike DeWine, Governor**
**Annette Chambers-Smith, Director**

February 21, 2023

**VIA CERTIFIED MAIL**

United States Marshals Service
Southern District of Ohio
100 East Fifth St., Room 130
Cincinnati, OH 45202

    *Re:*    *Terrance Feaster v. Annette Chambers Smith, et al*
        Case No.: 1:22-cv-313

Dear Sir/Madam:

        Enclosed please find documentation that was forwarded to our facility from your office wherein service was erroneously accepted and is being returned to you for the following reason(s):

    1.  Envelope addressed to "Officer Stevenson" is being returned as not deliverable as addressed as we do not have an employee with that name.
    2.  Envelope addressed to "Phillip Frazie Cptn" is being returned as not deliverable as addressed as we do not have an employee with that name.
    3.

        Thank you for your attention to this matter. Should you have any questions or concerns, please do not hesitate to contact me.

        Sincerely,

        Sherri L. Bishop, Paralegal
        Staff Legal Office
        Southern Ohio Correctional Facility
        (740) 370-3502
        Email: sherri.bishop@odrc.state.oh.us

Enc.
Cc:    AGO Criminal Justice Section
       File

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Terrance J. Feaster | COURT CASE NUMBER 1:22CV313. |
|---|---|
| DEFENDANT Annette Chambers-Smith | TYPE OF PROCESS Summons and Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Officer Stevenson |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* 1724 S.R. 728 Lucasville-Minford Rd., Lucasville, OH 45699 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Terrance J. Feaster #551840 1724 S.R. 728 Lucasville-Minford Rd. Lucasville, OH 45699 | Number of process to be served with this Form 285 — two |
| | Number of parties to be served in this case — 45 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold | Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 5-23-2022 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 8 of 10 | District of Origin No. 61 | District to Serve No. 61 | Signature of Authorized USMS Deputy or Clerk *Claudia S. Johsen* | Date 1-6-23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 2-27-23 | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy *Claudia S. Johsen* |

| Service Fee $8 | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges $8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0. |
|---|---|---|---|---|---|

REMARKS: CERT MAIL 7017 0190 0000 9944 1310
PACKAGE RETURNED TO USMS OFFICE, ON 2-27-23. SEE ATTACHMENT
RETURNED UNEXECUTED.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT | PRIOR EDITIONS MAY BE USED |
|---|---|---|
| | 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | Form USM-285 Rev. 12/15/80 Automated 01/00 |



**Ohio** | Department of
Rehabilitation & Correction

Mike DeWine, Governor
Annette Chambers-Smith, Director

February 21, 2023

**VIA CERTIFIED MAIL**

United States Marshals Service
Southern District of Ohio
100 East Fifth St., Room 130
Cincinnati, OH 45202

Re:   *Terrance Feaster v. Annette Chambers Smith, et al*
       Case No.: 1:22-cv-313

Dear Sir/Madam:

Enclosed please find documentation that was forwarded to our facility from your office wherein service was erroneously accepted and is being returned to you for the following reason(s):

1. Envelope addressed to "Officer Stevenson" is being returned as not deliverable as addressed as we do not have an employee with that name.
2. Envelope addressed to "Phillip Frazie Cptn" is being returned as not deliverable as addressed as we do not have an employee with that name.
3.

Thank you for your attention to this matter. Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Sherri L. Bishop, Paralegal
Staff Legal Office
Southern Ohio Correctional Facility
(740) 370-3502
Email: sherri.bishop@odrc.state.oh.us

Enc.
Cc:   AGO Criminal Justice Section
       File

---

United States Marshals Service
Southern District of Ohio

100 East Fifth Street, Room 130
Cincinnati, OH 45202

Official Business
Penalty for Private Use $300



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Stevenson
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699

9590 9402 4542 9278 6038 07

2. Article Number (Transfer from service label)

7017 0190 0000 9944 1310

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FRI 03 FEB 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7017 0190 0000 9944 1310

Officer Stevenson
Southern Ohio Correctional Facility
1724 State Route 728
Lucasville, Ohio 45699

$9.720
US POSTAGE
FIRST-CLASS
062S001196957
FROM 45202
B 5568404