FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER,
   Plaintiff,

vs.

ANNETTE CHAMBERS-SMITH, et al.,
   Defendant,

Case No. 1:22-cv-313

District Judge Michael R. Barrett

Magistrate Judge Karen L. Litkovitz

---

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Now comes Plaintiff, Terrance J. Feaster, acting in Pro Se in a motion "Requesting For Clerk's Entry of Default" And proof that the defendants have been served with the Amended Complaint.

I am the plaintiff herein. The complaint "amended" was filed on the 24th day of June 2022.

The defendants have failed to answer or otherwise defend as to plaintiff's Amended Complaint, or serve a copy of any answer or any defense which it might had, upon the Plaintiff herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Youngstown Ohio on March 26th 2023. _Terrance J. Feaster_

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "REQUEST FOR CLERK'S ENTRY OF DEFAULT" was sent via regular U.S. Mail to the Office of the Clerk for the United States District Court, Southern District of Ohio Western Division at 100 East Fifth Street, Room 103, Cincinnati, Ohio 45202 on March 26th, 2023

Terrance T. Fraster Pro Se
#551840
878 Coitsville-Hubbard Rd
Youngstown, OH 44505

~~Bell Atl. Corp. v. Twombly, 550 U.S. 544~~

March 26th 2023

Richard W. Nagel
OFFICE OF THE CLERK
U.S. Dist. Court S.D. OF Ohio
100 East Fifth St. RM 103
Cincinnati, OH 45202

RE: FEASTER v. CHAMBERS-SMITH, et al., 1:22-CV-313

Dear Richard Nagel,

Enclosed is a motion "requesting for clerk's entry of default" and proof that the defendant's in the said case have been served with the Amended complaint. Please file and "Return a time stamped copy."

Sincerely and Respectfully,

Terrance J. Feaster #557840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

LEGAL MAIL

LEGAL MAIL

From: [illegible] #[illegible]
[illegible], OH 44620

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

US POSTAGE $001.26