OFFICE OF THE CLERK
U.S. DISTRICT COURT
S.D. DISTRICT OF OHIO
CINCINNATI, OHIO 45202

April 16th, 2023

RE: FEASTER V. CHAMBERS-SMITH, et al., 1:22-CV-00313

Dear Honorable Magistrate Judge Karen L. Litkovitz

In this Instant Action, and as the plaintiff acting in Pro Se', I, Terrance J. Feaster, Oppose any and all objections to the "application to the Clerk for Entry for Default" filed and entered March 29th, 2023.

At this time in the proceedings the defendant's were given ample time and opportunity to respond or Answer the Amended complaint with attached documents as evidence filed and entered December 7th, 2022. The R and R with Order for the U.S. Marshal' to issue and serve upon the defendant's Summons and Amended complaint entered on 12/19/2022. As of the timeframe in which to answer has since elapsed and Pursuant to Fed. R. Civ. P. 4(M) provides for show of good cause and or even if there is no good cause authorizes this court to grant relief in effect only the service has failed to be perfected.

Pg. 2 of

In the instant Action Service was perfected as to defendants Setty, Kinner, Justice, Crank, Jewell, Wellman, Salyers, and Sammons. Return entered 3/23/2023.

Service unexecuted as to defendants Phillip Frazie and J. Stevenson has yet to be perfected and at this time I, the Plaintiff express to the Court that the defendants are not in the military, infants, or incompetents and therefore do not reserve the right to evade or avoid the Judicial Process.

I would also request the Court to issue another order to the U.S Marshal for their service to make another attempt to execute Summons and Amended complaint on defendants Phillip Frazie and J. Stevenson as to not delay proceedings. As well as take into consideration that it is my belief that Phillip Frazie a Captain and veteran officer with the S.O.C.F. as well as J. Stevenson are the principal offenders in the mentioned case and seem to be evading service which would be even more aggrieving to the Judicial Process especially in such a case as henious and egregious as that before the court. The Actions were not merely outrageous but intentional, deliberate, and criminal in nature. These acts are part of S.O.C.F.'s Culture and I pray

that this Court recognizes and takes into Considerations the facts mentioned in this Opposition letter.

Therefore I am requesting copies of the return Summon and USM-285 forms from those defendants in which service was executed as to the Continuity of the Judicial process.

WHEREFORE, For the above mentioned reasons I, Terrance J. Feaster, the Plaintiff in this matter again request approval by the clerk per Application to Clerk for Entry of Default against the defendants in this action and Proof of Service, sent to address below.

Sincerely and Respectfully,

*Terrance J. Feaster*
Terrance J. Feaster
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

I declare under penalty of perjury that the foregoing is true and Correct executed at Youngstown, Ohio on April 16th, 2023 *Terrance J. Feaster*

Terrance J. Feaster #557840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

CLEVELAND OH 440
18 APR 2023 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO 45202

LEGAL MAIL

45202820²

LEGAL MAIL