United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Matthew W. McFarland and Judge Michael R. Barrett

FROM: Benjamin J. Codispoti, Deputy Clerk

DATE: 02/22/2023

SUBJECT: Case Caption: Feaster v. Sammons et al

CASE: Case Number: Doc. 1:23-cv-98 1-1

Judges: Judge McFarland / Magistrate Judge Peter B. Silvain, Jr.

File Date: 02/21/2023

This memorandum is to notify you that following cases are possibly related:

### Related Case

Case Caption: **Feaster v. Chambers-Smith et al**

Case Number: **Doc. 1:22-cv-313 1-3**  District Judge: **Barrett**

File Date: **06/02/2022**  Magistrate Judge: **Litkovitz**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator **Benjamin J. Codispoti** as follows:

**Judges' Response:**

☑ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge:

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies