# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TERRANCE FEASTER,** | : | **Case No. 1:22-cv-313** |
| Plaintiff, | : | **Judge Michael R. Barrett** |
| v. | : | **Magistrate Judge Karen L. Litkovitz** |
| **ANNETTE CHAMBERS-SMITH,** *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF COMPLIANCE PURSUANT TO ORDER OF THE COURT [Doc. #23]

On May 1, 2023, the Court issued an Order [Doc. #23] requiring undersigned to, within fourteen (14) days, provide the Court with the last known addresses of former ODRC employees, Defendants Frazie and Stevenson. By filing of the notice, the Office of the Ohio Attorney General, states that it has complied with the Court's order by filing the information under seal.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

/s/ *Andrew T. Gatti*
ANDREW T. GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Fax: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed via the Court's ECF system on May 9, 2023, and was sent by regular, first-class mail to:

Terrance Feaster #A551-840
Ohio State Penitentiary
878 Coitsville-Hubbard Road
Youngstown, Ohio 44505

        /s/ *Andrew Gatti*
        Andrew Gatti (0086854)
        Senior Assistant Attorney General