UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| TERRANCE J. FEASTER, | : Case No. 1:22-cv-313 |
| | : Michael R. Barrett, J. |
| Plaintiff, | : Karen L. Litkovitz, M.J. |
| vs. | : |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : |
| Defendants. | : |

**ORDER**

This matter is before the Court on its prior Order construing part of plaintiff's reply (Doc. 21 at PAGEID 354) as a motion for the disclosure of the home addresses of defendants Frazie and Stevenson and directing the Ohio Attorney General to submit such addresses or last known addresses to the Court under seal. (Doc. 23). The Ohio Attorney General has complied with this Order. (Docs. 26, 27).

IT IS THEREFORE ORDERED THAT the United States Marshal shall serve a copy of the amended complaint (Doc. 5), summons, the Order granting plaintiff *in forma pauperis* status (Doc. 10), the Order and Report and Recommendation entered December 19, 2022 (Doc. 12), the Order directing the Ohio Attorney General to provide defendants Frazie and Stevenson's addresses under seal (Doc. 23), and this Order upon defendants Frazie and Stevenson as directed by plaintiff, with costs of service to be advanced by the United States. The United States Marshal shall use the address for defendants Frazie and Stevenson provided by the Ohio Attorney General (see Doc. 26), which shall remain under seal.

The Clerk is **DIRECTED** to not post defendant Frazie's or defendant Stevenson's address on the public docket and to redact any documents submitted for filing that bear

defendant Frazie's or defendant Stevenson's address. Further, the Clerk is **DIRECTED** to ensure service upon defendants Frazie and Stevenson of all documents filed by plaintiff. The Clerk shall mail any documents filed by plaintiff to defendants Frazie and Stevenson at their forwarding addresses, which shall be kept under seal.

    **IT IS SO ORDERED**.

May 15, 2023

KAREN L. LITKOVITZ
United States Magistrate Judge