FILED
RICHARD D. NAGEL
CLERK OF COURT
'23 MAY 25 PM 12: 20
U.S. DISTRICT COURT
SOUTHERN DISTRICT OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER,

Plaintiff

VS.

ANNETTE CHAMBERS-SMITH et al.,

Defendants

Case No. 1:22-CV-313

Judge Michael R. Barrett

Magistrate Karen L. Litkovitz

## MOTION FOR REPLY OR ANSWER

Plaintiff, Terrance J. Feaster, acting in Pro Se'
moves this Court for an Order requiring defendants
in this action to reply or answer the plaintiffs
Amended Complaint pending final Report and
Recommendation. As not to delay proceedings.
In response to an order filed May 2nd, 2023
denying plaintiffs "Application For Clerk's Entry of
Default" The plaintiff asserts under the PLRA
(g) Waiver or reply (d) further expresses, The Court
may require any defendant to reply to a complaint
brought under this section if it finds that the
plaintiff has a reasonable opportunity to prevail
on the merits. 42 U.S.C.S. 1983, 42 U.S.C.S.
1997e(g). Plaintiff requests at the appropriate time,
and manner this motion be taken into consideration

Furthermore, The plaintiff contends that the defendants failed to timely oppose or object to the original Report and Recommendation, as well as the fact officers Phillip Frazie and J. Stevenson have resigned are true indicators of the true nature of this case and a show of malice and ill intent. Plaintiff also requests that this Court again consider all attached exhibits in this instant case as well as cites cases Haplin v. David, No. 4:06-CV-457, 2008 U.S. Dist. LEXIS 107689, 2008 WL 563943 (N.D. Fla. Dec. 8, 2008), Vinning v. Walls, No. 01-994, 2008 U.S. Dist. LEXIS 108336, 2008 WL 5773782 (S.D. ill. Oct. 10 2008). See; Lafountain v. Martin, 2009 U.S. Dist. LEXIS 112349.

Sincerely and Respectfully
Submitted

Terrance J. Feaster Pro Se'
# 551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "MOTION FOR REPLY OR ANSWER" was sent via regular U.S. Mail to Andrew Gatti for the Ohio Attorney General's Office, Criminal Justice Section at 30 E. Broad St. 23rd Fl., Columbus, Ohio 43215 on this 10th day of May, 2023

Terrance J. Feaster Pro Se'
# 551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

OFFICE OF THE CLERK          May 10th, 2023
Richard W. Nagel
U.S. District Court
S.D. OF Ohio
100 E. Fifth St., RM. 103
Cincinnati, OH 45202


Dear Richard Nagel,


In relation to Case No 1:22-cv-313 Feaster v.
Chambers-Smith et al..


Enclosed you will find the "Motion For Reply
or Answer" which I would like filed in
the above mentioned Case.
attached are copies in which I would like
one time stamped and Returned to me at
the address below.


Sincerely and Respectfully,


Terrance J. Feaster #551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Terrance
878 Ohls
Youngstown, OH 44505

LEGAL MAIL

LEGAL MAIL

Richard W Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST. RM. 103
CINCINNATI, OHIO 45202

FIRST-CLASS MAIL
$001.74
US POSTAGE