UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER,
   Plaintiff

v.

ANNETTE CHAMBERS-SMITH, et al.,
   Defendant

Case No. 1:22-CV-313

Judge Michael R. Barrett

Magistrate Karen L. Litkovitz

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Terrance J. Feaster, acting in Pro Se' moves this court for a renewed "Motion For Appointment Of Counsel" as there are new mitigating factors worthy of development in this instant case and in order for the court to gain a more precise understanding of the viable claims and merits the plaintiff requests reconsideration with this Motion For Appointment of Counsel.

Moreover, the Plaintiff has been disciplined repetitively for claims of retaliation in association with this action as well as Case No's 1:22-CV-00453, Feaster v. Chambers-Smith and Feaster v. Sammons, et al., 1:23-CV-00098 which has added a more restricted burden upon the plaintiff.

To add insult to injury the plaintiff has been confined in extended housing in a "Super Max" facility for acts alleged under false premise and of no acts of his own. In his averments and attached exhibits the acts performed by the defendants were captured and recorded on DVR and camera footage which the plaintiff requested retainment under ODRC Policy 09-INV-01 and via obtainable under the Public Records Act in which upon his request was unavailable. Appointing counsel pursuant to 28 U.S.C.S. § 1915(e)(1)(d) is needed in order for the plaintiff to obtain evidentiary material discoverable to prevail on the viable claims which are deserving of further investigation in the case at bar.

Furthermore, As the court seeks transparency and truth the plaintiff at this stage in the proceedings with no response from those defendants served with summons and complaint as well as service perfected becomes disputatious to the objections by defendants and order of the court on the plaintiff's request for "entry of default" upon the defendants for failure to reply or Answer which they cite; under the

PLRA 42 U.S.C.S. § 1997(e)(g)(6)(2) they are not obligated to reply or answer a prisoners complaint and no relief shall be granted unless upon order and of discretion of the court, if plaintiff has an opportunity to prevail on the claims. The Plaintiff in this case argues the latter of this statute, and cites, Montgomery v. Pinchak, 294 F.3d 492, 499 (3d Cir. 2002), Parham v. Johnson, 126 F.3d 454, 461 (3d Cir. 1997), Tabron v. Grace, 6 F.3d 147, 153 (3d Cir. 1993), and Hodge v. Police Officers, 802 F.2d 58, 60 (2d Cir. 1986). Plaintiff also cites Hennicks v. Pickaway Corr. Inst., 2016 U.S. Dist. LEXIS 113001 which correlates with Fed. R. Civ. P. 8(b)(6). In this Motion to appoint counsel Countless Courts have held that the failure to Submit an answer denying a complaints factual allegations constitutes an admission of those allegations, see, e.g., Burlington N. R.R. Co. v. Huddleston, 94 F.3d 1413, 1415 (10th Cir. 1996). In Jones v. Bock, 549 U.S. 199, 127 S. Ct. 910, 166 L. Ed. 2d 798 (2007) the Supreme Court rejected the lower Courts interpretation of the PLRA requiring a prisoner to plead specially or

3

demonstrate exhaustion in a complaint, finding that the adoption of "different and more onerous pleading rules to deal with particular categories of cases "should not be done" on a case-by-case basis by the courts."Id. at 224.

Plaintiff in this case points out that the PLRA rules could not have been created to divert or contradict from Fed. R. Civ. P. 8 and time to reply or it would specifically express as much in any event that is not the case because if so it would defeat the purpose of a prisoners right to bring forth or file a lawsuit.

Therefore, the plaintiff has attached letters of Correspondence in attempts to obtain counsel to no avail as exhibits.

    WHEREFORE, The Plaintiff requests that this "Motion For Appointment OF Counsel" be granted for the above mentioned reasons.

                           Sincerely and Respectfully

                           *Terrance J. Feaster*
                           Terrance J. Feaster Pro Se'
                           #551840
                           878 Coitsville-Hubbard Rd.
                           Youngstown, OH 44505

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Motion For Appointment of Counsel" was sent via regular U.S. Mail to Andrew Gatti for the Ohio Attorney General's office, Criminal Justice Section at 30 E. Broad St. 23rd Fl. Columbus, Ohio 43215 on this 25th day of May 2023

Terrance J. Feaster Pro Se'
#557840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Kayla Griffin          May 9th, 2023
NAACP, Cleveland Chapter
12200 Fairhill Rd. #401
Cleveland, OH 44120

RE: State of Ohio v Terrance J. Feaster, 2007-12-4318, Feaster v Chambers-Smith et al., 1:22-CV-00313 and 1:22-CV-00453, and currently pending R&R Feaster v. Sammons et al., 1:23-CV-000098. (URGENT!!)

Dear Ms. Griffin,

I am sending you this correspondence in hopes of gaining accessible representation, consultation, resources, and or any referrals that this chapter of the NAACP may offer or is willing to provide in my current fight in the above cited cases.

