## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**Terrance J. Feaster,**
   Plaintiff,                                  Case No. 1:22-cv-313
                                                      ( J. Barrett; Litkovitz, MJ )

   vs.

**Annette Chambers-Smith, et al.,**
   Defendant(s).

### NOTICE TO PRO SE PLAINTIFF UPON FILING
### BY DEFENDANT(S) OF MOTION TO DISMISS

You are hereby notified that a motion to dismiss has been filed by the Defendant(s) in this case **(Doc. 32).** Your failure to file a memorandum in response to the motion within 21 days from the date of service set forth in the certificate of service attached to the motion may warrant dismissal of this case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

awh     June 14, 2023