Richard W. Nagel
OFFICE OF THE CLERK
U.S. Dist. Court
S.D. Dist. of Ohio
100 East Fifth St. RM. 103
Cincinnati, OH 45202

June 25th, 2023

RE: FEASTER v CHAMBERS-SMITH., 1:22-CV-313

Dear Mr. Richard Nagel, Clerk.

I the plaintiff, Terrance J. Feaster, send this correspondence to the court for a Request for an Extension of Time on the Plaintiff's Opposition Motion to Defendants Motion to Dismiss for financial reasons I would like an extra (14) days in order to complete and mail the foregoing motion out timely. I certify a letter for time extension has also been sent to the Defendants in this Action as well.

Sincerely and Respectfully,

Terrance J. Feaster #551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Torrance J. Feaster #551840
808 Coitsville-Hubbard Rd.
Youngstown, OH 44505

LEGAL MAIL

Richard W. Nagel
OFFICE OF THE CLERK OF COURTS
UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF OHIO
100 EAST FIFTH ST. Rm. 103
Cincinnati, OH 45202
45202-397699

LEGAL MAIL

CLEVELAND OH 440