UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRANCE J. FEASTER,<br>    Plaintiff, | Case No. 1:22-cv-313<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| ANNETTE CHAMBERS-SMITH, et al.,<br>    Defendants. | **ORDER** |

    This matter is before the Court on plaintiff's motion for an extension of time to respond to defendants' motion to dismiss. (Doc. 35). Plaintiff requests "an extra (14) days in order to complete and mail the foregoing motion out timely." (*Id*. at PAGEID 422). For good cause shown, plaintiff's motion for an extension of time is **GRANTED**. Plaintiff is granted an extension of time until **Friday, July 14, 2023** to respond to defendants' motion to dismiss.

    IT IS SO ORDERED.

Date: 6/30/2023

*Karen L. Litkovitz* (signature)
Karen L. Litkovitz
Chief United States Magistrate Judge