Judge Michael R. Barrett     July 13th, 2023
U.S. DISTRICT COURT
S.D. OF OHIO
100 EAST FIFTH ST., RM. 103
Cincinnati, OH 45202

RE: Feaster v. Chambers-Smith, et al., 1:22-CV-313

Dear Honorable Judge Michael R. Barrett

Plaintiff, Terrance J. Feaster, Acting in Pro Se' move the court in this correspondence for additional time to file the "Motion In Opposition to Defendants Motion to Dismiss" as well as a request to the court ordering the Ohio Department of Rehabilitation and Corrections to immediately stop Retaliatory practices and tactics in order for the plaintiff to properly and adequately prosecute this action for the reasons stated further.

In this letter to the court the Plaintiff seeks relief from this Court by way of a court order directing (ODRC) and Interested Party "State of Ohio" to stop Racist, oppressive, discriminatory, and Retaliatory practices and tactics being performed against the Plaintiff

pg. 2 of 4

Via utilization of OSP's Mailroom and any other vehicle utilized to deter the plaintiff from making timely filings, so says Fairness, impartiality, due process, and Justice. The plaintiff contends that he need an additional extension of time for filing the "Motion In Opposition to Defendants Motion to Dismiss" as it is not only the plaintiff's belief but first Amendment Right to access the court without unreasonable burdens in place by the defense and to not cause undue delay.

Plaintiff in this case asserts that it is not inconceivable to note with the court the pure advantage as well as the states resources have continuously been adapted and utilized to suppress the Plaintiff's Constitutional rights as he has alerted the court in Prior Pleadings and correspondences, Most recently a letter dated July 11th, 2023 where claims of mail tampering has been a long standing and well incorporated practice by state and government entities such as prisons alter and disrupt Federally implemented U.S. mail laws, which have been published by a wavering number of

pg 3 of 4

cases and organizations throughout the decades, and the mere fact that the Plaintiff has well documented these claims should alarm the court.

As of this dated correspondence the Plaintiff has obtained erroneous delivery services and or OSP's Mailroom error's the Plaintiff's "Motion In Opposition" as discussed herein was received and returned to him by Pavin Parikh, The Hamilton County clerk of courts, somehow was delivered and received this motion completed and properly mailed to the correct address erroneously or maliciously. The Plaintiff asserts he has a slew of proof via A/c withdrawal slips to this court as well as the Mailing to Andrew Gratti, the defense counsel who can certainly attest to the fact he should have received a copy of this motion timely which was mailed on the exact date of the granted "Motion For Extension of time" (letter) and the original filing of the Plaintiff's "Motion In Opposition" on June 27th, 2023. The Plaintiff at this time also request "Oral arguments" via court appearance on this matter must be had in order to cease

pg. 4 of 4

further violations of the Plaintiff's First Amendment Rights to access and file documents with the courts.

The Plaintiff contends he does need additional time for mailing purposes only to file his "Motion In Opposition" which may be critical to the prosecution of this action pursuant to Fed. R. Civ. P. 41. The plaintiff again asserts that this late filing is of no act of his own and prays the court will take into consideration the facts and errors as well as allow the Plaintiff an appearance with the court for a showing of evidence corroborating this matter and his claims. As the court weighs its discretion on the matter the plaintiff with due diligence will seek further investigation as well and contends appointment of counsel shall also be granted in order to prevent a grave miscarriage of justice to occur on record.

Respectfully Submitted.

Terrance J. Feaster #551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Richard W. Nagel
Office of the Clerk
U.S. District Court
S.D. of Ohio
100 East Fifth St., RM. 103
Cincinnati, OH 45202

July 13th, 2023

RE: Feaster v. Chambers-Smith, 1:22-cv-313

Dear Richard W. Nagel

Enclosed you will find a letter addressed to this court in the above mentioned matter of concerns involving erroneous mail delivery of the Plaintiff's "Motion In Opposition to Defendants Motion to Dismiss" as well as a brief explanation and request for additional time for mailing purposes for the timely filing of the Plaintiff's "Motion In Opposition" stated above and Please send "Notice of filing."

Sincerely and Respectfully,

Terrance J. Feaster #551840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

Terrance J. Feaster #557846

**Ohio** | DEPARTMENT OF REHABILITATION AND CORRECTION

OHIO STATE PENITENTIARY
878 COITSVILLE-HUBBARD ROAD
YOUNGSTOWN, OHIO 44505-4635

DRC 1608 (Rev 9/18)

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.63
07/14/2023 ZIP 44505
043M31232087

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OHIO 45202

45202839976 C023

OHIO STATE PENITENTIARY
FREE L[...]
JUL - - - -

LEGAL MAIL