# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-313 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael R. Barrett |
| | : | Magistrate Judge Karen L. Litkovitz |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on plaintiff's second motion for an extension of time to respond to defendants' motion to dismiss. (Doc. 37). For good cause shown, plaintiff's second motion for an extension of time is **GRANTED**. Plaintiff shall have **thirty (30) days** from the entry of this Order to respond to defendants' motion to dismiss.

**IT IS SO ORDERED**.

July 18, 2023

KAREN L. LITKOVITZ
United States Magistrate Judge