UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRANCE J. FEASTER, <br> Plaintiff, | Case No. 1:22-cv-313 <br> Barrett, J. <br> Litkovitz, M.J. |
| vs. | |
| ANNETTE CHAMBERS-SMITH, et al., <br> Defendant. | **ORDER** |

Plaintiff, an inmate at the Ohio State Penitentiary in Youngstown, Ohio, brings this pro se civil rights action pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights when he was incarcerated at the Southern Ohio Correctional Facility (SOCF), in Lucasville, Ohio. Defendant Justin Stevenson was served with a summons and a copy of the complaint on June 23, 2023. (Doc. 40). Accordingly, defendant Stevenson's answer was due on or about July 14, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A). To date, defendant Stevenson has failed to move, answer, or otherwise plead in response to the complaint. Consequently, an entry of default and default judgment may be appropriate in this case.

Rule 55 of the Federal Rules of Civil Procedure contemplates a two-step process for obtaining a default judgment against a defendant who has failed to plead or otherwise defend. First, a plaintiff must request from the Clerk of Court an entry of default describing the particulars of the defendant's failure to plead or otherwise defend. Fed. R. Civ. P. 55(a). If default is entered by the Clerk, the plaintiff must then move the court for entry of default judgment. Fed. R. Civ. P. 55(b).

Accordingly, it is hereby **ORDERED** that **WITHIN TWENTY (20) DAYS** of this Order, plaintiff shall either move to have default entered against defendant Stevenson or show cause why this action should not be dismissed as to defendant Stevenson for lack of prosecution.

Failure to comply with the terms of this Order may result in a recommendation that this action be dismissed as to defendant Stevenson. The Clerk of Court is hereby **DIRECTED** to serve a courtesy copy of this Order on the Office of Ohio Attorney General, Corrections Unit.

    **IT IS SO ORDERED.**

Date: 9/25/2023

Karen L. Litkovitz
United States Magistrate Judge