Richard W. Nagel  September 26th, 2023
OFFICE OF THE CLERK
U.S. District Court
S.D. of Ohio
Cincinnatia, OH 45202
100 East Fifth St., RM. 103-712

RE: FEASTER V. CHAMBERS-SMITH, et al., 1:22-CV-313

Dear Honorable Magistrate Judge Karen L. Litkovitz,

I, Terrance J. Feaster, Plaintiff in the above case at bar declare by penalty of perjury under the laws of the United States have an injunction of Relief to be transferred from (S.O.C.F.) due to the Retaliatory and assaults performed on me by officers currently working at the S.O.C.F. and in a more assertive retaliatory fashion has been transferred to the (S.O.C.F.) while this case is pending resolution. Within (2) days of arriving back to the prison I have received threats of assault by transport officers, My property and Legal materials are being witheld causing harm in the sense of intimidation, denial of proper and adequate grooming, and infringing on my 1st Amendment right to actively communicate or file motions with this court.

I have been transparent and truthful in all my attempts to seek the appropriate relief in this instant case but have only been met with more direct and blatant retaliation by the Director Annette Chambers-Smith and

her employees still employed and working at S.O.C.F. In this declaration I cite O.D.R.C's unwilling ability to not only abide by the state laws and their policies but also the defiant refusal to comply and be truthful with this court and the laws under and prescribed by the U.S. Constitution.

The mere fact I have been transferred back to a prison which encourages staff violence should not be taken lightly and this clear violation of infringement causing me to delay my renewed motion for "application for Clerk's Entry of Default" pursuant to Fed. R. Civ. P. 55(a) for failure to Answer to the Amended Complaint after a "Motion to Dismiss" pursuant to Fed. R. Civ. P. 12(a) shall at this time be granted and a request for a court order for an immediate transfer for safety reason shall also be granted as Justice Requires this Action. Executed at, Lucasville, OH 9/26/2023

Respectfully Submitted,

Terrance J. Feaster Pro Se'
#551840
1724 St. Rt. 728 Lucasville-Minford Rd.
Lucasville, OH 45699

Terrance J. Feaster #551840  
(S.O.C.F.)  
1724 St. Rt. 728 Lucasville-Minford Rd.  
Lucasville, OH 45699

LEGAL MAIL

Richard W. Nagel  
OFFICE OF THE CLERK FOR THE  
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF OHIO  
100 EAST FIFTH ST., RM. 712  
CINCINNATI, OH 45202

45202-212999

LEGAL MAIL

Southern Ohio Correctional Facility  
Outgoing Legal Mail