Richard W. Nagel
OFFICE OF THE CLERK
U.S. Dist. Court
S.D. of Ohio
100 East Fifth St., RM. 103
Cincinnati, OH 45202

October 3rd, 2023

RE: FEASTER v. CHAMBERS-SMITH, et al., 1:22-CV-313

Dear Mr. Nagel,

Enclosed, please find a letter to Magistrate Judge Karen L. Litkovitz and District Judge Michael Barrett assigned to the above captioned case which I would like filed and entered on behalf of the Plaintiff.

Sincerely,

Terrance J. Feaster
#551840
P.O. Box 45699
Lucasville, OH 45699

[Letter and Request EXT.]    October 3rd, 2023

FILED
RICHARD W. NAGEL
CLERK OF COURT
23 OCT 11 AM 11: 27 W\D
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

RE: FEASTER V. CHAMBERS-SMITH, et al., 1:22-CV-313

Dear Honorable Magistrate Judge Karen L. Litkovitz,

As the plaintiff, Terrance J. Feaster, acting in Pro Se', Move this court for an order for Extension of time to file "Motion For Default Judgement" against defendant J. Steveson in the instant case for a specified time as the court so orders, for the following reasons set forth;

1.) ORDER by Magistrate named herein for plaintiff to file "Default Judgement" against defendant J. Steveson for failure to timely answer Plaintiff's Amended complaint, Order entered 9/25/2023 - On 9/25/2023 Plaintiff was transferred back to S.O.C.F. in an unexpected transfer.

2.) Plaintiff has not been afforded his entire inventory of property in order to conduct legal affairs, further violating plaintiff's right (1st Amend) to access the court.

3.) Plaintiff does not have an ECF account and only received the named order via U.S. Mail

pg 2 of 2

on 10/3/2023 and have not been for this unexpected transfer plaintiff may be untimely on a 20 day timeline order described herein.

4.) Since Plaintiff's arrival he has already been threatened by S.O.C.f. c/o D. Everman who has already assaulted a prisoner on 8/29/2023. (Grievances Pending) No change in ODRC and S.O.C.f. rules/Policies

Furthermore, Plaintiff asserts that as relief in the original and amended complaint a preliminary Injunction by way of immediate transfer was requested and he now seeks to Invoke that injunction for the above mentioned reasons as there has been no change in operations at the S.O.C.f.

WHEREFORE, For the foregoing reasons plaintiff request and prays the court take this letter and Grants an Extension of time to complete the "Motion for Default Judgement" and Invoke the preliminary Injunction by way of transfer to (OSP) or (T.O.C.I.).

Terrance J. Feaster #551840
P.O. Box 45699
Lucasville, OH 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

COLUMBUS OH 430
OCT 2023 PM 4 L

US POSTAGE PITNEY BOWES
ZIP 45648 $ 000.63
02 4W
0000388647 OCT 04 2023

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OH 45202
(100 EAST FIFTH ST., RM. 103)

X-RAY
U.S. MARSHAL

LEGAL MAIL

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

4520284192