# "DECLARATION"

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 12 AM 10:37

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Terrance J. Feaster hereby declares:

1.) The Southern Ohio Correctional Facility has an extremely violent history of assaults, Murder, death, chaos, deplorable conditions, and Racism in it's almost half a century reign against staff and prisoners alike.

2.) Due to the courts deficiency order entered on 6/8/2022, the plaintiff was limited to a 20 page amended complaint and herein details his injuries in a more complete description.

3.) Injuries Incurred; but not limited to:
Multiple gashes, Abrasions, and speed knots to head, a chipped K9 tooth, Sprained Kneck and right knee, Sprained and jammed right pointer finger and thumb, Abrasions and black eye to right side of face + eye, (Plaintiff suffers from P.V.C. [Heart Murmur] a Pre-existing Cardiovascular condition, The 3 burst of O.C. created extreme and harsh breathing constriction and inflammation of Cardio System) Cuts, scrapes, and bleeding due to shackles creating scarring.

4.) Due to violations of AR's 5120-9-01, 02, 03 and ODRC policies 63-UOF-01, 02 (use of force authorities) as well as 68-MED-01 (medical policy) and all applicable Mental Health authorities. Plaintiff was denied proper and adequate Investigations, medical, and Mental Health treatment, even after attempting to file Health Service request Slips and requesting documentation of injuries went unanswered (C/O Cooper can attest at future Inquest hearing) was left suffering in pain for over 6 months.

5.) Plaintiff endured multiple cells for unreasonable amounts of time that were extremely deplorable and was only released due to family and friends requesting welfare checks (Plaintiff requests Subpoena's of family testimony and further evidence as exhibits at future Inquest hearing in support of facts along with case law)

I declare by penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Lucasville, OH October 9th, 2023

Terrance J. Feaster #551840

Terrance J. Feaster #551840
P.O. Box 45699
Lucasville, OH 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

COLUMBUS OH 430
10 OCT 2023 PM 2 L

Richard W. Nagel
OFFICE OF THE CLERK FOR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

LEGAL MAIL

45202-397699

LEGAL MAIL