UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J FEASTER

    Plaintiff,

VS.

ANNETTE CHAMBERS-SMITH, et al.,

    Defendants,

Case No. 1:22-cv-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

# MOTION FOR DEFAULT JUDGEMENT

Plaintiff, Terrance J. Feaster, acting in Pro Se' moves this court for a judgement by default in this action, and show that the Amended Complaint in the above case was filed and entered on 4/24/2022; the Summons and Amended complaint were duly served on defendant J. Stevenson on 6/23/2023 (Doc. 40). Defendants answer was due on or about 7/14/2023. See Fed. R. Civ. P. 12(a)(1)(A). defendant Stevenson has failed to move or Answer, or otherwise plead in this matter.

The court on it's own entered an order on 9/25/2023 Ordering plaintiff to move

to have default entered against defendant Stevenson in accordance to Fed. R. Civ. P. 55.

WHEREFORE, By order of the court and upon request, Plaintiff requests Relief For Compensatory and Punitive damages in a total Sum of $ 1,000,000.00 per (Amended Complaint) and for interest, Costs, and any other relief the court deems Just and Proper. By Way of Preliminary Injunction plaintiff request an immediate transfer from S.O.C.F. (DECLARATION ATTACHED)

Respectfully Submitted,

Terrance J. Feaster Pro Se'

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Motion For Default Judgement" was sent via regular U.S. Mail to Andrew Gaetti of the Ohio Attorney General's office, Criminal Justice Section, at 30 E. Broad ST, 23rd Floor, Columbus, Ohio 43215 on this 9th day of October 2023

Terrance J. Feaster Pro. Se
# 551840
P.O. Box 45699
Lucasville, OH 45699

Terrance J. Feaster #551840
P.O. Box 45699
Lucasville, OH 45699

Southern Ohio COLUMBUS OH 430
Outgoing Inmate Mail
10 OCT 2023 PM 2 L

Richard W. Nagel
OFFICE OF THE CLERK FOR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

45202-997699

LEGAL MAIL

LEGAL MAIL