UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J FEASTER

   Plaintiff,

vs.

ANNETTE CHAMBERS-SMITH, et al.,

   Defendants.

Case No. 1:22-CV-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Terrance J. Feaster, acting in Pro Se moves the court and Clerk in "Request For Clerk's Entry of Default" and hereby declares:

The Amended Complaint was filed and entered on 6/24/2022 [Doc #5].

The court files and record show that Defendants B. Crank served on 2/14/2023, answer due on 3/7/2023; W. Jewell served on 2/6/2023, answer due on 2/27/2023; C. Justice served on 2/6/2023 answer due on 2/27/2023; J. Kinner served on 2/6/2023, answer due on 2/27/2023, Sharon Salyers served on 2/6/2023, answer due on 2/27/2023; Sammons served on 2/6/2023, answer due 2/27/2023;

R. Setty served on 2/6/2023, answer due 2/27/2023; T. Wellman served on 2/6/2023, answer due 2/27/2023. After plaintiff's second request for service on defendants who's summons were returned unexecuted on 3/23/2023 Notice and by order of the court issued 5/2/2023 For the Ohio Attorney General to comply with order to locate addresses under seal for defendants named herein for service of summons via U.S. Marshal on P. Frazie and J. Stevenson; compliance filed and entered 5/9/2023. Service as to defendants P. Frazie returned executed and unexecuted as to J. Stevenson.

Plaintiff contends Annette-Chambers-Smith becomes a defendant herein as qualified Immunity has been rejected by the court in a denied Motion to dismiss and order Report and Recommendation filed and entered 9/7/2023.

Plaintiff has perfected service to the best of his ability and power by and through the court under in forma pauperis status Granted by the court pursuant to 28 U.S.C.

2

§ 1915(b). Defendants were served by the U.S. Marshal with a copy of summons, and a copy of Plaintiff's Amended complaint noted herein and the time in which to answer has long since elapsed. Defendants have failed to answer or otherwise defend as to Plaintiff's amended complaint even or to object to the courts final Report and Recommendation after a denied "Motion to Dismiss" filed and entered 9/7/2023.

Pursuant to Fed. R. Civ. P. 72(b) and Fed. R. Civ. P. 12(a)(4) Objections and Answer to R&R and Amended complaint are to be filed accordingly. Defendants have failed to do so and in effect conceded to the Plaintiff's amended complaint subjecting this case to Default pursuant to Fed. R. Civ. P. 55(a) Defendants are not in the military service and are not infants or incompetents.

At this juncture in the proceedings and as to not cause further delay of justice the Plaintiff prays the court takes the Amended complaint with attached exhibits as true

3

and Factually pled in light most favorable to the Plaintiff.

As well as take into account the Fact the defendants failed to Answer to the heinous, malicious, and sadistic acts performed on the plaintiff causing severe injury and emotional distress without any assessment or adequate medical treatment, while adding insult to injury by affirming and placing plaintiff in a more dangerous and restrictive housing under a false premise and retaliatory practices causing irreparable harm.

Further, the court shall consider the misleading attempt of time and monetary waste to prosecute this Action.

WHEREFORE, For the reasons stated herein the Plaintiff "Requests For Clerk's Entry of Default" be "Granted".

Respectfully Submitted.

I declare under penalty of perjury that the foregoing is true and Correct. Youngstown, Ohio on

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "REQUEST FOR CLERK'S ENTRY OF DEFAULT" was sent via regular U.S. Mail to the Office of the Atty. General, Andrew Gatti at 30 E. Broad St. 23rd Fl., Columbus, Ohio 43215, Corrections Litigation Unit on this 30th day of September, 2023.

Terrance J. Feister Pro Se
#557840
878 Coitsville-Hubbard Rd.
Youngstown, OH 44505

this 30th day of September, 2023

Executed by _[signature]_

5

