# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Terrance J Feaster,

    Plaintiff,                                  Case No.  1:22cv313

    v.                                            Judge Michael R. Barrett

Annette Chambers-Smith, *et al*.,

    Defendants,

## ORDER

    This matter is before the Court upon Plaintiff's Motion for Extension of Time.  (Doc. 46).

    On September 25, 2023, the Magistrate Judge ordered that within twenty days of her Order, Plaintiff shall either move to have default entered against Defendant Stevenson or show cause why this action should not be dismissed as to Defendant Stevenson for lack of prosecution.  (Doc. 44).  On October 3, 2023, Plaintiff filed a motion seeking an extension of time to file a motion for default judgment against Stevenson. (Doc. 46).  On October 12, 2023, Plaintiff filed a Motion for Default Judgment (Doc. 48); and on October 13, 2023, Plaintiff filed an Application for Entry of Default (Doc. 49). Because these filings were made within the twenty days ordered by the Magistrate Judge, Plaintiff's Motion for Extension of Time (Doc. 46) is **DENIED as MOOT**.

    **IT IS SO ORDERED.**

                                                                               */s/ Michael R. Barrett*
                                                                      JUDGE MICHAEL R. BARRETT