IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Terrance J Feaster | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | |
| | : | Case Number: 1:22-CV-313 |
| vs. | : | |
| | : | District Judge Michael R. Barrett |
| | | Magistrate Judge Karen L. Litkovitz |
| Annette Chambers-Smith et al | : | |
| | : | |
| Defendant(s) | : | |

ENTRY OF DEFAULT

It appearing that defendants, B. Crank, W. Jewell, and J. Stevenson are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against the defendant this 19th day of October 2023.


RICHARD W. NAGEL, CLERK


s/Benjamin J. Codispoti_____
Deputy Clerk