UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terrance J. Feaster,

    Plaintiff,

        v.                     Case No.   1:22cv313

Annette Chambers-Smith, et al.

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 19, 2023 (Doc. 51).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 51) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 51) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion for Extension of Time (Doc. 46) was **DENIED** as moot pursuant to the October 18, 2023 Order (Doc. 50).

    **IT IS SO ORDERED.**

                                               *s/Michael R. Barrett*
                                               Michael R. Barrett, Judge
                                               United States District Court