UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER

Plaintiff,

vs.

ANNETTE CHAMBERS-SMITH, et al.,

Defendants,

case no. 1:22-cv-313

District Judge Michael R. Barrett

Magistrate Judge Karen L. Litkovitz

## NOTICE TO COURT

Plaintiff, Terrance J. Feaster, acting in Pro Se' move this court, In this notice hereby gives notice that plaintiff's address has changed from O.S.P. 878 Coitsville-Hubbard rd. Youngstown, OH 44505 to S.O.C.F. P.O. Box 45699, Lucasville, OH 45699.

Respectfully Submitted,

Terrance J. Feaster, Pro Se'
#551840
P.O. Box 45699
Lucasville, Oh 45699

## Certificate Of Service

I certify that a copy of the foregoing " NOTICE AND CHANGE OF ADDRESS "

Was sent via regular U. S. mail to the office of the Atty. General, Andrew T. Gatti at 30 E. Broad ST., 23rd FL., Columbus, OH 43215, corrections litigation Unit on this 22nd day of october, 2023.

Terrance J. Feaster, Pro Se'

#551840

P.O. Box 45699

Lucasville, Oh 45699



Terance J. Feaster #551840
P.O. Box 45699
Lucasville, OH 45699

LEGAL MAIL

Southern Ohio Correctional Facility
Outgoing Inmate Mail

COLUMBUS OH 430

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

45202-397699

LEGAL MAIL