UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER,
   Plaintiff,

VS.

ANNETTE CHAMBERS-SMITH, et al.,
   Defendants,

Case no. 1:22-CV-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

## MOTION FOR DEFAULT JUDGEMENT

Plaintiff, Terrance J. Feaster, acting in Pro Se' moves this court for a "Judgement By Default" in this action, and show that the Amended complaint in the instant case was filed and entered on 6/24/2022; The Summons and Amended Complaint were duly served on defendants W. Jewell on 2/6/2023, answer was due on 2/27/2023, B. Crank was served on 2/14/2023, answer was due on 3/7/2023, and defendant J. Stevenson served on 6/23/2023, answer was due 7/14/2023. The defendants named herein pursuant to R.C. 109.362 are not represented by

the Ohio Attorney General, defendants have failed to move, Answer, or otherwise plead in this matter. Defendants were not in military service and are not infants or incompetents as appears in Plaintiff, Terrance J. Feaster's, affidavit or Declaration submitted herewith.

Moreover, The court on 10/18/2023 entered a written order directing the Clerk to enter default against defendants named herein and Subsequently Plaintiff pursuant to S.D. Ohio Civ. R. 55.1 moves the court in this "Motion For Default Judgement" to GRANT Relief in this action for the following relief per (Amended Complaint)

WHEREFORE, Plaintiff request relief against defendants named herein for punitive and compensatory damages in the total sum of $1,000,000.00, A preliminary injunction by way of an order directing ODRC to transfer plaintiff from the S.O.C.F., As well as reasonable fee's, interest, costs, and whatever other relief the court deems just and proper. Per (Amended Complaint).

Respectfully Submitted

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Motion For Default Judgement" was sent via regular U.S. Mail to the Office of the Attorney General, Atty. Andrew T. Gatti at 30 E. Broad ST., 23rd Floor, Columbus, OH 43215 Corrections litigation Unit on this 23rd day of October 2023.

Terrance J. Feaster Pro Se'
#551840
P.O. Box 45699
Lucasville, OH 45699

## "DECLARATION"

Plaintiff, Terrance J. Feaster, hereby declares:

In the case FEASTER v. CHAMBERS-SMITH, et al., 1:22-CV-313, I, Terrance J. Feaster, certify by penalty of perjury, under the laws of the United States that the foregoing is true and correct. Executed at Lucasville, OH on this 23rd day of October 2023. *[signature]*

Plaintiff requests relief against defendants W. Jewell, B. Crank, and J. Steveson who were duly served in this action and failed to timely Answer plaintiff's Amended Complaint filed 6/24/23. Defendants were not in military service, and are not incompetents or infants.
As stated in the accompanying "Motion For Default Judgement" on 10/18/23 the court directed ~~[struck through]~~ the clerk to enter default against defendants named herein, and per Amended Complaint Plaintiff's relief.
WHEREFORE, Plaintiff request relief for punitive and compensatory damages in the total sum of $1,000,000.00, Preliminary Injunction by way of transfer from S.O.C.F., Reasonable fee's, Interest, costs, and whatever other relief the court deems just and proper.

October 23rd, 2023

Richard W. Nagel

U.S. District Court

S.D. Of Ohio

100 East Fifth ST., RM. 103

Cincinnati, OH 45202


RE: FEASTER V. CHAMBERS-SMITH, et al., 1:22-cv-313


Dear Mr. Nagel,


Enclosed please find, file and enter " MOTION FOR DEFAULT" and attached ~~affidavit~~ Declaration of Plaintiff in this instant case ~~along with (2) additional copies in which (1) I request to be time-stamped and returned to the address below~~,

Thank you.


Sincerely,

*[signature]*

Terrance J. Feaster, Pro Se'

#551840

P.O. Box 45699

Lucasville, OH 45699

Terrance J. Feaster #551840
P.O. Box 45699
Lucasville, OH 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

Richard W. Nagel
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

LEGAL MAIL

45202-397699