UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER
   Plaintiff,

VS.

ANNETTE CHAMBERS-SMITH, et al.,
   Defendants.

Case No. 1:22-CV-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

## MOTION FOR ANSWER

Plaintiff, Terrance J. Feaster, acting in Pro Se' moves this court for an "ORDER" requiring the defendants in this action to "Answer" the plaintiffs Amended Complaint filed 6/24/2022 (Doc.5) (emphasis added) pursuant to 42 U.S.C. § 1997(e)(g)(2) as well as Fed. R. Civ. P. 12(a)(4)(A) admitting or denying the plaintiffs' averments or suffer default; caselaw submitted herewith.

                            Respectfully Submitted,

                            Terrance J. Feaster Pro Se'

<u>Plaintiff cites</u>; In Jones v. Bock, 549 U.S. 199, 127 S. Ct. 910, 166 L. Ed. 2d 798 (2007) (emphasis added)) The Supreme Court rejected the lower court's interpretation of the PLRA requiring a prisoner to plead specially or demonstrate exhaustion in a well pled complaint, finding that the adoption of "different and more onerous pleading rules to deal with particular categories of cases" should not be done" on a case-by-case basis by the courts." Id. at 224. The court cited Section 1997(e)(g) for the principal that "When congress meant to depart from the usual procedure [*8] requirements, that is, the waiver of reply without the usual consequences of being deemed to have admitted the allegations in the complaint, "it did so expressly." Id. at 216. If congress had intended to allow defendants in prisoner civil-rights cases not to file an answer after a motion to dismiss was denied - which would have operated as a waiver of the requirement of Fed. R. Civ. P. 12(a)(4)(A) in PLRA cases it would have expressly done so. See. Fed. R. Civ. P. 12(a)(4)(A) (If the court denies the [Rule 12] motion, the responsive pleading must be served within (14) days after notice of the courts action.") Defendants in this case

2

have failed fatally to do so, and time has elapsed.

MOREOVER, Plaintiff references and re-establishes Law and Arguments expressed in Plaintiffs' objections to Order and R&R filed 10/26/2023.

WHEREFORE, For the above mentioned reasons Plaintiff request that "Order For Answer" be granted and for defendants failure to timely Answer; court direct the clerk of court to enter default as to not cause more delay and prejudice to plaintiff, against all defendants in the case at bar.

Respectfully Submitted,

Terrance J. Feaster Pro Se'
#551840
P.O. Box 45699
Lucasville, OH 45699

## CERTIFICATE OF SERVICE

I certify that the foregoing "Motion For Answer" was sent via regular U.S. Mail to the Ohio Attorney Generals Office, Corrections litigation Unit at 30 E. Broad ST., 23rd Fl., Columbus, Ohio 43215. To Mr. Andrew Gatti on this 9th day of November 2023.

Terrance J. Feaster Pro Se
#551840
P.O. Box 45699
Lucasville, OH 45699

Richard W. Nagel  
OFFICE OF THE CLERK  
U.S. DIST. COURT  
S.D. OF OHIO  
100 EAST FIFTH ST., RM. 103  
CINCINNATI, OH 45202

November 9th, 2023

RE: FEASTER V CHAMBERS-SMITH, et al., 1:22-CV-313

Dear Mr. Nagel,

Enclosed please find Plaintiff's "Motion For Answer" to be filed and entered in the instant case.

Respectfully,

Terrance J. Feaster Pro Se'  
#551840  
P.O. Box 45699  
Lucasville, OH 45699

TERRANCE J. FEASTER #551840
S.O.C.F.
P.O. BOX 45699
LUCASVILLE, OH 45699

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OHIO 45202

LEGAL MAIL

45202-397699