UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER,

    Plaintiff,

VS.

ANNETTE CHAMBERS-SMITH, et al.,

    Defendants.

Case No. 1:22-CV-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

## PLAINTIFF'S REQUEST FOR DISCOVERY DISPUTE CONFERENCE

Plaintiff, Terrance J. Feaster, acting in Pro Se' moves this court for a "Discovery Dispute Conference" seeking consultation amongst counsel in an attempt at resolving this matter, via telephone, video, in person conference or however the court so determines pursuant to S.D. Ohio Civ. R. 37.1. As all defendants in this case filed an Answer on 11/16/2023 (Doc. 64) vehemently denying Plaintiff's averments.

Respectfully Submitted,

_Terrance J. Feaster_ Pro Se'

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Request For Discovery Dispute Conference" was sent via regular U.S. Mail to the Ohio Attorney General's office, Andrew T. Gatti at 30 E. Broad ST., 23rd Floor, Columbus, OH 43215. Corrections litigation unit On this 20th day of November, 2023.

Terrance J. Fraster Pro Se'
# 551840
P.O. Box 45699
Lucasville, OH 45699

Richard W. Nagel  
OFFICE OF THE CLERK  
U.S. DISTRICT COURT  
S.D. OF OHIO  
100 EAST FIFTH ST., RM. 103  
CINCINNATI, OH 45202  

November 20th, 2023

RE: FEASTER V. CHAMBERS-SMITH, et al., 1:22-CV-313

Dear Mr. Nagel,

Enclosed Please find "Plaintiff's Request For Discovery Dispute Conference" to be filed in the case at bar.

Respectfully,

Terrance J. Feaster Pro Se'  
#551840  
S.O.C.F.  
P.O. Box 45699  
Lucasville, OH 45699

Trance J. Feaster # 551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

LEGAL MAIL

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202