# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TERRANCE J. FEASTER,            Case No. 1:22-cv-313
   Plaintiff,                                Barrett, J.
                                               Litkovitz, M.J.
   vs.

ANNETTE CHAMBERS-SMITH, et al.,
   Defendant(s)

## CALENDAR ORDER

This matter shall proceed as follows:

1. Discovery deadline: **May 17, 2024**.

2. Dispositive motion deadline: **June 17, 2024**.

Final pretrial conference and trial dates shall be set if necessary after all dispositive motions have been ruled on.

   **IT IS SO ORDERED.**

Date:   11/28/2023                          s/Karen L. Litkovitz
                                                           Karen L. Litkovitz
                                                           United States Magistrate Judge