UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRANCE J. FEASTER,　　　　　　　　　　　Case No. 1:22-cv-313
　　　Plaintiff,　　　　　　　　　　　　　　　　Barrett, J.
　　　　　　　　　　　　　　　　　　　　　　　Litkovitz, M.J.
　　vs.

ANNETTE CHAMBERS-SMITH, *et al.*,　　　　　**ORDER**
　　　Defendants.

　　　This matter is before the Court on pro se plaintiff Terrance J. Feaster's "request for a discovery dispute conference." (Doc. 65). As grounds for the request, plaintiff cites defendants' "vehement[]" denials of the allegations of his complaint. (*See id.* at PAGEID 580, referring to defendants' answer (Doc. 64)). Plaintiff also references Rule 37.1 of the Local Rules of this Court.

　　　Rule 37.1 provides that "requests relating to discovery *shall not be filed* in this Court . . . unless the parties have first exhausted among themselves *all extrajudicial means* for resolving their differences." S.D. Ohio Civ. R. 37.1 (emphasis added). Plaintiff's motion fails to indicate that he has engaged in any of the discovery methods set forth in the Federal Rules of Civil Procedure. *See, e.g.*, Fed. R. Civ. P. 30 (depositions by oral examination); Fed. R. Civ. P. 31 (depositions by written questions); Fed. R. Civ. P. 33 (interrogatories to parties); Fed. R. Civ. P. 34 (production of documents and electronically stored information); Fed. R. Civ. P. 36 (requests for admission).

　　　Plaintiff must first serve discovery requests on defendants through their counsel. Plaintiff is further reminded that if disputes arise during the discovery process, he must confer with defendants' counsel prior to filing any discovery motion with the Court. *See* Fed. R. Civ. P. 37(a) and S.D. Civ. R. 37.1. Any such motion must include a certification that he has in good

faith conferred or attempted to confer with counsel for defendants in an effort to obtain the discovery without court action.   Fed. R. Civ. P. 37(a)(1).   Plaintiff's request (Doc. 65) is therefore **DENIED**.

 **IT IS SO ORDERED.**

Date:  11/29/2023

            Karen L. Litkovitz
            Chief United States Magistrate Judge