UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRANCE J. FEASTER,

Plaintiff,

Case No. 1:22-CV-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

VS.

ANNETTE CHAMBERS-SMITH, et al.,

Defendant,

## MOTION FOR PRETRIAL CONFERENCE

Plaintiff, Terrance J Feaster, acting in Pro Se' Moves this court for an order setting a date for a Pretrial Conference. Which will establish planning and scheduling for discovery. As well as give both parties opportunity to further meet and confer on issues concerning discovery as well as set a trial date. Pursuant to Fed R. Civ. P. 16, S.D. of Ohio local R. 16.1, 16.2, 16.3 and 26. Further, In a "Good Faith" effort Plaintiff has initiated discovery by requesting and disclosing discoverable and Relevant Material

Respectfully Submitted,

Terrance J. Feaster, Pro Se'

## CERTIFICATE OF SERVICE

I certify that a copy of the Foregoing "Motion For Pretrial Conference" was sent via regular U.S. Mail to Andrew T Gatti at Ohio Attorney General's Office, Corrections litigation Unit, 30 E. Broad ST., 23rd Fl. Columbus, Ohio 43215 on this 19th day of December, 2023.

Terrance J. Feaster, Pro Se'
# 551840
P.O. Box 45699
Lucasville, OH 45699

OFFICE OF THE CLERK   December 19ᵗʰ, 2023
Richard W. Nagel
U.S. Dist. Court
S.D. of Ohio
100 East Fifth St., RM. 103
Cincinnati, Oh 45202

RE: FEASTER V. CHAMBERS-SMITH., et al., 1:22-cv-313

Dear Mr. Nagel,

Enclosed Please find a copy of Plaintiff's "Motion
For Pretrial Conference" to be filed with this
Court in the case bar.

Respectfully,

Terrance J. Feaster, Pro Se
#551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

Terance J. Feaster # 331840
S.c.c.F.
P.O. Box 45699
Leavsille, OH 45699

LEGAL MAIL

Southern Ohio CORRECTIONAL FACILITY COLUMBUS OH 430
Outgoing Inmate Mail
20 DEC 2023 PM 6

OFFICE OF THE CLERK
Richard W. Nagel
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 East Fifth ST., RM. 103
CINCINNATI, OH 45202

45202-397699

USA FOREVER

LEGAL MAIL