**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **TERRANCE J. FEASTER,** | : | |
| | : | **Case No. 1:22-cv-313** |
| **Plaintiff,** | : | |
| | : | **Judge Michael R. Barrett** |
| **v.** | : | |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **ANNETTE CHAMBERS-SMITH, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

---

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO**
**PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE [Doc. 68]**

---

NOW COME Defendants, Crank, Frazie, Setty, Kinner, Stevenson, Justice, Jewell, Wellman, Salyers and Sammons (Defendants) by and through counsel, and hereby respectfully move this Court to deny Plaintiff's *Motion for Pretrial Conference* filed with this Court on December 27, 2023. [Doc. 68]. A Memorandum in Support of this Motion is attached.

Respectfully Submitted,

DAVE YOST (0056290)
Ohio Attorney General


 /s/*Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/Fax:(855)-665-2568
Andrew.Gatti@OhioAGO.gov


*Counsel for Defendants*

**MEMORANDUM IN SUPPORT**

## I.   INTRODUCTION AND FACTS

Plaintiff Terrence Feaster #551-840 is an incarcerated person currently housed at the Southern Ohio Correctional Facility (SOCF). On December 27, 2023, Plaintiff filed a *Motion for Pretrial Conference*. [Doc. 68]. Plaintiff is requesting this conference to "establish planning and scheduling for discovery," but also, "meeting and confer on issues concerning discovery as well as set a trial date." [Doc. 68, PageID# 587].

On November 28, 2023, this Court issued a scheduling order. [Doc. 66]. Specifically, the Court ordered a discovery deadline for May 17, 2024 and a dispositive motion deadline for June 17, 2024.  The Court also ordered, that a final pretrial and trial date would be set if necessary. *Id*. Almost contemporaneous with the scheduling order, the Court issued an order denying Plaintiff's previously filed *Request for Discovery Dispute Conference*. [Doc. 67]. The Court stated that, "requests relating to discovery *shall not be filed* in this Court … unless the parties have first exhausted among themselves *all extrajudicial means* for resolving their differences." [Doc. 67, PageID# 585; citing S.D. Ohio Civ. R. 37.1 (emphasis added)(internal quotations omitted)]. The Court concluded that the Plaintiff failed to indicate in his *Request for Discovery Dispute Conference* that he "engaged in any of the discovery methods set forth in the Federal Rules of Civil Procedure." [Doc. 67, PageID# 585].

Plaintiff's new *Motion for Pretrial Conference* is likewise deficient. Plaintiff's motion also ignores the Court's previous orders in that it requests a trial date (Doc. 66, states a trial date will be selected if necessary) and also does not provide any indication that he engaged in discovery pursuant to the Federal Rules of Civil Procedure. [*See* Doc. 68]. Plaintiff's motion is premature as he only recently served Defendants with a discovery request. [ *See* Exhibit 1; Cover Letter for Plaintiff's Production of Documents]. Plaintiff's discovery request was served upon Defendants

on or about December 20, 2023 making a response due on or about January 19, 2024. Therefore, because Plaintiff filed his *Motion for Pretrial Conference* only seven (7) days after he served discovery upon Defendants, his request should be denied.

## II.    CONCLUSION

For the foregoing reasons, Defendants' request that Plaintiff's *Motion for Pretrial Conference* be denied.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/Fax: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Memorandum in Opposition to Plaintiff's Motion for Pretrial Conference,* has been electronically filed December 29, 2023, and served upon Plaintiff Terrance Feaster, #551-840, via U.S. mail, postage prepaid at the below address.

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, OH 45699

/s/*Andrew Gatti*
ANDREW GATTI
Senior Assistant Attorney General

3