O.A.G.O  
Andrew T. Gatti (Atty.)  
Corrections Litigation Unit  
30 E. Broad St., 23rd Fl.  
Columbus, OH 43215  

December 17th, 2023

RE: FEASTER v. CHAMBERS-SMITH, et al., 1:22-CV-313

Dear Mr. Gatti,

Enclosed, Please find (Defendants Copy) of the "Plaintiff's First Requests For Production Of Documents". Upon receipt the 30 day deadline in which to produce material discoverable shall begin. Pursuant to Fed. R. Civ. P. 34 and Fed. R. Civ. P. 26

Sincerely,

Terrance J. Feaster Pro Se'  
#551840  
S.O.C.F.  
P.O. Box 45699  
Lucasville, OH 45699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER,
   Plaintiff,

VS.

ANNETTE CHAMBERS-SMITH, et al.,
   Defendants.

Case No. 1:22-CV-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, Terrance J. Feaster, acting in Pro Se' moves defendant's in this case, upon this "formal Request", for the following "Evidence" subject to release, Pursuant to Fed. R. Civ. P. 26, and S.D. Ohio Civ. R. 26.1.

Further, Documents Request are Subject to discovery according to Fed. R. Civ. P. 34 "Material and Relevant" (REDACTED or otherwise), via Ohio Attorney Generals Office's (INVESTIGATIONS), See; O.R.C. 109.361, 109.362.

Respectfully Submitted,

Terrance J. Feaster, Pro Se'

Plaintiff's Requests are as follows;

1.) All Investigative reports tangible conducted by the Ohio Attorney Generals Office. Including but not limited to; Statements, recordings (Video/Audio), Depositions, Defendents Performance Reviews files, and any other documents or Evidence that is subject to disclosure that may be Material and Relevant in this Matter.

2.) Investigation documents and Reports done by Fred Denny, S.O.C.F. Investigator In cases SOCF-21-003966 and SOCF-21-004035, Including but not limited to; Camera or DVR Footage, R.J.B. hearing Audio, Use of force Reports, DVR 666-21, Statements, Dispositions, and All Evidence discoverable which is Material or Relevant in this matter.

3.) All Investigative documents/Reports conducted by C. Miller S.O.C.F. Investigator in connection to the mentioned cases including but not limited to; Drug Confirmation Form, Major Contraband log, Tag # 2021-314, Pictures 663-21, and All Evidence Material or Relevant, Subject to discovery in this case.

4.) Cell Search/Record log book (L6) From September, 2021 through November, 2021. of Lock L6/54.

5.) All Investigative Reports/documents, Video camera/DVR Footage (requested retained by Plaintiff) per Grievance No.'s SOCF-01-000029, SOCF-01-22-000040, and SOCF-01-22-000073. Conducted by S.O.C.F. Inspector Linnea Mahlman.

2

6.) Recent; Kites/Grievances e-filed with Institution Inspector of S.O.C.F. Parker that are material and relevant to this case in a show of repetitive acts. See; Kite ref# 379096961, ref# 341575481, ref# 380484811, and ref# 381161351. As well as Grievances #SOCF0003269, #SOCF0003027, #SOCF0003494, and #SOCF00035543. When requested per AR 5120-9-29 and 5120-9-31 on November 7th, 2023 via I.I.S. Parker, Plaintiff received no response. (See; Kite #384332761)

## "DECLARATION"

I Plaintiff, Terrance J. Feaster, hereby certify and declare by penalty of perjury under and Prescribed within the laws of the United States that the Foregoing "Production of Documents Requests" is a true and correct document, executed at Lucasville, Ohio on the 17th day of December, 2023
by: [signature]
Terrance J. Feaster, Pro Se'

3

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Plaintiff's First Request For Production Of Documents" was sent via U.S. Mail to Ohio Attorney Generals Office, Andrew Cratti, Corrections Litigation Unit, at 30 E. Broad St., 23rd Fl. Columbus, Ohio 43215 on this 17th day of December, 2023

Terrance J. Fraster, Pro Se'
#551840
P.O. Box 45699
Lucasville, OH 45699

Defendants' Exhibit 1
Page 5 of 6

