

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERRRANCE J. FEASTER, | Case No. 1:22-cv-000313 |
| Plaintiff, | |
| | District Judge Michael R. Barrett |
| VS. | Magistrate Judge Karen L. Litkovitz |
| ANNETTE CHAMBERS-SMITH, et al., | |
| Defendants, | |

# PLAINTIFFS MOTION TO COMPEL DISCOVERY

Plaintiff, Terrance J. Feaster acting in Pro Se' moves this court for an order "compelling Defendants and or non-parties to disclose Information discoverable" to the Plaintiff Pursuant to Fed R. Civ. P. 26(B)(iv),34 and 37(a)(2). See Defendant's Opposition Motion and exhibit 1 [Doc.69] Filed and Entered 12/19/2023. Time for disclosure has since elapsed and plaintiff's requests are neither overly broad or complex, therefore the cited authorities are satisfied.

Respectfully Submitted,

Terrance J. Feaster, Pro

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "**Motion To Compel**" was sent via U.S. Mail to the ohio attorney generals office, Andrew T. Gatti, corrections litigation unit, at 30 E. Broad ST., 23rd Fl., Columbus, ohio 43215 on this 24th day of January, 2024.

Terrance J. Feaster, Pro Se'

#551840

P.O Box 45699

Lucasville, OH 45699

OFFICE OF THE CLERK  January 24th, 2024

Richard W. Nagel

100 East Fifth St., Rm 103

Cincinatti, Oh 45202

RE: FEASTER V. CHAMBERS-SMITH, 1:22-cv-313

Dear Mr. Nagel,

Enclosed Please find Plaintiff's "**Motion To Compel**" to be filed and entererd in this instant case.

Respectfully,

Terrance J. Feaster, Pro se'

#551840

P.O. Box 45699

Lucasville, OH 45699

Terance J. Feaster #551840
(S.O.C.F.)
P.O. Box 45699
Lucasville, OH 45699

LEGAL MAIL

Southern Ohio Correctional Facility
Outgoing Inmate Mail
JAN 26 2024

RICHARD W. NAGEL
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OHIO 45202

45202-397699