UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRANCE J. FEASTER,<br>    Plaintiff, | Case No. 1:22-cv-313<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| ANNETTE CHAMBERS-SMITH, *et al.*,<br>    Defendants. | **ORDER** |

This matter is before the Court on plaintiff's Motion for Pretrial Conference (Doc. 68) and defendants' opposition (Doc. 69). Plaintiff seeks a pretrial conference to "establish planning and scheduling for discovery" and to allow the parties to "meet and confer on issues concerning discovery as well as set a trial date." (Doc. 68 at PAGEID 587). In response, defendants argue that plaintiff's request ignores the Court's Calendar Order (Doc. 66) and Order regarding discovery (Doc. 67), and is otherwise premature.

The Court's Calendar Order establishes pretrial deadlines, including discovery deadlines, and plaintiff offers no reason why these deadlines should be changed. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified *only for good cause*. . . .") (emphasis added). (*See* Doc. 66). This Court's General Order of Reference dated January 28, 2022 establishes that the undersigned's duties do not extend to trials, and it is therefore inappropriate for the Magistrate Judge to schedule matters over which she will not preside. *See* Gen. Order 22-05 (Jan. 28, 2022), https://www.ohsd.uscourts.gov/sites/ohsd/files//General%20Order%2022-05.pdf [https://perma.cc/3Q8B-T4NE]. The District Judge will schedule trial dates if appropriate.

Finally, as explained in this Court's prior Order (Doc. 67), the Court does not intervene in the discovery process unless specific conditions are met, which are specified in the Federal Rules of Civil Procedure and the Local Rules of this Court. *See* Fed. R. Civ. P. 37; S.D. Ohio Civ. R.

37.1.  Plaintiff's motion does not indicate that these preconditions—a good faith attempt to confer with defendants' counsel directly to resolve discovery disputes and plaintiff's certification thereof—have been met.

For the foregoing reasons, plaintiff's Motion for Pretrial Conference (Doc. 68) is **DENIED**.

**IT IS SO ORDERED**.

Date: __Feb 6, 2024__

Karen L. Litkovitz
United States Magistrate Judge