# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERRANCE J. FEASTER,<br>    Plaintiff, | Case No. 1:22-cv-313<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| ANNETTE CHAMBERS-SMITH, *et al.*,<br>    Defendants. | ORDER |

   This matter is before the Court on pro se plaintiff Terrence J. Feaster's Motion to Compel Discovery. (Doc. 70). As grounds for the motion, plaintiff references his "First Requests For Production Of Documents," which was attached to defendants' most recent filing. (*See id.* at PAGEID 600, referring to Doc. 69-1). Plaintiff argues that the "time for disclosure has since elapsed and [his] [discovery] requests are neither overly broad or complex. . . ." (*Id.*). Defendants have not responded.

   As explained in this Court's prior Orders (Docs. 67, 71), the Court does not get involved in the discovery process unless specific conditions are met, which are specified in the Federal Rules of Civil Procedure and Local Rules of this Court. *See* Fed. R. Civ. P. 37; S.D. Ohio Civ. R. 37.1. Plaintiff's motion does not indicate that he has made a good faith attempt to confer with defendants' counsel directly to resolve discovery disputes. In addition, plaintiff's motion does not certify that he has conferred with counsel. Plaintiff's motion (Doc. 70) is therefore **DENIED**.

   IT IS SO ORDERED.

Date: 2/29/2024

Karen L. Litkovitz
United States Magistrate Judge