OFFICE OF THE CLERK  February 29th, 2024

RICHARD W. NAGEL

U.S. DIST. COURT

S.D. OF OHIO

100 EAST FIFTH ST., RM. 103

CINCINNATI, OH 45202



**RE: FEASTER V. CHAMBERS-SMITH 1:22-CV-313**

Dear Honorable Magistrate Judge Karen L. Litkovitz,

I regret to inform you that I have been experiencing unimaginable difficulties since being *transferred* back to the Southern Ohio Correctional Facility and have been subjected to unnecessary and intentional acts of retaliation and harassment. I have attempted to first file Grievances via The PLRA in an attempt to first exhaust all remedies yet here my e-filed grievances seem to continuously disappear as of 2/27/2024 I was again threatened and now have had my legal documents thrown all over my cell which has not only hindered my efforts to litigate my claims and cases against the s.o.c.f. but I am not even aware if I have all of my document due to an officers deliberate acts to disorganize my cell and legal documents, I have been tortured here since I attempted to file the Preliminary Injunction in the instant case which was immediately denied without me even being allowed to expand on my issues. I believe the court will certainly want to be made aware of the existential circumstances surrounding my claims and issues as it will certainly effect my ability to further prosecute these action. I look to the Ohio code of judicial code of conduct canon 2.6 and request a pretrial conference on the matters immediate as these issue cannot wait the corruption here is so great it is literally impossible to even communicate with the Ohio Attorney Generals Office as the refuse to meet and confer with me on the basis of Discovery. I have compiled many grievances against numerous officers and agent at the s.o.c.f. and received no relief on any matter creating a stream of prejudicial acts to occur. I most recently have been subjected to such egregious acts that I have already missed numerous deadlines and filings in case Feaster v. Sammons 1:23-cv-98.

I am pleading to the court for some type of in chambers meeting as to not cause further prejudice to me or my efforts at prosecuting this case. My request is to present not only my grievances that violate protected conduct. But to also make the court aware of the underlying

issues of the case at bar. I have yet to review any of the camera or video footage in the cited case. Please allow for a pretrial conference on the issues thank.

Sincerely,

Terrance J. Feaster

#551840

P.O. 45699

Lucasville, Oh 45699

Terrance J. Feaster #551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

COLUMBUS OH 430
Southern Ohio Correctional Facility
Outgoing Inmate Mail
1 MAR 2024 PM 2 L

OFFICE OF THE CLERK
RICHARD W. NAGEL
U.S. DISTRICT COURT
S.D. OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

LEGAL MAIL

LEGAL MAIL