# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **TERRANCE J. FEASTER,** | : | |
| | : | **Case No. 1:22-cv-313** |
| Plaintiff, | : | |
| | : | **Judge Michael R. Barrett** |
| v. | : | |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **ANNETTE CHAMBERS-SMITH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MEMORANDUM IN OPPOSITION
## TO PLAINTIFF'S MOTION FOR HEARING [DOC. 73]

NOW COME Defendants, Travis Wellman, Robert Setty, Corey Sammons, Carl Justice, Joshua Kinner, Sharron Salyers, Brennan Crank, William Jewell, Justin Stevenson and Phillip Frazie (Defendants), by and through undersigned counsel, and hereby respectfully oppose Terrance Feaster's (Plaintiff) *Motion for Hearing* [Doc. 73]. A Memorandum in Support of this Motion is attached.

Respectfully Submitted,

DAVE YOST (0056290)
Ohio Attorney General

/s/*Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone:(614) 644-7233  /  Fax:(855)-665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

**MEMORANDUM IN SUPPORT**

Plaintiff Terrance Feaster #551-840 is currently an incarcerated person (IP) housed at the Southern Ohio Correctional Facility (SOCF), however, was previously housed at the Ohio State Penitentiary. On June 2, 2022, Plaintiff filed a civil rights lawsuit under 42 U.S.C. § 1983 in the Southern District of Ohio for an incident that occurred while he was incarcerated at the SOCF. The Court performed an initial screening pursuant to the Prison Litigation Reform Act. On December 19, 2022, this Court issued its Report and Recommendation dismissing the majority of claims and the majority of defendants. [*See* Doc. 12]. After careful analysis, this Court concluded that the Plaintiff may proceed with his "First Amendment retaliation claim against Defendant Crank and his Eighth Amendment claims against Defendants Frazie, Setty, Kinner, Stevenson, Justice, Jewell, Wellman, Salyers and Sammons related to the events of December 3, 2021." [Doc. 12, PageID# 275].

On March 5, 2024, Plaintiff filed a letter addressed to the Magistrate Judge. [Doc. 73]. Plaintiff's letter claims that since being sent back to SOCF he has been, "subject to unnecessary and intentional acts of retaliation and harassment." [Doc. 73, PageID# 607]. Plaintiff continued that he is, "certain[] [the Court will] want to be made aware of the existential circumstances surrounding [his] claims and issues." *Id*. Moreover, Plaintiff claims that the Ohio Attorney General's Office, "refuse[] to meet and confer with [him] on the basis of Discovery." *Id*. Plaintiff averred that he has not, "review[] any of the camera or video footage in the cited case." [Doc. 73, PageID# 608].

On December 27, 2023, Plaintiff filed a motion for pretrial conference. [Doc. 68]. In response to Plaintiff's motion, Defendants filed a memorandum in opposition. [Doc. 69]. Defendants explained that Plaintiff had only recently served upon them a production of documents

2

and they were working on a response. [Doc. 69, PageID# 592-593]. On January 30, 2024, Defendants responded to Plaintiff's discovery request providing him three-hundred and fifty (350) pages of written discovery, three (3) video files and one (1) audio file. [Exhibit 1, January 30, 2024, Service letter]. Plaintiff has not requested additional discovery. After contacting SOCF regarding the digital evidence, undersigned discovered that Plaintiff has not requested to examine the video and audio files. Therefore, the Court should deny Plaintiff's motion.

In addition, Plaintiff avers that he is currently the subject of retaliation and harassment. [Doc. 73, PageID# 607]. Plaintiff's accusations are threadbare and conclusory at best. Aside from the allegation that some unknown corrections officer disorganized his paperwork, Plaintiff makes no legitimate claims. *Id*. Moreover, these claims appear to be subsequent to the filing of the present action and would be a new matter. Plaintiff's attempt to claim retaliation and harassment are unfounded and should be disregarded by the Court.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that Plaintiff's *Motion for Hearing* [Doc. 73] be denied.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233 / Fax: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Memorandum in Opposition to Doc. 73,* has been electronically filed March 8, 2024, and served upon Plaintiff Terrance Feaster, #551-840, via U.S. mail, postage prepaid at the below address.

> Terrance Feaster (551-840)
> Southern Ohio Correctional Facility
> P.O. Box 45699
> Lucasville, OH 45699

/s/*Andrew Gatti*
ANDREW GATTI
Senior Assistant Attorney General