

**DAVE YOST**
OHIO ATTORNEY GENERAL

Criminal Justice Section
Office 614-644-7233
Fax 855-665-2568

January 30, 2024

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Re:   *Feaster v. Chambers-Smith, et al.*
      Case No.  1:22-CV-313

Dear Mr. Feaster:

Enclosed are the Defendants' responses to your request for Production of Documents, and the responsive documents Bates Stamped 000001 – 000350. SOCF personnel will be sent videos you requested and marked Bates Stamped 000351 – 000353 and the RIB audio for Case No. SOCF-21-003966, Bates Stamped 000354.  Along with the video and audio files a Statement to be completed and signed each time you view a video or listen to the audio.

Thank you and please let me know if you have any questions.

Sincerely,

DAVE YOST
Ohio Attorney General

*Andrew T. Gatti*

ANDREW T. GATTI
Assistant Attorney General
Criminal Justice Section

ATG

Enclosures

**Defendants' MIO to Doc. 73**
**Exhibit 1**