# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TERRANCE J. FEASTER,** | : | |
| | : | Case No. 1:22-cv-313 |
| **Plaintiff,** | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| **ANNETTE CHAMBERS-SMITH, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL [DOC. 75]

NOW COME Defendants, Travis Wellman, Robert Setty, Corey Sammons, Carl Justice, Joshua Kinner, Sharon Salyers, Brennan Crank, William Jewell, Justin Stevenson and Phillip Frazie (Defendants), by and through undersigned counsel, and hereby respectfully move in opposition to Terrance Feaster's (Plaintiff) *Motion to Compel* [Doc. 75]. A Memorandum in Support of this Motion is attached.

    Respectfully Submitted,

    DAVE YOST (0056290)
    Ohio Attorney General


    /s/*Andrew Gatti*
    ANDREW GATTI (0086854)
    Senior Assistant Attorney General
    Criminal Justice Section
    Corrections Litigation Unit
    30 E. Broad Street, 23rd Floor
    Columbus, Ohio 43215
    Phone: (614) 644-7233 / Fax: (855) 665-2568
    Andrew.Gatti@OhioAGO.gov

    *Counsel for Defendants*

**MEMORANDUM IN SUPPORT**

Plaintiff Terrance Feaster #551-840 is an incarcerated person (IP) with the Ohio Department of Rehabilitation and Correction, currently housed at the Southern Ohio Correctional Facility (SOCF), however, he was formally housed at the Ohio State Penitentiary. On June 2, 2022, Plaintiff filed a civil rights lawsuit under 42 U.S.C. § 1983 in the Southern District of Ohio for an incident that occurred while he was incarcerated at the SOCF. The Court performed an initial screening pursuant to the Prison Litigation Reform Act. On December 19, 2022, this Court issued its Report and Recommendation dismissing the majority of claims and the majority of defendants. [See Doc. 12]. After careful analysis, this Court concluded that the Plaintiff may proceed with his "First Amendment retaliation claim against defendant Crank and his Eighth Amendment claims against defendants Frazie, Setty, Kinner, Stevenson, Justice, Jewell, Wellman, Salyers and Sammons related to the events of December 3, 2021." [Doc. 12, PageID# 275].

On March 19, 2024, Plaintiff filed motion to compel various items of discovery. [Doc. 75]. Plaintiff requests to, "review Direct Evidence that is relevant, viable, and favorable to the Plaintiff in the instant case." [Doc. 75, PageID# 615]. Plaintiff claims the relevant evidence consists of, "camera, DVR and Audio files." *Id*. Plaintiff acknowledges in his motion that he received communication from the undersigned in the form of a letter dated January 30, 2024, with discovery documents that were BATES stamped. [Doc. 75, PageID# 618]. Moreover, Plaintiff concedes that in the same letter he was provided with the BATES stamp numbers for the requested video and audio evidence. *Id*. In addition to responding to Plaintiff's request for production of documents, upon receiving of his most recent motion compel, undersigned sent Plaintiff an additional letter dated March 19, 2024, explaining in detail, exactly how to gain access to the video and audio evidence. [See Exhibit A]. Defendants respectfully request this Court deny Plaintiff's motion to

compel because the requested video and audio, along with an explanation of how to access the video and audio, has been provided to him.

For the foregoing reasons, Defendants respectfully request that Plaintiff's *Motion to Compel* [Doc. 75] be denied and all costs assessed to Plaintiff.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233 / Fax: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Memorandum in Opposition to Doc. 75,* has been electronically filed on April 1, 2024, and served upon Plaintiff via U.S. mail, postage prepaid at the below address.

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, OH 45699

/s/*Andrew Gatti*
ANDREW GATTI
Senior Assistant Attorney General

3