

Criminal Justice Section
Office 614-644-7233
Fax 855-665-2568

March 19, 2024

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

      Re:    *Feaster v. Chambers-Smith, et al.*
             Case No. 1:22-CV-313

Dear Mr. Feaster:

    In reviewing your latest motion to compel, it is apparent that you did not understand my cover letter for the responses to your request for the production of documents. The video footage and audio file [Bates Stamped 000351 – 000354, for identification purposes] are with SOCF staff (Sherri Bishop) and you need to kite Ms. Bishop to schedule a time to review the video footage and audio file. Ms. Bishop has the Statement that is to be completed and signed each time you view a video or listen to the audio.

    Thank you and please let me know if you have any questions.

                            Sincerely,

                            DAVE YOST
                            Ohio Attorney General

                            *Andrew T. Gatti*

                            ANDREW T. GATTI
                            Assistant Attorney General
                            Criminal Justice Section

ATG

Defendants' Opposition
Exhibit A