# **DECLARATION**

I, Terrance J. Feaster, Hereby Declare:

That this Prisoner named above is and has been experiencing some of the same egregious acts that I have filed or mentioned in case no.'s 1:22-cv-313, 1:22-cv-453, and 1:23-cv-00098. And That I am the Plaintiff in these pending civil actions In the United States Southern Division Of Ohio, and these grievances sustain great interest pertaining to the public. The Prisoner Ronald Shanklin has had his Legal mail interrupted discarded and or trashed as he is unable to find any of this material. The Lt. Taylor who is acting Mailroom Supervisor has not responded or even attempted to resolve these issues as Mr. Shanklin will provide Affidavit's/ Declarations from Attorney Edward Hamlin LLC.

I here by declare by penalty of perjury that the foregoing letter and Declaration is a true and correct Document under and prescribed by the laws of the United States Of America, This 25th day of March, 2024. At Scioto county, Lucasville, Ohio 45699

Ronald Shanklin - #750801
P.O. Box 45699
Lucasville, OH 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail
29 MAR 2024PM 3 L

Office of THE CLERK
Richard W. Nagel
U.S. District Court
S.D. of Ohio
100 East Fifth St., Rm. 103
Cincinnati, OH 45202

45202-397699