

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## WESTRN DIVISION

**TERRANCE J. FEASTER,**

Plaintiff,

**Case No. 1:22-cv-313**

**VS.**

**District Judge Michael R. Barrett**

**Magistrate Judge Karen L. Litkovitz**

**ANNETTE CHAMBERS-SMITH, et al.,**

Defendants.

---

# PLAINTIFFS MOTION FOR

# PRELIMINARY INJUNCTION

---

Now comes, Terrance J. Feaster, acting in Pro Se in this "MOTION FOR PRELIMINARY

INJUNCTION" Requesting that this court grant a Preliminary Injunction in the instant case as the plaintiff

has experienced the exact same types of misconduct by officers, agents, and or staff employed by the

Ohio Department Of Rehabilitation and Correction (O.D.R.C.) within The Southern Ohio Correctional

Facility (S.O.C.F.). The plaintiff requests an immediate transfer and order via the court for the S.O.C.F to

not only abide by all policies and authorities, but also order the immediate transfer of the plaintiff in this

matter to Toledo Correctional Institution (TO.C.I). for the reasons set forth in the attached

"Memorandum In Support and Exhibits".

Respectfully Submitted,

Terrance J Feaster, Pro Se

## MEMORANDUM IN SUPPORT

### 1. INTRODUCTION CASE AND FACTS

Plaintiff Terrance J. Feaster, A currently "Wrongfully Convicted and incarcerated Person" at the (S.O.C.F.)

Brought a 42 USCS 1983 Civil Action Against Defendants in this case in the Amended Complaint (Doc. #3)

on 6/24/2023 for various Civil Rights Violations, On 9/7/2023 (Doc. #43) Defendant's "Motion To

Dismiss" Denied, and defendants failed to object, Plaintiff was then returned to (S.O.C.F.) and filed a

Preliminary Injunction entered on 10/11/2023 (Doc. #4) which was immediately denied on 10/19/2023

see, (Doc. #51),Plaintiff filed a second "Motion For Answer" filed 11/15/2024 (Doc. #62) subsequently

Defendants finally answered vehemently denying the amended complaint entered on 11/16/2024

(Doc#64) plaintiff now files This "Preliminary Injunction" requesting Reconsideration for the following

reasons set forth;

### 2. LAW AND ARGUMENT

Plaintiff in this instant case has suffered numerous violations in the case at bar and has since

been subjected to the exact same type of misconduct, issues, and civil Rights violations that

brought on the three civil actions against the (S.O.C.F.) see cases; FEASTER V. CHAMBERS-

SMITH, et al., case no. 1:22-cv-453, and FEASTER V. SAMMONS, et al., case no. 1:23-cv-00098.

The Plaintiff asserts that he has had a number of issues and instances where he has been

threatened and prisoners have been assaulted prior to and after the plaintiff's return to the

(S.O.C.F.), and that there has been an unwavering amount of harassment against the plaintiff for

his filings against the defendants, (S.O.C.F.), and (O.D.R.C.) explained further.

2

**The Plaintiff first expresses that in the courts discretion of A Preliminary Injunction as cited in case;**

## United States v. Abbott, 87 F.4th 616

Grounds For Injunction, provides that; A plaintiff seeking a **preliminary injunction** must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest. A **preliminary injunction** is an extraordinary remedy which should not be granted unless the party seeking it has clearly carried the burden of persuasion.

In the case at bar the plaintiff has attached exhibits as proof and reasoning for this instant preliminary Injunction as he has endured some of the same civil violations incurred in this instant case Exhibits being:

1). Exhibit A-1: Grievance #socf0002904 of incident upon arrival (threats) on 9/25/2024.

2). Exhibit A-2: Declaration Of James Dixon #583227 (Assault on Bus).

3). Exhibit B-1: Kite filed 10/4/2024 to Sgt. Chinn ( Inquiring of Property).

4). Exhibit B-2: conduct report issued by Sgt. Chinn on 10/4/2024 ( falsified conduct report).

5). Exhibit B-3: Grievance #socf0003187 dated 10/12/2024 of (falsified conduct report for retaliation).

6). Exhibit C: Kite to (S.O.C.F.) Institutional Inspector Kevin Parker for Printout of Grievances.

The plaintiff avers that upon his arrival and return to the (S.O.C.F) he has since experienced harassment in the sense of denial of the grievance procedure and even worse retaliation for the use of the grievance procedure which is forbidden Pursuant to Ohio Administrative Code, AR 5120-9-31 section:

3

(G) Retaliation or the threat of retaliation for the use of the inmate grievance procedure is strictly prohibited. Any alleged or threatened retaliation may be pursued through the inmate grievance procedure. Appropriate disciplinary action shall be taken against any employee found to be in violation of this rule.

In this case in reference to Exhibit A-1 and A-2 the plaintiff was subjected to threats by an officer D. Everman upon arrival and directly off the bus as explained in this grievances, Mr. Everman seemed to be in a culpable mind state during reception at the hub in Columbus where prisoners are exchanged, yet in between those times and again upon arrival to the (S.O.C.F.) c/o Everman expressed that someone was about to get their ass beat and several prisoners were in attendance and could attest to this statement and facts. It had only come through my own due diligence and information of James Dixon #583227 a prisoner who was assigned to the exact same housing unit K7, that I was able to acquire Dave Everman's Name as well as egregious information and the Declaration of James Dixon Exhibit A-2. About the assault by c/o Everman on James Dixon which he provided via declaration a full account of being dragged by his dread locks throughout the transport bus by c/o Everman for merely opening a window. This fact is important as it shows the consistency of the training of officer's and the culpable mind state of c/o Everman and the ability to be civilized at one point then once at (S.O.C.F.) all bets were off and violence became the agenda.

On another date and time expressed in Exhibit B-1 through 3 the plaintiff experienced retaliation to the extent of merely mentioning a grievance or litigation in a kite addressed to of all people an acting Sgt. Chinn. Which clearly violates section (G) of OAC ANN. 5120-9-31. Directly after sending the kite to Sgt. Chinn inquiring about his Television / Property Sgt. Chinn first confronted the plaintiff at his cell front and passed the blame off to the property room, then In his conduct report failed to elaborate on what was said disrespectful, soon after

4

returned to place the plaintiff in segregation for what was stated in his kite. This retaliation is

directly connected to the type retaliation c/o B. Crank , Defendant in this instant case

committed to. The grievance procedure is a protected right via the P.L.R.A. as well as OAC ANN.

5120-9-31 and has been established in all courts, there was even a specific grievance for this

type of retaliatory act. (See Exhibit B-3).

