

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

TERRANCE J. FEASTER,                     Case No. 1:22-cv-313

Plaintiff,

VS.                                 District Judge Michael R. Barrett

                                         Magistrate Judge Karen L. Litkovitz

ANNETTE CHAMBERS-SMITH, et al.,

Defendants.

## PLAINTIFF'S NOTICE OF VERIFICATION

Now comes Plaintiff, Terrance J. Feaster, acting in Pro Se' moves in this instance to verify the "Amended Complaint" (Doc#3), Plaintiff's "Evidentiary Disclosures". As well as "Plaintiff's Preliminary Injunction filed and entered and Sanctions" on 4/11/2024, as well as all "DECLARATIONS" and attached exhibits in the case at bar Pursuant to; 28 U.C.S. 1746.

Respectfully Submitted,

Terrance J. Feaster, Pro Se'

#551840

(S.O.C.F.)

P.O. Box 45699

Lucasville, OH 45699

## **VERIFICATION**

I, Terrance J. Feaster, declare by penalty of perjury that the facts alleged in the Amended Complaint (Doc#3), "Preliminary Injunction and Motion for Sanctions" filed and entered 4/11/2024, as well as all "DECLARATIONS" and attached exhibits described therein, are true and correct to the best of my knowledge, Executed at Lucasville, OH 45699. On this 22nd day of April, 2024.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Notice OF Verification" was sent via U.S. mail to the Ohio Attorney General's Office, Andrew T. Gatti, Corrections Litigation Unit, at 30 East Broad St., 23rd Floor, Columbus, Ohio 43215 on this 22nd day of April, 2024.

Terrance J Feaster, Pro Se'
#551840
(S.O.C.F.) P.O. Box 45699
Lucasville, OH 45699

District Judge Michael R. Barrett

United States District Court For

The Southern District Of Ohio

100 East Fifth St., RM. 103

Cincinnatti, Oh 45202

April 25th, 2024

RE: Plaintiff's Letter To Court

Dear Honorable Judge Michael R. Barrett,

I regret to inform you that I am unequivocally dumbfounded at the severity of the corruption not only at the Southern Ohio Correctional Facility but Ohio Department of Rehabilitation and Corrections, and how these state entities have gone unchecked for years. As recent as April 9th, 2024 There was a killing at a Training Facility in which a ODRC officer employed with the SOCF was killed, a Rodney Osbourne who was a thirteen year veteran and as the story unfolded it was being investigated as a accidental shooting in which I immediately believed different. After more investigation efforts by the Ohio State Highway Patrol in is now considered and being investigated as a homicide due to the ODRC and SOCF employees attempt to cover up the incident. This is no conjecture that these state entities resort to this bold and blatant corruption as I have not only reported this to this court but also to the C.I.I.C. a legislative committee that has seemed to fall on deaf ears as there has been no instant action. A person could certainly understand that if these entities would go to great lengths in corruptly covering up their own fellow officer's death, It would be no mystery what extent they would go to in covering up suspicious Prisoners deaths, assaults, and anything suitable or convenient to their needs.

I am still witnessing corruption and blatant disregard for not only prisoners constitutional right but the very laws and policies they take an oath to abide by. The prisoners for decades have had no chance here and it has always been the structure and operative tactics to instill fear in the prisoners and even their own female staff at the SOCF instead of Helping to preserve the sanctity of life and correctly Rehabilitating those in need.

Finally, on 4/11/2024 I have finally been able to review what evidence of viable video footage the Ohio Attorney General's Office and SOCF on would allow and I was unable to review the most vital and damaging evidence as it was labeled unavailable which I know is merely an extension of a cover up. I have already requested further action from the court in this matter as I expected this would be the case and the evidence is even more aggravated than imagined, I request again that the court intervene at this time as this has become outrageous and nefarious conduct.

Respectfully,

Terrance J. Feaster

OFFICE OF THE CLERK                           April 25th, 2024

Richard w. Nagel

U.S. District Court

S.D. of Ohio

100 East Fifth St., Rm. 103

Cincinnati, Oh 45202

**RE: FEASTER v. CHAMBERS-SMITH, et al.,**

    (case no. 1:22-cv-313)

Dear Mr. Nagel,

Enclosed, please find "Plaintiff's Notice of Verification" and "Letter To District Judge Michael R. Barrett" to be filed and entered in the case at bar. Also I would request a copy of the docket sheet in this case.

Respectfully,

*[signature]*

Terrance J. Feaster, Pro Se'

#551840

(S.O.C.F.)

P.O. Box 45699

Lucasville, OH 45699



Southern Ohio Correctional Facility
Outgoing Inmate Mail

P.O. Box 45699
Lucasville, OH 45699

OFFICE OF THE CLERK
Richard W. Nagel
U.S. District Court
S.D. of Ohio
100 East Fifth St., RM. 103
Cincinnati, OH 45202

LEGAL MAIL

45202-397699

LEGAL MAIL