UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

TERRANCE J. FEASTER,

   Plaintiff,

VS.

ANNETTE CHAMBERS-SMITH, et al.,

   Defendants.

Case No. 1:22-cv-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

---

# MOTION FOR EXTENSION OF TIME

Plaintiff, Terrance J. Feaster, acting in Pro Se moves the court for an "Extension of Time" to file objections to "Order and Report and Recommendations" (Doc. #80) file and entered on 4/26/2024, in connection to "Plaintiff's Motion to Compel Discovery" (Doc. #75), "Plaintiff's Motion for Sanctions" (Doc. #78), and "Plaintiff's Motion for Preliminary Injunction" (Doc. #79). For the following reasons set forth:

1.) Plaintiff's mail has been withheld, interrupted, misplaced, and or interferred with by (S.O.C.F.) Mailroom officers/staff Lt. Jason Taylor, J. Daulton, and Lt. Staumbaugh. As well as plaintiff's housing block officers Beatrice Miller, c/o Cukler, Dakota Cheadle and or officers not named herein as he

often times receives mail severely untimely including but not limited The very order and R & R in question which the plaintiff did not receive until 5/16/2024 about 3 weeks after it's U.S. mail post marked date of 4/26/2024.
2.) Plaintiff on 5/11/2024 was once again targeted, harassed, and retaliated against for unknown reasons as he was first stripped searched at 7:00am without cause by order of C.O. Mrs. Evans and was subjected to scurrilous sexual comments by C.O. Mrs. Evans, then stalked and followed by C.O. Evans all throughout the prison halls, prison dinning hall, and back to plaintiff's cell L8-29. This C.O. proceeded to attempt to do the same type harassment again at lunch call expressing that if plaintiff did not obey her orders to be personally escorted to chow and back then he would be deprived of his right to a meal/sustenance. Plaintiff contends he expressed to C.O. Evans she had no authority to do so and requested her to activate he (BWC) Body Worn Camera per ODRC Policy 10-SAF-22 to initiate voice and real time recording, and even after showing and explaining this policy and how (BWC) works she failed to do so. The plaintiff also attempted to show C.O. Evans his just completed e-filed grievance on the morning events described above, she then fled. The plaintiff then walking to chow was immediately stopped by C.O. Mrs. Evans

2

and LT. T. Crabtree prior to entering or receiving his meal, was told to cuff up and escorted to (RH) restrictive housing for a falsified/fabricated conduct report which he has yet to receive. After being assessed and released from Constant Watch by Mental Health Admin. Ms. Gladman Plaintiff was placed in (RH) without any legal material and barely any property until released back into (G.P.) General Population where plaintiff noticed missing property and legal documents pertaining to this instant case. Plaintiff contend his personal property was packed up by property C.O. Mr. M. Evans married to Mrs. Evans in two seperate forms of "Intentional Harassment"/"Retaliation". Plaintiff has initiated/invoked OAC, AR 5120-9-31 "Grievance Procedure" on these qualifying events.

3.) Finally, Plaintiff has not been able to provide more accurate documentation due to the facts above as well as the ongoing "Infringement" by (I.I.S.) SOCF Inspector Kevin Parkers refusal to printout plaintiff litany of grievances on issues/incidents occurred since being sent back to SOCF. Plaintiff has not only been hindered in this case but also associated case no. 1:22-CV-453 and has missed his deadlines in this case.

WHEREFORE, Plaintiff request a 30 day time Extension to File objections to Order and R&R (Doc.#80).

## CERTIFICATE FOR SERVICE

I certify that a copy of the foregoing "Motion For Extension of Time" was sent via U.S. Mail to the Ohio Attorney Generals Office To, Atty. Andrew T. Gatti, at Corrections litigation Unit, 30 East Broad St., 23rd Floor, Columbus, Ohio 43215 on this 20th day of May 2024

Terrance J. Feauster, Pro Se'

#551840

(S.O.C.F.) P.O. Box 45699

Lucasville, Ohio 45699

Terrance J. Feaster # 551840
(S.O.C.F.)
P.O. Box 45699
Lucasville, OH 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail
21 MAY 2024 PM 7

OFFICE OF THE CLERK
Richard W. Nagel
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

LEGAL MAIL

45202-397699

LEGAL MAIL