**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Terrance J Feaster,

    Plaintiff,                                      Case No. 1:22cv313

    v.                                            Judge Michael R. Barrett

Annette Chambers-Smith, *et al*.,

    Defendants,

## ORDER

This matter is before the Court upon Plaintiff's Motion for Extension of Time. (Doc. 83). Plaintiff seeks a thirty (30) day extension of time to file objections to the Magistrate Judge's April 26, 2024 Order and Report and Recommendation. For good cause shown, Plaintiff's Motion for Extension of Time (Doc. 83) is **GRANTED**. Plaintiff shall file any objections on or before **June 24, 2024**.

    **IT IS SO ORDERED.**

                                                         */s/ Michael R. Barrett*
                                                      JUDGE MICHAEL R. BARRETT