IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Granted.**
3:16 PM, May 25, 2024

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | |
| | : | Case No. 1:22-cv-313 |
| Plaintiff, | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| ANNETTE CHAMBERS-SMITH, et al., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE A MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. 82]

NOW COME Defendants, Travis Wellman, Robert Setty, Corey Sammons, Carl Justice, Joshua Kinner, Sharon Salyers, Brennan Crank, William Jewell, Justin Stevenson and Phillip Frazie (Defendants), by and through undersigned counsel, and hereby respectfully request the Court extend the deadline fourteen (14) days to file their Memorandum in Opposition to Terrance Feaster's (Plaintiff) Motion for Summary Judgment pursuant to Fed. R. Civ. P. 6(b)(1)(A). If granted, the new date would be Monday, June 17, 2024. A Memorandum in Support of this Motion is attached.

Respectfully Submitted,

DAVE YOST (0056290)
Ohio Attorney General

/s/*Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233/Fax: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

## MEMORANDUM IN SUPPORT

The dispositive motion deadline set in this case is June 17, 2024. [Doc. 66]. Plaintiff, Terrance Feaster #551-840, filed his dispositive motion on May 13, 2024. [Doc. 82]. Pursuant to Loc. R. 7.2, Defendants would have twenty-one (21) days or until June 3, 2024, to respond in opposition to Plaintiff's motion. Fed. R. Civ. P. 6(b) provides that upon motion, a court may enlarge the period of time to perform an act if the request is made before the expiration of time originally prescribed when good cause is shown. Here, Defendants assert that good cause exists. Undersigned counsel is unavailable until June 10, 2024, and did not anticipate Plaintiff filing a dispositive motion early. Undersigned requests that Defendants be granted an extension to file their opposition in conjunction with the calendared dispositive motion date of June 17, 2024.

WHEREFORE, Defendants respectfully ask this Court for an extension until June 17, 2024, to file a memorandum in opposition to Plaintiff's motion for summary judgment. This motion is not intended to cause the Court or the Plaintiff any inconvenience.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233 / Fax: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Defendants' Motion to Extend Time to File an Opposition to Plaintiff's Motion for Summary Judgment [Doc. 82],* has been electronically filed on May 24, 2024, and served upon Plaintiff via U.S. mail, postage prepaid at the below address.

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, OH 45699

                                          /s/*Andrew Gatti*
                                          ANDREW GATTI
                                          Senior Assistant Attorney General