IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **TERRANCE J. FEASTER,** | : | Case No. 1:22-cv-313 |
| Plaintiff, | : | Judge Michael R. Barrett |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| **ANNETTE CHAMBERS-SMITH, *et al.*,** | : | |
| Defendants. | : | |

### DECLARATION OF BRANDI TRELKA

Now comes, BRANDI TRELKA, having been first duly sworn, and states and affirms as follows:

1. I am the Warden's Assistant at the Southern Ohio Correctional Facility (SOCF), for Warden Cynthia Davis. I am employed by the Ohio Department of Rehabilitation and Correction (ODRC). I have been employed by ODRC for approximately five (5) years and have served in my current assignment as Warden's Assistant at SOCF since July 2023.

2. As a part of my job duties, pursuant to Ohio Administrative Code (OAC) § 5120-9-08(N) and (O), I serve as the Warden's designee and am responsible for reviewing all panel decisions of the SOCF Rules Infraction Board (RIB) in order to ensure proper compliance with the procedures, rights, and obligations as set forth in the Administrative Rules. In addition, when an inmate appeals an adverse decision of the RIB panel to the Warden, I review the RIB panel's decision to determine whether it was supported by sufficient evidence, that there was substantial compliance with applicable procedures, and that the disposition was appropriate for the offense charged.

3. Because of my duties and responsibilities in this regard I am familiar with all records and documents involved in these processes, including Conduct Reports charging inmates with violations of institutional rules of conduct (OAC 5120-9-06), and violations of rules and

regulations, and any Incident Reports completed by correctional staff members in response incidents leading to the issuance of Conduct Reports. I have personal knowledge of the matters set forth herein, and I am competent to testify as to the truth of these matters.

4. The records being authenticated by this Affidavit and identified as Defendants' MSJ Exhibit 3, were made and/or updated at or near the time of the incidents and/or occurrences giving rise to the documents' creation by persons(s) with knowledge of the matters described or noted therein, and are kept in the ordinary course of regularly conducted business activities of the ODRC and the SOCF, and further, it is the regular practice of the ODRC and the SOCF to make and/or retain such records under the circumstances presented by the events giving rise to the incidents and/or occurrences noted or described therein.

5. The following records were created while Incarcerated Person Terrance Feaster (A551-840) was housed at SOCF.

6. The following records are identified as being covered by this Affidavit:

   (a). Conduct Report identified as Case No. SOCF-21-003966, for the incident occurring on November 11, 2021, around 07:22 P.M.

   (b) Hearing Officer's Report with the Chairman of the Rules Infraction Board Review for Case No. SOCF-21-003966, for the incident occurring on November 11, 2021, around 07:22 P.M.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

This Declaration was executed this 13 day of June 2024, in Lucasville, Ohio.

BRANDI TRELKA