# INVESTIGATION SUMMARY REPORT
# USE OF FORCE



RECEIVED

JAN 1 3 2022

DEPUTY WARDEN
OF OPERATIONS

To:   Warden R. Erdos

From:  STG Coordinator F. Denney

Date:  Jan 7, 2022

Pursuant to Administrative Regulation 5120-09-01 and in review of a documented Use of Force occurrence on
Dec 3, 2021_____, a Use of Force Investigation was assigned.

Investigation Report involves the following employees:

Lieutenant R. Setty, Officer J. Kinner, Officer J. Stevenson, Officer C. Justice, Officer W. Jewell, Officer T. Wellman, Officer L. Conley, Officer A. Stidham and Officer A. Watts

Investigation Report involves the following offenders:

RECEIVED S.O.C.F

Inmate T. Feaster A-551840

JAN 1 2 2022

Overview:

Inmate Feaster had been placed on the move sheet and had stated that if he was moved back to J2-01, that he was going to go back on suicide watch. Ms. Salyers went to see Inmate Feaster and reported to the captain's office that he would not be put back on watch. A five-man SRT was then authorized by Captain Frazie to extract and move Inmate Feaster from J2-41 and place him in J2-01 if he continued to be non-compliant. Medical was then notified and O.C. spray was authorized for utilization if necessary. At 3:10pm, Lieutenant R. Setty along with medical, negotiator (Officer Conley) and Officer A. Watts (camera operator) went to Inmate Feaster's cell to attempt negotiating with him to comply with the orders to move. However, Inmate Feaster would not comply, but instead started screaming that he was suicidal, that he was going to start harming himself and acted as if he was going to bite himself. He was given a direct order to not harm himself. He was once again ordered him to comply with order to be moved to J2-01 and or force would have to be utilized. The cuff port was then opened, and he was ordered to make himself available so handcuffs could be placed on him. However, he refused the order and blocked the cuff port with his suicide blanket. The negotiator and Lieutenant Setty issued more verbal commands, but Inmate Feaster continued to refuse the orders. Lieutenant Setty then utilized O.C. spray through the crack of the door to attempt to gain compliance as he repeatedly attempted to use his blanket to block the crack of the door and the cuff port. Inmate Feaster still refused further commands to comply with all orders. The Lieutenant then left the area as negotiations and O.C. exposure had failed. At 3:30pm, Lieutenant Setty returned with a SRT, medical and mental health to extract Inmate Feaster from J2-41. After the Lieutenant and SRT arrived at the cell front, Inmate Feaster was issued a final direct order to comply with the order to be moved to J2-01, which he refused. He then started yelling to the team "Lets go, come on in". The team was then ordered to make entry and as they did, Inmate Feaster began pushing back on the shield to try and prevent them from entering. The team was able to make entry, pushing Feaster towards the rear of the cell and was able to secure him on the floor. Multiple direct orders were being issued to him to lay on his stomach to place his hands behind him. After he was successfully restrained, he was assisted to his feet and escorted to the J2 strip cage. Once secured in the strip cell, he was assessed by medical, mental health Crum and MHA Salyers. When the assessment was complete, Inmate Feaster was strip searched and escorted to J2-01. The SRT did maintain control of him during the escort and he was placed in J2-01 with

DRC-2641 E (11/2018)

Page 1 of 17

AGO Response to Discovery Request
000263
Defendants' MSJ Exhibit 7
Page 1 of 88

no other force being utilized as he was compliant during this process. He was placed on the bunk, and his restraints removed.

Offender statement:

INMATE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster       Interview Date: 12/14/2021

Inmate Number: 551840       Incident Date: 12/03/2021

This is the use of force committee; I am STG Coordinator Fred Denney the Chairman. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report. As a result of all testimony taken in this case, the Use of Force Committee will determine what occurred and make a conclusion as to whether force was justified. I would like to advise you to be truthful to the committee. If it is found that you are not truthful to the committee, a conduct report may be issued. Do you understand? Yes

State your name and number for the panel. Inmate Name: Feaster

Inmate Number: A551840

Q: Do you wish to talk with the use of force committee concerning the incident on 12/03/2021?

A: Yes

Q: Can you explain to me in your own words what occurred during this incident?

A: I originally went on suicide watch due to the cell that I am in right now (J2-01). The cell is extremely disgusting, I can't flush my own toilet and they leave the cell door closed all day. There is some type of black mold that I have filed complaints on with the health and safety inspector, Mr. Holdren. I feel like I am dying when I am in there and that is the reason, I originally went on suicide watch. I was on watch for two days. I talked to Doctor Virginia about not being in that cell (J2-01) and he said he would see what he could do. I talked to him the next day and he said he could not keep me on watch for no reason. I asked him if he could move me to another cell and he said he would talk to them. He went to leave and said he could not keep me on watch and if I needed to go back on watch to do so. Ms. Salyers asked me to come to her office and I said no I would rather have had her come back down where I was so I could go back on watch. So, Ms. Salyers came to J2 and wanted me to come to the strip out cage. I said no, she could come down to my cell. She then came to my cell, and I explained to her the cell conditions. I told her I felt suicidal. Lieutenant Setty came down and I attempted to bite myself, so he sprayed me. I was not just going to let them spray me, so I blocked the door and the chute so I would not get sprayed in the face. Later they came back with a five-man extraction team. I told them I did not want to be hurt, that I was suicidal and to leave me in here. So, they came in and I did not fight back or resist at all. I literally walked to the back of the cell as Officer Kinner was pushing me and got against the wall. I saw that they could not restrain me while I was standing up, so I laid down for them. When they went to cuff me up, they all started punching me in the head, smashing my head in the ground, trying to break my leg and fingers. After this they extracted me from the cell, they mashed me up against the wall. They took me up to the strip out cage where I told Ms. Salyers

DRC-2641 E (11/2018)           Page 2 of 17

AGO Response to Discovery Request
000264
Defendants' MSJ Exhibit 7
Page 2 of 88

that I was suicidal, because it was better than going back into that cell that was pretty much killing me (J2-01). I told her I wanted to make a statement and none of that occurred or happened. I spoke to medical and told them that my thumb was throbbing and may be broke. He said you are okay and would not let me make a statement.

Q: Did you see medical after that because he did note that you stated you had a broken finger.

A: No

Q: When they initially came to tell you that you had to move from that cell, did you comply?

A: No, when they came in there with mace, I told them I was not going over there. I acted like I was going to bite myself and that's when he expelled that mace.

Q: When the Lieutenant came back with the five-man team, did you still refuse direct orders?

A: No, I said if you all are going to jump me, I'm not going for that. That is when I turned around and Officer Kinner pushed me to the back of the cell and yelled to quit resisting, quit resisting and I got on the ground for them.

Q: If you were going to comply, why wasn't you restrained at that point?

A: I don't know. Like I said, the door opened, and Officer Kinner pushed me in and started yelling, quit resisting. I wasn't resisting and my back was turned and literally assumed the position for cuffs. He pushed me straight to the back of the wall. They could not get me down, so I got on the ground myself. Then they cuffed and shackled me and started to beat on me.

Q: After you were extracted and placed in the strip out cage, was anymore force used on you?

A: No, there was no other force used there other than they kind of aggressively escorted me to the cell.

Q: So, no more strikes, usage of a PR-24, etc. was used?

A: No

Q: Was a PR-24 utilized on you at any time during this incident?

A: I never saw any PR-24 used.

Signature:

Signature:

AGO Response to Discovery Request
000265
Defendants' MSJ Exhibit 7
Page 3 of 88

Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT
Inmate Name: Feaster          Inmate Number A-551840

Incident Date: 12/03/2021          Interview Date: 12/28/2021
This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.
Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? YES or NO   INTIALS _Yes__
I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?  YES  or  NO   INTIALS __Yes___
State your name and occupation for the panel.
Employee Name:          Employee Occupation
J. Stevenson          Correctional Officer
Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes
Q: Is the information in the report true and factual to the best of your recollection?
A: Yes
Q: Do you want to change or add anything to your report?
A: No
Q: Do you want Union Representation or a witness?
A: No
Q: Tell me what you witnessed during this incident.
A: I was part of a five-man SRT that was assembled to extract and move Inmate Feaster from J2-41 to J2-01 if he continued to refuse orders to comply on his own as negotiations and direct orders had already failed. Once we arrived at the cell front, Lieutenant Setty issued Inmate Feaster a final direct order to comply with the order to open, which he refused. The cell door was ordered to be opened and we made entry. As we made entry, Inmate Feaster began fighting with the shield Officer Kinner and refusing direct orders to quit resisting and comply. We were able to push Inmate Feaster towards the rear of the cell and I was able to take control of his left arm and assist him to the floor. However, he continued to resist us and refused directives to roll over onto his stomach so restraints could be applied. Officer Kinner removed the shield from him so the team could position themselves in an effort to place Inmate Feaster on his stomach as continued to resist us. I was still in control of his left hand as the team was able to roll him over on his stomach and I applied restraints to his wrists. When the other members announced his feet were secure, we assisted him to his feet and placed his Ferguson back on him as it had fallen off. Once his gown was placed on him, he was removed the cell and placed in the strip cage to be assessed by medical and mental health. Inmate Feaster was given clothes to put on after his strip search was completed, restraints were re-applied, and he was escorted to J2-01 where he was placed on the bed, and I removed his restraints. We then exited the cell and secured the door with no further incident.
Q: You stated that when you made entry, Inmate Feaster was fighting with Officer Kinner who was the shield man. How was he fighting with him?
A: Initially, Inmate Feaster was turned backwards applying pressure to the shield with his back. As we pressed him towards the rear of the cell, he turned and was trying to take the shield.

DRC-2641 E (11/2018)                                          Page 4 of 17

AGO Response to Discovery Request
000266
Defendants' MSJ Exhibit 7
Page 4 of 88

Q: While Inmate was on the ground, did you strike him or observe anyone else strike him?
A: No, nobody struck him that I am aware of.
Q: Did you observe his head being hit off the side of the toilet?
A: No
Q: Did you observe anyone slam him against the wall outside of the cell?
A: No, once I exited the cell, I was adjusting my vest strap. He was against the wall momentarily but was soon after moved to the strip cage after everyone had exited the cell.
Q: You stated that Inmate Feaster was assessed by both medical and mental health. Is this correct?
A: Yes.
Q: Once Inmate Feaster was taken from J2-41, did you observe any unnecessary or excessive force being utilized?
A: No. After he was restrained and removed from the cell, he was compliant with us for the rest of the process.

Signature:

Signature:

---

Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT
Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021              Interview Date: 12/28/2021
This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.
Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand?  YES  or  NO    INTIALS _Yes___
I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?  YES  or  NO    INTIALS __Yes____
State your name and occupation for the panel.
Employee Name:                  Employee Occupation
J. Kinner                        Correctional Officer
Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes
Q: Is the information in the report true and factual to the best of your recollection?
A: Yes
Q: Do you want to change or add anything to your report?
A: No
Q: Do you want Union Representation or a witness?
A: No
Q: Tell me what you witnessed during this incident.
A: I was the shield operator on a five-man SRT. We were assembled due to Inmate Feaster refusing to move to his assigned cell. Once we reached cell front, Inmate Feaster was in front of the cell door stating, "come on in". Lieutenant Setty issued Inmate Feaster a final direct order to comply with being restrained and

DRC-2641 E (11/2018)                                    Page 5 of 17

removed from the cell, but he refused by stating "Come on in and get me". The Lieutenant ordered the cell door open, and I made entry as well as contact with Inmate Feaster as he was leaning back on the shield with his foot on the bed attempting to hold us back from entering. I was able to push him towards the rear of the cell using the shield, but he turned around began to try and wrestle it away from me. I gave multiple direct orders to him to get on the ground and to quit resisting us. Although he continued to physically resist us, we were able to place him on the ground with utilizing the shield. He was then directed to lay on his stomach so restraints could be applied. He refused these orders, so I decided to remove the shield so the rest of the team could turn him and apply the restraints. The cell is confined, and the team members were struggling to turn as he was still being resistant as I continued to give him orders to turn over. Restraints were finally applied, and the team assisted him to feet as I retrieved his Ferguson gown which had fallen to the floor. After his gown was placed back on him, I ordered him to walk to the strip cage. He was then escorted to the strip cage without incident. Inmate Feaster was strip searched, assessed by medical and mental health and was compliant during this process. His restraints were then reapplied, and he was escorted to J2-01 where he was ordered to lay face down on the bed so his restraints could be removed. Inmate Feaster stated that he understood the directives and complied with all orders. His restraints were removed, and his cell door secured.

Q: Once you entered the cell, did you strike Inmate Feaster with anything other than the shield such as your fists, knees, or legs?

A: No, I did not.

Q: Did you witness any other team members striking Inmate Feaster?

A: No, they were only trying to turn him over onto his stomach to apply restraints, but he continued to resist.

Q: Did you witness his head getting beat off of the side of the toilet?

A: No

Q: Did you see any of the team members slam him into the wall outside of the cell?

A: No, as I recall he was already against the wall when I exited the cell.

Q: Did you witness any unauthorized or excessive use of force during this incident?

A: No, the extraction was very successful with nobody being hurt and Inmate Feaster was compliant throughout the rest of the process after the extraction.


Signature:


Signature:


Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster          Inmate Number A-551840

Incident Date: 12/03/2021          Interview Date: 12/22/2021

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

AGO Response to Discovery Request
000268
Defendants' MSJ Exhibit 7
Page 6 of 88

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? YES or NO  INTIALS _Yes__

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?  YES  or  NO   INTIALS __Yes___

State your name and occupation for the panel.

| Employee Name: | Employee Occupation |
|---|---|
| W. Jewell | Correctional Officer |

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes
Q: Is the information in the report true and factual to the best of your recollection?
A: Yes
Q: Do you want to change or add anything to your report?
A: No
Q: Do you want Union Representation or a witness?
A: No
Q: Tell me what you witnessed during this incident.
A: I was the fourth man of a five-man SRT that was called upon to extract Inmate Feaster as he was refusing to move to his newly assigned cell of J2-01. I was responsible for his lower right quadrant. The pepper ball launcher nor sting ball grenades were able to be utilized due to Inmate Feaster continually blocking the hatch with his Ferguson gown. After camera introductions were made, we went to Inmate Feaster's cell front where Lieutenant Setty issued a final direct order for Inmate Feaster to comply, to which Inmate Feaster refused. The cell door was then opened, and Inmate Feaster was met with the shield where he was being combative and aggressive. The team was able to push him to the rear of the cell where Inmate Feaster appeared as if he was attempting to go around the bed. I veered to the left to stop him from creating any distance between us. He continued to be aggressive towards the team as we were attempting to place him on the floor. Once he was successfully placed on the floor, he continued to resist orders to roll over onto his stomach so restraints could be applied. After a short while, the team was able to place him on his stomach, successfully restrain him and assist him to his feet. Once on his feet, his Ferguson gown was placed back on him as it had fallen off during the extraction. He was then escorted out of the cell by Officer Justice and I to the strip cage. While in the strip cage, Inmate Feaster was assessed by medical and mental health. We then proceeded with the strip search, gave him clothing, placed restraints back on him and escorted him to J2-01. Once we arrived at cell 01, Inmate Feaster was ordered to lay face down on the bed so his restraints could be removed. He complied with these orders, the restraints were removed, and the team exited the cell with no further incident.
Q: In what ways was Inmate Feaster being combative and aggressive?
A: By applying his body weight back against the shield upon making entry and eventually turning and trying to take it away from the shield man. He continually resisted orders to turn over onto his stomach so restraints could be applied.
Q: While the team was attempting to restrain him, did you strike or witness anyone strike him?
A: No, it was more of just trying to roll him over so restraints could be applied. The cell is very confined and hard to maneuver in.
Q: Did you witness or you yourself purposefully bang his head from the toilet?
A: No
Q: When you exited the cell with Inmate Feaster, you stated that you and Officer Justice was the one's escorting him. Do you recall placing him against the wall?
A: Yes. We briefly placed against the cell wall awaiting the rest of the team to exit the cell.
Q: Do you feel the way you placed him against the wall was overly aggressive or was you trying to hurt

AGO Response to Discovery Request
000269
Defendants' MSJ Exhibit 7
Page 7 of 88

him?
A: Absolutely not. He was very easily placed against the wall to my recollection.
Q: After exiting the cell, did you witness any excessive or unnecessary force being utilized?
A: No. After he was restrained, he was very compliant with us, and no other force was used other than us guiding him while escorting him.
Q: And you did state that he was assessed by medical and mental health?
A: Yes, he was.

Signature:

Signature:

---

Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT
Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 01/07/2022
This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.
Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand?  YES  or  NO    INTIALS _Yes__
I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?  YES  or  NO    INTIALS __Yes___
State your name and occupation for the panel.
Employee Name:                    Employee Occupation
T. Wellman                        Correctional Officer
Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes
Q: Is the information in the report true and factual to the best of your recollection?
A: Yes
Q: Do you want to change or add anything to your report?
A: No
Q: Do you want Union Representation or a witness?
A: No
Q: Tell me what you witnessed during this incident.
A: I was the fifth man on a five-man SRT that was ordered to extract Inmate Feaster from J2-41 and move him to J2-01 as he was refusing all orders to move, and negotiations had failed. Once the team had made camera introductions and we were at cell front, Lieutenant Setty gave Inmate Feaster a final order to

---

DRC-2641 E (11/2018)                                             Page 8 of 17

comply, which he refused. The cell door was opened, and Officer Kinner made contact with Inmate Feaster utilizing the shield. Inmate Feaster appeared to be trying to stop the team from making entry. After the team did make entry, Inmate Feaster tried to take the shield from the team. Multiple direct orders were given to him to stop resisting and to get on the ground. The team eventually was able to place him on the floor. Due to the cell structure, I was unable to help with restraining him, but did witness the rest of the team trying to turn him over onto his stomach while continually giving him direct orders to do so while he continued to be noncompliant. The team was able to place restraints on him and assist him to his feet. His Ferguson gown had fallen off during the struggle and was placed back on him before he was removed from the cell. He was then escorted to the strip cell, where he was assessed by medical and mental health. Once the assessment was complete, Inmate Feaster was strip searched, once again restrained, and escorted to J2-01, where he was ordered to lay face down on the bed to have his restraints removed. After the team removed the restraints, they backed out of the cell and his door was secured.

Q: You state that Inmate Feaster appeared to be trying to stop the team from making entry. In what way did he do this?

A: He had his back turned and was applying pressure backwards into the shield.

