IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **TERRANCE J. FEASTER,** | : | **Case No. 1:22-cv-313** |
| Plaintiff, | : | |
| v. | : | **Judge Michael R. Barrett** |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **ANNETTE CHAMBERS-SMITH, *et al.*,** | : | |
| Defendants. | : | |

### DECLARATION OF BRENNAN CRANK

I, BRENNAN CRANK, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare the statements set forth below are true and correct.

1. I have personal knowledge of the matters set forth herein, and I am competent to testify as to the truth of these matters.

2. I am employed by the Ohio Department of Rehabilitation and Correction (ODRC), as a Corrections Officer assigned to the Southern Ohio Correctional Facility (SOCF). I have served as a Corrections Officer at SOCF for over five (5) years.

3. During my career I have never been disciplined for any work rule infractions by either SOCF and/or ODRC officials for using excessive force against any inmate and/or for inappropriate supervision of any inmate, and/or for any other similar rule violations having to do with my interactions with prison inmates.

3. On November 27, 2021, I was working as a Corrections Officer assigned to the second shift (2:00 P.M. to 10:00 P.M.). As a Corrections Officer in a housing unit, I am generally responsible for monitoring and securing the housing unit during my shift.

4. My duties as a Corrections Officer at SOCF also include conducting random cell searches for contraband. In my tenure at SOCF, we have seen an increase in illegal substances entering into

our institution, therefore, per SOCF Post Orders, correctional staff are required to conduct approximately three (3) random cell searches per shift. It has been my practice to conduct these cell searches while the Incarcerated Person is out of their cell to avoid any conflict.

5. On November 27, 2021, I conducted a random cell search of D/L6/54, which was IP Feaster's (A551-840) assigned cell, while he was out for shower time. During my search of IP Feaster's (A551-840) cell D/L6/54, I found a piece of soaked brown paper, two small "roaches" and a small piece of white paper that is commonly known as "K2" on a bookshelf under a blue towel. I collected the items as suspected illegal substances / contraband. A drug confirmation later confirmed that the collected evidence contained an illegal substance known as K2.

6. During the course of this litigation, I have learned that IP Feaster (A551-840) alleged that my random cell search was in retaliation for him threatening to write me up. I do not recall IP Feaster (A551-840) threatening to write me up. Over the past five (5) years of my employment as a Corrections Officer at SOCF, it is common practice of IPs to threaten to write the officers up for some infraction – it happens every day. The best practice in dealing with these threats is to ignore them.

7. If IP Feaster (A551-840) threatened to write me up in November of 2021, I ignored him.

8. All ODRC Policies and SOCF Post Orders concerning the search of IP Feaster's (A551-840) cell were followed and obeyed. The conduct report I wrote on my November 27, 2021, cell search was presented to the Rules Infraction Board (RIB). IP Feaster (A551-840) was found guilty by the RIB of violating an Institutional Rule of Conduct by possessing contraband, K2.

This Declaration was executed this 12 day of June, 2024 in Lucasville, Ohio.

BRENNAN CRANK

2