# Conduct Report

| | |
|---|---|
| **Institution:** SOCF | **Case Number:** SOCF-21-003966 |

| | | |
|---|---|---|
| **Name:** FEASTER, TERRANCE J | **Number:** A551840 | **Lock:** D/L6/54 |
| **Date/Offense:** 11/27/2021 | **Time/Offense:** 07:22 PM | **Location:** L6 Cell 54 |

**Rule(s) Violated:** 39

Unauthorized possession, manufacture, or consumption of drugs or any intoxicating substance; Procuring or attempting to procure, unauthorized drugs; aiding, soliciting, or collaborating with another to procure unauthorized drugs or to introduce unauthorized drugs into a correctional facility;

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

Please be advised on the above date and time I C/O B. Crank was conducting a routine shakedown on I/M Feaster 551-840 when I happened to find 1 Piece of soaked brown paper along with 2 "roaches" and a small piece of white paper that is commonly known as "K2" on his bookshelf under his blue towel. I also found a "scribe" in his toilet which reads (Yo homie its JRock. I wanted to holla plus run somethin by youas you no my word means alot to me, I get over a band every month on first for my rental propertys, it will actually hit at midnight on 31st so 2morrow night. Im kinda dead till then lol. I was thinkin that maybe we could help each other out. Can your bay either borrow 20 on app or maybe borrow 1/2 face and at midnight 2morrow I can pay you back with 50% mark up, So ill send $30 back for the 24 hour wait. I been collecting this money every month for over 6 years now and have never missed a bet so I can gurantee payment if you can help bro. -White) I then returned to the booth and notified zone LT. EOR

(Use Conduct Report Supplement sheet, if needed)

As the Charging Official, do you wish to have input into the disciplinary proceedings?   Yes   ✔ No

| | |
|---|---|
| **Printed Name:** CRANKBL | **Signature:** *[signed]* |
| **Shift:** 2nd | **Days Off:** Th,F    **Date:** 11/27/2021 |

A copy of this conduct report was served upon the above-named inmate on: November, 30, 2021, at 11:49 AM

**Staff Signature:** *[signed]*

I acknowledge receipt of the conduct report on the above stated date and time:

| | |
|---|---|
| **Inmate Signature:** *[signed]* | **Number:** A551840 |

DRC 4018 (rev 12/05) DISTRIBUTION: WHITE - RIB CANARY - Unit File PINK - RIB Board GOLD - Inmate ACA 4214 through 4236, 4269

# HEARING OFFICER'S REPORT

| **Name:** FEASTER, TERRANCE J | **Number:** A551840 |
|---|---|
| **Date of Violation:** 11/27/2021 | **Date of hearing:** 11/30/2021 |

Was the conduct report accurately completed?  ✔ Yes    No -If No    Return    Withdraw    Modify

Is the inmate currently on the mental health caseload or does the inmate show signs of serious mental illness (If Yes, complete DRC-2530)?    Yes ✔    No

Has the inmate been informed of the rule violation and the facts alleged in support of the violation?  ✔ Yes    No

Has the inmate been informed of his right to be heard in his own defense?  ✔ Yes    No

**Inmate Plea:**    Rule: 39    Rule: 40

**Inmate Statement:** I THINK HE DID IT IN RETALIATION FOR ME WRITING HIM UP..

**Other Statement/Evidence:** CONDUCT REPORT, CONTRABAND TAG # 2021-314, INCIDENT REPORT, PICTURES 663-21..

**Finding:** REFER TO RIB..

✔ Based on these findings there is reason to believe that a rule violation occurred and the matter should be referred to the Rules Infraction Board. (Proceed to complete referral to RIB)

| Hearing Officer's Signature: *[signature]* | **Date:** 11/30/2021 |
|---|---|

DRC4020 (REV 01/19)                                                                                               ACA 4214 through 4236

# CHAIRMAN OF THE RULES INFRACTION BOARD - REVIEW

| **Case Number:** SOCF-21-003966 |
|---|

Disposition of the Hearing Officer is:  ✔ Affirmed    Reversed    Modified as indicated below    Returned for reconsideration

Comments: .

| Chairman, Rules Infraction Board (or Designee): *[signature]* | **Date:** 12/09/2021 |
|---|---|

# Testimony of Accused Inmate at Rules Infraction Board

| Inmate Accused of Violation: FEASTER, TERRANCE J | Number: A551840 | |
|---|---|---|
| Institution: OSP | Date: 12/09/2021 | RIB Case Number: SOCF-21-003966 |

**Statement:**

Officer Crank is the one that wrote this ticket. He wrote me a ticket that denied my library rights. There is to be no retaliation..... Inmate was removed from RIB do to becoming aggressive.

