## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TERRANCE J. FEASTER,** | : | |
| | : | **Case No. 1:22-cv-313** |
| Plaintiff, | : | |
| | : | **Judge Michael R. Barrett** |
| v. | : | |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **ANNETTE CHAMBERS-SMITH, et al.,** | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' NOTICE OF MANUAL FILING OF VIDEO EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby give notice of the manual filing of the video recordings from the handheld cameras located at the Southern Ohio Correctional Facility. All submitted videos were captured on December 3, 2021, identified as Defendants' MSJ Exhibit 5 and Defendants' MSJ Exhibit 6. Due to the format, the videos could not be filed electronically. Undersigned counsel will send the videos to the Office of the Clerk, Potter Stewart U.S. Courthouse, 100 East 5th Street, Cincinnati, Ohio 45202, by a mail delivery service, on Tuesday, June 18, 2024. A copy of the videos have been sent to Plaintiff's current unit managing staff at the Southern Ohio Correctional Facility ("SOCF') for his review during the pendency of this matter.

Respectfully Submitted,

DAVE YOST (0056290)
Ohio Attorney General

/s/*Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/ (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Notice,* has been electronically filed on June 17, 2024, and served upon Plaintiff via U.S. mail, postage prepaid at the below address.

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, OH 45699

/s/*Andrew Gatti*
ANDREW GATTI
Senior Assistant Attorney General

2