# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**Terrance J. Feaster,**
   Plaintiff

Case No. 1: 22-cv-313
( J. Barrett ; Litkovitz, MJ )

vs

**Annette Chambers-Smith, et al.,**
   Defendants.

## NOTICE TO PRO SE PLAINTIFF(S) UPON FILING BY DEFENDANT(S) OF MOTION(S) FOR SUMMARY JUDGMENT

You are hereby notified that a motion for summary judgment as a matter of law has been filed by the Defendant(s) in this case **(Doc. 89)**.  Your failure to file a memorandum in response to the motion within 21 days from the date of service set forth in the certificate of service attached to the motion may warrant dismissal of this case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

When a proper motion for summary judgment is filed under Fed. R. Civ. Proc. 56, you may not rest upon the allegations in your Complaint.  If you do so, summary judgment may be entered against you.  You have the right to file affidavits setting forth specific facts showing that there is a genuine issue for trial.  The person signing the affidavit must have personal knowledge of the facts set forth therein, and the affidavit must contain facts which would be admissible in evidence.  It must also affirmatively show that the person signing it is competent to testify as to the matters in the affidavit.