OFFICE OF THE CLERK
Richard W. Nagel
U.S. Dist. Court
S.D. of Ohio
100 EAST FIFTH ST., RM. 103
Cincinnati, OH 45202

June 27th, 2024

RE: FEASTER v CHAMBERS-SMITH, et al., (case no. 1:22-cv-313)
    FEASTER v. SAMMONS, et al., (case no. 1:23-cv-00098)

Dear Mr. Nagel,

Enclosed please find a copy of "Plaintiff's letter to District Court Judges for Extension of Time" for "good Cause Shown" in the above captioned cases to be filed and entered as new Extraordinary Circumstances occurring at the (S.O.C.F.) exist. [Please send docket sheet of filings].

Terrance J. Feaster, Pro Se'
#551840
(S.O.C.F.)
P.O. Box 45699
Lucasville, OH 45699

June 27th, 2024

## LETTER TO COURT FOR EXTENSION OF TIME

Dear Honorable District Court Judges,

As the plaintiff in cases; FEASTER V. CHAMBERS-SMITH, et al., (Case no. 1:22-CV-313) and FEASTER V. SAMMONS, et al., (Case no. 1:23-CV-00098). I formally request via this letter an "Extension of Time" to reply and oppose "defendants Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment", Doc #89 and Doc #90 in (case no. 1:22-CV-313). As well as "Extension of Time" to add additional claims/defendants as Calender order for deadline is June 3rd, 2024 in (case no. 1:23-CV-00098), and those reasons for "Good Cause" are further Set Forth:

I assert that in corroboration to the filed Preliminary Injunction in (case no. 1:22-CV-313) the following facts shall also be taken into consideration while under review.

1) In conjunction to Plaintiff's recently filed "objections to Order and Report and Recommendations; Preliminary Injunction" I have been in rapid succession of retaliatory acts as on June 12th, 2024 I was interviewed by an (A.C.A.) American Correctional Associations Auditor in connection to my

grievances about (S.O.C.F.) corruption and deplorable prison conditions. In attendance was (UMC) Jeremy Oppy (Deputy Warden) Cadogan, and (Warden/CEO) Cynthia Davis.

- On June 13th, 2024 Myself and Prisoner Ronald Shanklin who I later learned also spoke with the (A.C.A.) Auditor, were both moved by (S.O.C.F.) administration out of L8 housing block to L3 housing block and bothersome to prisoners the new cells were extremely deplorable and unclean, the cell I was moved to was also Inoperable L3-47 and I had learned via other prisoners had been vacant for months so I was moved to L3 cell #55. (Ronald Shanklin is associated with this case in the sense, Somehow his mail ended up misconstrued with one of my filings in (case no. 1:22-cv-313).

2) I in recently filed "Objections to Order and Report and Recommendations" insist that the (S.O.C.F.) is in violation of "Ethics Laws" and "ODRC Policies 34-PRO-01, and 31-SEM-01 (Nepotism and Ethics Policies)" which provides for severe infractions for unauthorized relations in the prison workplace which there is an abundance of actively at (S.O.C.F.) and in relation to the following "Qualified Events".

- OFFICERS, Mr. G. Lawson and Mr. Deemer are engaged in a "rumored" unauthorized relationship and are known

pg. 3 of 6

for unprofessional conduct such as, ordering prisoners to strip search and perform acts like bending over and spreading their buttocks for their own sadistic sexual pleasure. [Note: I have filed 3 grievances against C/O G. Lawson who was reprimanded each instance as I personally witnessed him utilize his personal cell phone to take pictures (selfies in the (IDR) Inmate Dining Room and deprive prisoners of meals for merely speaking to other prisoners in the (IDR) by sending them back to their housing blocks without a meal although there is no (S.O.C.F.) rules against talking to fellow prisoners].

- Aramark Service Worker Mrs. Marcum is "rumored" to be married to C/O Marcum's so in relation to violation of the "Nepotism/Ethics Policies".

3) Moreover, I have now been placed in (RH) Restrictive housing/segregation under new outrageous and clearly falsified/fabricated conduct report that reads as follows:

- In sum, on June 14th, 2024, I C/O G. Lawson was informed by Aramark Marcum that prisoner Feaster #551840 threw a hotdog at her while coming thru the serving line and stated "Take this bitch put it in your mouth or I will do it for you, You're going to find out sooner then later whats up cunt your time is coming" C/O Lawson then states in this conduct report that after giving direct orders to cuff up I stated "I'm not placing my hands behind my back fuck off" and after another direct order I complied and stated "It's ok

I'll just go on constant watch until I get my way, It's nothing but a pay day.

