IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | |
| | : | Case No. 1:22-cv-313 |
| Plaintiff, | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| ANNETTE CHAMBERS-SMITH, et al., | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' NOTICE OF NON-OPPOSITION TO EXTEND TIME AND OPPOSITION TO PLAINTIFF'S MOTION TO AMEND [DOC 92]

NOW COME Defendants, Travis Wellman, Robert Setty, Corey Sammons, Carl Justice, Joshua Kinner, Sharon Salyers, Brennan Crank, William Jewell, Justin Stevenson and Phillip Frazie (Defendants), by and through undersigned counsel, and hereby notice Terrance Feaster (Plaintiff) and the Court that they do not oppose Plaintiff's Motion to Extend Time to File a Response. However, Defendants do oppose Plaintiff's Motion to Amend. The grounds for this notice and opposition are set forth more fully in the attached memorandum.

                                                                         Respectfully Submitted,

                                                                         DAVE YOST (0056290)
                                                                         Ohio Attorney General

                                                       /s/*Andrew Gatti*
                                                                         ANDREW GATTI (0086854)
                                                                         Senior Assistant Attorney General
                                                                         Criminal Justice Section
                                                                         Corrections Litigation Unit
                                                                         30 E. Broad Street, 23rd Floor
                                                                         Columbus, Ohio 43215
                                                                         (614) 644-7233/ (855) 665-2568
                                                                         Andrew.Gatti@OhioAGO.gov
                                                                         *Counsel for Defendants*

**MEMORANDUM IN SUPPORT**

**I.     NOTICE**

On July 8, 2024, Plaintiff filed an "Extension of Time to reply and oppose defendants memorandum in opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment." [Doc. 92, PageID# 1129]. On November 28, 2023, this Court issued a Calendar Order setting the dispositive motion deadline for June 17, 2024. [Doc. 66]. However, Plaintiff filed his dispositive motion early. [Doc. 82]. Defendants' moved for an extension of time to file a response to Plaintiff's motion for summary judgment to the original dispositive motion deadline. [Doc. 84]. Defendants' filed their motion for summary judgment and opposition on June 17, 2024. Therefore, Defendants' do not oppose a reasonable extension of time for Plaintiff's response.

**II.    OPPOSITION**

In Plaintiff's letter he does request an extension of time to add claims and defendants. [Doc. 92, PageID# 1129]. This is purportedly for case 1:23-cv-00098. *Id*. However, right after the request to add additional claims and defendants, Plaintiff switches gears again and begins discussing an already denied preliminary injunction in the above captioned matter. [*Id*.; *See* Doc. 80]. To the extent that Plaintiff's motion is construed as trying to add additional claims, defendants or supplement his already denied preliminary injunction, Defendants oppose.

Fed. R. Civ. P. 15 govern Amended and Supplemental Pleadings. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff cannot amend his pleadings without first asking consent from the opposing party or leave of the Court. Defendants oppose any attempt to amend his pleadings at this stage of the proceedings. Further, Plaintiff did not seek leave of the Court. Therefore, to the extent that Plaintiff is seeking to amend his pleading in this case, these attempts should be denied.

### III. CONCLUSION

For the foregoing reasons, Defendants do not oppose Plaintiff's motion for extension of time to file a response. However, Defendants do oppose any attempt to amend the pleading in this case.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

/s/*Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233 / (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Non-opposition to Plaintiff's Motion to Extend Time and Opposition to Motion to Amend [Doc. 92],* has been electronically filed on July 18, 2024, and served upon Plaintiff via U.S. mail, postage prepaid at the below address.

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, OH 45699

/s/*Andrew Gatti*
ANDREW GATTI
Senior Assistant Attorney General