UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRANCE J. FEASTER,<br>    Plaintiff, | Case No. 1:22-cv-313<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| ANNETTE CHAMBERS-SMITH, *et al.*,<br>    Defendant. | **ORDER** |

    This matter is before the Court on plaintiff's motion. (Doc. 92). The Court construes plaintiff's motion to explicitly request: (1) an extension of his deadlines to respond to defendants' motion for summary judgment (Doc. 89) and file a reply memorandum in support of his own motion for summary judgment (Doc. 82); and (2) to add claims/defendants in S.D. Ohio Case No. 1:23-cv-00098. Plaintiff's motion also appears to present a third request: that he be permitted to supplement his objection (Doc. 87) to the undersigned's pending Report and Recommendation that the District Judge deny plaintiff's motion for a preliminary injunction (Doc. 80). Defendants filed a response assenting to the first request but opposing the second and third. (Doc. 93).

    The Court **GRANTS in part** plaintiff's motion (Doc. 92) as it relates to his request for extensions of time in the above-captioned case. For good cause shown, plaintiff shall have until **Thursday, August 22, 2024**, to respond to defendants' motion for summary judgment and to file a reply memorandum in support of his own motion for summary judgment. *See* Fed. R. Civ. P. 6(b)(1)(A). Plaintiff's motion (Doc. 92) is **DENIED in part** as to his second request, as the Court will not rule in this case on the relief sought in S.D. Ohio Case No. 1:23-cv-00098. Finally, it is the District Judge's decision whether to consider plaintiff's additional arguments in support of his objection to the undersigned's pending Report and Recommendation, and the

Court therefore declines to rule on plaintiff's third request.

**IT IS SO ORDERED.**

Date: 7/22/2024

Karen L. Litkovitz
Chief United States Magistrate Judge