Richard W. Nagel                                          October 29th, 2024
OFFICE OF THE CLERK
U.S. DIST. COURT
S.D. OF OHIO
100 EAST FIFTH ST., RM-103
CINCINNATI, OH 45202

RE: FEASTER V. CHAMBERS-SMITH, et al.
    (Case No. 1:22-CV-313)

Dear Mr. Nagel,

Enclosed please find "Letter To Honorable District Judge Michael R. Barrett" to be filed and entered in the above cited case.

Respectfully Submitted,

Terrance J. Feaster, Pro Se'
#551840
P.O. Box 45699
Lucasville, OH 45699

FILED
RICHARD W. NAGEL
CLERK OF COURT
NOV -4 2024 1:45 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

OCTOBER 29th, 2024

LETTER TO THE U.S. DIST. COURT S.D. OF OHIO

RE: FEASTER V. CHAMBERS-SMITH, et al..
(Case No. 1:22-CV-313)

Dear Honorable District Judge Michael R. Barrett,

I write to inform the court prior to any decision, and or order and Report and Recommendation in the above cited case on the pending Dispositive motions in this action that another Serious "Excessive Use of Force" incident has occurred and I have sustained serious injury due to an officer at the S.O.C.F.'s Malicious/unproffessional conduct.
On 10/16/2024 As the plaintiff in this matter was placed in (R.H.) Restrictive Housing for unexplained reasons and in accordance to OAC. AR 5120-9-07 and ODRC Policy 56-DSC-01 Conduct Hearing Officer M. Dillow had no later than 7 days to hear a conduct report on an R.H. Placement. On 10/23/24 I inquired of M. Dillow when and why I had not heard my conduct report, to that "R.I.B. chairperson" Brian Barney stated don't worry will hear it sometime monday while calling prisoners inmates in cells. Due to the consistent racial discrimination, assaults, and retaliatory incidents I have endured, on 10/24/24 I attempted to initiate suicide/constant watch to help with my anxiety and distress of the unrelenting attacks. On this date between 8:15am and 9:30am I first alerted officer Pack of J2 of my intentions while twisting up a sheet that I needed to speak with a supervisor about my R.H. Placement and status. This officer returned with his partner C.O. Crow who stated that he wanted to conduct a cell search. I explained that I felt Suicidal and needed

a Supervisor while draping part of the sheet over my shoulder and placing the rest on the top shelf, then while sitting on the sink speaking to C.O. Crow he instantly failed to activate his (B.W.C.) Body Worn Camera or contact his Supervisor began deploying the toxic chemical "O.C." and stating cuff up. While I stood with my hands up and started walking towards this officer he continued without releasing the trigger expelling the "O.C." spraying my head, face, torso, and even my back as I turned to cuff up coating me with O.C. until the cannister sputtered completely empty. After cuffing me he then proceeded to run off the range leaving me and his partner C.O. Pack behind. The "O.C." chemicals were so intoxicating I passed out and woke up to Sgt. King, C.O. Pack and a nurse with active B.W.C. While at medical LPN Durham failed to provide proper and adequate Medical attention using only a single saline wipe to clean the "O.C.", failed to take my statement and sent me back to J2 constant watch where I was released by Mental Health Coord. Ms. Garrison who explained she didn't know why the ticket hadn't been heard but did review B.W.C. footage of the incident. On 10/29/24 J2 Sgt. Jones explained after a "Generator Test on 10/28/24" that the 10/16/24 conduct report was destroyed/entered incorrectly but that I now have a new conduct report pending from the 10/24/24 incident. On 10/29/24 UMC Jeremy Ppy during administrative rounds quickly stated to me an investigation is pending. I am requesting this court take these incidents serious in conjunction to this case as the corruption at the S.O.C.F. has continuously interrupted the integrity of each pending action and my ability to prosecute them Pro Se.

Respectfully Submitted,

Terrance J. Feaster, Pro Se

Terrance J. Feaster #551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

LEGAL MAIL

Sothern Ohio Correctional Facility
Outgoing Inmate Mail

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

45202-397699

LEGAL MAIL

