UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

NOV 18 2024 1:20 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

TERRANCE J. FEASTER,
    Plaintiff

VS.

ANNETTE CHAMBERS-SMITH, et al.,
    Defendants

Case no. 1:22-cv-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

# MOTION FOR EXTENSION OF TIME

Plaintiff, Terrance J. Feaster, acting in Pro Se' moves the Court in accordance to S.D. Local Civ. R. 6.1(b) and Fed. R. Civ. P. 7(a) for an Extension of Time to move or Plead and file objections to (Doc. #98) Order, Report and Recommendation. entered and Signed by Magistrate Judge K.L. Litkovitz on 10/23/2024 for the reasons set forth;

Pursuant to Fed. R. Civ. P. 72(b), within (14 Days) after being served with the above mentioned R&R (Doc. #98) any party may serve and file specific written objections to the proposed findings and Recommendations. This period may be extended further by the court on timely motion for Extension.

Plaintiff now request a (21) day Extension to file objections for the follow reasons stated further.

1.) Plaintiff contends that he was served with the courts Report and Recommendations on 11/7/2024 a day after Objections to R&R (Doc. #98) were due.

2.) Plaintiff on 10/16/2024 was retaliated against by c/o Armstrong and Lt. Harbaugh, after being placed in (R.H.) Restrictive Housing for reason still unknown to the plaintiff and according to Ohio Administrative code, AR 5120-9-07 and ODRC Policy 56-DSC-01, which expresses that the S.O.C.F. Conduct Report hearing officer M. Dillow was to conduct a hearing as soon as practical or within (7) day but no later. the plaintiff never received a hearing in the alotted time frame and on 10/23/2024 purported the violation to Lt. Brian Barney, and Sgt. M. Dillow who expressed that they would hear it sometime the following week while stating "Look inmates in cells."

3.) Plaintiff avers due to his anxiety and severe Emotional distress from the repetitive acts of racial discrimination, Intentional harassment in various forms, and unrelenting blatant acts of retaliation he attempted to initiate suicide/constant watch to not only protect his mental health but also inquire as to why he had been placed in (R.H.) and to know his status on 10/24/2024. This day between 8:15am and 9:30am the plaintiff made his intentions known first to officer Pack who took note and returned back with his partner officer Crow

2

who appeared at the cell front and as the plaintiff with a sheet in hand expressed that he wanted to be placed on watch and speak to mental Health and a supervisor. C.O. Crow then began deploying O.C. Spray until the liter can was empty leaving the plaintiff coated with the chemicals from his face, head, torso, and back therefore exhausting the O.C. into the plaintiff's cell. The officers failed to activate (B.W.C.) Body worn cameras or contact a supervisor. After cuffing the plaintiff C.O. Crow immediately left the area leaving behind the plaintiff as well as his partner officer Pack and due to the excessive amount of gases and chemicals the plaintiff soon passed out creating/causing a medical emergency. The plaintiff awoke to a nurse, C.O. Pack, and Sgt. King who seemed to all have active (B.W.C.) and was then placed on a gurney, escorted to the infirmary where the plaintiff could not see or open his eyes for hours but was promptly and inadequately examined by LPN Durham who only offered a single saline wipe to cleanse the O.C. The plaintiff was then sent back to (R.H.) J2 cell #42 for 24hr constant watch. On 10/25/2024 Mental Health coord. Ms. Garrison did conduct a brief assessment notifying the plaintiff that she could not explain why I hadn't had a hearing but did review viable (BWC) footage from C.O. Crow and Pack

3

from the incident and understood my reasoning for initiating watch. She stated that she wasn't aware of any details but that the plaintiff had a new pending conduct Report, and soon after released him from watch.

4.) The plaintiff was then moved back to the slammer side of J2 R.H. cell #28 where conditions included what looked to be blood and spit all over the walls, corroaded toilet, No ventilation, No cell cleaning, No showers due to officer Allis of J2, 1 blanket covered in O.C. spray from the 10/24/24 incident behind 2 steel closed doors where the plaintiff's bright overhead light stayed on 24/7. These were only some of the conditions among also seeing prisoner Fudge #674682 being pushed and assaulted by C.O. Allis and Sgt. Jones of J2 push him while in cuffs into J2 cell #42 after I was moved out which was still covered in the O.C. spray and chemicals and never cleaned. Plaintiff was released from (R.H.) on 11/6/2024 without ever hearing a conduct Report or holding of a hearing causing the plaintiff to miss the deadline to make objections to the (Doc. #98) R&R.

5.) The plaintiff since being released from (R.H.) has again been denied his property a viapath phone tablet which is personally assigned to each prisoner and has been a tactic used by the S.O.C.F. administration as a

4

form of Racial discrimination and retaliation so the plaintiff is unable to utilize the grievance procedure in violation of the P.L.R.A. as well as other accessible services the viapath technology offers proscribed by it user and contractual agreements. The plaintiff along with (Doc.# a pending preliminary Injunction will now attach a Temporary Restraining Order with those objections mentioned herein in the event this extension of time is granted. WHEREFORE, Plaintiff request for the foregoing reasons this "Motion for Extension of time" be Granted for an additional (21) days in the interest of fairness and impartiality or the plaintiff will surely be prejudiced in this action.

Respectfully Submitted,

Terrance J. Feaster, Pro Se'
#551840
P.O. Box 45699
Lucasville, OH 45699

## CERTIFICATE FOR SERVICE

I certify that a copy of the foregoing "Motion For Extension of Time" was sent via U.S. Mail to the Ohio Attorney Generals Office, Atty. Andrew T. Gatti, at Corrections Litigation Unit, 30 East Broad St., 23rd Floor, Columbus, Ohio 43215 on this 10th day of November 2024

Terrance J. Feaster, Pro Se'
#551840
(S.O.C.F.) P.O. Box 45699
Lucasville, OH 45699

Richard W. Nagel        November 10th, 2024
U.S. Dist Court
S.D. OF OHIO
100 East Fifth St., RM 103
Cincinnati, OH 45202

RE: FEASTER V. CHAMBERS-SMITH, et al.,
    (Case no. 1:22-CV-313)

Dear Mr. Nagel,

Enclosed please find Plaintiff's "Motion For Extension of Time" to file Objections to (Doc. #98) entered on 10/23/2024, Magistrate Judge Karen L. Litkovitz's Order and R&R, to be filed in the case at bar.

Respectfully Submitted,

Terrance J. Feaster, Pro Se
#551840
(S.O.C.F.) P.O. Box 45699
Lucasville, OH 45699

Terrance J. Feaster #551840
P.O. Box 45699
Lucasville, OH 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

LEGAL MAIL

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OH 45202

LEGAL MAIL