# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERRANCE J. FEASTER, : | |
| : | Case No. 1:22-cv-313 |
| Plaintiff, : | |
| : | Judge Michael R. Barrett |
| v. : | |
| : | Magistrate Judge Karen L. Litkovitz |
| ANNETTE CHAMBERS-SMITH, et al., : | |
| : | |
| Defendants. : | |

## RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION [DOC. #98]

Travis Wellman, Carl Justice, Brennan Crank, William Jewell, Justin Stevenson[1] ("Defendants"), file their Response to Plaintiff Terrance Feaster's, Objection to the Magistrate Judge's Report and Recommendation ("R&R"). [Docs. 98, 103]. A Memorandum in Support is attached.

Respectfully Submitted,

DAVE YOST (0056290)
Ohio Attorney General

/s/*Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/F: (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

---

[1] The conclusion of the Magistrate Judge's Report and Recommendation, excludes granting summary judgment for Defendant Setty. [Doc. 98; PageID# 1196]. However, the body of the Magistrate Judge's decision dismisses the claims against Defendant Setty. *Id*. at PageID# 1186; 1190].

**MEMORANDUM IN SUPPORT**

I.     **Standard of Review**

The District Judge retains ultimate authority over the case and shall modify or set aside any portion of the Magistrate's order found to be clearly erroneous or contrary to law. *Hall v. Norfolk Southern Ry. Co.*, 469 F.3d 590, 595 (7th Cir. 2006). "The district court need not provide *de novo* review where the objections are frivolous, conclusive or general." *Coverdale v. Conley*, S.D.Ohio No. 1:19-cv-920, 2022 U.S. Dist. LEXIS 58635 (Mar. 30, 2022), (*quoting*, *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). None of the factual findings or legal conclusions found by the Magistrate Judge, as it pertains to granting Defendants' motion for summary and denying Plaintiff's Motion for Summary Judgment, meet those standards.

II.     **The R&R Correctly Applied the Law to the Facts in Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment.**

    A.  **Plaintiff's Motion for Sanctions**

Plaintiff's brings his objections to the R&R suggesting that the Magistrate Judge should have issued sanctions against Defendants for spoliation of surveillance footage that was saved, but unavailable because it is "contrary to law." [Doc. 103; PageID# 1230]. Nothing in Plaintiff's objection explains *why* the Magistrate Judge's analysis is erroneous, making this part of Plaintiff's objections "frivolous, conclusive [and] general." *Coverdale*, *supra*. Moreover, Plaintiff already made a claim for spoliation by filing a motion for sanctions which was denied by the Magistrate Judge. [Docs. 78, 80]. In Plaintiff's motion for summary judgment, he mentions the unavailable video footage again, which was construed by the Magistrate Judge "as a motion by plaintiff for sanctions against defendants for spoliating evidence." [Doc. 98; PageID# 1177]. Nowhere in Plaintiff's motion for summary judgment does he suggest he is renewing his motion for sanctions. In fact, Plaintiff's motion for summary judgment does not mention the word "sanction" or

"spoliation." [Doc. #82]. It is quite clear that because the R&R *construed* Plaintiff's motion for summary judgment as requesting sanctions he laches on to the issue making part of his objection to the R&R <u>without supporting his contention with evidence in the record</u>. Plaintiff's objection to the R&R, in regard to a renewed motion for sanctions, a request he did not make, should be denied as frivolous.

> **B. The Report and Recommendation is not "Contrary to Law" as Plaintiff erroneously confuses the Summary Judgment Standard**

"Plaintiff asserts that he has again overwhelmingly prevailed on the [r]etaliation claim at the initial screening, and [m]otion to [d]ismiss stages in this case and according to Fed. R. Civ. P. 56(a)". [Doc. 103; PageID# 1230]. Plaintiff made a similar argument in his motion for summary judgment. [Doc. 82]. Here, Plaintiff claims that because his complaint passed the initial screening and motion to dismiss stages that his claims meet the standard for summary judgment. Clearly, Plaintiff is confusing the pleading standard with the summary judgment standard making his claim that the R&R is contrary to law erroneous.

At the pleading stage of a case the plaintiff must state a claim that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Pursuant to Fed. R. Civ. P. 56(a), "[t]he court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Here, Plaintiff conflates the two standards, as he did in his motion for summary judgment, and only points to his verified amended complaint as evidence that the R&R is contrary to law. [Doc. 103, PageID# 1231]. Further, Plaintiff makes no new arguments in his objection that support a finding that the R&R in granting Defendants' motion for summary judgment is contrary to law. Therefore, Plaintiff's objections to the R&R should be overruled.

3

III. **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the District Court overrule Plaintiff's Objections to Order Report and Recommendations [Doc. 103]. Defendants further respectfully request that the District Court adopt the R&R granting summary judgment in their favor and dismiss the case.

>Respectfully submitted,
>
>DAVE YOST
>Ohio Attorney General
>
>*/s/**Andrew Gatti***
>ANDREW GATTI (0086854)
>Senior Assistant Attorney General
>Criminal Justice Section
>Corrections Litigation Unit
>30 E. Broad Street, 23rd Floor
>Columbus, Ohio 43215
>(614) 644-7233/F: (855) 665-2568
>Andrew.Gatti@OhioAGO.gov
>
>*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Defendants' Response,* has been electronically filed on December 20, 2024, and served upon Plaintiff via U.S. mail, postage prepaid at the below address.

>Terrance Feaster, #A551-840
>Southern Ohio Correctional Facility
>P.O. Box 45699
>Lucasville, Ohio 45699

>*/s/**Andrew Gatti***
>ANDREW GATTI
>Senior Assistant Attorney General