# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TERRANCE J. FEASTER,** | : | |
| | : | Case No. 1:22-cv-313 |
| **Plaintiff,** | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| **ANNETTE CHAMBERS-SMITH, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS' NOTICE OF APPEARANCE AS CO-COUNSEL

Please take notice that Senior Assistant Attorney General Marcy Vonderwell, hereby enters her notice of appearance as co-counsel on behalf of Defendants Travis Wellman, Carl Justice, Brennan Crank, William Jewell, and Justin Stevenson in the above matter. Senior Assistant Attorney General Andrew Gatti will remain as lead counsel. Effective immediately, copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned at the street address, email address, and telephone numbers set forth below.

Respectfully Submitted,

DAVE YOST
Ohio Attorney General

/s/*Marcy A. Vonderwell*
MARCY VONDERWELL (0078311)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
P: (614) 644-7233/ F: (866) 521-9902
Marcy.Vonderwell@OhioAGO.gov
*Co-Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Defendant's Notice of Appearance as Co-Counsel* has been electronically filed on December 23, 2024, and served upon Plaintiff via U.S. mail, postage prepaid at the below address.

    Terrance Feaster, #A551-840
    Southern Ohio Correctional Facility
    P.O. Box 45699
    Lucasville, OH 45699

    /s/ *Marcy Vonderwell*
    MARCY VONDERWELL (0078311)
    Senior Assistant Attorney General