In short I happened to witness your arguments opposing oppressive voting laws which I found to be moving and insightful.
I am a wrongfully convicted and imprisoned man and I have adamantly maintained my innocence for the better part of 15 years without relief and as I continue to fight and prove my innocence within this corrupted criminal justice system I

am not only a victim looking to be exonerated but I have also become a victim of Ohio's Penal System over and over again via the Southern Ohio Correctional facility further explained in these mentioned civil cases.

- I am seeking immediate help in revealing and highlighting a litany of errors and grievances provided in these cases.

These aggrieved acts against me has led me to the point of self acquiring knowledge in many areas of law as I diligently progress as a Pro Se' prisoner. I believe with the help of the NAACP I can become a champion activist for Criminal Justice and Prison Reform as it will be apparent through your own research that I am more than capable of completing the task. I ask that you contact me at (234) 788-2575 Ameer Bell my cousin or the address below at the earliest convenience.

Sincerely and Respectfully,

Terrance J. Feaster #551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Nicole L. Clum  February 12th, 2023  pg 1 of 2
250 E. Broad St.
Columbus, OH 43215

Dear Nicole Clum,

While understanding you specialize in policy Law I still believe you would be of great help in pursuit of my fight for prison reform and as consultation in my pending Civil Actions, See; Feaster v Chambers-Smith, 1:22-CV-313 and 1:22-CV-453. Also noting that you are a former prosecutor clearly you can empathize with the facts expressed on/within the following pages. I have spoken with John Fenlon and if you would like to forward this brief package please oblige but I've obtained as much as possible in my Criminal case beside pretrial material and evidence of discovery even after my attempts at permissions requests. So I've exhausted my effort their beside a Grievance and Mandamus but clearly the denial to release even a redacted version of the discovery will further prove my claims and obviously point to my wrongful conviction.

Ms. Clum I'm not sure why my journey has led me to you at this point but I am searching for sincere and honest support to complete my execution and although you may not kno me clearly I am willing to put forth an overachieving effort to gain my freedom but also to help the process of reform.

I am looking forward to your response and I hope to be of assistance to you and your cause, Thank you for your time.

Sincerely and Respectfully,

*[signature]*
Terrance J. Feaster #557840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

1/10/2023

Ms. Niki Clum,

Thank you for your response and referral. Although I was hoping my case and story would appeal to you knowing your work as a former prosecutor. Understanding that you now specialize in policy law, I would inquire about your knowledge of prison policies as I currently have two pending civil matters in which I am also seeking counsel. Most recently Case No. Feaster v. Chambers-Smith, et al., 1:22-cv-313 has been granted in part and I'm awaiting defenses Answer and objection. I do believe I have a high percentage of success in these cases due to my compilation of evidence. ~~but in no way~~ Not to be a burden but with your expertise I ~~believe~~ would certainly have an advantage, even if only for consulting purposes. I hope and pray that not only my innocence but ~~may~~ the treatment I've endured would certify my sense of urgency. ~~Thank you~~ I appreciate you.

Sincerely,

Terrance    Sent Email out 1/13/23

**You have received a jpay letter, the fastest way to get mail**

From : Nicole L Clum, CustomerID: 25546672
To   : TERRANCE FEASTER, ID: A551840
Date : 1/5/2023 2:11:34 PM EST,    Letter ID: 1670335416
Location : OSP
Housing : A727

Hello Mr. Feaster,

I received your letter dated Dec. 20th, 2022. I no longer handle criminal cases. My role is strictly policy related. I passed your letter along to the Intake Department at the Office of the Ohio Public Defender. They are experts on these cases. If OPD can be of assistance to you, they will let you know. I wish you the best.

Niki Clum

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

# "DECLARATION"

I, Terrance J. Feaster, Declare by "penalty of perjury" that the foregoing "Motion for Appointment of Counsel" with attached letters and correspondences in support are true and accurate documents under the Supreme laws of the United States of America, executed in Mahoning County on this 25th day of May, 2023.

*/s/ Terrance J. Feaster*

Respectfully Submitted,

*/s/ Terrance J. Feaster*
Terrance J. Feaster Pro Se'
# 551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Richard W. Nagel        May 25th, 2023
OFFICE OF THE CLERK
U.S. District Court
S.D. of OHIO
100 EAST FIFTH ST., RM. 103
Cincinnati, OH 45202

RE: Feaster v. Chambers-Smith, et al., 1:22-CV-313

Dear Richard Nagel, Clerk,

I would like the enclosed "Motion For Appointment of Counsel", Declaration, and attached exhibits filed in the case at bar as well as a time stamped & Returned copy sent to me at the address below.

Sincerely and Respectfully,

Terrance J. Feaster Pro Se'
#551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