Moreover, the plaintiff avers that ( I.I.S) K. Parker who is now acting warden Cynthia Davis's

Designee in charge of facilitating the grievance Procedure Pursuant to OAC ANN. 5120-9-29

which governs the office of the Inspector as cited below; see [Exhibit C]

# 5120-9-29. The office of the inspector of institutional services.

The warden of each institution shall appoint an individual to serve as the inspector of institutional services. As appropriate, the warden may also appoint an assistant inspector of institutional services. Screening, interviewing, and selecting individuals for both positions requires the participation of the chief inspector or designee. The inspector of institutional services shall report directly to the warden, with functional supervision being maintained by the chief inspector or his/her designee. The chief inspector or designee shall be involved in the performance evaluation of the inspector of institutional services. The inspector of institutional services shall have sufficient authority, clerical support, and access to all records and areas of the institution in order to carry out the duties of the office.
The inspector of institutional services shall:
(A) Facilitate all aspects of the inmate grievance procedure, as established by rule 5120-9-31 of the Administrative Code;
(B) Investigate and respond to grievances filed by inmates;
(C) Monitor the application of institutional and departmental rules and policies affecting conditions of incarceration; and report to the warden any noncompliance including recommendations for corrective action;
(D) Conduct regular inspections of institutional services and serve as a liaison between the inmate population and institutional personnel;
(E) Review and provide input on new or revised institutional policies, procedures and post orders;
(F) Provide training on the inmate grievance procedure and other relevant topics;

5

(G) Perform other duties as assigned by the warden or chief inspector which do not create a conflict with paragraph (A) or (B) of this rule;

(H) Submit all reports, documents, or other forms of accountability of their work to the chief inspector and/or warden as directed.

This authority acts as the procedures set for ( I.I.S.) K. Parker yet the plaintiff via his e-filed grievances, kites, and or complaints have continuously been interrupted, deleted, or erased. This blatant act to stonewall, roadblock, and obstruct the plaintiff's right to grieve matters is a severe violation as these issues would go uninvestigated and unresolved which essentially gives Officer's and staff alike the false sense that their, unprofessional conduct, or violations are justified or satisfactory. The plaintiff is still awaiting grievances for resolve and investigations as it has been that many incidents since his return. Including but not limited; Further threats of violence and tossing plaintiffs legal material which caused plaintiff to miss an appeal in case Feaster v. Sammons ,et al., case No. 1:23-cv-98 by c/o Dakota Cheadle, which is currently under investigation, also verbal sexual harassment where an officer used explicit language during a strip search about wanting officers to see his genitals, Also under investigation. The plaintiff was also subjected to hard labor by being forced to work in food service under Aramark Industries which the plaintiff became aware of unsafe work conditions and severe violations of Aramark policies, as the plaintiff was clearly and undeniably forced to feed prisoners peanut butter with mice pellets, work from 4:00am - 8:00pm often times without a break, certain Aramark workers would place prisoners in segregation or harsher work assignments because of personal preferences. The plaintiff omits that these conditions not only exist but that food service jobs are specific to prisoners conduct history and the plaintiff omits that because of his history he has never been allowed to work in food service because of their strict application criteria, and further believes that the act to place the plaintiff under these unsafe conditions was a type of retaliatory punishment for the

6

plaintiff filing numerous civil actions against the (S.O.C.F.).

FURTHER, The plaintiff cites Cases; *Bounds v. Smith*, 430 U.S. 817., and Lewis v. Casey, 518 U.S. 343(1996) ; Syllabus: (b) Statements in *Bounds* suggesting that prison authorities must also enable the prisoner to *discover* grievances, and to *litigate effectively* once in court, 430 U.S. at 825-826, and n. [****3] 14, have no antecedent in this Court's pre-*Bounds* cases, and are now disclaimed. Moreover, *Bounds* does not guarantee inmates the wherewithal to file any and every type of legal claim, but requires only that they be provided with the tools to attack their sentences, directly or collaterally, and to challenge the conditions of their confinement. Pp. 354-355.

Plaintiff, in these specific averments that the (S.O.C.F) Legal aid Lisa Reuter had not only infringed upon his constitutional rights to access the courts for years, but continued by denying prisoners the adequate legal documents, denying the plaintiff legal materials such as a legal box, denying the plaintiff law library time, and because the legal aid has full access to prisoners drafted files and documents often times erased his work or used the motherboard computer to change settings, making it difficult to copy and paste material via word processor. These were a deliberate and intentional acts to not only cause infringement but hinder, and deprive the plaintiff's efforts at prosecuting his civil actions. In Lewis v. Casey, 518 U.S. 343(1996) Plaintiff overwhelmingly meets those standards and provides relevant material in the sense of exhibits and the fact that Lisa Reuter is no longer employed with the (S.O.C.F.). 7). Exhibit D 1 of kites and grievances against Lisa Reuter (S.O.C.F) Legal Aid addressed to supervisor of legal services / Deputy Warden Special Services Nicole Joseph, and (I.I.S.) Kevin parker of misconduct and civil violations by Ms. Reuter.

1) In this case the plaintiff has defeated the defendants Motion to Dismiss and the defendants have so far failed to produce viable DVD, DVR, and or audio which the plaintiff has requested via the public records act in his Notice of attached Exhibits filed 12/7/2022 (Doc. #9). The defendants have further failed to object in any sense and or to any R&R, in this action. The plaintiff in his purported arguments

7

above has continuously had his rights violated repetitively, in the very same type of actions in the instance case.

2) The plaintiff in the aforementioned and first Motion For Preliminary Injunction filed and entered 10/11/2023 (Doc. #46) plaintiff avers that he was at the time placed in segregation under false premise and argues this explained above see; Exhibits B1-3 and has since suffered irreparable harm in case Feaster v. Sammons, case no. 1:23-cv-98 when more recently an officer tossed the plaintiff's cell disorganizing his legal material purposely which caused the plaintiff to miss an appeal in the said case. Plaintiff believes whole heartedly that after the courts denial of his first Preliminary Injunction the defendants took this as a sign of justification to continue the onslaught of retaliation against the plaintiff and has since suffered irreparable harm, as well as his medical condition has also worsened.

3) The plaintiff has only acquired one conduct report since his return to the (S.O.C.F.) that one being the falsified conduct report of Sgt. Chinn, but has been subjected to an unprecedented amount of civil rights violations, as those stated above, and that an Injunction in this case is ripe for execution as he is still experiencing retaliation via the mail department as now his FFF Court Cert and 6 month account statement has gone missing.

4) The plaintiff believes for the reasons stated above and current incidents not yet fully investigated the Preliminary will indeed serve the public's interest as the public should be made aware of the ongoing issues and misconduct of officer's, agent's, or employee's assigned to the (S.O.C.F.).