Q: Once Inmate Feaster was placed on the ground, did you observe any of the team members striking him with their fists or banging his head off the toilet?

A: No

Q: After he was removed from the cell, did you witness him being slammed into the any walls.

A: No. Once he was removed from the cell, he was placed against the wall between cells 41 and 42 and then escorted to the strip cage.

Q: Did you witness any unnecessary of excessive use of force during this incident?

A: No, after the extraction was complete, Inmate Feaster was compliant throughout the rest of the process.

Q: Was he assessed by medical?

A: Yes, he was.

Signature:

Signature:

Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021              Interview Date: 01/07/2022

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? YES or NO    INTIALS _Yes__

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?  YES or NO  INTIALS __Yes___

State your name and occupation for the panel.

AGO Response to Discovery Request
000271
Defendants' MSJ Exhibit 7
Page 9 of 88

| Employee Name: | Employee Occupation |
|---|---|
| C. Justice | Correctional Officer |

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes

Q: Do you want to change or add anything to your report?
A: No

Q: Do you want Union Representation or a witness?
A: No

Q: Tell me what you witnessed during this incident.
A: I was called upon as part of a five-man SRT who was the number three man responsible for the Inmates upper left quadrant. We were called to extract Inmate Feaster from J2-41 and place him in J2-01 as he was refusing to move. Lieutenant Setty had tried deploying O.C. spray into the cell, but Inmate Feaster continually tried blocking it using his suicide gown. Therefore, the pepper ball launcher nor sting ball grenades were utilized. After making camera introductions, we went to J2-41 cell front where Lieutenant Setty gave Inmate Feaster a final direct order to comply. Inmate Feaster refused this last directive. The cell door was opened, and we made entry. Inmate Feaster was fighting and being combative with Officer Kinner who was on the shield, but our momentum as a team was able to push him to the rear of the cell and ultimately place him on the ground. Officer Kinner was giving loud and clear directives the entire time to Inmate Feaster stop resisting. As Feaster went to the ground, he was face up and refusing all orders to roll over on his stomach so restraints could be placed on him. I took control of one of his legs attempting to try and help roll him over, but he was trying to kick me with the leg I was not in control of. At this time, I took control of his other leg also and was able to trap it under my knee. The rest of the team was then able to roll him over onto his stomach as I controlled the movement of his legs until Officer Kinner was able to hand me the leg restraints which I was able to apply. After his wrists were also restrained, we assisted Inmate Feaster to his feet and placed his Ferguson back on him. It had fallen off during the extraction. After this was complete, we escorted Inmate Feaster out of the cell to the strip cage where he was checked by medical and mental health. After their assessment was completed, Inmate Feaster was strip searched, given his clothing, his restraints re-applied and we escorted to him to J2-01 by Officer Stevenson and me controlling his direction. Inmate Feaster was placed in cell J2-01 and was given orders to lay on the bed until his restraints were removed and we exited the with no further issues.

Q: How was Inmate Feaster fighting or being combative as you stated?
A: At first, it was more of a passive aggressiveness as he was just applying pressure back into the shield. Then he turned and was trying to wrestle the shield away from Office Kinner and once he was placed on the ground, he was kicking at me and refusing to roll over on his stomach.

Q: Did you strike him or witness anyone else striking him during this incident?
A: No

Q: As you were controlling his legs, did you witness anyone hitting Inmate Feaster's head of the toilet?
A: No, I did not.

Q: When you escorted Inmate Feaster out of cell J2-41, do you recall placing against the wall between cells 41 & 42?
A: Yes. We placed him there briefly awaiting the rest of the team to exit the cell.

Q: Did you have to place him there forcibly or aggressively?
A: No, after he was restrained, he was pretty much compliant.

Q: You did say that he was assessed by medical and mental health, correct?
A: Yes, he was.

DRC-2641 E (11/2018)                                   Page 10 of 17

Signature:

Signature:

Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT
Inmate Name: Feaster          Inmate Number A-551840

Incident Date: 12/03/2021          Interview Date: 01/05/2021
This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.
Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? YES or NO    INTIALS _Yes__
I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?  YES  or  NO   INTIALS __Yes___
State your name and occupation for the panel.
Employee Name:                  Employee Occupation
R. Setty                         Correctional Lieutenant
Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes
Q: Is the information in the report true and factual to the best of your recollection?
A: Yes
Q: Do you want to change or add anything to your report?
A: No
Q: Do you want Union Representation or a witness?
A: No
Q: Tell me what you witnessed during this incident.
A: Inmate Feaster had been placed on the move sheet and had stated that if he was moved back to J2-01, that he was going to go back on suicide watch. Ms. Salyers went to see Inmate Feaster and reported to the captain's office that he would not be put back on watch. A five-man SRT was then authorized by Captain Frazie to extract and move Inmate Feaster from J2-41 and place him in J2-01 if he continued to be non-compliant. Medical was then notified and O.C. spray was authorized for utilization if necessary. At 3:10pm, I went with medical, negotiator (Officer Conley) and Officer A. Watts (camera operator) to Inmate Feaster's cell to attempt negotiating with him to comply with the orders to move. However, Inmate Feaster would not comply, but instead started screaming that he was suicidal, that he was going to start harming himself and acted as if he was going to bite himself. I gave him a direct order to not harm himself and brandished my canister of O.C. I once again ordered him to comply with the order to be moved to J2-01 and or force would have to be utilized. The cuff port was then opened, and I ordered him make himself available so handcuffs could be placed on him. However, he refused the order and blocked the cuff port with his suicide blanket. The negotiator and I issued more verbal commands, but Inmate Feaster continued to refuse the orders. I then utilized O.C. spray through the crack of the door to attempt to gain compliance as he repeatedly attempted to use his blanket to block the crack of the door and the cuff port. Eventually I believe that he had been fully exposed, but still refused further commands to comply with my orders. I

DRC-2641 E (11/2018)                                    Page 11 of 17

AGO Response to Discovery Request
000273
Defendants' MSJ Exhibit 7
Page 11 of 88

then left the area as negotiations and O.C. exposure had failed. At 3:30pm, I returned with a SRT, medical and mental health to extract Inmate Feaster from J2-41. After I arrived at the cell front, I gave Inmate Feaster a final direct order to comply with the order to be moved to J2-01, which he refused. He then started yelling to the team "Lets go, come on in". I then ordered the team to make entry and as they did, Inmate Feaster began pushing back on the shield to try and prevent them from entering. The team was able to make entry, pushing Feaster towards the rear of the cell and was able to secure him on the floor. I could hear orders being issued to him to lay on his stomach to place his hands behind him. After he was successfully restrained, he was assisted to his feet and escorted to the J2 strip cage. Once secured in the strip cell, he was assessed by medical, mental health Crum and MHA Salyers. When the assessment was complete, Inmate Feaster was strip searched and escorted to J2-01. The SRT did maintain control of him during the escort and he was placed in J2-01 with no other force being utilized as he was compliant during this process. He was placed on the bunk, and his restraints removed.

Q: Were all necessary measures used to preclude this Use of Force from having to occur?

A: Yes, he was given multiple direct orders to comply, he was negotiated with and spoke with by mental health. O.C. spray was utilized, but none of that was successful.

Q: Did he have the ability to cause the SRT harm or place them in jeopardy?

A: Yes, anytime we must enter a cell with a resistant or non-compliant inmate that has not been restrained, we are in harm's way.

Q: Did he have the opportunity to cause harm?

A: Yes, his wrists nor ankles were not restrained. We tried to negate this, but he would not comply with any orders.

Q: Did you observe any members of the SRT striking the inmate during this extraction?

A: No, I did not witness any strikes.

Q: When Inmate Feaster was removed J2-41, was he unnecessarily slammed into the wall?

A: No, he was not. He was placed against the wall between cells 41 and 42 until the entire SRT had exited the cell. He was never slammed into the wall.

Q: Once he was placed in the strip cage, was he assessed by medical?

A: Yes, he was assessed by medical and mental health.

Q: Did he repeatedly state that he was suicidal?

A: Yes, he did. However, mental health determined that he was not, and we proceeded with our orders to move him to J2-01.

Q: Once he was successfully extracted, was any other force utilized on him?

A: No. The SRT did keep control of him during the escort, but he did not resist any further orders.


Signature:


Signature:


Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT
Inmate Name: Feaster                    Inmate Number A-551840

DRC-2641 E (11/2018)                                                    Page 12 of 17

AGO Response to Discovery Request
000274
Defendants' MSJ Exhibit 7
Page 12 of 88

Incident Date: 12/03/2021          Interview Date: 01/05/2021

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand?   YES  or  NO    INTIALS _Yes___

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?   YES  or  NO   INTIALS __Yes___

State your name and occupation for the panel.

Employee Name:                    Employee Occupation
L. Conley                         Correctional Officer

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes

Q: Do you want to change or add anything to your report?
A: No

Q: Do you want Union Representation or a witness?
A: No

Q: Tell me what you witnessed during this incident.
A: I was utilized as a crisis negotiator to speak with Inmate Feaster as he was refusing to move from J2-41 to J2-01 per the institutional move sheet. After introductions were made on camera, Lieutenant Setty, Nurse Sammons and I approached Inmate Feasters cell to speak with him. I began by asking Inmate Feaster if was going to comply with moving. He did not want to move, began acting if he was going to bite himself and saying he was suicidal. We had the wrong keys to the cuff port and Lieutenant Setty went to retrieve the correct one from the Officer. As the Lieutenant was doing this, I asked Inmate Feaster why he did not want to move. He stated that he was upset for being set up on a false ticket. I asked him if he had heard the conduct report yet and informed him that if not, he was only prolonging his stay in RH. Lieutenant Setty then returned and gave Inmate Feaster several direct orders to comply with being restrained and moved to J2-01. His cuff port was then opened, and Inmate Feaster began blocking the opening with his suicide gown. Lieutenant Setty ordered him to back up to the cuff port so restraints could be placed on him. Inmate Feaster continued to disobey the direct orders and Lieutenant Setty deployed several short bursts of O.C. spray through the crack of the door as Inmate Feaster continued to block the cuff port. Several more orders were given to Inmate Feaster to comply to which he refused them all. The negotiations and deployment of O.C. spray failed, so we exited the range.

Q: Other than the deployment of O.C., did you witness any other use of force?
A: No


Signature:


Signature:


Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

AGO Response to Discovery Request
000275
Defendants' MSJ Exhibit 7
Page 13 of 88

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 01/04/2022

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand?   YES  or  NO    INTIALS _Yes__

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?   YES  or  NO   INITALS __Yes___

State your name and occupation for the panel.

Employee Name:                     Employee Occupation
A. Watts                           Correctional Officer

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes

Q: Do you want to change or add anything to your report?
A: No

Q: Do you want Union Representation or a witness?
A: No

Q: Tell me what you witnessed during this incident.
A: I was utilized as the camera man for a five-man SRT for the extraction of Inmate Feaster who was refusing to move to his newly assigned cell of J2-01. Lieutenant Setty, CIT Officer Conley and I approached his cell where Officer Conley attempted to negotiate with Inmate Feaster and gave him multiple direct orders to comply with being restrained so he could be moved. However, Inmate Feaster refused the orders. Lieutenant Setty deployed O.C. spray into the cell to gain compliance, but Inmate Feaster still refused to cooperate with the orders. The five-man SRT was cleared by the shift captain and was assembled. We once again went to Inmate Feaster's cell front where Lieutenant Setty gave him a final direct order to comply. At this time, the cell door was opened and the SRT made entry as Inmate Feaster was being aggressive and physically resistive trying to combat the team members. After the team was able to restrain Inmate Feaster, they removed him from the cell and placed him in the strip cage where he was assessed by medical and mental health. He was then strip searched, once again restrained, and escorted to J2-01. His restraints were removed and the SRT exited the cell with no further incident.

Q: How was Inmate Feaster being combative or physically resisting the team?
A: He was pushing back against the shield as they made entry, turned, and tried to wrestle the shield away and refusing all directives to be restrained.

Q: While you were recording the incident, did you witness any of the team members striking Inmate Feaster.
A: No

Q: Did you witness anyone hitting Inmate Feaster's head off the toilet or floor?
A: No

Q: Did you hear the team giving loud, understandable orders to Inmate Feaster to comply?
A: Yes. Multiple direct orders were given to him.

Q: Once the team exited the cell, do you recall the team slamming Inmate Feaster into the wall outside of the cell?
A: No, that never happened as I recall. They had him against the wall awaiting all the team to exit, but he

DRC-2641 E (11/2018)                                    Page 14 of 17

was not slammed into it as I recall.

Q: After the cell extraction was complete, did you witness any unnecessary or excessive force being utilized?

A: No. Once the extraction was complete, Inmate Feaster was compliant and was only escorted to and from the strip cage as the team was guiding him.

Signature:

Signature:

---

Employee statement:

EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                          Inmate Number A-551840

Incident Date: 12/03/2021              Interview Date: 01/07/2022

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand?   YES  or  NO    INTIALS _Yes__

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?   YES  or  NO   INTIALS __Yes___

State your name and occupation for the panel.

Employee Name:                          Employee Occupation

A. Stidham                                    Correctional Officer

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?

A: Yes

Q: Is the information in the report true and factual to the best of your recollection?

A: Yes

Q: Do you want to change or add anything to your report?

A: No

Q: Do you want Union Representation or a witness?

A: No

Q: Tell me what you witnessed during this incident.

A: I was working J2 and Inmate Feaster who was on the move sheet refused to move. Lieutenant Setty and CIT Officer Conley went to his cell to negotiate with him, but he still he refused claiming that he was going to hurt himself. Due to the failed negotiations, Lieutenant Setty told me to keep watch on him until he could return with the extraction team. After Lieutenant Setty returned with the team, they made entry and it sounded like they were struggling with the inmate as I heard continual direct orders being given to stop resisting. Shortly thereafter, Inmate Feaster was removed form J2-41 and placed in the strip cage. Lastly, he was assessed by mental health and medical, and then placed in J2-01 without any further incident.

Q: Did you ever witness O.C. spray being deployed?

A: No

---

DRC-2641 E (11/2018)                                              Page 15 of 17

Medical Examination Findings:     Date of ME: Dec 3, 2021          Time of ME: 04:22 PM

Inmate Name: Feaster

Inmate Number: A-551840

**Subjective Evaluation:**

Inmate states that he has a broken finger.

**Objective Evaluation:**

Movement noted to all extremities and digits before patient stated he had a fracture. No edema or discoloration noted to sight. No injuries noted to patient.

**Inconsistencies:**

Inmate Feaster 551840 stated that he was continually punched and that his head was being slammed. As he exits the cell, no trauma can be seen to his head nor reported on the medical exam. He also states that he was slammed into the wall once he was escorted out of the cell. This statement is also not factual compared to the video footage and reports.

**Consistencies:**

The reports are consistent with what can be viewed on camera. As well, all of the direct orders and opportunities that were given to Inmate Feaster to comply with were disregarded by Inmate Feaster via the camera observations. Security was left with no alternative but to use force as it had been established by mental health that he was not suicidal and was therefore to be placed in the security cell he was ordered to go to.

Four Components of
Use of Force:

**Preclusion:  Using Lesser Alternatives:**

Inmate Feaster 551840 had spoken with mental health and medical and was cleared to be moved to J2-01. He would not comply. He was negotiated with CIT staff and and given several direct orders by Lieutenant Setty to comply with the move, but refused these orders. O.C. spray was deployed into his cell and yet again he refused to comply. Lastly, he was given a final direct order to comply by Lieutenant Setty before being extracted by the five-man SRT that was at his cell front and failed to comply leaving security with no option but to extract him.

**Ability:  An aggressor's ability to do harm:**

The SRT had to make entry on Inmate Feaster 551840 who was unrestrained which gives the inmate ability to do harm.

**Jeopardy:  The perception by the defender of the aggressor:**

Entering a cell with an unrestrained inmate which has been non-compliant places the persons entering in jeopardy.

**Opportunity:  Distance of the aggressor to do bodily harm:**

Inmate Feaster 551840 was being non-compliant, refusing to be restrained and seemingly very agitated as mental health would not place him back on constant watch which gave him the opportunity to do bodily harm.

Was force justified? ☒ Yes  ☐ No     Was force appropriate under the circumstances? ☒ Yes  ☐ No

DRC-2641 E (11/2018)                                        Page 16 of 17

Conclusion:

The primary duty of the committee is to evaluate all of the testimonies and evidence surrounding the incident and render a determination as to what actually happened. I focused on the cause of the incident, was the force used in the incident justified and were the post orders, DR&C policy along with local policies and procedures followed. It is my determination that the incident occurred due to Inmate Feaster A-551840 refusing direct orders to be moved from J2-41 to J2-01 as mental health had removed him from suicide watch. He was then given several direct orders by Lieutenant Setty to move. He refused them all. He was negotiated with CIT Officer Conley and that also failed. Lieutenant Setty issued Inmate Feaster more directives and when he reused those orders, O.C. Spray was deployed through the crack of his door as Inmate Feaster was blocking the cuff port with his suicide gown. Lastly, a five-man extraction was called upon to extract Inmate Feaster as all other measures of compliance was refused and negotiations failed leaving security no alternative but to forcefully remove him from J2-41, have him assessed by medical and mental health and placed in his assigned cell of J2-01.