I have read the above and find that it is an accurate summary of testimony before the Rules Infraction Board.

| Secretary, Rules Infraction Board: *[signature]* |
|---|

✔

I have read the above and find that it is an accurate summary of testimony before the Rules Infraction Board.

| Inmate Accused Of Violation: *[signature: Refused]* | Number: A551840 |
|---|---|

I have read the above - it is **Not true and accurate** for the following reasons;

| Inmate Accused Of Violation: | Number: |
|---|---|

DRC4190 (03/04)

# Testimony of Accused Inmate at Rules Infraction Board

| Inmate Accused of Violation: FEASTER, TERRANCE J | Number: A551840 |
|---|---|
| Institution: OSP | Date: 12/09/2021     RIB Case Number: SOCF-21-003966 |

**Statement:**

Officer Crank is the one that wrote this ticket. He wrote me a ticket that denied my library rights. There is to be no retaliation...... Inmate was removed from RIB do to becoming aggressive.

I have read the above and find that it is an accurate summary of testimony before the Rules Infraction Board.

Secretary, Rules Infraction Board: *[signature]*

✔

I have read the above and find that it is an accurate summary of testimony before the Rules Infraction Board.

| Inmate Accused Of Violation: *[signature: Refuse]* | Number: A551840 |
|---|---|

I have read the above - it is **Not** true and accurate for the following reasons;

| Inmate Accused Of Violation: | Number: |
|---|---|

DRC4190 (03/04)

# Ohio Department of Rehabilitation and Correction
# Notification of Action by Hearing Officer
# RULES INFRACTION BOARD

| | |
|---|---|
| **Institution:** OSP | |

| Inmate Name: FEASTER, TERRANCE J | Number: A551840 | Work: ADJUSTMENT/C | Lock: A/7/27 |
|---|---|---|---|

**The following action has been ordered by the Rules Infraction Board or the Hearing Officer.**

| | | | |
|---|---|---|---|
| Recreation Restriction | From: | To: | Comments: |
| Cell / Bed Restriction | From: | To: | Comments: |
| Commissary Restriction | From: | To: | Comments: |
| Loss of Phone Privileges | From: | To: | Comments: |
| Extra Duty Assigned | From: | To: | Comments: |
| Other | From: 11/27/2021 | To: 05/27/2022 | Comments: 2yr visit restriction immediate family only. 2nd time drug sanction. |

Hearing Officer/RIB/Designee Signature: *[signature]*     Date: 12/9/2021

# Disposition of the Rules Infraction Board

| | |
|---|---|
| Institution: SOCF | RIB Case Number: SOCF-21-003966 |
| Inmate Name: FEASTER, TERRANCE J | Number: A551840 |
| Date of Hearing: 11/30/2021 | Time: 10:11 AM |

**Inmate Plea:** GUILTY    Rule: ___  Rule: ___  Rule: ___  Rule: ___  Rule: ___  Rule: ___

NOT GUILTY    Rule: 39   Rule: 40   Rule: ___  Rule: ___  Rule: ___  Rule: ___

**State the facts that explain the board's decision:**

Officer Crank was conducting a shakedown on Inmate Feaster 551840 and found a piece of soaked paper with 2 roaches and small pieces of white paper commonly known as K2. Drug confirmation form verified it was K2. The reason for the delay in this case was the drug confirmation form from the investigator and he was on constant watch status. Inmate had to be removed from RIB due to his behavior and aggressive attitude.

**Particular evidence or statements relied on:**

CONDUCT REPORT, CONTRABAND TAG # 2021-314, INCIDENT REPORT, PICTURES 663-21.

| | | |
|---|---|---|
| Did the inmate offer any defense? | ✔ Yes   No | |
| Did the Board believe the inmate's defense? | Yes ✔ No | Why? Not Convincing. |

Did the board rely on any confidential statement(s)?    Yes ✔ No
Did the board determine the informant(s) to be credible?    Yes ✔ No

Disposition of the Hearing Officer is:    ✔ Affirmed
                                         Returned for reconsideration

**Decision:** Based on the above stated facts the Board believes that:

Inmate FEASTER, TERRANCE J  violated rule(s)    Rule: 39  Rule: ___  Rule: ___  Rule: ___  Rule: ___  Rule: ___

Inmate FEASTER, TERRANCE J  did not violate rule(s)    Rule: 40  Rule: ___  Rule: ___  Rule: ___  Rule: ___  Rule: ___

Therefore, the RIB Officer imposes the following disposition: **RH**

✔ Check "Stacked" if you wish to stack housing record, otherwise housing record will be combined with other housing records.

Number of RH days imposed by RIB: 180

☐ RIB recommends a Security Review be conducted.