- I have been charged with violating rules: 1.5 throwing liquid or Material at another person, 2.1 threatening bodily harm to another person, 3.2 Non-Consensual Sexual Contact with another person, 3.7 Sexual harassment, 5.2 Disobeying direct orders, and 5.7 Disrespect towards another person. (OAC, AR 5120-9-31 Invoked).

- Conduct Report was heard by Sgt. M. Dillow on 6/20/24 at my cell front and After I requested witnesses, prisoners Diamond who was next to Armark Ms. Marcum on serving line and L3 cell #42 Taylor, L3 cell #54 who were sitting at my table and can attest to C/o G. Lawsons lies, evident lies, Sgt. Dillow then walked off. (OAC, AR 5120-9-31 Invoked).

4) On June 14th, 2024 between 12:30-2:00pm after (IDR) incident I initiated constant watch after Lt. Harris failed to Investigate and stated I was going to (RH) and would receive an R.I.B. Conduct report. While awaiting a constant watch officer I was stripped searched and ordered to stand naked in the strip cage. After being given a dirty gown and lying near the c/o's restroom I requested a clean gown and blanket, I was denied and Lt. Harris called/assembled an (SRT) Special Response Team, Four to Five c/o's arrived with (BWC) Body Worn Cameras activated including c/o's Deemer [Negotiator] and G.

Lawson who had an assault style mace/pepper gun aimed at my head/face the entire incident. After refusing me a clean gown and blanket, I complied as to not escalate this incident but continued to inquire as to why I was being placed in (RH) to no avail. (OAC, AR 5120-9-31 Invoked).

5) I have Initiated OAC, AR 5120-9-31(4) Grievance Procedure in all (3) qualifying events; As well as against (R.I.B) Chairpersons Brian Barney and A. Cooper for violations of OAC, AR 5120-9-08 Superseded by ODRC Policy 56-DSC-02 as the time to conduct an (RIB) hearing has since elapsed and I have up until this date not been informed of any ongoing investigations or reason for delay. I am and have been without any of my legal documents/materials to file correct opposition/response motions, even after numerous requests via kite to (UMC) J. Oppy 6/20/24 and (Warden) C. Davis via in person administrative rounds on 6/25/24 and kite sent 6/27/24. I have yet to receive any response or details on these matters and have been under dire conditions in (RH) slammer cells which consists of (2) steel reinforced doors closed 24 hrs. a day with no fan, A/c in 90°F and above heatwave, No cell clean up, and without any notice/update of my status in case number: SOCF-24-001944.

6) I received Ohio Attorney General (Atty.) Andrew Gatti's June 17th, 2024 letter/Notice and "Defendant's

Pg. 6 of 6

Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment" with attached Exhibits; Docs. #89 and #90 on June 27th, 2024.

CONCLUSION.

For the above mentioned reasons, I request as the Plaintiff in (case no. 1:22-cv-313) and (case no. 1:23-CV-00098) that Motion for "Extension of Time" via letter be granted and extended 30 days, For Good Cause Shown.

"DECLARATION"

I hereby declare by penalty of perjury under the laws of the United States that the foregoing is true and correct this 27th day of June, 2024 at Lucasville, OH 45699. *[signature]*

Respectfully Submitted,

*[signature]*
Terrance J. Feaster, Pro Se'
#551840
(S.O.C.F.)
P.O. Box 45699
Lucasville, OH 45699

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Plaintiff's Letter For Motion For Extension Of Time" was sent via U.S. mail to the Ohio Attorney Generals Office, (Atty.) Andrew T. Gatti at 30 East Broad St., 23rd Fl., Columbus, Ohio 43215 on this 27th day of June, 2024.

Terrance J. Feaster, Pro Se'
#551840
(S.O.C.F.)
P.O. Box 45699
Lucasville, OH 45699

Terrance J. Teaser *551810
(S.O.C.F.) Southern Ohio Correctional Facility
P.O. Box 45699       Outgoing Inmate Mail
Lucasville, OH 45699

COLUMBUS OH 430
1 JUL 2024 PM 4 L

OFFICE OF THE CLERK
RICHARD W. NAGEL
U.S. DIST. COURT
S.D. OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

(LEGAL MAIL)                        (LEGAL MAIL)