8

**CONCLUSION**

WHEREFORE, For the reasons stated above the plaintiff requests that the court grant the plaintiff a

Preliminary Injunction in the case at bar.

Respectfully Submitted,

Terrance J. Feaster, Pro Se
#551840
(S.O.C.F.)
P.O. Box 45699
Lucasville, Oh 45699

9

## CERTIFICATE OF SERVICE

I Certify that a copy of the foregoing " Motion For Preliminary Injunction" was sent via U.S. mail to the Ohio Attorney Generals Office, Andrew T. Gatti, Corrections Litigation Unit, at 30 E. Broad St., 23rd floor, Columbus, Ohio 43215 on this 4th day of April, 2024.

Terrance J. Feaster, Pro Se
#551840
(S.O.C.F.) P.O. Box 45699
Lucasville, Oh 45699

## Grievance #329855211

**Profile Photo:**

**Inmate Info**

**Name:** TERRANCE FEASTER (1988-12-05)
**Booking #:** A551840
**Nationality:**
**Submitted Date:** 09/26/23 14:04
**Submitted from Location/Room:** SOCF,B,K7,46,0000/K7
**Submitted Facility:** ODRC Southern Ohio CI
**Current Location/Room:** SOCF,B,K7,49,0000/K7
**Current Facility:** ODRC Southern Ohio CI
**MAC ID:** B8:13:32:00:E2:B8
**Device ID:** B8133200E2B8

**Audit Photo:**
Audit Photo

**Form Info**

**Category:** Unprofessional Conduct
**Form:** Threats

**Grievance Info**

**Grievance ID #:** SOCF000000002904
**Status:** CLOSED **by** Morrow, K.
**Facility Deadline:** 11/12/23 23:59
**Grievance Level:** Appeal
**Inmate can reply:** No
**Disposition @ ICR:**
**Disposition @ Grievance:** Denied - insufficient evidence to support claim

**Details:**

Violations of AR 5120-9-04, and odrc policy 64-DCM-01

**Details:**

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
On 6/25/2023 a transport officer made the comment while exiting the bus " that two white shirts are here so someone's gonna get beaten" only having a description of a white officer, about 6' 3" 250+lbs with a greyish fade and beard the bigger out of the three officer made this threat and witnesses included myself and six other prisoners who rode in besides myself, (prisoners Fisher and Thompson of k7 were in attendance) This issue is serious as I have pending litigation and was assaulted on numerous occasions by S.O.C.F. officers who are still employed here and I am taking precautions in case of any future incidents. This behavior violates ethics policies as well as professional conduct policies and must be addressed promptly.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/20/23 13:21 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/19/23 13:36 | Morrow, K. | Changed Status | From 'Open' to 'Closed' |
| 10/19/23 13:36 | Morrow, K. | Changed Disposition | Changed Disposition for level Appeal with value " to 'Affirmed' |
| 10/19/23 13:36 | Morrow, K. | Staff Response | The Office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector. A thorough review of your appeal has been completed which included the following factors: • Procedural requirements met. • Proper investigation of your grievance was conducted. • Applicable policies, administrative rules, directives and ODRC operating manuals utilized. • Information presented in your appeal. • Additional or refuting Information presented in your appeal. Based on the aforementioned review, the decision rendered by the Inspector is hereby AFFIRMED. The Inspector investigated your complaint which did not yield substantial evidence to indicate a violation of policy, rule, or law. No further action will be taken by this office in relation to this complaint. K. Morrow, Asst. Chief Inspector |
| 10/16/23 12:16 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/13/23 12:37 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/13/23 12:19 | TERRANCE FEASTER | Escalated | FEASTER, TERRANCE has escalated the grievance on 10/13/2023 12:19 -05:00 Response: IIS Mr. Parker actually asked in an ICR if anyone was beaten and to that I say yes. By way of my own due diligence and investigation I spoke with prisoner James Dixon #583227 who on 8/29/23 was transported on the hub from OSP and to his accounts along with witnesses of his own, he was assaulted, by the officer in question |

| DATE/TIME | USER | ACTION | |
|---|---|---|---|
| | | | pulled out. This shows repetitive violence and encourages officers to act in a malicious and sadistic manner when they have no thorough investigation conducted or no reprimand as to their actions. Mr. Parker failed to interview me or any of my witnesses, therefore violating AR 5120-9-31 and AR5120-9-29. Due to the violent history of s.o.c.f these issues are of grave concern and are further bragged and boasted about throughout the prison. This is plain and clear inappropriate supervision and should be addressed accordingly as well as Mr. Parker's blatant disregard for laws and policies. I will be assisting Mr. Dixon if he so chooses to seek further action against officer Everman. Reason: Inadequate investigation |
| 10/13/23 12:19 | | Changed Status | From Closed to Open due to Appeal |
| 10/13/23 12:19 | | Changed Level | Level changed from Grievance to Appeal due to Appeal |
| 10/13/23 11:55 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/12/23 09:36 | Parker, K. | Changed Status | From 'Open' to 'Closed' |
| 10/12/23 09:36 | Parker, K. | Changed Disposition | Changed Disposition for level Grievance with value " to 'Denied - insufficient evidence to support claim' |
| 10/12/23 09:36 | Parker, K. | Staff Response | 1. The office of the IIS is in receipt of grievance SOCF000000002904 in regard to your claim that staff made threatening remarks. 2. To investigate this claim, the following were reviewed: BWC from date, UOF incidents from that date, interview with transport officers. 3. You allege that an unidentified officer stated that "someone was gonna get a beaten" upon your exit from the bus. You did not indicate that the comment was directed at you or anyone in particular. UOF reports were viewed for that date. There were no use of force incidents from the HUB bus. BWC footage was reviewed. There were no archived BWC footage from that date. You did not identify the staff member. Shift roster was reviewed and each of the 3 transport officers from that date denied making or hearing this alleged comment. You reference previous incidents at SOCF. You indicate that this have been reported as you have current litigation. If you are making a new report of any unreported UOF, please refile with specifics to allow for investigation. 4. This investigation determined that insufficient evidence exists to indicate ODRC institutional staff are in violation of ODRC policies, Ohio Laws and/or Administrative Rules. Your grievance is denied. |
| 10/12/23 09:18 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/11/23 10:08 | Parker, K. | Deadline extended | Deadline extended by 14 calendar day(s) for level 2 |
| 10/11/23 10:08 | Parker, K. | Staff Response | Deadline extended by 14 calendar day(s) |
| 10/02/23 08:24 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/02/23 08:24 | TERRANCE FEASTER | Viewed Staff Response | |
| 09/26/23 20:01 | TERRANCE FEASTER | Escalated | FEASTER, TERRANCE has escalated the grievance on 09/26/2023 20:01 -05:00 Response: I am escalating this I.C.R. because I was told to contact multiple departments and the issue Need's to be address promptly and due to being assaulted on numerous occasions at s.o.c.f. and having pending civil actions on these same issues the fact that threatening prisoners upon arrival still exist is a serious issue, any unprofessional conduct or inappropriate supervision should be addressed or forwarded to the correct supervising department since their is no specific app for special duty officer in violation of the above cited authorities. Reason: Issue was unanswered/not addressed |
| 09/26/23 20:01 | | Changed Status | From Closed to Open due to Appeal |
| 09/26/23 20:01 | | Changed Level | Level changed from ICR to Grievance due to Appeal |
| 09/26/23 19:55 | TERRANCE FEASTER | Viewed Staff Response | |
| 09/26/23 19:40 | TERRANCE FEASTER | Viewed Staff Response | |
| 09/26/23 15:23 | Harris, S | Staff Response | 1. I am in receipt of your complaint regarding your alleged inappropriate supervision claim regarding staff allegedly making threatening comments. 2. To investigate this matter, please follow the AR 5120-9-31 and kite the respective area regarding this issue. You need to kite the special duty captain due to this staff member being special duty. The special duty captain is over the transportation officers. If you are alleging inappropriate supervision on the staff members part, please follow 5120-9-04 and kite the institutional inspector. All inappropriate supervision is addressed through the institutional inspector. 3. 5120-9-31 and 5120-9-04 4. The special duty captain and / or the institutional inspector will address your issue. |
| 09/26/23 15:23 | Harris, S | Changed Status | From 'Open' to 'Closed' |
| 09/26/23 14:05 | TERRANCE FEASTER | Submitted New | Violations of AR 5120-9-04, and odrc policy 64-DCM-01 |