Did any employee waive their right to representation?  ☒ Yes  ☐ No  ☐ N/A
If "Yes" were the DRC-1311 forms (acknowledgement and waiver of right to
representative) completed & attached?     ☒ Yes     ☐ No     ☐ N/A

Fred Denney _____     1/7/2022 _____
      Signature of Investigating Official           Date

**WARDEN'S REVIEW**

☑ I concur with the attached findings of the investigator and have initiated no disciplinary action against the staff member(s):

☐ I concur with the attached findings of the investigator and have initiated the following disciplinary action(s) against the staff member(s):

 

☐ I do not concur with the attached findings of the investigator and have taken the following action:

 

Explain:

Warden's Signature: _____     Date: 1-12-22

DRC-2641 E (11/2018)     Page 17 of 17

AGO Response to Discovery Request
000279
**Defendants' MSJ Exhibit 7**
**Page 17 of 88**

# Ohio Department of Rehabilitation and Correction
# Deputy Warden of Operations Review of Use of Force

| Date of Incident: Dec 3, 2021 | Time: 3:10 PM | Location: J2-41 | RECEIVED |
|---|---|---|---|

| Inmate(s) involved: |
|---|
| FEASTER A551840 |

DEC 1 3 2021

| Staff Whom Used Force: |
|---|
| ROBERT SETTY, JOSHUA KINNER, JUSTIN STEVENSON, CARL JUSTICE, WILLIAM JEWELL, TRAVIS WELLMAN |

DEPUTY WARDEN OF OPERATIONS

| Staff Witnesses to Forced Used: |
|---|
| LANDON CONLEY, AARON STIDHAM, AUSTEN WATTS |

### Reason for the Use of Force

- [ ] Self defense from assault by the inmate(s)
- [ ] Defense of a third party
- [x] Controlling or subduing an inmate who refuses to obey prison rules.
- [ ] Prevention of a crime (such as malicious destruction of private property or prison riot)
- [ ] Controlling an inmate to prevent self-inflicted harm

### Type of Force Utilized

- [ ] Discharged a firearm
- [ ] Struck an inmate with any part of the body or a weapon
- [x] Use of chemical mace
- [x] Struggled with an inmate, pushed an inmate or exerted physical restraint or control
- [ ] Immobilizing restraints

Brief summary of incident:

Inmate Feaster refused orders to be moved to J2-01. Lt. Setty assembled a five man team and Officer Conley began negotiations. Inmate Feaster continued to refuse orders and then began biting himself. Lt. Setty deployed chemical agent. Inmate Feaster was given a final direct order to be cuffed and moved to J2-01 but again this inmate refused. The team made entry and secured this inmate on the ground. Restraints were applied and this inmate placed on his feet and escorted to the J2 strip cell. Inmate Feaster was checked by medical and mental health personnel and a strip search conducted. Inmate Feaster was then escorted to J2-01.

## Review Completed as Follows:

- [x] Review Written Reports
- [ ] Additional interviews/information obtained (see attached)

### Recommendation to the Managing Officer

- [ ] Refer to employee disciplinary process
- [ ] No further action required
- [x] Refer to Use of Force Committee
- [ ] Refer to Chief Inspector

RECEIVED

DEC 1 0 2021

S.O.C.F. WARDEN'S OFFICE

| Deputy Warden of Operations: *Cyntia Davis* | Date: 12-7-21 |
|---|---|

### Managing Officer's Action

- [ ] Concur with recommendation
- [ ] Do not concur (explain): _____
- [x] Assigned to Use of Force Committee: Fred Denney _____ Chairman,

and, N/A _____ to conduct a Use of Force Investigation.
        Member's Name

The committe must report their findings to the Managing Officer within thirty (30) working days after being assigned.

| Managing Officer: | Date: 12·10·21 |
|---|---|

DRC 4181 E (Rev. 11/18)

Page 1 of 1

AGO Response to Discovery Request
000280
Defendants' MSJ Exhibit 7
Page 18 of 88

## USE OF FORCE CHECKLIST

**Date of Incident:** 12-03-2021            **Time of Incident:** 3:10 PM

**Inmate's Name:** Feaster            **Inmate's Number:** 551840

**Housing Assignment:** J2-01            **Incident Location:** J2-41

## THE FOLLOWING INFORMATION IS ENCLOSED:

| | |
|---|---|
| Use of Force Checklist | 1 |
| Planned Use of Force Checklist | 1 |
| Supervisor's Use of Force Summary (DRC 2611) | 1 |
| Use of Force Report (DRC2181) | 9 |
| Inmate(s) Voluntary Statement (DRC2737) | 1 |
| Medical Evaluation Form Inmate(s) (DRC5251) | 1 |
| Medical Evaluation Form Staff (s) (DRC5251) | 6 |
| Report of Change of Confinement (DRC4019) | electronic |
| Conduct Report(s) (DOTSPortal Print DRC4018) | 2 |
| Assault on Staff Report (DRC 2460, 2461, 2462 | NA |
| Authorization for Suicide Watch (DRC 5200/5202) | NA |
| Immobilizing Restraints Report (DRC2533) | 0 |
| Crisis Precaution and/or Immobilizing Restraint Log (DRC2534) | 0 |
| Crisis/Hostage Situations Intervention Report (DRC2699) | 1 |
| Photos (documenting injuries-if applicable) | 0 |
| DVD - Planned Use of Force | NA |
| OSHP Notification | NA |
| Special Incident Required (Yes/No) | No |
| DVR Available, provide # | DVR-#666-21 |

RECEIVED

DEC - 6 2021

DEPUTY WARDEN
OF OPERATIONS

| DEPUTY WARDEN OF OPERATIONS' USE ONLY | |
|---|---|
| ☐ Deputy Warden – Spec. Serv. | ☑ Committee Referral |
| ☐ M.H. Admin. | ☐ No Further Action |
| ☐ Investigator | |
| ☐ QIC | Signature: |
| ☒ HNT | |
| ☐ Safety | |
| ☐ Other_____ | Anith Davis |
| R/MH: B/n | Review Date: 12-6-21 |

eh-no

*Capt. P.L. Haze*
Shift Commander's Signature
Southern Ohio Correctional Facility

*12.3-2021*
Date

Revised: 9/04/2019

AGO Response to Discovery Request
000281
**Defendants' MSJ Exhibit 7**
**Page 19 of 88**

# PLANNED USE OF FORCE CHECK LIST

Supervisor's Name: *Robert Setty*

Today's Date: *12-3-2021*                    Time: *3:10 pm*

Camera Operator: *A. WATTS*

Shift Commander Authorizing Planned UOF: *Captain P. FRAZIE*

Inmate Name: *FEASTER*

Inmate Number: *551840*

Cell Location: *J2-41*

Crisis Negotiator/CIT: *C/o*

OC was cleared by Medical Nurse: *RN SAMMONS AT 2:35 pm*

Medical: *RN SAMMONS*

Mental Health: *RN CRUM / MH adm. Salyers*

Reason For: <u>Extraction</u> / 5-Way Restraint / Release:

*I/m Feaster is refusing to move to J2-1*

### 5 MAN SRT

**SRT Member Name and Assignment:**

#1 Shield - *J. Kinner*
#2 Upper Right - *J STEVENSON*
#3 Upper Left - *C JUSTICE*
#4 Lower Right - *W Jewell*
#5 Lower Left - *T Wellman*

5-Way Restraints: ☐ Will / ☒ Will Not, be utilized. If so; Cell Location:           Time:

Supervisor's Signature: *Lt Robt Setty*

AGO Response to Discovery Request
000282
**Defendants' MSJ Exhibit 7**
**Page 20 of 88**

# Supervisor's Use of Force Summary Report

*(To be completed by shift supervisor before distribution to Deputy Warden of Operations)*

| Date of Force: Dec 3, 2021 | Time of Force: 3:10 PM | AM / PM |
|---|---|---|
| Location of Incident: J2-41 | | |

Inmate(s) on Whom Force was Used:

| | Name | Number | Injured in Incident |
|---|---|---|---|
| 1. | Feaster (no stg code found) | A-551840 | ☐ YES  ☒ NO |

Staff Member(s) who Used Force:                                    Injured in Incident

| | | Injured in Incident |
|---|---|---|
| 1. | Lieutenant Robert Setty | ☐ YES  ☒ NO |
| 2. | Correction Officer Joshua Kinner | ☐ YES  ☒ NO |
| 3. | Correction Officer Justin Stevenson | ☐ YES  ☒ NO |
| 4. | Correction Officer Carl Justice | ☐ YES  ☒ NO |
| 5. | Correction Officer William Jewell | ☐ YES  ☒ NO |
| 6. | Correction Officer Travis Wellman | ☐ YES  ☒ NO |

Staff and Inmate Witnesses to Force Used:

| | Name | Staff Title | Number |
|---|---|---|---|
| 1. | Landon Conley | Correction Officer | |
| 2. | Aaron Stidham | Correction Officer | |
| 3. | Austin Watts | Correction Officer | |

Supervisor's Summary of Incident:

- Videotape (if a planned Use of Force?)  ☒ YES  ☐ NO
- Security footage available and preserved?  ☒ YES  ☐ NO
- Copies attached?  ☐ YES  ☒ NO  DVR #666-21
  label/description
- OC used?  ☒ YES  ☐ NO  If yes, time of decontamination: 3:30 PM

Summary:
Per reports submitted and DVR #666-21: IM Feaster 551840 was placed on the institutional moves sheet to go to J2-01. Lt. Robert Setty notified Ms Salyers about the situation. Ms Salyers went to J2 and spoke with IM Feaster and afterwards she advised the Captain's office that IM Feaster would not be put on watch. Due to this a 5 man SRT was authorized by Captain Frazie, to extract and move IM Feaster 551840 from J2-41 to J2-01 due to the pending refusal to move. Lt. Setty contacted medical and was advised that OC was authorized to be utilized if necessary. At 310 pm Lt. Setty went to J2, with medical nurse Corey Sammons on standby in J corridor, a negotiator (Officer L.Conley) and a camera operator (Officer A Watts) to attempt to negotiate with IM Feaster and gain compliance from him to move. IM Feaster would not comply with negotiations and instead began yelling he was suicidal and was going to hurt himself. IM Feaster then began acting like he was biting his arm. Lt. Setty reported he did not think he was actually biting it but he and Officer Conley did issue orders to him to stop self harming and those orders along with Lt. Setty brandishing his OC canister appeared to stop his behavior. At this time Lt Setty reports issuing more direct orders to IM Feaster to move to J2-01 or force would be utilized on him. Lt. Setty then opened the hatch for IM Feaster to cuff up and issued direct orders to him to cuff. IM Feaster then used his suicide blanket to cover the entrance. Lt Setty and Officer Conley issued more orders and IM Feaster continued to not comply. At that time Lt Setty utilized OC to the facial area of IM Feaster through the crack of the cell door to attempt to gain compliance. Due to not being able to get a full exposure

DRC2611 E (Rev. 11/18)                                                              Page 1 of 2

to IM Feaster's facial area because IM Feaster began using his suicide blanket to go back and forth blocking both the crack and the food hatch, Lt Setty made multiple attempts through the food hatch and the crack and did manage to deploy OC to the facial area of IM Feaster to the point that he felt he was fully exposed. IM Feaster continued to disobey directives and refuse to move. As a precaution Lt Setty instructed range Officer Aaron Stidham to watch IM Feaster until the SRT returned. At 330 pm Lt Setty returned with the SRT. Officer Josh Kinner was assigned to shield, Officer Justin Stevenson assigned to upper left, Officer Carl Justice assigned to lower right, Officer William Jewell assigned to lower left and Officer Travis Wellman assigned to lower right. After introductions of the SRT , medical (RN Corey Sammons), and mental health (RN Roxanne Crum) the SRT went to J2 41 to extract IM Feaster. At the cell front Lt. Setty gave IM Feaster a final order to be handcuffed and move to J2-01. IM Feaster would not comply and instead started yelling at the SRT something to the effect of "lets go" "come on in". At this time Lt Setty ordered the SRT to enter the cell. The SRT entered and IM Feaster began attempting to push into the shield and prevent them from entering. The SRT did force their way into the cell and push IM Feaster back and begin taking control and securing IM Feaster on the cell floor. SRT issued orders to IM Feaster to lay on his stomach and put his hands behind him. IM Feaster would not comply and the SRT struggled with him attempting to gain control. The SRT did manage to secure IM Feaster on the cell floor. Officer Stevenson reported applying handcuffs and Officer Justice applied leg irons. Once IM Feaster was secured and restraints applied he was assisted to standing and escorted to the J2 strip cage. Once in the strip cage IM Feaster was checked by medical and spoken to by Mental health Nurse Crum. He stated he was suicidal and MHA Salyers who was in the area at that time came to the strip cage and addressed IM Feaster. Ms Salyers again advised IM Feaster was not being placed on watch. IM Feaster was then strip searched and dressed in segregation clothing. IM Feaster was compliant throughout this process. Once finished IM Feaster was placed back in restraints and escorted to J2-01. SRT members did maintain control throughout all escorting in case IM Feaster resisted but he was compliant with being escorted from J2-41 to the strip cage and then to J2-01. Once in J2-01 IM Feaster was escorted into the cell and ordered to lie face down on the bunk. The SRT removed the restraints and backed out of the cell. This concluded the extraction of IM Feaster. No other force was reported during this incident. All staff involved in using force and inmate Feaster were checked by medical. No injuries reported per MERs. All SRT equipment was inventoried accounted for and sanitized.

**As the Shift Supervisor, I have reviewed all of the documents, including all attachments, for accuracy, completeness and consistency prior to submitting them to the Chief of Security.**

| Prepared By (Shift Supervisor's Name): | Title: | Date: |
|---|---|---|
| Robert Setty | Lieutenant | Dec 3, 2021 |

**Note to Shift Supervisors:** When submitting this packet to the Deputy Warden of Operations, you **must include** the following:

1. Incident Report from each staff member listed above (DRC1000).
2. Statements from each inmate on whom force was used and statements from inmate witnesses.
3. Medical Examination results of any staff or inmates involved in the use of force (DRC5251).
4. Any readily available video of the incident or photos of the scene, evidence or injuries.
5. Any other relevant documentation (example: Conduct Report - DRC4018).

| Chief of Security Signature | Date |
|---|---|
| TWZ - Major Hemikell | Dec. 6, 2021 |

AGO Response to Discovery Request
000284
Defendants' MSJ Exhibit 7
Page 22 of 88

# Use Of Force Report

| Name (Last, First, MI) Setty, Robert D | | Title Lieutenant | Date Dec 3, 2021 | OAKS ID Redacted |
|---|---|---|---|---|
| Incident Date Dec 3, 2021 | Incident Time 3:10 PM | Incident Location J2-41 | | |
| Inmate(s) Involved: Feaster 551840 | | | | |

Type of Force:

☐ Reactive   ☒ Planned/TAC Force   ☐ Witness

Did you call for assistance?

☐ Yes   ☒ No   If No, Why? I had Officer Stidham and Officer Conley available to assist

Did you use OC? ☒ Yes ☐ No   If yes, how many grams? Amount: 95

Did you use a baton (i.e.PR-24)?

☐ Yes   ☒ No

Did you utilize a less lethal device?

☐ Yes   ☒ No   If Yes, What Type: _____

Did you utilize a firearm?

☐ Yes   ☒ No   If Yes, Make, Model, Serial #: _____

Was a certified first responder utilized:

☐ CRT   ☐ HNT   ☒ CIT   ☐ Other   ☐ UNK   If No, Why: _____

Was a video camera with audio capabilities utilized:

☒ Yes   ☐ No   If No, Why: _____

Did you give the offender(s) a final order to comply?

☒ Yes   ☐ No   If No, Why: _____

Describe the circumstances requiring force:

IM Feaster 551840 J2-41 was refusing to move from J2-41 to J2-01 per the institutional move sheet. Speaking with Mental Health end speaking with a crisis negotiator as well as myself still did not gain voluntary compliance.

Describe any and all reasonable efforts made to preclude the situation:

Prior to any force being used IM Feaster was spoken to by mental health and was spoken to by a CIT negotiator and myself. I advised the inmate exactly what would occur if he did not comply. Prior to utilizing force I brandished the OC canister and had assisting staff present.

Summarize actions taken to resolve the incident:

Through communicating with the J2 officers and earlier encounters IM Feaster 551840 J2-41 had made it very clear earlier when he was removed from constant watch that if he was going to be moving to the 'slammer side" he would go back on watch. IM Feaster was placed on the institutional moves sheet to go to J2-01. I notified Ms Salyers who went to J2 and spoke with IM Feaster and advised me he would not be put on watch. A 5 man SRT was authorized by Captain Frazie, to extract and move IM Feaster 551840 from J2-41 to J2-01 due to pending refusal to move. I contacted medical and was advised that OC was authorized to be utilized if necessary. At 310 pm I went with medical on standby in J corridor, a negotiator (Officer L.Conley) and a camera operator (Officer A Watts) to attempt to negotiate with IM Feaster and Officer Conley did issue orders to him to stop self harming and those orders along with brandishing my OC canister stopped his behavior. At this time I gave direct orders to IM Feaster to move to J2-01 or force would be utilized on him. I opened the hatch for IM Feaster to cuff up and issued direct orders to him to cuff, he then used his suicide blanket to cover the

DRC-2181 E (03/2019)                                                                 Page 1 of 3

entrance. I and the negotiator issued more orders and IM Feaster continued to not comply At that time I utilized OC to his facial area through the crack of the cell door to attempt to gain compliance. I was not able to get a full exposure to IM Feaster's facial area but at that time IM Feaster began using his suicide blanket to go back and forth blocking both the crack and the food hatch. With multiple attempts through the food hatch and the crack I did manage to deploy OC to his facial area to the point that I felt he was fully exposed and was either going to comply or not due to OC exposure. IM Feaster continued to disobey directives and refuse to move. As a precaution I instructed Officer Stidham to watch IM Feaster until I returned with the SRT. At 330 pm I returned with the SRT. After introductions of the SRT , medical, and mental health we went to J2 41 to extract IM Feaster. At the cell front I gave IM Feaster a final order to be handcuffed and move to J2-01. IM Feaster would not comply and instead started yelling at the SRT something to the effect of "lets go"  "come on in".  At this time I ordered the SRT to enter the cell.  The SRT entered and I observed IM Feaster attempting to push into the shield and prevent them from entering. They did force their way into the cell and push IM Feaster back and begin taking control and securing IM Feaster on the cell floor. I heard orders being issued to IM Feaster to lay on his stomach and put his hands behind him. Once IM Feaster was secured and restraints applied he was assisted to standing and escorted to the J2 strip cage. Once in the strip cage IM Feaster was checked by medical and spoken to by Mental health Nurse Crum and MHA Saylers.  IM Feaster was the strip searched and dressed in segregation clothing.  IM Feaster was compliant throughout this process. Once finished IM Feaster was placed back in restraints and escorted to J2-01. SRT members did maintain control throughout all escorting in case IM Feaster resisted but he was compliant with being escorted from J2-41 to the strip cage and then to J2-01. Once in J2-01 IM Feaster was escorted into the cell and ordered to lie face down on the bunk. The SRT removed the restraints and backed out of the cell. This concluded the extraction of IM Feaster.  All SRT equipment was inventoried, accounted for and sanitized. No other force was witnessed or used by myself in this incident.

| Signature: Robert D. Setty | *Robert Setty* | Date: 12/3/2021 |

Action Taken:

| Signature of Managing Officer: | | Date: |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

AGO Response to Discovery Request
000286
Defendants' MSJ Exhibit 7
Page 24 of 88

# Use Of Force Report

| Name (Last, First, MI) | | Title | | Date | OAKS ID |
|---|---|---|---|---|---|
| Kinner, Joshua, A | | Correction Officer | | Dec 3, 2021 | Redacted |

| Incident Date | Incident Time | Incident Location | |
|---|---|---|---|
| Dec 3, 2021 | 3:33 PM | J2-41 | |

| Inmate(s) Involved: |
|---|
| Feaster 551-840 |

Type of Force:

☐ Reactive  ☒ Planned/TAC Force  ☐ Witness

Did you call for assistance?      Did you use OC?      If yes, how many grams?