**Identify the disposition imposed and the reasons for the action taken:**

180 days RH and K5 placement and 2 year visiting restriction immediate family only. 2nd time drug sanctions: 6 months visiting, commissary, food and sundry, TV, radio, JPAY restrictions beginning on 11/27/21 ending on 5/27/22. This penalty is being imposed to promote a more positive behavior from this inmate. , No of Days in RH: 180, Serve Order requested: Stack

Appeal form given to inmate?    ✔ Yes    No

| | |
|---|---|
| Signature RIB Chairperson: *James [signature]* | Date: 12/09/2021 |

**Notice To Inmate:** You may appeal this decision to the Warden.

The oppeal must be submitted using the provided form DRC4027, within 7 doys of receiving this disposition.

**Acknowledgement of Receipt:**

| Inmate Signature: | *[signature]* | Date: 12/09/2021 | Time: 10:12 AM |
|---|---|---|---|

DRC4024 (Rev. 12/05) DISTRIBUTION: WHITE - RIB CANARY - Unit File PINK - RIB Board GOLDENROD - Inmate

# Result of Warden's Administrative Review

RIB Case Number: SOCF-21-003966

Upon reviewing the proceeding and the disposition of the Rules Infraction Board, I have determined that the board's decision should be:

✔ Affirmed                                             Reversed

  Modified as indicated below                          Returned for reconsideration

☐ Warden recommends a Security Review be conducted.

Notes:

| Warden or Designee's Signature: *Larry Greene* | Date: 12/09/2021 |
|---|---|

# Ohio | Department of Rehabilitation & Correction

Mike DeWine, Governor
Annette Chambers-Smith, Director

3966

TO: RIB CHAIRPERSON

FROM: Investigator Charles Miller

DATE: 11/30/2021

CONCERNING: Feaster A551-840

In my professional opinion, through my experience and training I have received as an Investigator/STG Coordinator/Drug Coordinator. I believe the substance to be consistent with the manner of how drugs or illicit substances have been found or packaged in this facility.

☐ Amphetamine (AMP)    ☐ Cocaine (COC)          ☐ Methadone (MTD)
☐ Barbiturate (BAR)     ☐ Fentanyl (FYL)         ☐ Opiates (OPI)
☐ Buprenorphine (BUP)   ☒ Spice (K2)             ☐ Oxycodone (OXY)
☐ Benzodiazepine (BZO)  ☐ Methamphetamine (MET)  ☐ Marijuana (THC)
☐ Other

COMMENTS:

---

Southern Ohio Correctional Facility
P. O. Box 45699
Lucasville, OH 45699
www.drc.ohio.gov



United States Census 2020 | BE COUNTED ☑ Ohio
It's easy, safe and important.
Census.Ohio.Gov

# Notice of Disciplinary Appeal

Institution: **S.O.C.F.**
RIB Case Number: **SOCF-20-002776**
Inmate Name: **Feaster**
Number: **551-840**

Warden:
I appeal the Rule Infraction Board's decision rendered on **9-16-2020** that found that I violated the following rule(s) **21, 61**

RECEIVED S.O.C.F
SEP 2 1 2020
WARDEN'S OFFICE

In my opinion the decision of the Rules Infraction Board was incorrect for the following reasons:
*(Be brief and specific in stating the basis for your appeal)*

☐ I did *not waive* my right to have 24 hours pass between the time I received a copy of the Conduct Report and my appearance before the RIB. I appeared before the RIB _____ hours after receiving the conduct report.

☐ I did *not waive* the presence of the charging official at the RIB hearing. The charging official did not appear.

☐ The RIB denied my request for a relevant witness.

☑ No evidence was introduced at the hearing to support the RIB's decision.

☑ Other *(Be Brief and Specific)*: I was found not guilty of rule 8, 18 and RIB based that decision on Conduct report, well there was also DVR footage that also proved I did not violate any rules of Conduct as well as witness testimony by prisoner Lowry #467-448 In fact officer Coppick threatened me twice and said He would punch me in my black nigger mouth, See; DVR outside M2 Gym. Furthermore, As a result of the guilty decisions of rule 21, 61 I have been given 15 days RH and 30 days Rec restrictions. This is clearly going excessive on the disciplinary action taken, I ask you to refer to my history as I am not a violent person to officers as well as prisoners. In accordance to AR 5120-9-08 Section F).(1). C/O Coppick should receive disciplinary action for writing a false Conduct report. I was told restrictions start upon my release on 9-22-2020.