Exhibit A-2

pg 1of2

# Declaration.

JAmes Dixon # 583227 hereby declares:

On 8/29/2023 I was attacked and assaulted by c/o Dave. everman transport-officer while Being transported from OSP to SOCF. when I pulled up at 3:00pm to 3:30pm the C/o Deverman got mad about the windows Being opened up I Just Stated that the heat was on. he Came to my Seat opened the gate and grabbed me By my hair and dragged me. from the Back to the frunt of the Bus. my hair was pulled out. It was a Body Cam on and Bus video that will Support my statement and the Inmates witness this to name one (Conyer A 692-629#) I was then put In Seg Unit (hole) I put In a paper ICR 8-30-23 wile I was In Seg. I did not get a Return from the department In the 7 days I did not get a tablet Into 9-13-23 But I have proof that I did 3 other ICR's the day I got my tablet I wrote up why no one said a thing to me of my paperwork I put In I did my grievance Sep. 15-'23 It was denied Sayin I did not put dates and times But I did on my ICR no Real Investigation was did If It did of daue everman will have Been fired due to video. my appeal was did Oct. 6-23,

Exhibit A-2

pg. 2 of 2

I've even went as far as writing up the 2nd Shift Capton for not Responding nothing I did all of my paper work they at Socf did a Cover up. I o R ) )

I declare by penalty of Perjury under the laws of the united States of America that the foregoing Is true and Correct Executed at Lucasville, Ohio

James Dixon # 583227

date Sepatober 15th, 23

Exhibit 1 - 5 B-1

## Request #341510291

| Profile Photo: | **Inmate Info** |
|---|---|
| | **Name:** TERRANCE FEASTER (1988-12-05) |
| | **Booking #:** A551840 |
| | **Nationality:** |
| | **Submitted Date:** 10/04/23 11:47 |
| | **Submitted from Location/Room:** SOCF,B,K7,47,0000/K7 |
| | **Submitted Facility:** ODRC Southern Ohio CI |
| **Audit Photo:** | **Current Location/Room:** SOCF,B,K7,49,0000/K7 |
| Audit Photo | **Current Facility:** ODRC Southern Ohio CI |
| | **MAC ID:** B8:13:32:00:E2:B8 |
| | **Device ID:** B8133200E2B8 |

**Form Info**

**Category:** Sergeant
**Form:** Kite - K7

**Request Info**

**Status:** CLOSED **by** Chinn, J
**Facility Deadline:** 10/11/23 23:59

**Details of Request:**

Titled property not received

**Details of Request:**

**Please select your issue from the list.:**
Property Issues

**Please state the purpose of your kite. Be specific.:**
Sgt. Chinn I have been here sin 9/25/23 and I have yet to receive my titled item property, and before filing an ICR on this matter I was told by property that these items are done in an orderly fashion and that it is your responsibility to retrieve the property for your unit, under the impression an advisement of the property room to contact you what is the delay or reasoning for denying this property that I have been awaiting, the delay in property is certainly a serious issue and these are not state issued items so failure to issue property will result in filing of an ICR and possible legal action as this issue seems deliberate and clearly a violation of property policy for excessive delay

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/12/23 08:11 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/05/23 11:47 | Chinn, J | Staff Response | Addressed. |
| 10/05/23 11:47 | Chinn, J | Changed Status | From 'Open' to 'Closed' |
| 10/04/23 11:48 | TERRANCE FEASTER | Submitted New | Titled property not received |

 **Department of Rehabilitation & Correction**

Exhibit ~~page~~ D-2

## Conduct Report

| Name: FEASTER, TERRANCE J | Number: A551840 | Institution: SOCF |
|---|---|---|
| Case Number: SOCF-23-003709 | Date of Violation: 10/05/2023 | Time of Violation: 08:30 AM |
| Location of Violation: Housing Unit / B / K7 / Bed/Cell / B/K7/47 | | Lock: E/J2/41 |

| Charged Rules | Rule Description |
|---|---|
| 5.7 | Disrespect towards another person, including instigation of, or perpetuating fighting. |
| 7.1 | Giving false information or lying to a staff member or non-incarcerated person. |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

Sir, on the above date & approximate time while making daily rounds in K7 this Sgt. I/M Feaster became disrespectful & argumentative with this Sgt. regarding the fact that he has not yet received his titled items from the Property Room. I/M Feaster stated to this Sgt. that he "knows for a fact" that his property has already been titled & that this Sgt. is "withholding my property on purpose." This Sgt. made 3 attempts to explain to I/M Feaster that his property had not been titled as of yesterday afternoon, and that I would deliver the items to him once the process was complete. I/M Feaster stated that he had kited the Property Room and they said "my stuff is done- you won't pick it up, so you're doing this on purpose." Be advised that this Sgt. instructed I/M Feaster to read the kite response to me, and he complied; the response did not match what I/M Feaster was telling this Sgt. but rather confirmed what this Sgt. was telling I/M Feaster regarding the process. I/M Feaster continued attempting to argue & told this Sgt. "you need to do your job & get me my property." At this time this Sgt. did exit the range. Upon arriving at my office this Sgt. did open an electronic kite from I/M Feaster, which contained disrespectful statements indicating that this Sgt. is intentionally withholding property as well as threats of "legal action" against this Sgt. for intentionally delaying the receipt of his property.