☐ Yes   ☒ No   If No, Why?      ☐ Yes   ☒ No   Amount:

I was part of a five man extraction team, Supervisor was present

Did you use a baton (i.e.PR-24)?

☐ Yes   ☒ No

Did you utilize a less lethal device?

☐ Yes   ☒ No   If Yes, What Type:

Did you utilize a firearm?

☐ Yes   ☒ No   If Yes, Make, Model, Serial #:

Was a certified first responder utilized:

☐ CRT   ☐ HNT   ☒ CIT   ☐ Other   ☐ UNK   ☐ If No, Why:

Was a video camera with audio capabilities utilized:

☒ Yes   ☐ No   If No, Why:

Did you give the offender(s) a final order to comply?

☐ Yes   ☒ No   If No, Why:   Final order to comply was issued by Lt. Setty

Describe the circumstances requiring force:

On the above date and approximate time I Officer Kinner was utilized as the shield operator in a five man extraction team to remove inmate Feaster 551-840 from J2-41. Inmate Feaster was ordered to move to J2-01 but refused all orders to comply, Lt. Setty ordered him to place his hands in the cuff port to allow for restraints to be applied multiple time prior to our arrival to J2. CIT Negotiator Officer Conley attempted to gain compliance but negotiations failed. Lt. Setty issued inmate Feaster a final order to comply but he refused to do so, inmate Feaster placed himself at the cell front and told Lt. Setty to come in and get him. At this time the cell door was ordered to be opened and I made entry with the shield followed by the team. Inmate Feaster immediately began physically resisting us and disobeyed multiple direct orders I issued to him.

Describe any and all reasonable efforts made to preclude the situation:

Direct orders were issued to inmate Feaster on multiple occasions by Lt. Setty for him to move compliantly but he continuously refused. Inmate Feaster was allowed the opportunity to speak with mental health staff, and negotiations were attempted by CIT Officer Conley. All attempts to gain compliance failed, once myself and the five man extraction team were cell front inmate Feaster was given a final order to comply to which he also refused.

Summarize actions taken to resolve the incident:

I Officer Kinner was assembled as the shield operator in a five man extraction team to remove inmate Feaster from J2-41. Once cell front I could see that inmate Feaster was positioned in front of the cell door and was saying "come on in!". Lt. Setty issued a final order for inmate Feaster to comply to which at this time the cell door was ordered to be opened, I made entry with the shield and was immediately met by inmate Feaster who was attempting to block our entry by leaning back against the shield and holding his foot up on the bed in effort to hold us back. I was able to push him further into the cell utilizing the shield

DRC-2181 E (03/2019)              Page 1 of 3

AGO Response to Discovery Request
000287
Defendants' MSJ Exhibit 7
Page 25 of 88

at which time inmate Feaster quickly turned around and began attempting to wrestle the shield away from me. I issued multiple loud verbal orders for inmate Feaster to get on the ground face down and stop resisting us. He continued to physically resist making it difficult for us to place him on the floor, with the assistance of the team I was able to place him on the floor utilizing the shield. Inmate Feaster continued to physical resist and would not roll onto his stomach so that restraints could be applied, it was at this time I decided it was necessary to remove the shield from him so that team members could roll him onto his stomach and apply the restraints. Due to the close confines of the cell structures the team struggled to roll him over as he continued to resist, I continuously issued orders for inmate Feaster to comply but he remained resistant. Team members were able to get him restrained and announced his hands and legs were secured, I then ordered inmate Feaster to stand up and face the wall. Team members assisted him to his feet and I retrieved the ferguson gown that had fallen off of him, I then assisted the team in placing the gown back onto inmate Feaster and once he was covered I ordered him to walk to the strip cage. Inmate Feaster was escorted to the strip cage by team members Justice and Jewell without issue. He became compliant with my orders and I conducted the strip search once he was secured in the strip cage. Inmate Feaster was assessed by medical and mental health staff, placed back into restraints, and ordered to back out of the strip cage. An escorting technique was maintained by team members Justice and Stevenson as we walked him to J2-01, once at the cell front I ordered inmate Feaster to lay face down on the bed so that restraints could be removed. Inmate Feaster stated that he understands and he would comply, the restraints were removed and we back out of the cell. The cell door was secured closed and we exited the range without issue. End of Report.

| Signature: | | Date: |
|---|---|---|
| Joshua A Kinner | *Josh Kinner* | 12/3/2021 |

Action Taken:

| Signature of Managing Officer: | Date: |
|---|---|
| | |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

DRC-2181 E (03/2019)

AGO Response to Discovery Request
000288
Defendants' MSJ Exhibit 7
Page 26 of 88

## Use Of Force Report

| Name (Last, First, MI) | | Title | Date | OAKS ID |
|---|---|---|---|---|
| Wellman, Travis, D | | C/O | Dec 3, 2021 | Redacted |

| Incident Date | Incident Time | Incident Location | | |
|---|---|---|---|---|
| Dec 3, 2021 | 3:33 PM | J2-41 | | |

Inmate(s) Involved:
Feaster #551-840

Type of Force:

☐ Reactive ☒ Planned/TAC Force ☐ Witness

Did you call for assistance?      Did you use OC?   If yes, how many grams?

☐ Yes ☒ No   If No, Why?          ☐ Yes ☒ No   Amount:
I was the 5th man in a 5 man extraction team

Did you use a baton (i.e.PR-24)?

☐ Yes ☒ No

Did you utilize a less lethal device?

☐ Yes ☒ No   If Yes, What Type:

Did you utilize a firearm?

☐ Yes ☒ No   If Yes, Make, Model, Serial #:

Was a certified first responder utilized:

☐ CRT ☐ HNT ☒ CIT ☐ Other ☐ UNK ☐ If No, Why:

Was a video camera with audio capabilities utilized:

☒ Yes ☐ No   If No, Why:

Did you give the offender(s) a final order to comply?

☐ Yes ☒ No   If No, Why: LT. Setty gave the final order

Describe the circumstances requiring force:

On the above date and approximate time I, C/O Wellman, was utilized as the 5th man on a 5 man extraction team. Inmate Feaster #551-840 was refusing all direct orders to comply with a move from cell J2-41 to J2-01.

Describe any and all reasonable efforts made to preclude the situation:

Prior to the extraction team being cell front, LT. Setty and C.I.T. negotiator Conley attempted to talk to the inmate and get the inmate to comply with all orders so no force needed to be used. Negotiations failed and O.C. was deploy.

Summarize actions taken to resolve the incident:

On the above date and approximate time I, C/O Wellman, was utilized as the 5th man on a 5 man extraction team. Inmate Feaster #551-840 was refusing all direct orders to comply with a move from cell J2-41 to J2-01. We were informed that negotiations failed and O.C. had been deployed. Once in J-Corridor introductions were made and the team went to the front of J2-41. LT. Setty gave the inmate a final order to comply but the inmate refused. The door was opened and the inmate met the shield at the door and appeared to be attempting to stop the team from entering the cell. The team was able to make entry and began to try to take control of the shield and take it from the team. I heard multiple direct orders be given to the inmate stating "stop resisting" and "get on the ground." The team was able to get the inmate to the ground. Due to the way the cell was structured I was unable to assist the team with the resistive inmate without hindering the teams ability to restrain the inmate. I seen the team struggling to roll the inmate onto his stomach and heard multiple orders instructing the inmate but he appeared to disobey all direct orders. Team members were able to restrain the inmate and assist him to his feet. Once on his feet the team placed the Ferguson gown back on the inmate that had fallen off. Inmate Feaster was then placed into the strip cage by team members Justice and Jewell. Medical and mental health spoke with the inmate and the inmate was strip searched. After the strip search the inmate was taken to J2-01 by members Justice and Stevenson. The inmate was

DRC-2181 E (03/2019)                  Page 1 of 3

order to lay face down on the bed while restraints were removed. The team exited the cell and once the doors to the cell were secured the team left the range. E.O.R.

| Signature: | *Okai Wellman* | Date: 12/3/2021 |
|---|---|---|

Action Taken:

| Signature of Managing Officer: | Date: |
|---|---|

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

DRC-2181 E (03/2019)

AGO Response to Discovery Request
000290
Defendants' MSJ Exhibit 7
Page 28 of 88

# Use Of Force Report

| Name (Last, First, MI)<br>Jewell, William J | | Title<br>Correctional Officer | Date<br>Dec 3, 2021 | OAKS ID<br>Redacted |
|---|---|---|---|---|
| Incident Date<br>Dec 3, 2021 | Incident Time<br>3:33 PM | Incident Location<br>J2 - 41 | | |
| Inmate(s) Involved:<br>Feaster 551 - 840 | | | | |

Type of Force:

☐ Reactive      ☒ Planned/TAC Force      ☐ Witness

Did you call for assistance?      Did you use OC?    If yes, how many grams?

☐ Yes    ☒ No    If No, Why?      ☐ Yes    ☒ No    Amount: 0

4th member of a 5 man cell extraction team

Did you use a baton (i.e.PR-24)?

☐ Yes    ☒ No

Did you utilize a less lethal device?

☐ Yes    ☒ No    If Yes, What Type:

Did you utilize a firearm?

☐ Yes    ☒ No    If Yes, Make, Model, Serial #:

Was a certified first responder utilized:

☐ CRT    ☐ HNT    ☒ CIT    ☐ Other    ☐ UNK    ☐ If No, Why:

Was a video camera with audio capabilities utilized:

☒ Yes    ☐ No    If No, Why:

Did you give the offender(s) a final order to comply?

☐ Yes    ☒ No    If No, Why: Lt. Setty gave the final direct order to comply.

Describe the circumstances requiring force:

On the above date and approximate time I C/O Jewell was utilized as the 4th man of a 5 man cell extraction team for inmate Feaster 551 - 840 who was housed in J2 - 41. Inmate Feaster was refusing all direct orders to be placed in restraints to be removed from his cell and placed in J2 - 1.

Describe any and all reasonable efforts made to preclude the situation:

Lt. Setty and CIT Conley attempted negotiations, to which negotiations failed. Lt. Setty utilized OC spray in attempt to gain compliance. The OC spray rendered ineffective due to inmate Feaster blocking the hatch with his Ferguson gown. The 5 man cell extraction team was stacked outside the cell door, when Lt. Setty gave the final direct order for inmate Feaster to comply, to which he refused to comply.

Summarize actions taken to resolve the incident:

I was utilized as the 4th member of the 5 man cell extraction team. As the 4th member I was responsible for the lower right quadrant of inmate Feaster 551-840. After OC was deployed by Lt. Setty and it rendered ineffective due to inmate Feaster blocking the hatch with his Ferguson gown. Due to inmate Feaster being in such close proximity of the cell front and was blocking the hatch the pepper ball launcher and stingball grenade was not utilized. Introductions were made in J - Corridor, after introductions we then approached the cell front for the final direct orders to be given. Lt. Setty gave the final order to comply, to which inmate Feaster refused to comply. At this time the cell door was ordered open by Lt. Setty and the cell extraction team made entry to the cell. Inmate Feaster met the shield/team the the cell front as he was being aggressive and combative as we made entry. The momentum of the team placed inmate Feaster towards the back of the cell, at which time inmate Feaster appeared to attempt to go around the bed at which time I C/O Jewell veered left to prevent the combative inmate from creating distance. Inmate Feaster continued being combative to the 5 man cell

DRC-2181 E (03/2019)                                     Page 1 of 3

extraction team, we continued to attempt to place inmate Feaster on the ground. After further help of the team we were successful in placing the combative inmate to the floor. Once on the floor inmate Feaster continued being physically resistive and combative, refusing to roll over onto his stomach. Due to the placement of inmate Feaster in the cell and inmate Feaster physically resisting it made it difficult to roll him onto his stomach and secured his arms. I was located towards the upper portion of his torso. Direct ordered were continuously being given to roll over and to stop resisting. Team members were then able to roll inmate Feaster over onto his stomach to place him in restraints. Once secured in restraints and the team announced that his upper and lower extremities we secured, he then was ordered to stand up and face the wall. Myself and fellow team members assisted inmate Feaster to his feet, once to his feet we then placed the Ferguson gown back onto inmate Feaster which had fallen off during the extraction. Once the gown was placed onto inmate Feaster myself and C/O Justice escorted inmate Feaster from his cell to the J2 strip cage. Once secured in the strip cage, restraints were removed and inmate Feaster was assessed by medical, once cleared by medical the spoke with mental health then a strip search was conducted. After the strip search was concluded and was given clothing he then was placed in restraints wand escorted by C/O Justice and C/O Stevenson from the strip cage to J2 - 1. Once to the cell front of J2 - 1 he was ordered to enter the call and to lay face down onto the bed so restraints could be removed. Restraints were removed without incident and the cell extraction team backed out of the cell. Once all members were out of the cell, the cell door was secured and the door was ordered shut. No other force was used or witnesed. EOR.

| Signature: | | Date: |
|---|---|---|
| William J Jewell | *[signature]* | 12/3/2021 |

Action Taken:

| Signature of Managing Officer: | Date: |
|---|---|
| | |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

AGO Response to Discovery Request
000292
Defendants' MSJ Exhibit 7
Page 30 of 88

# Use Of Force Report

| Name (Last, First, MI) | | Title | Date | OAKS ID |
|---|---|---|---|---|
| Justice, Carl, E | | C/O | Dec 3, 2021 | Redacted |

| Incident Date | Incident Time | Incident Location | | |
|---|---|---|---|---|
| Dec 3, 2021 | 3:33 PM | J2-41 | | |

Inmate(s) Involved:
Inmate Feaster 551-840

Type of Force:

☐ Reactive     ☒ Planned/TAC Force     ☐ Witness

Did you call for assistance?     Did you use OC?    If yes, how many grams?

☐ Yes   ☒ No   If No, Why?     ☐ Yes   ☐ No   Amount:

I was part of a five man extraction team.

Did you use a baton (i.e.PR-24)?

☐ Yes   ☒ No

Did you utilize a less lethal device?

☐ Yes   ☒ No   If Yes, What Type:

Did you utilize a firearm?

☐ Yes   ☒ No   If Yes, Make, Model, Serial #:

Was a certified first responder utilized:

☒ CRT   ☐ HNT   ☐ CIT   ☐ Other   ☐ UNK   ☐ If No, Why:

Was a video camera with audio capabilities utilized:

☒ Yes   ☐ No   If No, Why:

Did you give the offender(s) a final order to comply?

☐ Yes   ☒ No   If No, Why: Lt. Setty Gave the final order to comply.

Describe the circumstances requiring force:

I was called upon to be the number three man upper left, in a five man extraction team. The reason for the extraction team was that inmate Feaster 551-840 was refusing all orders to cuff up and be removed from cell J2-41, and be placed in J2-1.

Describe any and all reasonable efforts made to preclude the situation:

Lt. Setty and CRT negotiator Conley attempted negotiations, those negotiations failed however and Lt. Setty utilized OC Spray to try and gain compliance. The OC did not have the desired effect due to inmate Feaster blocking the hatch with his Ferguson Gown. The five man team was assembled and was brought cell front Lt. Setty gave inmate Feaster a final direct order to cuff up and be moved to cell J2-1, inmate Feaster disobeyed this final direct order.

Summarize actions taken to resolve the incident:

I was called upon to be the number three man in a five man extraction team, I was responsible for the upper left quadrant of inmate Feaster 551-840. Lt. Setty had already utilized OC spray and it was deemed infective due to the fact Feaster was using his Ferguson Gown as a shield to cover the cuff port with it. Due to him covering the cuff port we decided to not try and use the pepperball launcher or a sting ball grenade. The team made introduction in J-Corridor, and then we went cell front (J2-41) Lt. Setty gave a final direct order to inmate Feaster to cuff up and move to cell J2-1 Feaster refused this direct order. At this time the door was opened and Officer Kinner who was the shield operator made contact with a fighting and combative inmate Feaster at the cell front. The team made entry into the cell and I could tell that Feaster was continuing to fight with Officer Kinner, the team's momentum moved Feaster to the back of the cell, he was fighting with Officer Kinner and then went to the ground. Officer Kinner was giving loud clear directives to comply and to stop fighting the whole time. Once on the ground Feaster was face up and was refusing to roll over onto his stomach, I took control of one of Feasters legs and tried to assist the team to get him rolled over onto his stomach so that restrains could be applied.

DRC-2181 E (03/2019)      Page 1 of 3

Feaster was trying to kick me with the leg I was not in control of, at this time I took control of the other leg by trapping in under my knee while still controlling his other leg with my hands. Feaster still was resisting, the team rolled him onto his stomach, I still maintained control of his legs Officer Jewell gave me the leg restraints and I applied the leg restraints as one Officer stated arms secure. I then announced legs secure, I stood up and assisted placing the Ferguson Gown back onto Feaster. Fester was then backed out of the cell and I took control of his right side by placing him into a escorting technique. Officer Jewell and myself escorted Feaster to the J2 strip cage, he was ordered to stay on the wall and comply with all orders. The strip cage door was closed, Medical came in and assessed Feaster, then Mental Health came in and assessed him, Feaster was cleared to go to cell J2-1. I removed the leg irons and handcuffs, Officer Kinner than ran Feaster through the strip out process, Feaster then was given cloths and put them on. Officer Stevenson then put the restraints on Feaster, the strip cage door was opened and Officer Stevenson and myself took control of him and placed him in a escort technique we escorted him to cell one. Feaster was then placed on the bed, he was given clear directives to lay on the bed and not move until we were out of the cell and the door was secured, his leg irons were removed, his hand restraints were removed and we backed out of the cell and the door was closed and the outer door was closed.

| Signature: | Date: |
| --- | --- |
| Action Taken | 12 -3-2 1 |

| Signature of Managing Officer: | Date: |
| --- | --- |
| | |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

AGO Response to Discovery Request
000294
Defendants' MSJ Exhibit 7
Page 32 of 88

# Use Of Force Report

| Name (Last, First, MI) | | Title | Date | OAKS ID |
|---|---|---|---|---|
| Stevenson J S | | Correction Officer | Dec 3, 2021 | Redacted |

| Incident Date | Incident Time | Incident Location | | |
|---|---|---|---|---|
| Dec 3, 2021 | 3:33 PM | J2-41 | | |

| Inmate(s) Involved: |
|---|
| I/M Feaster 551-840 |

Type of Force:

☐ Reactive  ☒ Planned/TAC Force  ☐ Witness

Did you call for assistance?  Did you use OC?  If yes, how many grams?