Inmate Name: **Feaster**
Number: **551-840**
Date: **9-16-2020**

DRC 4027 (Rev. 03/04)
ACA 4236

Defendants' MSJ Exhibit 3
Page 9 of 12

**Ohio | Department of Rehabilitation & Correction**

Mike DeWine, Governor
Annette Chambers-Smith, Director

J2-01

## Notice of Disciplinary Appeal - Chief Legal Counsel/ Designee

| Institution: SOCF | RIB Case Number: SOCF-21-3966 |
|---|---|
| Inmate Name: FEASTER, TERRANCE J | Number: A551840 |

Chief Legal Counsel / Designee:

I received my appeal response from the Warden's office for the case listed above on 12/17/2021 that upheld my RIB conviction. (Inmate has 14 days from the date listed above to appeal to Legal Services. Mail or kite completed form to the address below. Attention: Legal Services - RIB )

In my opinion the decision of the Rules Infraction Board and the Warden's Office was incorrect for the following reasons:
*(Be brief and specific in stating the basis for your appeal)*

R.I.B. chairpersons violated AR5120-9-08 by denying my due process and rights to make a full statement and clearly retaliated by Capt. Whitman already offering me a chance to appeal before any evidence was entered in my defense. See; R.I.B. recording, and Appeal to Larry Green Wardens Designee. The above actors also attempted to violate the above cited authority by forging my signature and failing to issue my disposition and Appeal form timely; See I.C.R. History. C/O Crank violated AR5120-9-04 and policy 64-DCM-01 after he planted unverified/untested substances in my cell with a note in retaliation for an incident which occurred on 11/24/21 between 7:30pm-8:10pm when he as senior officer and C/O Merrit of L6 post denied me my library privileges violating policy 59-LEG-01. I responded to their misconduct by initiating an I.C.R. on 11/24/21 and C/O B. Crank immediately retaliated by the above stated misconduct further violating AR5120-9-31

| Signature: [signed] | Number: A551840 | Date: 12/20/21 |
|---|---|---|

DRC 4074 (Rev 01/2020)

4545 Fisher Road, Suite D · Columbus, Ohio 43228
www.drc.ohio.gov

RECEIVED DEC 29 2021 DRC Legal Services

## Warden's Decision On Appeal

| Institution: OSP | RIB Case Number: SOCF-21-003966 |
|---|---|
| Inmate Name: FEASTER, TERRANCE J | Number: A551840 |

On **December 09 2021**, the Rules Infraction Board determined that the above named inmate had violated the following rule(s)   **39**

✓ Inmate Appealed this decision and appeal was received in this office on **12/16/2021**

I have reviewed the matters raised in the inmate's appeal, the record generated in the Rules Infraction Board proceeding, and the disposition of the Rules Infraction Board. I have determined that the board's decision should be:

✓
**Affirmed (Comment as necessary below)**    Reversed as indicated below    Modified as indicated below    Returned for reconsideration as indicated below

You were charged with a proper rule infraction. There were no prejudicial violations or errors of your procedural rights. The record contained some evidence. The penalties imposed are authorized.

Warden: *Larry Greene* (signature)    Date: **12/17/2021**

I acknowledge receipt of this decision:

| Inmate Name: | Number: A551840 | Date: |

DRC4374 (Rev. 01/20) Distribution: White: Inmate Canary: Inmate Duplicate Pink: Warden (after receipt acknowledgement) ACA 4214 through 4236

# Ohio | Department of Rehabilitation & Correction

Wednesday March 01, 2023 8:23 AM

## DRC4377 – Legal Services Decision on Appeal

| | |
|---|---|
| Inmate #: A551840 | Name: FEASTER, TERRANCE J |
| Institution: OSP | Case #: SOCF-21-003966 |

| | |
|---|---|
| Case Status: | CLOSED - Legal Appeal - Upheld |
| Guilty Offenses: | 39 |
| Not-Guilty Offenses: | 40 |
| Inmate's Current Institution: | SOUTHERN OHIO CORRECTIONAL FACILITY |
| Inmate Accused of Violation: | FEASTER, TERRANCE J |
| Number: | A551840 |
| RIB Date: | 11/30/2021 |
| Rules: | 39 |
| Decision: | ☐ Affirmed(*Comment as necessary below*) |
| | ☐ Reversed as indicated below |
| | ☐ Modified as indicated below |
| | ☐ Returned as indicated below |

**COMMENTS:**

Inmate appeals stating there was retaliation. The inmate should note this is a review of the RIB process. Issues of inappropriate supervision are beyond the scope of this appeal. The inmate believes the drugs were planted. There is no evidence presented that would lead me to believe that was the case. There were no witnesses to testify on that accord. The investigator confirmed the contraband was in fact an intoxicating substance. A case will not be overturned minus evidence. Case is affirmed.

| Chief Legal Counsel: | Signature: | Date: |
|---|---|---|
| VENCOT BROWN | Submit | 1/13/2022 |

DRC 4377