**Is this Conduct Report being written on behalf of another ?** Yes ☐ No ☑

**Does the Charging Official wish to have input into the disciplinary proceedings?** Yes ☐ No ☑

| Electronic Signature of Charging Official : J CHINN | Shift: S.D. | Days Off: S/S/H |
|---|---|---|

**A copy of this conduct report was served upon the above-named inmate on:**

| Staff Electronic Signature: |
|---|

I acknowledge receipt of the conduct report on the above stated date and time:

| ☐ Inmate Refused to sign the conduct report | Number: A551840 |
|---|---|

**Notification to Inmate: a conviction could result in loss of earned credit and 201 additional hearing.**

DRC 4018 (Rev 08/2023)

ICR# SOCF 000-3187   Oct 12 False Conduct Report
KITE# SOCF            Oct 4 Kite about property
ICR# SOCF 000-3046   Oct 4 On titled property Items
                     -not received

B-3

Exhibit [?]
pg 1 of 2

## Grievance #376716821

**Profile Photo:**

**Inmate Info**

**Name:** TERRANCE FEASTER (1988-12-05)
**Booking #:** A551840
**Nationality:**
**Submitted Date:** 10/12/23 09:16
**Submitted from Location/Room:** SOCF,B,K7,49,0000/K7
**Submitted Facility:** ODRC Southern Ohio CI

**Audit Photo:**
Audit Photo

**Current Location/Room:** SOCF,B,K7,49,0000/K7
**Current Facility:** ODRC Southern Ohio CI
**MAC ID:** B8:13:32:00:E2:B8
**Device ID:** B8133200E2B8

**Form Info**

**Category:** Supervision
**Form:** Conduct report as harassment

**Grievance Info**

**Grievance ID #:** SOCF000000003187
**Status:** CLOSED by Morrow, K.
**Facility Deadline:** 11/11/23 23:59
**Grievance Level:** Appeal
**Inmate can reply:** No
**Disposition @ Grievance:** Denied - Separate appeal process

**Details:**

Falsified and fabricated conduct report by Sgt. Chinn for voicing property complaints

**Details:**

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
In violation of AR's 5120-9-31,5120-9-04,5120-9-32 and odrc policies 64-DCM-01,64-DCM-03,31-SEM-01,31-SEM-02,33-EEO-01, and 61-PRP-01 On 10/5/23 Sgt. Chinn was conducting morning rounds when I stopped him and inquired about not yet receiving our titled property items, Chinn immediately became emotional loud and irate stating the property room hasn't titled them,I attempted to explain to Chinn that I received a kite from property RM after inquiries about this issue via my kite on 10/3/23 on 10/4/23 property RM stated we process property ASAP, contact Sgt. Chinn. Which prompted me to kite Chinn on 10/4/23 see kite, again on 10/5/23 I noticed the kite and correspondence between me and property RM had been erased. This is alarming knowing that evidence of this nature can be discarded, and since I could not read the kite and response to Chinn this totally contradicts his accounts and conduct report he issued on me where he states I complied and the kite did not match what I told the Chinn. Because the kite had clearly already been deleted. Further, not one disrespectful comment was made towards Chinn in either kite or verbally and I have several prisoners who can attest that Chinn completely lied and had me placed in R/H under a false premise and therefore violated the above cited authorities, I will be reporting my findings of erased kites or ICR's to the c.i.i.c. also see my kite history and conduct report/case no. SOCF-23-003709

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/25/23 09:19 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/20/23 13:19 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/20/23 07:19 | Morrow, K. | Changed Status | From 'Open' to 'Closed' |
| 10/20/23 07:19 | Morrow, K. | Changed Disposition | Changed Disposition for level Appeal with value " to 'Affirm' |
| 10/20/23 07:19 | Morrow, K. | Staff Response | The Office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector. A thorough review of your appeal has been completed which included the following factors: • Procedural requirements met. • Proper investigation of your grievance was conducted. • Applicable policies, administrative rules, directives and ODRC operating manuals utilized. • Information presented in your appeal. • Additional or refuting Information presented in your appeal. Based on the aforementioned review, the decision rendered by the Inspector is hereby AFFIRMED. AR 5120-9-31 indicates the grievance procedure will not serve as an additional or substitute appeal process for hearing officer decisions, rules infraction board decisions or those issues or actions which already include a separate appeal mechanism. This complaint is outside the scope of the grievance procedure. The Inspector is responsible for "facilitating" the grievance procedure in accordance with administrative rule 5120-9-29 (A), which includes redirecting complaints (ICRs) to kites that do not rise to the level of triggering 5120- |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | action will be taken by this office in relation to this complaint. K. Morrow, Asst. Chief Inspector |
| 10/16/23 12:18 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/12/23 09:41 | TERRANCE FEASTER | Escalated | FEASTER, TERRANCE has escalated the grievance on 10/12/2023 09:41 -05:00 Response: IIS Mr. Parker is not either understanding that this option to address falsified conduct reports was put on the grievance procedure for a reason or he has and deliberately decided not to properly investigate any I renew everything stated in the prior ICR and now request a thorough investigation as multiple witnesses can attest to this incident such as Fisher cell 46 , Beckwith cell 26, Dixson cell 29, just to name a few. And if you choose not to investigate or interview witnesses than I have exhausted all my remedies also see ICR SOCF-23-3046 against property RM and failure to deliver property it further verifies and confirms my ongoing issue that still exist along with witnesses, failure to investigate is a violation of AR 5120-9-31, and 5120-9-29 Reason: Inadequate investigation |
| 10/12/23 09:41 | | Changed Status | From Closed to Open due to Appeal |
| 10/12/23 09:41 | | Changed Level | Level changed from Grievance to Appeal due to Appeal |
| 10/12/23 09:29 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/12/23 09:26 | Parker, K. | Changed Status | From 'Open' to 'Closed' |
| 10/12/23 09:26 | Parker, K. | Changed Disposition | Changed Disposition for level Grievance with value " to 'Denied - Separate appeal process' |
| 10/12/23 09:26 | Parker, K. | Staff Response | You were issued a conduct report on 10/5/23. The conduct report states " Sir, on the above date & approximate time while making daily rounds in K7 this Sgt. I/M Feaster became disrespectful & argumentative with this Sgt. regarding the fact that he has not yet received his titled items from the Property Room. I/M Feaster stated to this Sgt. that he "knows for a fact" that his property has already been titled & that this Sgt. is "withholding my property on purpose." This Sgt. made 3 attempts to explain to I/M Feaster that his property had not been titled as of yesterday afternoon, and that I would deliver the items to him once the process was complete. I/M Feaster stated that he had kited the Property Room and they said "my stuff is done- you won't pick it up, so you're doing this on purpose." Be advised that this Sgt. instructed I/M Feaster to read the kite response to me, and he complied; the response did not match what I/M Feaster was telling this Sgt. but rather confirmed what this Sgt. was telling I/M Feaster regarding the process. I/M Feaster continued attempting to argue & told this Sgt. "you need to do your job & get me my property." At this time this Sgt. did exit the range. Upon arriving at my office this Sgt. did open an electronic kite from I/M Feaster, which contained disrespectful statements indicating that this Sgt. is intentionally withholding property as well as threats of "legal action" against this Sgt. for intentionally delaying the receipt of his property." Your concern is outside the scope of the grievance procedure in accordance with AR 5120-9-31. Your complaint is concerning a hearing officer decision, RIB decision or other matter that already includes a separate appeal mechanism or where a separate AR specifically indicates there is no appeal and therefore is not a grievable matter. |