☐ Yes  ☒ No  If No, Why?  ☐ Yes  ☒ No  Amount: _____

#2 in a 5 man team

Did you use a baton (i.e.PR-24)?

☐ Yes  ☒ No

Did you utilize a less lethal device?

☐ Yes  ☒ No  If Yes, What Type: _____

Did you utilize a firearm?

☐ Yes  ☒ No  If Yes, Make, Model, Serial #: _____

Was a certified first responder utilized:

☒ CRT  ☐ HNT  ☐ CIT  ☐ Other  ☐ UNK  ☐ If No, Why: _____

Was a video camera with audio capabilities utilized:

☒ Yes  ☐ No  If No, Why: _____

Did you give the offender(s) a final order to comply?

☐ Yes  ☒ No  If No, Why:  Lt.Setty gave the final order to comply

Describe the circumstances requiring force:

I/M Feaster 551-840 refused to move from J2-41 to J2-01.

Describe any and all reasonable efforts made to preclude the situation:

Lt. Setty and CRT Officer Conley went to J2-41 with a camera operator to negotiate with I/M Feaster 551-840 in an attempt for him to move from J2-41 to J2-01. Negotiations failed and Lt. Setty then assembled the 5 man extraction team. Once the 5 man team was assembled and introductions were complete, the 5 man team along with Lt. Setty entered the range. Lt. Setty gave I/M Feaster 551-840 a final order to comply to which I/M Feaster refused, Lt. Setty then ordered the door open as I/M Feaster was at the cell front and the 5 man team made entry.

Summarize actions taken to resolve the incident:

Upon entry into the cell, I/M Feaster 551-840 began fighting with shield Officer Kinner as Officer Kinner gave him several direct orders to stop resisting and fighting. The teams momentum pushed I/M Feaster to the back of the cell as I Officer Stevenson took control of I/M Feaster's left arm and assisted him to the floor. I/M feaster continued to resist and as he was being placed on the floor and would not comply with commands to roll over for restraints to be applied. Officer Kinner removed the shield so the team could position I/M Feaster on his stomach for restraints to be applied. I/M Feaster continued to resist as the team rolled him onto his stomach, I Officer Stevenson maintained control of I/M Feaster's left hand as I placed handcuffs on I/M Feaster and announced hands secured. Another Officer then announced legs were secured and I/M Feaster 551-840 was then assisted to his feet and placed on the wall as the team placed the gown back on I/M Feaster before he exited the cell and was escorted to the strip cage. Restraints were removed and a strip search was conducted and then given clothes. I/M Feaster was checked by medical and mental health staff and

DRC-2181 E (03/2019)

Page 1 of 3

AGO Response to Discovery Request
000295
**Defendants' MSJ Exhibit 7**
**Page 33 of 88**

once cleared by both, restraints were placed on I/M Feaster and I Officer Stevenson and Officer Justice escorted him to J2-01 where I/M Feaster was placed on the bed. I Officer Stevenson removed the restraints and the team exited the cell, cell doors were locked and shut. All staff then exited the range. End of Report.

| Signature:<br>Justin S. Stevenson | *Just Steven* | Date:<br>12/3/2021 |

Action Taken:

| Signature of Managing Officer: | Date: |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

DRC-2181 E (03/2019)                                                                                      Page 2 of 3

AGO Response to Discovery Request
000296
Defendants' MSJ Exhibit 7
Page 34 of 88

## Use Of Force Report

| Name (Last, First, MI) | | | Title | Date | OAKS ID |
|---|---|---|---|---|---|
| Watts, Austen B | | | C/O | Dec 3, 2021 | Redacted |
| Incident Date | Incident Time | Incident Location | | | |
| Dec 3, 2021 | 3:10 PM | J2-Cell 41 | | | |
| Inmate(s) Involved: I/M Feaster 551-840 | | | | | |

Type of Force:

☐ Reactive ☐ Planned/TAC Force ☒ Witness

Explain in detail what you observed during this Use of Force Incident:

At the above date and approximate time listed, I (C/O Watts) was utilized as the camera operator for a five man extraction team for I/M Feaster(551-840) who was refusing to move from his cell to his new designated cell per afternoon move sheet. At the above time, myself, LT. Setty and CIT Conley approached I/M Feasters cell where CIT Conley started to utilize IPC skills with multiple direct orders to be hand restrained and exit the cell, due to the inmate having total disregard for all directives, LT Setty deployed o/c into the cell towards the inmates facial region in order to gain compliance before utilizing the five man extraction team for the planned use of force that was issued by the shift captain. I/M Feaster still was disregarding all direct orders after o/c was deployed. After the five man team was assembled, once again myself and LT Setty with the addition of the five man team went down and approached the cell front of I/M Feaster's cell where the final order was given by LT Setty, I/M Feaster refused to comply with the final order. At this point, the cell door was open per LT Setty request, then the five man extraction team made entry into the cell where I/M Feaster was still highly aggressive, combative with the five man team and physically resisting and combating the team members. After the inmate was properly restrained with hand and leg restraints the five man team moved I/M Feaster to the strip out cage in J2 where the inmate talked with medical, mental health, was strip searched, clothed and then placed back in hand and leg restraints then moved to J2-01 where the restraints were removed off the inmate and then the five man team exited the cell. No other force was used or witnessed. EOR.

| Signature: | Date: |
|---|---|
| austen watts | 12/3/2021 |

Action Taken:

| Signature of Managing Officer: | Date: |
|---|---|
| | |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

DRC-2181 E (03/2019)

Page 1 of 1

AGO Response to Discovery Request
000297
**Defendants' MSJ Exhibit 7**
**Page 35 of 88**

## Use Of Force Report

| Name (Last, First, MI) | | Title | Date | OAKS ID |
|---|---|---|---|---|
| Stidham, Aaron, L | | C/O | Dec 3, 2021 | Redacted |

| Incident Date | Incident Time | Incident Location | | |
|---|---|---|---|---|
| Dec 3, 2021 | 3:15 PM | J2-41 | | |

Inmate(s) Involved:
Feaster 551-840

Type of Force:

☐ Reactive ☐ Planned/TAC Force ☒ Witness

Explain in detail what you observed during this Use of Force Incident:

On the above date and time, While I was working in J2 South I/M Feaster 551-840 was supposed to be moved from J2-41 to J2-1 but was refusing to comply. I witnessed Lt Setty and C.I.T Negotiator Conley approach the cell front to get I/M Feaster to comply without any Use Of Force. I/M Feaster was refusing direct orders and threatening to harm himself. Due to the negotiations failing Lt Setty made multiple attempts to deploy O/C into the cell. The I/M refused to comply, and Lt Setty told me to stay and watch I/M Feaster while he retrieved the extraction team. After the team arrived, I/M Feaster was given final directives to comply but refused. The team entered the cell and I could hear direct orders were being given telling I/M to stop resisting. It sounded as if there was a struggle in the cell and I heard more direct orders being given. After a short time the I/M was brought out and placed into the J2 strip cage. The I/M was checked by mental health and the nurse, then was placed into J2 cell 1 without any further incidents.

| Signature: | Date: |
|---|---|
| Aaron L. Stidham | 12/3/2021 |

Action Taken:

| Signature of Managing Officer: | Date: |
|---|---|
| | |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

DRC-2181 E (03/2019)

Page 1 of 1

AGO Response to Discovery Request
000298
**Defendants' MSJ Exhibit 7**
**Page 36 of 88**

# Use Of Force Report

| Name (Last, First, MI) | | Title | Date | OAKS ID |
|---|---|---|---|---|
| Conley Landon | | Corrections Officer | Dec 3, 2021 | Redacted |

| Incident Date | Incident Time | Incident Location | | |
|---|---|---|---|---|
| Dec 3, 2021 | 3:15 PM | J2 cell 41 | | |

Inmate(s) Involved:
I/M Feaster #551-840

Type of Force:

☐ Reactive          ☐ Planned/TAC Force          ☒ Witness

Explain in detail what you observed during this Use of Force Incident:

Be advised on the above date and approximate time. I Officer Conley was pulled from my bid post to be a crisis Negotiator. A 5 man team was assembled (Officers Kinner, Stevenson, Jewell, Justice and Wellman) along with camera operator (Officer Watts), Mental Health Administrator (Salyers), Medical staff (Sammons) and Lt. Setty. The reason being was because I/M Feaster refused to be moved from J2 cell one to J2 North. Be advised that Mental Health Administrator Salyers talked with I/M Feaster and determined that he was not suicidal. Once myself, Lt. Setty, Nurse Sammons and camera operator Watts introduced ourselves to the camera, we walked to the cell front of J-2 cell 41 which housed I/M Feaster. I asked I/M Feaster if he was going to move to J2 North. I/M Feaster did not want to move and began saying he was suicidal and acting like he was going to bite his arm to harm himself. Lt. Setty and myself attempted to open the food hatch of cell 41 to give I/M Feaster a order to cuff up and move to J2 North. This attempt was unsuccessful due to having the wrong keys to open the food hatch. While Lt. Setty exited the range to get the correct keys. I asked I/M Feaster why he did not want move to J-2 North. I/M Feaster said he was upset at being in the hole because of a fake ticket. I asked I/M Feaster if his ticket had been heard yet and informed I/M Feaster that by him staying in J2 on observation only prolongs his stay in J2. Lt. Setty entered the range and gave I/M Feaster several direct orders to cuff up and move to J2 North. I/M Feaster refused Lt. Setty orders to cuff up and move to J-2 North. The food hatch was opened and I/M Feaster put his constant watch blanket in the food hatch to block the food hatch entrance of the cell. Lt. Setty gave direct orders to I/M Feaster to backup and cuff up. I/M Feaster did not comply to orders. Lt. Setty then deployed several burst of OC spray in the crack of cell 41, Lt. Setty tried to deploy spray in the food hatch but I/M Feaster was still blocking the food hatch entrance with the constant watch blanket. At this time myself and Lt. Setty gave several direct orders to I/M Feaster to get back from the food hatch. I/M Feaster did not comply to orders to back away from the food hatch. I Office Conley then exited the range. No other force was used or witnessed by this officer. EOR

| Signature: | Date: |
|---|---|
| | 12-3-21 |

Action Taken:

DRC 1000

| Signature of Managing Officer: | Date: |
|---|---|
| | |

Distribution: ALL COPIES TO MANAGING OFFICER who will distribute appropriately.

DRC-2181 E (03/2019)                                                                 Page 1 of 1

AGO Response to Discovery Request
000299
Defendants' MSJ Exhibit 7
Page 37 of 88

# Inmate Use of Force Statement

Date: _12-3-2021_

| Inmate Name: _Feaster_ | Number: _551840_ | Time: _4¹⁰ pm_ |

I, _Feaster_ , hereby make the following written voluntary statement concerning a Use of Force incident that I was involved in or witnessed on _12-3-2021_ at approximately _3³⁰_ am/pm.

"No Comment"

"Refused to Sign"

| Inmate Signature: | Date: _12-3-2021_ |
| Staff Witness Signature: _G. S. Hale / LT· Wc Bt_ | Date: _12-3-2021_ |

DRC2737 (01/08)

## INMATE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                                    Interview Date: 12/14/2021

Inmate Number: 551840                                  Incident Date:   12/03/2021

This is the use of force committee; I am STG Coordinator Fred Denney the Chairman. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report. As a result of all testimony taken in this case, the Use of Force Committee will determine what occurred and make a conclusion as to whether force was justified. I would like to advise you to be truthful to the committee. If it is found that you are not truthful to the committee, a conduct report may be issued. Do you understand?  Yes

State your name and number for the panel.   Inmate Name: Feaster

Inmate Number: A551840

Q: Do you wish to talk with the use of force committee concerning the incident on 12/03/2021?

A: Yes

Q: Can you explain to me in your own words what occurred during this incident?

A: I originally went on suicide watch due to the cell that I am in right now (J2-01). The cell is extremely disgusting, I can't flush my own toilet and they leave the cell door closed all day. There is some type of black mold that I have filed complaints on with the health and safety inspector, Mr. Holdren. I feel like I am dying when I am in there and that is the reason, I originally went on suicide watch. I was on watch for two days. I talked to Doctor Virginia about not being in that cell (J2-01) and he said he would see what he could do. I talked to him the next day and he said he could not keep me on watch for no reason. I asked him if he could move me to another cell and he said he would talk to them. He went to leave and said he could not keep me on watch and if I needed to go back on watch to do so. Ms. Salyers asked me to come to her office and I said no I would rather have had her come back down where I was so I could go back on watch. So, Ms. Salyers came to J2 and wanted me to come to the strip out cage. I said no, she could come down to my cell. She then came to my cell, and I explained to her the cell conditions. I told her I felt suicidal. Lieutenant Setty came down and I attempted to bite myself, so he sprayed me. I was not just going to let them spray me, so I blocked the door and the chute so I would not get sprayed in the face. Later they came back with a five-man extraction team. I told them I did not want to be hurt, that I was suicidal and to leave me in here. So, they came in and I did not fight back or resist at all. I literally walked to the back of the cell as Officer Kinner was pushing me and got against the wall. I saw that they could not restrain me while I was standing up, so I laid down for them. When they went to cuff me up, they all started punching me in the head, smashing my head in the ground, trying to break my leg and fingers. After this they extracted me from the cell, they mashed me up against the wall. They took me up to the strip out cage where I told Ms. Salyers that I was suicidal, because it was better than going back into that cell that was pretty much killing me (J2-01). I told her I wanted to make a statement and none of that occurred or happened. I spoke to medical and told them that my

thumb was throbbing and may be broke. He said you are okay and would not let me make a statement.

Q: Did you see medical after that because he did note that you stated you had a broken finger.

A: No

Q: When they initially came to tell you that you had to move from that cell, did you comply?

A: No, when they came in there with mace, I told them I was not going over there. I acted like I was going to bite myself and that's when he expelled that mace.

Q: When the Lieutenant came back with the five-man team, did you still refuse direct orders?

A: No, I said if you all are going to jump me, I'm not going for that. That is when I turned around and Officer Kinner pushed me to the back of the cell and yelled to quit resisting, quit resisting and I got on the ground for them.

Q: If you were going to comply, why wasn't you restrained at that point?

A: I don't know. Like I said, the door opened, and Officer Kinner pushed me in and started yelling, quit resisting. I wasn't resisting and my back was turned and literally assumed the position for cuffs. He pushed me straight to the back of the wall. They could not get me down, so I got on the ground myself. Then they cuffed and shackled me and started to beat on me.

Q: After you were extracted and placed in the strip out cage, was anymore force used on you?

A: No, there was no other force used there other than they kind of aggressively escorted me to the cell.

Q: So, no more strikes, usage of a PR-24, etc. was used?

A: No

Q: Was a PR-24 utilized on you at any time during this incident?

A: I never saw any PR-24 used.

Signature:

Signature:

**EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT**

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 01/05/2021

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? **YES** or **NO**   **INTIALS** _Yes__ ℛ𝒮

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?   **YES** or **NO**   **INTIALS** __Yes___ ℛ𝒮

**State your name and occupation for the panel.**

**Employee Name:**              **Employee Occupation**

**R. Setty**                    **Correctional Lieutenant**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes ℛ𝒮

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes ℛ𝒮

Q: Do you want to change or add anything to your report?
A: No ℛ𝒮

Q: Do you want Union Representation or a witness?

A: No ℛ𝒮

Q: Tell me what you witnessed during this incident.

A: Inmate Feaster had been placed on the move sheet and had stated that if he was moved back to J2-01, that he was going to go back on suicide watch. Ms. Salyers went to see Inmate Feaster and reported to the captain's office that he would not be put back on watch. A five-man SRT was then authorized by Captain Frazie to extract and move Inmate Feaster from J2-41 and place him in J2-01 if he continued to be non-compliant. Medical was then notified and O.C. spray was authorized for utilization if necessary. At 3:10pm, I went with medical, negotiator (Officer Conley) and Officer A. Watts (camera operator) to Inmate Feaster's cell to attempt negotiating with him to comply with the orders to move. However, Inmate Feaster would not comply, but instead started screaming that he was suicidal, that he was going to start harming himself and acted as if he was going to bite himself. I gave him a direct order to not harm himself and brandished my canister of O.C. I once again ordered him to comply with the order to be moved to J2-01 and or force would have to be utilized. The cuff port was then opened, and I ordered him make himself available so handcuffs could be placed on him. However, he refused the order and

blocked the cuff port with his suicide blanket. The negotiator and I issued more verbal commands, but Inmate Feaster continued to refuse the orders. I then utilized O.C. spray through the crack of the door to attempt to gain compliance as he repeatedly attempted to use his blanket to block the crack of the door and the cuff port. Eventually I believe that he had been fully exposed, but still refused further commands to comply with my orders. I then left the area as negotiations and O.C. exposure had failed. At 3:30pm, I returned with a SRT, medical and mental health to extract Inmate Feaster from J2-41. After I arrived at the cell front, I gave Inmate Feaster a final direct order to comply with the order to be moved to J2-01, which he refused. He then started yelling to the team "Lets go, come on in". I then ordered the team to make entry and as they did, Inmate Feaster began pushing back on the shield to try and prevent them from entering. The team was able to make entry, pushing Feaster towards the rear of the cell and was able to secure him on the floor. I could hear orders being issued to him to lay on his stomach to place his hands behind him. After he was successfully restrained, he was assisted to his feet and escorted to the J2 strip cage. Once secured in the strip cell, he was assessed by medical, mental health Crum and MHA Salyers. When the assessment was complete, Inmate Feaster was strip searched and escorted to J2-01. The SRT did maintain control of him during the escort and he was placed in J2-01 with no other force being utilized as he was compliant during this process. He was placed on the bunk, and his restraints removed. **RS**

Q: Were all necessary measures used to preclude this Use of Force from having to occur?

A: Yes, he was given multiple direct orders to comply, he was negotiated with and spoke with by mental health. O.C. spray was utilized, but none of that was successful. **RS**

Q: Did he have the ability to cause the SRT harm or place them in jeopardy?

A: Yes, anytime we must enter a cell with a resistant or non-compliant inmate that has not been restrained, we are in harm's way. **RS**

Q: Did he have the opportunity to cause harm?