Exhibit C

## Request #384332761

**Profile Photo:**



**Audit Photo:**
Audit Photo

### Inmate Info

Name: TERRANCE FEASTER (1988-12-05)
Booking #: A551840
Nationality:
Submitted Date: 11/07/23 14:47
Submitted from Location/Room: SOCF,B,K7,49,0000/K7
Submitted Facility: ODRC Southern Ohio CI
Current Location/Room: SOCF,D,L8,29,0000/L8
Current Facility: ODRC Southern Ohio CI
MAC ID: B8:13:32:00:E2:B8
Device ID: B8133200E2B8

### Form Info

Category: Administration
Form: Kite - Inspector

### Request Info

Status: NEW
Facility Deadline: 11/14/23 23:59 (-50d)

Details of Request:

Per AR's 5120-9-29, and 5120-9-31

Details of Request:

**Please state the nature of your kite. Be specific.:**
Mr. Parker, today I received (8) of the (10) kites you limited me to and I requested, if I am only allowed (8) at a time I know request kites ref#379096961, ref#341515481, ref#380484811, and ref#381161351. As well as grievances #socf0003269, #socf0003027, #socf0003494, and #socf0003543. Thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/07/23 08:05 | TERRANCE FEASTER | Viewed Staff Response | |
| 11/07/23 14:47 | TERRANCE FEASTER | Submitted New | Per AR's 5120-9-29, and 5120-9-31 |

## Grievance #337611521

D-1

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Inmate Info**

**Name:** TERRANCE FEASTER (1988-12-05)
**Booking #:** A551840
**Nationality:**
**Submitted Date:** 09/29/23 08:56
**Submitted from Location/Room:** SOCF,B,K7,47,0000/K7
**Submitted Facility:** ODRC Southern Ohio CI
**Current Location/Room:** SOCF,B,K7,49,0000/K7
**Current Facility:** ODRC Southern Ohio CI
**MAC ID:** B8:13:32:00:E2:B8
**Device ID:** B8133200E2B8

**Form Info**

**Category:** Legal
**Form:** Law library hours

**Grievance Info**

**Grievance ID #:** SOCF000000002953
**Status:** CLOSED by Frederick, N.
**Facility Deadline:** 10/06/23 23:59
**Grievance Level:** ICR
**Inmate can reply:** No

**Details:**

Denied access to Law library

**Details:**

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**

In violation of AR's 5120-9-04, 5120-9-20, odrc policies 64-DCM-01, and 59-LEG-01

On 9/28/2023 Library was scheduled to start at around 5:00pm and did not get called until after 6:00pm and ended at 6:30pm This issue is severe and demonstrates the inadequate and disruptive operations of the s.o.c.f. and its ability to deliberately deny prisoners their right to conduct legal affairs, this is a profound violation of my right to access legal materials and access the courts, especially since I have Ben given a time sensitive order of 20 days to file default judgements against defendants in a pending action case no. 1:22-cv-313. As of today I am also denied another day of library and legal access as a fog plan was in effect immediately cancelling our 8:00am law library and access to the legal aide/paralegal. These issue are concerning and provide for no relief as the s.o.c.f. does not provide for make up library or legal days although per odrc policy 59-LEG-01 provides that a make up or library pass for prisoners with pending sensitive time ordered filings should be accommodated for such matters. Denial of legal access is a first amendment infringement civil rights violation, especially in hindsight of pending legal actions, I request that library be at the very least ran according to the scheduled dates DVR footage will corroborate these claims, and I request retainment per odrc policy 09-INV-01

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/22/23 13:35 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/17/23 12:28 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/16/23 12:29 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/12/23 09:21 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/12/23 09:20 | TERRANCE FEASTER | Inmate Accept Response | Inmate FEASTER, TERRANCE has accepted with the following reason = Accept |
| 10/12/23 09:20 | | Staff Response | Inmate FEASTER, TERRANCE has accepted with the following reason = Accept |
| 10/12/23 09:20 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/04/23 14:36 | Frederick, N. | Staff Response | Mr. Feaster- I do not contest that Library was closed due to Fog nor that you and others may have only gotten 30 minutes of library during a certain period. Here at SOCF when any Library is cancelled and you have a need for legal library you may kite the Paralegal, Mrs. Reuter. She is found on your tablet under Education and then as Notary. Please let her know why you are kiting and if you have a deadline include that also. I was made aware by Unit Staff that you have documents that need copied. Please send your electronic kite to Mrs. Reuter soon so she can assist with your need. Per 59-LEG-01 each institution law library shall provide access. By requesting extra legal library time and Mrs. Reuter scheduling it this is how SOCF meets this required policy |

| 09/29/23 08:56 | TERRANCE FEASTER | Submitted New | Denied access to Law library |

D - 2

**Request #341125651**

| Profile Photo: | **Inmate Info** |
| --- | --- |
| | **Name:** TERRANCE FEASTER (1988-12-05) |
| | **Booking #:** A551840 |
| | **Nationality:** |
| | **Submitted Date:** 10/03/23 09:46 |
| | **Submitted from Location/Room:** SOCF,B,K7,47,0000/K7 |
| | **Submitted Facility:** ODRC Southern Ohio CI |
| **Audit Photo:** | **Current Location/Room:** SOCF,B,K7,49,0000/K7 |
| Audit Photo | **Current Facility:** ODRC Southern Ohio CI |
| | **MAC ID:** B8:13:32:00:E2:B8 |
| | **Device ID:** B8133200E2B8 |