A: Yes, his wrists nor ankles were not restrained. We tried to negate this, but he would not comply with any orders. **RS**

Q: Did you observe any members of the SRT striking the inmate during this extraction?

A: No, I did not witness any strikes. **RS**

Q: When Inmate Feaster was removed J2-41, was he unnecessarily slammed into the wall?

A: No, he was not. He was placed against the wall between cells 41 and 42 until the entire SRT had exited the cell. He was never slammed into the wall. **RS**

Q: Once he was placed in the strip cage, was he assessed by medical?

A: Yes, he was assessed by medical and mental health. **RS**

Q: Did he repeatedly state that he was suicidal?

A: Yes, he did. However, mental health determined that he was not, and we proceeded with our orders to move him to J2-01. **RS**

Q: Once he was successfully extracted, was any other force utilized on him?

A: No. The SRT did keep control of him during the escort, but he did not resist any further orders.

Signature:

Signature:

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to <u>ACCEPT</u> representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| | |
|---|---|
| Employee Signature: | Date: |
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to <u>DECLINE</u> representation:**

I hereby waive my right to representation. I agree to proceed with the interview/conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| | |
|---|---|
| Employee Signature: *Robt Jutty* | Date: 1/5/2022 |
| Witness Signature: | Date: 1/5/2022 |

DRC 1311 E (Rev. 10/07)

## EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 12/28/2021

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? YES or NO    INTIALS _Yes _JK

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand? YES or NO    INTIALS __Yes _JK

**State your name and occupation for the panel.**

**Employee Name:**                      **Employee Occupation**

**J. Kinner**                           **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes JK

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes JK

Q: Do you want to change or add anything to your report?
A: No JK

Q: Do you want Union Representation or a witness?

A: No JK

Q: Tell me what you witnessed during this incident.

A: I was the shield operator on a five-man SRT. We were assembled due to Inmate Feaster refusing to move to his assigned cell. Once we reached cell front, Inmate Feaster was in front of the cell door stating, "come on in". Lieutenant Setty issued Inmate Feaster a final direct order to comply with being restrained and removed from the cell, but he refused by stating "Come on in and get me". The Lieutenant ordered the cell door open, and I made entry as well as contact with Inmate Feaster as he was leaning back on the shield with his foot on the bed attempting to hold us back from entering. I was able to push him towards the rear of the cell using the shield, but he turned around began to try and wrestle it away from me. I gave multiple direct orders to him to get on the ground and to quit resisting us. Although he continued to physically resist us, we were able to place him on the ground with utilizing the shield. He was then directed to lay on his stomach so restraints could be applied. He refused these orders, so I decided to remove the shield so the rest of the team could turn him and apply the restraints. The cell is confined, and the team members were struggling to turn as he was still being resistant as I

continued to give him orders to turn over. Restraints were finally applied, and the team assisted him to feet as I retrieved his Ferguson gown which had fallen to the floor. After his gown was placed back on him, I ordered him to walk to the strip cage. He was then escorted to the strip cage without incident. Inmate Feaster was strip searched, assessed by medical and mental health and was compliant during this process. His restraints were then reapplied, and he was escorted to J2-01 where he was ordered to lay face down on the bed so his restraints could be removed. Inmate Feaster stated that he understood the directives and complied with all orders. His restraints were removed, and his cell door secured. *JK*

Q: Once you entered the cell, did you strike Inmate Feaster with anything other than the shield such as your fists, knees, or legs?

A: No, I did not. *JK*

Q: Did you witness any other team members striking Inmate Feaster?

A: No, they were only trying to turn him over onto his stomach to apply restraints, but he continued to resist. *JK*

Q: Did you witness his head getting beat off of the side of the toilet?

A: No *JK*

Q: Did you see any of the team members slam him into the wall outside of the cell?

A: No, as I recall he was already against the wall when I exited the cell. *JK*

Q: Did you witness any unauthorized or excessive use of force during this incident?

A: No, the extraction was very successful with nobody being hurt and Inmate Feaster was compliant throughout the rest of the process after the extraction. *JK*

Signature: *Josh Kinne*

Signature: *[signature]*

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to __ACCEPT__ representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: |
|---|---|
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to __DECLINE__ representation:**

I hereby waive my right to representation. I agree to proceed with the interview/ conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: 12·28-21 |
|---|---|
| Witness Signature: | Date: 12/28/21 |

DRC 1311 E (Rev. 10/07)

## EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 12/28/2021

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? **YES** or **NO**    **INTIALS** _Yes__ _JS_

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?    **YES** or **NO**   **INTIALS** __Yes___ _JS_

**State your name and occupation for the panel.**

**Employee Name:**                    **Employee Occupation**

**J. Stevenson**                       **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes _JS_

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes _JS_

Q: Do you want to change or add anything to your report?
A: No _JS_

Q: Do you want Union Representation or a witness?

A: No _JS_

Q: Tell me what you witnessed during this incident.

A: I was part of a five-man SRT that was assembled to extract and move Inmate Feaster from J2-41 to J2-01 if he continued to refuse orders to comply on his own as negotiations and direct orders had already failed. Once we arrived at the cell front, Lieutenant Setty issued Inmate Feaster a final direct order to comply with the order to move, which he refused. The cell door was ordered to be opened and we made entry. As we made entry, Inmate Feaster began fighting with the shield Officer Kinner and refusing direct orders to quit resisting and comply. We were able to push Inmate Feaster towards the rear of the cell and I was able to take control of his left arm and assist him to the floor. However, he continued to resist us and refused directives to roll over onto his stomach so restraints could be applied. Officer Kinner removed the shield from him so the team could position themselves in an effort to place Inmate Feaster on his stomach as continued to resist us. I was still in control of his left hand as the team was able to roll him over on his stomach and I applied restraints to his wrists. When the other members announced his feet were secure, we assisted him to his feet and placed his Ferguson back on him as it

had fallen off. Once his gown was placed on him, he was removed the cell and placed in the strip cage to be assessed by medical and mental health. Inmate Feaster was given clothes to put on after his strip search was completed, restraints were re-applied, and he was escorted to J2-01 where he was placed on the bed, and I removed his restraints. We then exited the cell and secured the door with no further incident. *JS*

Q: You stated that when you made entry, Inmate Feaster was fighting with Officer Kinner who was the shield man. How was he fighting with him?

A: Initially, Inmate Feaster was turned backwards applying pressure to the shield with his back. As we pressed him towards the rear of the cell, he turned and was trying to take the shield.  *JS*

Q: While Inmate was on the ground, did you strike him or observe anyone else strike him?

A: No, nobody struck him that I am aware of.  *JS*

Q: Did you observe his head being hit off the side of the toilet?

A: No  *JS*

Q: Did you observe anyone slam him against the wall outside of the cell?

A: No, once I exited the cell, I was adjusting my vest strap. He was against the wall momentarily but was soon after moved to the strip cage after everyone had exited the cell.  *JS*

Q: You stated that Inmate Feaster was assessed by both medical and mental health. Is this correct?

A: Yes.  *JS*

Q: Once Inmate Feaster was taken from J2-41, did you observe any unnecessary or excessive force being utilized?

A: No. After he was restrained and removed from the cell, he was compliant with us for the rest of the process.  *JS*

Signature: *[signature]*

Signature: *[signature]*

AGO Response to Discovery Request
000311

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to <u>ACCEPT</u> representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline.  I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: |
|---|---|
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to <u>DECLINE</u> representation:**

I hereby waive my right to representation.  I agree to proceed with the interview/conference at this time without a representative.  I make this waiver of my own free will without duress, coercion, or intimidation.  I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: 12-28-2021 |
|---|---|
| Witness Signature: | Date: 12/28/2021 |

DRC 1311 E (Rev. 10/07)

AGO Response to Discovery Request
000312
Defendants' MSJ Exhibit 7
Page 50 of 88

## EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 01/07/2022

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand?  YES  or  NO    INTIALS _Yes__ _CJ_

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?  YES  or  NO    INTIALS __Yes___ _CJ_

**State your name and occupation for the panel.**

**Employee Name:**                    **Employee Occupation**

**C. Justice**                        **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes _CJ_

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes _CJ_

Q: Do you want to change or add anything to your report?
A: No _CJ_

Q: Do you want Union Representation or a witness?

A: No _CJ_

Q: Tell me what you witnessed during this incident.

A: I was called upon as part of a five-man SRT who was the number three man responsible for the Inmates upper left quadrant. We were called to extract Inmate Feaster from J2-41 and place him in J2-01 as he was refusing to move. Lieutenant Setty had tried deploying O.C. spray into the cell, but Inmate Feaster continually tried blocking it using his suicide gown. Therefore, the pepper ball launcher nor sting ball grenades were utilized. After making camera introductions, we went to J2-41 cell front where Lieutenant Setty gave Inmate Feaster a final direct order to comply. Inmate Feaster refused this last directive. The cell door was opened, and we made entry. Inmate Feaster was fighting and being combative with Officer Kinner who was on the shield, but our momentum as a team was able to push him to the rear of the cell and ultimately place him on the ground. Officer Kinner was giving loud and clear directives the entire time to Inmate Feaster stop resisting. As Feaster went to the ground, he was face up and refusing all orders to roll over on his stomach so restraints could be placed on him. I took control of one of his legs attempting to try and help roll him over, but he was trying to kick me with the

leg I was not in control of. At this time, I took control of his other leg also and was able to trap it under my knee. The rest of the team was then able to roll him over onto his stomach as I controlled the movement of his legs until Officer Kinner was able to hand me the leg restraints which I was able to apply. After his wrists were also restrained, we assisted Inmate Feaster to his feet and placed his Ferguson back on him. It had fallen off during the extraction. After this was complete, we escorted Inmate Feaster out of the cell to the strip cage where he was checked by medical and mental health. After their assessment was completed, Inmate Feaster was strip searched, given his clothing, his restraints re-applied and we escorted to him to J2-01 by Officer Stevenson and me controlling his direction. Inmate Feaster was placed in cell J2-01 and was given orders to lay on the bed until his restraints were removed and we exited the with no further issues. ⟨ᴛ

Q: How was Inmate Feaster fighting or being combative as you stated?

A: At first, it was more of a passive aggressiveness as he was just applying pressure back into the shield. Then he turned and was trying to wrestle the shield away from Office Kinner and once he was placed on the ground, he was kicking at me and refusing to roll over on his stomach. ⟨ᴛ

Q: Did you strike him or witness anyone else striking him during this incident?

A: No ⟨ᴛ

Q: As you were controlling his legs, did you witness anyone hitting Inmate Feaster's head of the toilet?

A: No, I did not. ⟨ᴛ

Q: When you escorted Inmate Feaster out of cell J2-41, do you recall placing against the wall between cells 41 & 42?

A: Yes. We placed him there briefly awaiting the rest of the team to exit the cell. ⟨ᴛ

Q: Did you have to place him there forcibly or aggressively?

A: No, after he was restrained, he was pretty much compliant. ⟨ᴛ

Q: You did say that he was assessed by medical and mental health, correct?

A: Yes, he was. ⟨ᴛ

Signature: _U.Y.A_  1-7-22

Signature: _____ 1/7/2022

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to <u>ACCEPT</u> representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: |
|---|---|
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to <u>DECLINE</u> representation:**

I hereby waive my right to representation. I agree to proceed with the interview/ conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: 1-7-22 |
|---|---|
| Witness Signature: | Date: 1/7/2022 |

DRC 1311 E (Rev. 10/07)

AGO Response to Discovery Request
000315
Defendants' MSJ Exhibit 7
Page 53 of 88

## EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 12/22/2021

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? **YES** or **NO**   **INTIALS** _Yes _W\

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand?   **YES** or **NO**   **INTIALS** __Yes_W\

**State your name and occupation for the panel.**

**Employee Name:**                      **Employee Occupation**

**W. Jewell**                           **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes_W\

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes_W\

Q: Do you want to change or add anything to your report?
A: No_W\

Q: Do you want Union Representation or a witness?

A: No W\

Q: Tell me what you witnessed during this incident.

A: I was the fourth man of a five-man SRT that was called upon to extract Inmate Feaster as he was refusing to move to his newly assigned cell of J2-01. I was responsible for his lower right quadrant. The pepper ball launcher nor sting ball grenades were able to be utilized due to Inmate Feaster continually blocking the hatch with his Ferguson gown. After camera introductions were made, we went to Inmate Feaster's cell front where Lieutenant Setty issued a final direct order for Inmate Feaster to comply, to which Inmate Feaster refused. The cell door was then opened, and Inmate Feaster was met with the shield where he was being combative and aggressive. The team was able to push him to the rear of the cell where Inmate Feaster appeared as if he was attempting to go around the bed. I veered to the left to stop him from creating any distance between us. He continued to be aggressive towards the team as we were attempting to place him on the floor. Once he was successfully placed on the floor, he continued to resist orders to roll over onto his stomach so restraints could be applied. After a short while, the team was able to place him on his stomach, successfully restrain him and assist him to his feet. Once on his

feet, his Ferguson gown was placed back on him as it had fallen off during the extraction. He was then escorted out of the cell by Officer Justice and I to the strip cage. While in the strip cage, Inmate Feaster was assessed by medical and mental health. We then proceeded with the strip search, gave him clothing, placed restraints back on him and escorted him to J2-01. Once we arrived at cell 01, Inmate Feaster was ordered to lay face down on the bed so his restraints could be removed. He complied with these orders, the restraints were removed, and the team exited the cell with no further incident.

Q: In what ways was Inmate Feaster being combative and aggressive?

A: By applying his body weight back against the shield upon making entry and eventually turning and trying to take it away from the shield man. He continually resisted orders to turn over onto his stomach so restraints could be applied.

Q: While the team was attempting to restrain him, did you strike or witness anyone strike him?

A: No, it was more of just trying to roll him over so restraints could be applied. The cell is very confined and hard to maneuver in.

Q: Did you witness or you yourself purposefully bang his head from the toilet?

A: No

Q: When you exited the cell with Inmate Feaster, you stated that you and Officer Justice was the one's escorting him. Do you recall placing him against the wall?

A: Yes. We briefly placed against the cell wall awaiting the rest of the team to exit the cell.

Q: Do you feel the way you placed him against the wall was overly aggressive or was you trying to hurt him?

A: Absolutely not. He was very easily placed against the wall to my recollection.

Q: After exiting the cell, did you witness any excessive or unnecessary force being utilized?

A: No. After he was restrained, he was very compliant with us, and no other force was used other than us guiding him while escorting him.

Q: And you did state that he was assessed by medical and mental health?

A: Yes, he was.

Signature: _[signature]_ 12/22/2021

Signature: _[signature]_ 12/22/21

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to __ACCEPT__ representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| | |
|---|---|
| Employee Signature: | Date: |
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to __DECLINE__ representation:**

I hereby waive my right to representation. I agree to proceed with the interview/ conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| | |
|---|---|
| Employee Signature: | Date: 12/22/21 |
| Witness Signature: | Date: 12/22/21 |

DRC 1311 E (Rev. 10/07)

## EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021              Interview Date: 01/07/2022

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? **YES** or **NO**   **INTIALS** _Yes__

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand? **YES** or **NO**   **INTIALS** __Yes___

### State your name and occupation for the panel.

**Employee Name:**              **Employee Occupation**

**T. Wellman**                 **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes

Q: Do you want to change or add anything to your report?
A: No

Q: Do you want Union Representation or a witness?

A: No

Q: Tell me what you witnessed during this incident.

A: I was the fifth man on a five-man SRT that was ordered to extract Inmate Feaster from J2-41 and move him to J2-01 as he was refusing all orders to move, and negotiations had failed. Once the team had made camera introductions and we were at cell front, Lieutenant Setty gave Inmate Feaster a final order to comply, which he refused. The cell door was opened, and Officer Kinner made contact with Inmate Feaster utilizing the shield. Inmate Feaster appeared to be trying to stop the team from making entry. After the team did make entry, Inmate Feaster tried to take the shield from the team. Multiple direct orders were given to him to stop resisting and to get on the ground. The team eventually was able to place him on the floor. Due to the cell structure, I was unable to help with restraining him, but did witness the rest of the team trying to turn him over onto his stomach while continually giving him direct orders to do so while he continued to be noncompliant. The team was able to place restraints on him and assist him to his feet. His Ferguson gown had fallen off during the struggle and was placed back on him before he was removed from the cell. He was then escorted to the strip cell, where he was assessed

by medical and mental health. Once the assessment was complete, Inmate Feaster was strip searched, once again restrained, and escorted to J2-01, where he was ordered to lay face down on the bed to have his restraints removed. After the team removed the restraints, they backed out of the cell and his door was secured.

Q: You state that Inmate Feaster appeared to be trying to stop the team from making entry. In what way did he do this?

A: He had his back turned and was applying pressure backwards into the shield.

Q: Once Inmate Feaster was placed on the ground, did you observe any of the team members striking him with their fists or banging his head off the toilet?

A: No

Q: After he was removed from the cell, did you witness him being slammed into the any walls.

A: No. Once he was removed from the cell, he was placed against the wall between cells 41 and 42 and then escorted to the strip cage.

Q: Did you witness any unnecessary of excessive use of force during this incident?

A: No, after the extraction was complete, Inmate Feaster was compliant throughout the rest of the process.

Q: Was he assessed by medical?

A: Yes, he was.

Signature: *[signature]*

Signature: *[signature]*

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to ACCEPT representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| | |
|---|---|
| Employee Signature: | Date: |
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

---

**Fill out this portion of the form to DECLINE representation:**

I hereby waive my right to representation. I agree to proceed with the interview/conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| | |
|---|---|
| Employee Signature: | Date: 12-07-22 |
| Witness Signature: | Date: 1/7/2022 |

DRC 1311 E (Rev. 10/07)

## EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 01/05/2021

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? (YES) or NO    INTIALS _Yes__

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand? (YES) or NO    INTIALS __Yes___

**State your name and occupation for the panel.**

**Employee Name:**                      **Employee Occupation**

**L. Conley**                           **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes

Q: Do you want to change or add anything to your report?
A: No

Q: Do you want Union Representation or a witness?

A: No

Q: Tell me what you witnessed during this incident.