**Form Info**

**Category:** Special Services
**Form:** Kite - Deputy Warden Special Services

**Request Info**

**Status:** CLOSED **by** Frederick, N.
**Facility Deadline:** 10/10/23 23:59

**Details of Request:**

In violation of AR 5120-9-20 and odrc policy 59-LEG-01

**Details of Request:**

**Please state the nature of your kite. Be specific.:**
Mrs. Joseph as you are and should be well aware as I currently have a pending ICR on this issue I was ordered on 9/25/23 to file and enter default in case Feaster v. Chambers-smitj, at al., 1:22-cv-313 and given 20 days to do so I also arrived on 9/25/23 and have yet to receive this order via mail which is surprising as it is now 10/3/23, yet still court records and Internet dockets show this order by Magistrate Karen L. Litkovitz and although this motion has been typed up I only will have an opportunity to engage Ms. Reuter about copies on Fridays library scheduled days now clearly this is pure retaliation and non coincidental and must be considered as such and will possibly be incurred in assessment of future pending damages if issues persist but I request my documents and a pass to the library to meet and confer with paralegal Ms. Reuter on the matter as the deadline is approaching and again library scheduling is not convenient in accordance to possible fog counts and any other delay the odrc, and s.o.c.f. may issue. Thank you and I would like these issue addressed promptly.

| DATE/TIME | USER | ACTION | DETAILS |
| --- | --- | --- | --- |
| 10/12/23 08:14 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/11/23 12:36 | Frederick, N. | Staff Response | Mr. Feaster- You may at any time kite the incarcerated adult Paralegal, Mrs. Reuter if you need extra legal time to get copies made, type documents, need notary service, or complete research should you had your library period canceled or shortened. In your kite just state the nature of your need, the why behind the need (library period canceled due to fog or Library period canceled or limited library time do to arriving to library later than normal), and the current case number it involves. Since you are able to request additional law library time we do meet policy 59-LEG-01. Thanks DWSS Joseph |
| 10/11/23 12:36 | Frederick, N. | Changed Status | From 'Open' to 'Closed' |
| 10/03/23 13:17 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/03/23 09:47 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/03/23 09:46 | TERRANCE FEASTER | Submitted New | In violation of AR 5120-9-20 and odrc policy 59-LEG-01 |

## Request #377616151

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Inmate Info**

**Name:** TERRANCE FEASTER (1988-12-05)
**Booking #:** A551840
**Nationality:**
**Submitted Date:** 10/15/23 17:25
**Submitted from Location/Room:** SOCF,B,K7,49,0000/K7
**Submitted Facility:** ODRC Southern Ohio CI
**Current Location/Room:** SOCF,B,K7,49,0000/K7
**Current Facility:** ODRC Southern Ohio CI
**MAC ID:** B8:13:32:00:E2:B8
**Device ID:** B8133200E2B8

**Form Info**

**Category:** Education
**Form:** Kite - Notary

**Request Info**

**Status:** CLOSED **by** Reuter, L.
**Facility Deadline:** 10/22/23 23:59

**Details of Request:**

2nd request for legal box per 59-LEG-01

**Details of Request:**

**Please state the nature of your kite. Be specific.:**
Ms. Reuter I have requested a legal box on numerous occasions, Sgt. Chinn has contacted you via email about my legal materials needing a legal box, you have not made an appearance during my library schedule accept when I was in RH on 10-6-23 as told to me by several prisoners in k7 due to our history you seem to be avoiding me at all costs and I don't believe in coincidence. For now I will utilize policy 59-LEG-01 and request via kite passes to library as Mrs. Joseph DWSS has suggested. I have been attempting to copy out motions and documents since 10/1/23 and have yet to do so because the lack of legal services availability. At this present time I would like a legal box and library pass to finish and conduct my legal affairs, thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/21/23 09:32 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/17/23 17:39 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/17/23 09:57 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/17/23 09:03 | Reuter, L. | Staff Response | You requested a Legal Box on ONE occasion, and you were sent a reply to this request. In Request #337278731 I sent you "When you have your documents separated by Case No. and ready for review, for the requested Extra Legal Box, please kite me so that we can complete this process.", which was sent to you on 10/05/2023 and viewed by you on 10/12/2023. As of today's date, 10/17/2023, you have not followed the instructions you were given to complete the process for an Extra Legal Box and until you do so you will not be able to be reviewed on your request. Do not make unfounded assumptions regarding my "appearance" during your scheduled library period. Your block is scheduled for regular library period on Friday morning from 8:00 a.m. to 9:00 p.m. during my scheduled hours of work. If you have an issue with your Library period being cancelled due to fog, then that is out of my control. Remember, your deadline is yours to adhere to and not mine. All courts accept handwritten documents which is an easy task for you to accomplish. |
| 10/17/23 09:03 | Reuter, L. | Changed Status | From 'Open' to 'Closed' |
| 10/16/23 12:09 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/15/23 17:25 | TERRANCE FEASTER | Submitted New | 2nd request for legal box per 59-LEG-01 |



## Request #380484811

| Profile Photo: | **Inmate Info** |
|---|---|
|  | Name: TERRANCE FEASTER (1988-12-05) |
| | Booking #: A551840 |
| | Nationality: |
| | Submitted Date: 10/25/23 10:19 |
| | Submitted from Location/Room: SOCF,B,K7,49,0000/K7 |
| | Submitted Facility: ODRC Southern Ohio CI |
| Audit Photo: | Current Location/Room: SOCF,D,L8,29,0000/L8 |
| Audit Photo | Current Facility: ODRC Southern Ohio CI |
| | MAC ID: B8:13:32:00:E2:B8 |
| | Device ID: B8133200E2B8 |

**Form Info**

Category: Administration
Form: Kite - Inspector

**Request Info**

Status: CLOSED **by** Parker K.
Facility Deadline: 11/01/23 23:59

Details of Request:

Per AR'5120-9-29,&5120-9-31

Details of Request:

**Please state the nature of your kite. Be specific.:**
IIS Parker, I have filed a grievance against legal services Ms. Reuter for violating O.A.C. and odrc policies on 10/21/23 ref# 0003323, I would like to kno where this grievance has disappeared to as it was not closed, in the sent box, or inbox??? I have been keeping a meticulous record of my filings and for those to just disappear is odd, but maybe there is a glitch in the system s I have merely filed another today! Also I have sent a list of kites and grievances for request for copies if you have not seen. I will need those soon. Thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/07/23 14:14 | TERRANCE FEASTER | Viewed Staff Response | |
| 11/07/23 14:13 | TERRANCE FEASTER | Viewed Staff Response | |
| 11/07/23 14:12 | TERRANCE FEASTER | Viewed Staff Response | |
| 11/04/23 18:18 | TERRANCE FEASTER | Viewed Staff Response | |
| 11/02/23 11:40 | TERRANCE FEASTER | Viewed Staff Response | |
| 11/01/23 15:39 | Parker K. | Changed Status | From 'Open' to 'Closed' |
| 11/01/23 15:39 | Parker K. | Staff Response | Your request for copies has been received. You must be patient as there is no time expectation on requested copies. |
| 10/27/23 07:14 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/25/23 10:19 | TERRANCE FEASTER | Submitted New | Per AR'5120-9-29,&5120-9-31 |

## Request #381161351

Profile Photo:



Audit Photo:
Audit Photo

**Inmate Info**

Name: TERRANCE FEASTER (1988-12-05)
Booking #: A551840
Nationality:
Submitted Date: 10/27/23 12:12
Submitted from Location/Room: SOCF,B,K7,49,0000/K7
Submitted Facility: ODRC Southern Ohio CI
Current Location/Room: SOCF,D,L8,29,0000/L8
Current Facility: ODRC Southern Ohio CI
MAC ID: B8:13:32:00:E2:B8
Device ID: B8133200E2B8

**Form Info**

Category: Warden's Office
Form: Kite - Warden

**Request Info**

Status: CLOSED by Davis, C.
Facility Deadline: 11/03/23 23:59

Details of Request:

In violation of harassment and retaliation laws and policies

Details of Request:

**Please state the nature of your kite. Be specific.:**
I am yet again sending you a kite to first inform you before filing a direct grievance. First off I have filed numerous complaints that have not been addressed in a timely manner in violation of as 5120-9-29, and 5120-9-31. My legal mail and regular mail has been held up on numerous occasions and why I am not receiving my court orders or R&R. Legal services is deliberately and intentionally denying me my rights to a legal box, passes and services required per odrc policy 59-LEG-01, even after requests were made. IIS Mr. Parker has failed to issue me my kites and complaints, even after 7days of waiting. I have been denied my right to shower and properly groom myself, and this I believe is all contributed to my right to file civil actions that are pending against s.o.c.f. These are just a few incidents and issues to name a few, for more details see, ICR and kite history! I request compliance with all laws and applicable authorities as well as retention of all requested and available DVR or camera footage per odrc policy 09-INV-01. Thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/31/23 11:54 | TERRANCE FEASTER | Viewed Staff Response | |
| 10/30/23 15:34 | Davis, C. | Staff Response | PREVIOUSLY ADDRESSED |
| 10/30/23 15:34 | Davis, C. | Changed Status | From 'Open' to 'Closed' |
| 10/29/23 17:45 | TERRANCE FEASTER | Viewed Staff Response | |

# Grievance #415041081

Exhibit D-4 pg 1 of 3

**Profile Photo:**



**Audit Photo:**
Audit Photo

### Inmate Info

Name: TERRANCE FEASTER (1988-12-05)
Booking #: A551840
Nationality:
Submitted Date: 01/23/24 08:17
Submitted from Location/Room: SOCF,D,L8,29,0000/L8
Submitted Facility: ODRC Southern Ohio CI
Current Location/Room: SOCF,D,L8,29,0000/L8
Current Facility: ODRC Southern Ohio CI
MAC ID: Not submitted from tablet
Device ID: Not submitted from tablet

### Form Info

Category: Library
Form: Other library

### Grievance Info

Grievance ID #: SOCF000000004994
Status: CLOSED **by** Frederick, N.
Facility Deadline: 01/30/24 23:59
Grievance Level: ICR
Inmate can reply: No

Details:

Computers in Library

Details:

### Please state the nature of your Informal Complaint Request (ICR). Be specific.:
Inmate states that they officers and library legal aid stated the computers were down and inmate states this is not true

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/25/24 11:02 | Frederick, N. | Staff Response | Mr. Feaster- Your complaint is about the legal computers, being told they are not working. This complaint is hard for me to investigate because you gave no dates, times, or Officers names that made the claim they were down. When I called just now on 01/25/2024 they are working. The Officer I spoke to said they was down last week for what he believed to be a partial day as he was told they were updating. By having the Lexis Nexis computers available SOCF is able to provide per policy 59-LEG-01 that each intuition law library shall provide access. However, if they would be updating during a time of need any individual my kite the Incarcerated Adult Paralegal, Mrs. Reuter, asking for an additional legal period as the computers where down while their library period was going on. By allowing individuals to ask for additional legal time when their period in the library is cut short or when |

Case: 1:22-cv-00313-MRB-KLL Doc #: 79 Filed: 04/11/24 Page: 27 of 29 PAGEID #: 724

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | equipment may not be up and running we are providing additional opportunities to meet legal needs. Thanks DWSS Joseph |
| 01/25/24 11:02 | Frederick, N. | Changed Status | From 'Open' to 'Closed' |
| 01/23/24 08:20 | Hockett, A. | Document added | Document DOC012324-01232024082010.pdf was added. Shared with Inmate: No |
| 01/23/24 08:19 | Hockett, A. | Staff Response | See attached document |
| 01/23/24 08:17 | TERRANCE FEASTER | Submitted New | [Submitted by Hockett, A. acting on behalf of Terrance J Feaster] Computers in Library |

OFFICE OF THE CLERK                                 April 4ᵗʰ,2024

Richard w. Nagel

U.S. District Court

S.D. of Ohio

100 East Fifth St., Rm. 103

Cincinnati, Oh 45202


RE: FEASTER v. CHAMBERS-SMITH, et al.,

    (case no. 1:22-cv-313)


Dear Mr. Nagel,

Enclosed, please find Plaintiff's "Motion for Preliminary Injunction" and " Motion for Sanctions" to be filed and entered in the case at bar.


Respectfully,

Terrance J. Feaster, Pro Se'

#551840

(S.O.C.F.)

P.O. Box 45699

Lucasville, OH 45699

TERRANCE J. FERSTER #551840
U.S.O.C.F.) P.O. Box 45699
Lucasville, OH 45699

LEGAL MAIL

OFFICE OF THE CLERK
RICHARD W. NAGEL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST, RM. 103
Cincinnati, OH 45202

Southern Ohio Correctional Facility
Outgoing Inmate Mail

US POSTAGE PITNEY BOWES
ZIP 45648 $ 002.83°
02 4W
0000388847 APR 09 2024

MAIL