A: I was utilized as a crisis negotiator to speak with Inmate Feaster as he was refusing to move from J2-41 to J2-01 per the institutional move sheet. After introductions were made on camera, Lieutenant Setty, Nurse Sammons and I approached Inmate Feasters cell to speak with him. I began by asking Inmate Feaster if was going to comply with moving. He did not want to move, began acting if he was going to bite himself and saying he was suicidal. We had the wrong keys to the cuff port and Lieutenant Setty went to retrieve the correct one from the Officer. As the Lieutenant was doing this, I asked Inmate Feaster why he did not want to move. He stated that he was upset for being set up on a false ticket. I asked him if he had heard the conduct report yet and informed him that if not, he was only prolonging his stay in RH. Lieutenant Setty then returned and gave Inmate Feaster several direct orders to comply with being restrained and moved to J2-01. His cuff port was then opened, and Inmate Feaster began blocking the opening with his suicide gown. Lieutenant Setty ordered him to back up to the cuff port so restraints could be placed on him. Inmate Feaster continued to disobey the direct orders and Lieutenant

AGO Response to Discovery Request
000322

Setty deployed several short bursts of O.C. spray through the crack of the door as Inmate Feaster continued to block the cuff port. Several more orders were given to Inmate Feaster to comply to which he refused them all. The negotiations and deployment of O.C. spray failed, so we exited the range.

Q: Other than the deployment of O.C., did you witness any other use of force?

LCA: No

Signature: _[signature]_                    1 - 5 - 22

Signature: _[signature]_                    1 /5/2022

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to <u>ACCEPT</u> representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: |
|---|---|
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to <u>DECLINE</u> representation:**

I hereby waive my right to representation. I agree to proceed with the interview/conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: 1 - 5 - 2 2 |
|---|---|
| Witness Signature: | Date: 1/5/22 |

DRC 1311 E (Rev. 10/07)

**EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT**

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021               Interview Date: 01/07/2022

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? **YES** or **NO**    **INTIALS** _Yes__  ALS

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand? **YES** or **NO**    **INTIALS** __Yes___ ALS

**State your name and occupation for the panel.**

    **Employee Name:**                    **Employee Occupation**

    **A.  Stidham**                          **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes    ALS

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes    ALS

Q: Do you want to change or add anything to your report?
A: No    ALS

Q: Do you want Union Representation or a witness?

A: No    ALS

Q: Tell me what you witnessed during this incident.

A: I was working J2 and Inmate Feaster who was on the move sheet refused to move. Lieutenant Setty and CIT Officer Conley went to his cell to negotiate with him, but he still he refused claiming that he was going to hurt himself. Due to the failed negotiations, Lieutenant Setty told me to keep watch on him until he could return with the extraction team. After Lieutenant Setty returned with the team, they made entry and it sounded like they were struggling with the inmate as I heard continual direct orders being given to stop resisting. Shortly thereafter, Inmate Feaster was removed form J2-41 and placed in the strip cage. Lastly, he was assessed by mental health and medical, and then placed in J2-01 without any further incident.    ALS

Q: Did you ever witness O.C. spray being deployed?

A: No    ALS

Q: Other than hearing what sounded like a struggle, did you see any force used while the team was extracting Inmate Feaster?

A: No

Q: Did you witness any force at all during the entirety of the incident?

A: No. The team escorted him from the strip cage to J2-01, but Inmate Feaster was being compliant after the extraction was complete.

Signature:

Signature: 1/7/2022

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to <u>ACCEPT</u> representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: |
|---|---|
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to <u>DECLINE</u> representation:**

I hereby waive my right to representation. I agree to proceed with the interview/ conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: 1-7-22 |
|---|---|
| Witness Signature: | Date: 1/7/2022 |

DRC 1311 E (Rev. 10/07)

AGO Response to Discovery Request
000327
Defendants' MSJ Exhibit 7
Page 65 of 88

## EMPLOYEE USE OF FORCE VOLUNTARY STATEMENT

Inmate Name: Feaster                    Inmate Number A-551840

Incident Date: 12/03/2021              Interview Date: 01/04/2022

This is the Use of Force Committee; I am Fred Denney Use of Force Investigator. This interview is being conducted regarding an incident that occurred on 12/03/2021 and in accordance with Administrative Regulation 5120-9-02, Use of Force Report.

Before I ask you any questions, I want to make you aware that as an employee of the Department of Rehabilitation and Corrections you are under an affirmative duty to cooperate with the committee. Do you understand? **YES** or **NO**   **INTIALS** _Yes__

I want to also make you aware that disciplinary action could be taken as a result of this interview. Do you understand? **YES** or **NO**   **INTIALS** __Yes___

**State your name and occupation for the panel.**

**Employee Name:**                      **Employee Occupation**

**A. Watts**                            **Correctional Officer**

Q: Did you review your DRC 2181 that was submitted on 12/03/2021?
A: Yes A.W

Q: Is the information in the report true and factual to the best of your recollection?
A: Yes A.W

Q: Do you want to change or add anything to your report?
A: No A.W

Q: Do you want Union Representation or a witness?

A: No A.W

Q: Tell me what you witnessed during this incident.

A.W A: I was utilized as the camera man for a five-man SRT for the extraction of Inmate Feaster who was refusing to move to his newly assigned cell of J2-01. Lieutenant Setty, CIT Officer Conley and I approached his cell where Officer Conley attempted to negotiate with Inmate Feaster and gave him multiple direct orders to comply with being restrained so he could be moved. However, Inmate Feaster refused the orders. Lieutenant Setty deployed O.C. spray into the cell to gain compliance, but Inmate Feaster still refused to cooperate with the orders. The five-man SRT was cleared by the shift captain and was assembled. We once again went to Inmate Feaster's cell front where Lieutenant Setty gave him a final direct order to comply. At this time, the cell door was opened and the SRT made entry as Inmate Feaster was being aggressive and physically resistive trying to combat the team members. After the team was able to restrain Inmate Feaster, they removed him from the cell and placed him in the strip cage where he was assessed by medical and mental health. He was then strip searched, once again

restrained, and escorted to J2-01. His restraints were removed and the SRT exited the cell with no further incident.

Q: How was Inmate Feaster being combative or physically resisting the team?

A: He was pushing back against the shield as they made entry, turned, and tried to wrestle the shield away and refusing all directives to be restrained. AW

Q: While you were recording the incident, did you witness any of the team members striking Inmate Feaster.

A: No A.W

Q: Did you witness anyone hitting Inmate Feaster's head off the toilet or floor?

A: No A.W

Q: Did you hear the team giving loud, understandable orders to Inmate Feaster to comply?

A: Yes. Multiple direct orders were given to him. AW

Q: Once the team exited the cell, do you recall the team slamming Inmate Feaster into the wall outside of the cell?

A: No, that never happened as I recall. They had him against the wall awaiting all the team to exit, but he was not slammed into it as I recall. AW

Q: After the cell extraction was complete, did you witness any unnecessary or excessive force being utilized?

A: No. Once the extraction was complete, Inmate Feaster was compliant and was only escorted to and from the strip cage as the team was guiding him.

A W

Signature: _____

Signature: _____ 1/4/2022

# Acknowledgement and
# Waiver of Right to Representation

**Fill out this portion of the form to <u>ACCEPT</u> representation:**

I acknowledge my right to have a representative present at an interview/conference that may lead to discipline. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: |
|---|---|
| Witness Signature: | Date: |
| Signature of Union Representative present for interview/conference: | Date: |

**Fill out this portion of the form to <u>DECLINE</u> representation:**

I hereby waive my right to representation. I agree to proceed with the interview/conference at this time without a representative. I make this waiver of my own free will without duress, coercion, or intimidation. I further understand that I am not to discuss this investigation with anyone except an authorized representative until there has been a final disposition of the investigation.

| Employee Signature: | Date: 1/4/22 |
|---|---|
| Witness Signature: | Date: 1/4/2022 |

DRC 1311 E (Rev. 10/07)

**Southern Ohio Correctional Facility**
Lucasville-Minford Road  Lucasville, OH 45699
(740) 259-5544  Fax:

December 7, 2021
Page 1
NSG Medical Exam Report

**TERRANCE J FEASTER (A551840)**
Male  DOB:  Redacted    1871401908

**12/03/2021 - NSG Medical Exam Report: Nursing Medical Exam Report**
**Provider: Corey Sammons-RN**
**Location of Care: Southern Ohio Correctional Facility**
**This document contains image attachments**
**Doc ID: 174**

**Encounter Context**
**Parent Institution at time of evaluation:** Southern Ohio Correctional Facility
**Age at Time:** 32 Years Old

**Subjective:**
**Medical Examination for:** Use of Force
**Treatment location:**  Restricted Housing Unit/Segregation
**Subjective Evaluation:** States he has a broken finger

**Current Vital Signs**
Patient Refused Vital Signs
**Previous Height:** 71 (10/07/2021 11:42:44 AM)    **Previous Weight:** 162 (10/07/2021 11:42:44 AM)

**Objective/Assessment/Plan**
**Objective Physical Findings:**  Movement noted to all extremities and digtis before patient stated he had a fracture. No edema or discoloration noted to sight. No injuries noted to patient.
**Treatment administered:**  None indiated. Follow up with infirmary if needed.

**Patient Disposition:**
Released to Restrictive Housing

**Subjective**
**Patient statement:** States "They sprayed the fuck out of me"

**Objective Findings**

**Head, Eyes, ENT**
**Vision Disturbance:** Yes
**Elaborate:**  temporary impaired vision D/T OC exposure
**Hearing Difficulty:** No
**Difficulty Swallowing:** No

**Southern Ohio Correctional Facility**
Lucasville-Minford Road  Lucasville, OH 45699
(740) 259-5544  Fax:

December 7, 2021
Page 2
NSG Medical Exam Report

**TERRANCE J FEASTER (A551840)**
Male  DOB:  Redacted    1871401908

**Bleeding Gums:** No

**Neuro / Musculoskeletal**
**Conscious:** Yes
**Oriented x 3:** Yes
**Pupils, PERLA:** Yes
**Weakness of Extremities:** No

**Peripheral Circulation**
**Cyanosis:** No
**Mottling:** No
**Tingling in Hands:** No
**Tingling in Feet:** No

**Genital / Urinary**
**Urination Frequency:** No
**Incontinence:** No
**Difficulty Urinating:** No
**Urinary Catheter:** No

**Skin**
**Color:** Normal

**Cardiovascular**
**Rhythm** Regular
**Hear Sounds:** Normal
**Edema:** No
**Pitting:** No

**Respiratory**
**Lung Sounds** Normal
**Cough:** No

**Gastrointestinal**
**Appetite:** Good
**Vomiting:** No
**Nausea:** No
**Bowel Movements:** Regular
**Bowel Sounds:** Normal
**Abdomen:** Soft
**Nursing Diagnosis:** Alteration in skin integrity R/T exposure to OC Spray

**Plan:**
**Nursing Intervention(s):** Affected clothing removed
**Patient Education:** Educeted on length of symptoms of OC exposure and decontamination procedure.
Verbalized understanding. Clothing was removed in cell.

**Disposition**

**Southern Ohio Correctional Facility**
Lucasville-Minford Road   Lucasville, OH 45699
(740) 259-5544 Fax:

December 7, 2021
Page 3
NSG Medical Exam Report

**TERRANCE J FEASTER (A551840)**
Male   DOB:   Redacted   ·   1871401908

Return to clinic if no improvement
No restrictions on activity
Released to general population

*Feaster (551840) 12/3/21*

**Electronically signed by Corey Sammons-RN on 12/03/2021 at 4:22 PM**

**Southern Ohio Correctional Facility**
Lucasville-Minford Road   Lucasville, OH 45699
(740) 259-5544  Fax

December 7, 2021
Page 4
NSG Medical Exam Report

**TERRANCE J FEASTER (A551840)**
Male DOB: Redacted   1871401908



# Medical Exam Report

| Name: R. Setty | Inmate Number or Staff Member's Title: LT |
|---|---|
| Institution: SOCF | Date: 12/3/21 |

Type of Event: ☐ Accident ☐ Fight ☑ Use of Force ☐ Other

Subjective Evaluation: _States "I'm ok"_

Objective Physical Findings: <span style="color:red">Redacted</span>

Nurse's Assessment: <span style="color:red">Redacted</span>

Treatment: <span style="color:red">Redacted</span>

| Nurse's Printed Name: COREY SAMMONS | Title: NURSE 1 |
|---|---|
| Nurse's Signature: Corey Sammons BSN, RN | Date/Time: 12/3/21 3:50pm |

**Inmate Disposition:**
☐ Released to Housing Unit      ☐ Admitted to Infirmary        ☐ Transported to Hospital ER
☐ Released to                   ☐ Referred to Physician
  Segregation

**Staff Disposition:**
☑ Returned to Work              ☐ Transported to Hospital ER   ☐ Referred to Hospital/ER Dept.
☐ Referred to Personal Physician ☐ Other: _____

<span style="color:red">Redacted</span>

DISTRIBUTION IF **INMATE**      WHITE - Inmate Medical Record      CANARY - Security      PINK - (if accident) Health & Safety
DISTRIBUTION IF **EMPLOYEE**:   WHITE - Employee                   CANARY - Security      PINK - (if accident) Health & Safety
DRC 5251 (Rev. 02/16)

# Medical Exam Report

| Name: J. Kinner | Inmate Number or Staff Member's Title: CO |
|---|---|
| Institution: SOCF | Date: 12/3/21 |

Type of Event:  ☐ Accident  ☐ Fight  ☑ Use of Force  ☐ Other _____

Subjective Evaluation: states "No injuries"

Objective Physical Findings: <span style="color:red">Redacted</span>

Nurse's Assessment: <span style="color:red">Redacted</span>

Treatment: <span style="color:red">Redacted</span>

| Nurse's Printed Name: COREY SAMMONS | Title: NURSE 1 |
|---|---|
| Nurse's Signature: Corey Sammons BSN, RN | Date/Time: 12/7/21  5:50pm |

**Inmate Disposition:**
☐ Released to Housing Unit  ☐ Admitted to Infirmary  ☐ Transported to Hospital ER
☐ Released to Segregation  ☐ Referred to Physician

**Staff Disposition:**
☑ Returned to Work  ☐ Transported to Hospital ER  ☐ Referred to Hospital/ER Dept.
☐ Referred to Personal Physician  ☐ Other: _____

<span style="color:red">Redacted</span>

DISTRIBUTION IF INMATE     WHITE - Inmate Medical Record     CANARY – Security     PINK - (if accident) Health & Safety
DISTRIBUTION IF EMPLOYEE:  WHITE - Employee     CANARY – Security     PINK - (if accident) Health & Safety
DRC 5251 (Rev. 02/16)

# Medical Exam Report

| Name: J. Stevenson | Inmate Number or Staff Member's Title: CO |
| --- | --- |
| Institution: SOCF | Date: 12/3/21 |

Type of Event: ☐ Accident ☐ Fight ☑ Use of Force ☐ Other

Subjective Evaluation: _States "No injuries"_

Objective Physical Findings: <span style="color:red">Redacted</span>

Nurse's Assessment: <span style="color:red">Redacted</span>

Treatment: <span style="color:red">Redacted</span>

| Nurse's Printed Name: Corey Sammons | Title: Nurse I |
| --- | --- |
| Nurse's Signature: Corey Sammons BSN, RN | Date/Time: 12/3/21 7:50pm |

**Inmate Disposition:**
☐ Released to Housing Unit
☐ Released to Segregation
☐ Admitted to Infirmary
☐ Referred to Physician
☐ Transported to Hospital ER

**Staff Disposition:**
☑ Returned to Work
☐ Referred to Personal Physician
☐ Transported to Hospital ER
☐ Other: _____
☐ Referred to Hospital/ER Dept.

<span style="color:red; font-size:3em">Redacted</span>

DISTRIBUTION IF INMATE:  WHITE - Inmate Medical Record     CANARY - Security     PINK - (if accident) Health & Safety
DISTRIBUTION IF EMPLOYEE:  WHITE - Employee                 CANARY - Security     PINK - (if accident) Health & Safety
DRC 5251 (Rev. 02/16)

# Medical Exam Report

| Name: *A. Istice* | Inmate Number or Staff Member's Title: *CO* |
|---|---|
| Institution: *SOCF* | Date: *12/3/21* |

Type of Event: ☐ Accident ☐ Fight ☑ Use of Force ☐ Other

Subjective Evaluation: *States "I'm ok"*

Objective Physical Findings: <span style="color:red">Redacted</span>

Nurse's Assessment: <span style="color:red">Redacted</span>

Treatment: <span style="color:red">Redacted</span>

| Nurse's Printed Name: *CORLY SAMMONS* | Title: *NURSE* |
|---|---|
| Nurse's Signature: *Corey Sammons BSN, RN* | Date/Time: *12/3/21  3:50pm* |

**Inmate Disposition:**
☐ Released to Housing Unit     ☐ Admitted to Infirmary     ☐ Transported to Hospital ER
☐ Released to Segregation        ☐ Referred to Physician

**Staff Disposition:**
☑ Returned to Work                   ☐ Transported to Hospital ER     ☐ Referred to Hospital/ER Dept.
☐ Referred to Personal Physician   ☐ Other: _____

# Redacted

DISTRIBUTION IF INMATE:     WHITE - Inmate Medical Record
DISTRIBUTION IF EMPLOYEE:   WHITE - Employee
DRC 5251 (Rev. 02/16)

CANARY - Security
CANARY - Security

PINK - (if accident) Health & Safety
PINK - (if accident) Health & Safety

# Medical Exam Report

Name: W. Jewell

Inmate Number or Staff Member's Title: C O

Institution: SOCF

Date: 12/3/21

Type of Event: ☐ Accident ☐ Fight ☑ Use of Force ☐ Other _____

Subjective Evaluation: States "I'm ok"

Objective Physical Findings: , , , , , **Redacted**

Nurse's Assessment: **Redacted**

Treatment: **Redacted**

Nurse's Printed Name: COREY SAMMONS

Title: NURSE I

Nurse's Signature: Corey Sammons BSN, RN

Date/Time: 12/3/21 3:50 pm

**Inmate Disposition:**
☐ Released to Housing Unit  ☐ Admitted to Infirmary  ☐ Transported to Hospital ER
☐ Released to  ☐ Referred to Physician
    Segregation

**Staff Disposition:**
☑ Returned to Work  ☐ Transported to Hospital ER  ☐ Referred to Hospital/ER Dept.
☐ Referred to Personal Physician  ☐ Other: _____

# Redacted

DISTRIBUTION IF **INMATE**:  WHITE - Inmate Medical Record  CANARY - Security  PINK - (if accident) Health & Safety
DISTRIBUTION IF **EMPLOYEE**:  WHITE - Employee  CANARY - Security  PINK - (if accident) Health & Safety
DRC 5251 (Rev. 02/16)

# Medical Exam Report

| Name: T. Wellman | Inmate Number or Staff Member's Title: CO |
|---|---|
| Institution: SOCF | Date: 12/3/21 |

Type of Event: ☐ Accident ☐ Fight ☑ Use of Force ☐ Other

Subjective Evaluation: States "No injuries"

Objective Physical Findings:     <span style="color:red">Redacted</span>

Nurse's Assessment:     <span style="color:red">Redacted</span>

Treatment:     <span style="color:red">Redacted</span>

| Nurse's Printed Name: COREY SAMMONS | Title: NURSE 1 |
|---|---|
| Nurse's Signature: Corey Sammons BSN | Date/Time: 12/3/21 3:50pm |

**Inmate Disposition:**
☐ Released to Housing Unit    ☐ Admitted to Infirmary    ☐ Transported to Hospital ER
☐ Released to Segregation    ☐ Referred to Physician

**Staff Disposition:**
☑ Returned to Work    ☐ Transported to Hospital ER    ☐ Referred to Hospital/ER Dept.
☐ Referred to Personal Physician    ☐ Other: _____

<span style="color:red; font-size:3em">Redacted</span>

DISTRIBUTION IF **INMATE:**   WHITE - Inmate Medical Record    CANARY - Security    PINK - (if accident) Health & Safety
DISTRIBUTION IF **EMPLOYEE:**   WHITE - Employee    CANARY - Security    PINK - (if accident) Health & Safety
DRC 5251 (Rev. 02/16)

12/3/21, 5:54 PM                                              DRC4018

# Conduct Report

| Institution:<br>SOCF | SOCF-21-004035 | |
|---|---|---|
| Name:<br>FEASTER, TERRANCE J | Number:<br>A551840 | Lock:<br>E/J2/01 |
| Date/Offense:<br>12/03/2021 | Time/Offense:<br>03:10 PM | Location:<br>J2-41 |
| Rule(s) Violated:  18,20,21,23<br>Encouraging or creating a disturbance; Physical resistance to a direct order; Disobedience of a direct order; Refusal to accept an assignment or classification action | | |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

IM Feaster 551840 J2-41 had made it very clear earlier when he was removed from constant watch that if he was going to be moving to the 'slammer side" he would go back on watch. I notified Ms Salyers who spoke with IM Feaster and advised me he would not be put on watch. A 5 man SRT was authorized by Captain Frazie, to extract and move IM Feaster 551840 from J2-41 to J2-01 per the institutional move sheet. At 310 pm I went with a negotiator and camera operator to attempt to negotiate with IM Feaster and gain compliance from him to move. IM Feaster would not comply with negotiations. At this time I gave direct orders to IM Feaster to move or force would be utilized. I opened the hatch for IM Feaster to cuff up and issued direct orders to him to cuff, he then used his suicide blanket to cover the entrance. IM Feaster continued to not comply with orders and at that time I utilized OC to his facial area through the crack of the cell door to attempt to gain compliance. I was not able to get a full exposure to IM Feaster's facial area and at that time IM Feaster began using his suicide blanket to go back and forth blocking both the crack and the food hatch. With multiple attempts through the food hatch and the crack I did manage to deploy OC to his facial area to the point that I felt he was fully exposed and was either going to comply or not due to OC exposure. IM Feaster continued

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings?   ☐ Yes  ☑ No

| Printed Name:<br>Setty, Robert | Signature: *H. Robert Setty* | |
|---|---|---|
| Shift:<br>flex | Days Off:<br>Sun,Mon,Tue,Wed | Date:<br>12/03/2021 |

A copy of this conduct report was
served upon the above-named inmate on: _____  20_____ , at _____ .

| Staff Signature: |
|---|
| |

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number:<br>A551840 |
|---|---|
| | |

AGO Response to Discovery Request<br>000341<br>**Defendants' MSJ Exhibit 7**<br>**Page 79 of 88**

12/3/21, 5:53 PM                                    DRC4255

# Conduct Report Supplement

| Institution: | | |
|---|---|---|
| | SOCF | SOCF-21-004035 |

| Name: | | Number: | |
|---|---|---|---|
| | FEASTER, TERRANCE J | | A551840 |

to refuse to cuff up and move. At this time I exited the range and returned at 330pm with the 5 man SRT. We went to the cell

front and I gave IM Feaster a final direct order to cuff and move to J2. IM Feaster refused and the SRT was ordered to enter and

extract IM Feaster. The SRT entered and physically secured IM Feaster giving several orders while struggling to restrain him.

Eventually he was restrained and the SRT escorted him to the strip cage where he was checked by medical and mental health,

strip searched an dressed in segregation clothing and then re-secured in restraints and escorted to J2-01 without further incident.

Signature of Reporting Officer: _H. Robinette_

DRC 4255 (3/98) DISTRIBUTION: WHITE - RIB   CANARY - Unit File   PINK - RIB Board   GOLD - Inmate

AGO Response to Discovery Request
000342
Defendants' MSJ Exhibit 7
Page 80 of 88

12/3/21, 5:00 PM                                    DRC4018

# Conduct Report

| Institution: SOCF | | SOCF-21-004034 |
|---|---|---|
| **Name:** FEASTER, TERRANCE J | **Number:** A551840 | **Lock:** E/J2/01 |
| **Date/Offense:** 12/03/2021 | **Time/Offense:** 03:33 PM | **Location:** J2-41 |
| **Rule(s) Violated:** 20,21 Physical resistance to a direct order; Disobedience of a direct order | | |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

I Officer Kinner was assembled as the shield operator in a five man extraction team to remove inmate Feaster from J2-41. Once cell front I could see that inmate Feaster was positioned in front of the cell door and was saying "come on in!". Lt. Setty issued a final order for inmate Feaster to comply to which he stated "Come on in and get me". At this time the cell door was ordered to be opened, I made entry with the shield and was immediately met by inmate Feaster who was attempting to block our entry by leaning back against the shield and holding his foot up on the bed in effort to hold us back. I was able to push him further into the cell utilizing the shield at which time inmate Feaster quickly turned around and began attempting to wrestle the shield away from me. I issued multiple loud verbal orders for inmate Feaster to get on the ground face down and stop resisting us. He continued to physically resist making it difficult for us to place him on the floor, with the assistance of the team I was able to place him on the floor utilizing the shield. Inmate Feaster continued to physical resist and would not roll onto his stomach so that restraints could be applied, it was at this time I decided it was necessary to remove the shield from him so that team members could roll him onto his stomach and apply the restraints. Due to the close confines of the cell structures the

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings?  ☐ Yes  ☑ No

| **Printed Name:** Kinner, J. | **Signature:** _Joh Kinner_ | |
|---|---|---|
| **Shift:** 1st | **Days Off:** Wed-Thur | **Date:** 12/03/2021 |

A copy of this conduct report was
served upon the above-named inmate on: _____ 20_____ , at _____

| Staff Signature: |
|---|
| |

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number: A551840 |
|---|---|
| | |

AGO Response to Discovery Request
000343
**Defendants' MSJ Exhibit 7**
**Page 81 of 88**

12/3/21, 5:01 PM                                         DRC4255

# Conduct Report Supplement

| Institution: | | | |
|---|---|---|---|
| | SOCF | | SOCF-21-004034 |
| Name: | | Number: | |
| | FEASTER, TERRANCE J | | A551840 |

Due to the close confines of the cell structures the team struggled to roll him over as he continued to resist, I continuously issued orders for inmate Feaster to comply but he remained resistant. Team members were able to get him restrained and announced his hands and legs were secured, I then ordered inmate Feaster to stand up and face the wall. Team members assisted him to his feet and I retrieved the ferguson gown that had fallen off of him, I then assisted the team in placing the gown back onto inmate Feaster and once he was covered I ordered him to walk to the strip cage. Inmate Feaster was escorted to the strip cage by team members Justice and Jewell without issue. He became compliant with my orders and I conducted the strip search once he was secured in the strip cage. Inmate Feaster was assessed by medical and mental health staff, placed back into restraints, and ordered to back out of the strip cage.

Signature of Reporting Officer: _Josh Krause_

DRC 4255 (3/98) DISTRIBUTION:  WHITE - RIB  CANARY - Unit File  PINK - RIB Board  GOLD - Inmate

https://dotsportal.odrc1.state.oh.us/reports/DRC4255.aspx?fid=7a9fd83f-ea59-46a1-afb3-496e33de0766&guid={90841457-6bef-7975-b298-d28f9391...    1/1

AGO Response to Discovery Request
000344
Defendants' MSJ Exhibit 7
Page 82 of 88

12/3/21, 5:01 PM                                    DRC4255

# Conduct Report Supplement

| Institution: SOCF | SOCF-21-004034 |
|---|---|
| Name: FEASTER, TERRANCE J | Number: A551840 |

An escorting technique was maintained by team members Justice and Stevenson as we walked him to J2-01, once at the cell front I ordered inmate Feaster to lay face down on the bed so that restraints could be removed. Inmate Feaster stated that he understands and he would comply, the restraints were removed and we back out of the cell. The cell door was secured closed and we exited the range without issue. End of Report.

Signature of Reporting Officer: *[signature]*

DRC 4255 (3/98) DISTRIBUTION: WHITE - RIB   CANARY - Unit File   PINK - RIB Board   GOLD - Inmate

AGO Response to Discovery Request
000345
**Defendants' MSJ Exhibit 7**
**Page 83 of 88**

# Intervention Report
# Crisis/Hostage Situations

☐ Suicide Attempt  ☐ Hostage
☒ Refusal to Comply  ☐ Self-Mutilation
☐ Aggressive/Threatening Harm

| Institution: Southern Ohio Correctional Facility | | Date: Dec 3, 2021 | |
|---|---|---|---|
| Person Who Conducted Intervention: L. Conley | Level of Negotiator (Check One): | ☐ Certified Responder ☒ Crisis Negotiator ☐ Hostage Negotiator ☒ CIT Member | |
| Subject(s) Name(s) & Number(s) (if applicable): I/M Feaster #551-840 | | | |
| Date of Incident: Dec 3, 2021 | Beginning Time of Incident: 3:15 PM | Ending Time of Incident: 3:45 PM | |
| Crisis Intervention requested by: Frazie | | Title: Capt. | |

Back-up Negotiator Needed:  ☐ YES  ☒ NO

Back-up Negotiator Available:  ☐ YES  ☒ NO

Needed Resources Available:  ☐ YES  ☒ NO

Explain:
No other negotiator was on shift at the time

## Summary of Incident
I Officer Conley was pulled from my bid post to be a crisis Negotiator. A 5 man team was assembled (Officers Kinner, Stevenson, Jewell, Justice and Wellman) along with camera operator (Officer Watts), Mental Health Administrator (Salyers), Medical staff (Sammons) and Lt. Setty. The reason being was because I/M Feaster refused to be moved from J2 cell one to J2 North.Be advised that Mental Health Administrator Salyers talked with I/M Feaster and determined that he was not suicidal. Once myself, Lt. Setty, Nurse Sammons and camera operator Watts introduced ourselves to the camera, we walked to the cell front of J-2 cell 41 which housed I/M Feaster. I asked I/M Feaster if he was going to move to J2 North. I/M Feaster did not want to move and began saying he was suicidal and acting like he was going to bite his arm to harm himself. Lt. Setty and myself attempted to open the food hatch of cell 41 to give I/M Feaster a order to cuff up and move to J2 North. This attempt was unsuccessful due to having the wrong keys to open the food hatch. While Lt. Setty exited the range to get the correct keys. I asked I/M Feaster why he did not want move to J-2 North. I/M Feaster said  he was upset at being in the hole because of a fake ticket. I asked I/M Feaster if his ticket had been heard yet and informed I/M Feaster that by him staying in J2 on observation only prolongs his stay in J2. Lt. Setty entered the range and gave I/M Feaster several direct orders to cuff up and move to J2 North. I/M Feaster refused Lt. Setty orders to cuff up and move to J-2 North. The food hatch was opened and I/M Feaster put his constant watch blanket in the food hatch to block the food hatch entrance of the cell. Lt. Setty gave direct orders to I/M Feaster to backup and cuff up. I/M Feaster did not comply to orders. Lt. Setty then deployed several burst of OC spray in the crack of cell 41, Lt. Setty tried to deploy spray in the food hatch but I/M Feaster was still blocking the food hatch entrance with the constant watch blanket. At this time myself and Lt. Setty gave several direct orders to I/M Feaster to get back from the food hatch. I/M Feaster did not comply to orders to back away from the food hatch. I Office Conley then exited the range. No other force was used or witnessed by this officer

## Strategy Used to Resolve Incident
Negotiations, 5 man team, camera operator, medical staff and mental health administrator

End Result (check one):  ☐ Negotiated w/No Force  ☒ Negotiated but Force Used

Were You Debriefed:  ☒ YES  ☐ NO  Debriefed By (Name): Lt. Setty

Comments:

DRC2699 E (11/18)  Distribution:  Original -  Warden
Copies:  Deputy Warden/Operations,  Hostage Negotiation Program Adm.,  Use of Force Packet,  Institution Chief Negotiator

| Signature: | Date: 12-3-21 |
| Chief Negotiator: | Date: 12-6-21 |

AGO Response to Discovery Request
000347
Defendants' MSJ Exhibit 7
Page 85 of 88

AGO Response to Discovery Request
000348
Defendants' MSJ Exhibit 7
Page 86 of 88

## Department of Rehabilitation and Correction
# ARMORY/DEVICE ISSUE/RETURN LOG

| Institution: Southern Ohio Correctional Facility | | | | | | Location: CAPTAIN'S OFFICE - SRT CAGE | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Firearm/ Device | Inst./Serial Number | Issued To | Time Out | Issued By | Reason | Time In | Date | Received By |
| 11-3-21 | #1 VEST | 0707140004B | Kinner | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | #2 VEST | 0707140003B | Stevenson | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | #3 VEST | 0707140002B | Justice | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | #4 VEST | 0707140001B | Jewell | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | #5 VEST | 0707140005B | Wellman | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | HELMET | N/A #2 | Kinner | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | HELMET | N/A #8 | Stevenson | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | HELMET | N/A #11 | Justice | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | HELMET | N/A #6 | Jewell | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| 11-3-21 | HELMET | N/A #5 | Wellman | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| | HELMET | N/A | | | | CELL EXTRACTION | | | |
| 11-3-21 | SHIELD | N/A | Kinner | 325pm | Lt. Setty | CELL EXTRACTION | 400 pm | 11-3-21 | Lt. Setty |
| | SHIELD | N/A | | | | CELL EXTRACTION | | | |
| | #1 SCISSORS | N/A | | | | CELL EXTRACTION | | | |
| | | | | | | | | | |

DRC 2447 E (Rev. 04/01)

ACA 4191, 4193, 4166, 4088

## SOUTHERN OHIO CORRECTIONAL FACILITY
## MOVEMENT NOTIFICATION

12-03-2021 10:00 am moves
**DATE AND TIME OF DISTRIBUTION**

| | | | |
|---|---|---|---|
| Redacted | Redacted | K1-04 ERH | PRC Release |
| | | D1-04 Level 4 | PRC Release |
| | | L3-08 Level 4 | J2-43 RH |
| 551-840 | Feaster | J2-41 C/W | J2-01 RH |
| Redacted | Redacted | L2-15 Level 4 | L2-04 Level 4 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL NUMBER OF MOVES ON THIS SHEET ()**

*SHAWN D. RICHARDSON*

**COUNT OFFICE OR CC#1 SUPERVISOR**

**DISTRIBUTION:**

☐ CC#4   ☐ CC#5

☐ COUNT OFFICE SECRETARY
☐ CC #1
☐ D1
☐ D2
☐ OPERATIONS
☐ CAPTAINS' OFFICE
☐ CLOTHING ISSUE
☐ PROPERTY ROOM
☐ FOOD SERVICE
☐ STG
☐ PILL ROOM

☐ PSYCH PILL ROOM
☐ MENTAL HEALTH OFFICE L
☐ CC#3
☐ UNIT A
☐ UNIT B
☐ UNIT C
☐ UNIT D
☐ UNIT E

☐ K-CORRIDOR
☐ K1
☐ K2
☐ K3
☐ K4
☐ K5
☐ K6
☐ K7
☐ K8
☐ RTU NURSE

☐ L-CORRIDOR
☐ L1
☐ L2
☐ L3
☐ L4
☐ L5
☐ L6
☐ L7
☐ L8

☐ J-CORRIDOR
☐ J1
☐ J2
☐ J3
☐ J4
☐ ESCORT #1
☐ ESCORT #2
☐ RIB
☐ REC POD SUPERVISOR

**AGO Response to Discovery Request**
**000349**
**Defendants' MSJ Exhibit 7**
**Page 87 of 88**

# Ohio | Department of Rehabilitation & Correction

Mike DeWine, Governor
Annette Chambers-Smith, Director

**TO:** Fred Denney, Use of Force Investigator

**FROM:** Cynthia Davis, Deputy Warden of Operations

**DATE:** December 13, 2021

**SUBJECT:** USE OF FORCE INVESTIGATION (FEASTER A551840)

The attached Use of Force Report is being submitted to your Committee for investigation. A completed report on the findings of this investigation is due back in this office by:

**★★★★★ JANUARY 24, 2022 ★★★★★**

If extenuating circumstances exist which would prevent you from completing this report by the due date, it is imperative that you notify the Warden in writing and request an extension. **In your request, please include the Inmate's Name and Number, the Date of the Incident, and the Due Date of your report.** Your prompt attention to this investigation is greatly appreciated.

The following documentation is to be included in your returned packet to this office:

- ❑ Use of Force Committee Report- Findings
- ❑ Inmate Statement(s)
- ❑ Staff Statement(s)
- ❑ Operations Deputy Review of Use of Force (DRC4181)
- ❑ Extension Request (if applicable)
- ❑ Use of Force Checklist
- ❑ Memo to Use of Force Committee Chairperson
- ❑ Supervisor's Use of Force Summary Report (DRC2611)
- ❑ Inmate Medical Exam Report(s) (DRC5251)
- ❑ Staff Medical Exam Report(s) (DRC5251)
- ❑ Conduct Report (DRC4018)
- ❑ Incident Reports (DRC2181, DRC1000)
- ❑ Crisis/Hostage Situations Intervention Report
- ❑ Photos (if applicable)
- ❑ All other documentation

CD/cb

**ENCLOSURES**
**DISTRIBUTION:** Original: Use of Force Packet          Use of Force Chairman

Southern Ohio Correctional Facility
P. O. Box 45699
Lucasville, OH 45699
www.drc.ohio.gov

