United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

| | |
|---|---|
| TO: | Judge Douglas R. Cole and Judge Michael R. Barrett |
| FROM: | Benjamin J. Codispoti , Deputy Clerk |
| DATE: | 03/24/2025 |
| SUBJECT: | Case Caption:  Feaster v. Crow et al |
| CASE: | Case Number:  Doc. 1:25-cv-177 1-1 |
| | Judges:  Judge Cole / Magistrate Judge Silvain |
| | File Date:  03/19/2025 |

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Feaster v. Chambers-Smith et al** | | |
| Case Number: | **Doc. 1:22-cv-313 1-3** | District Judge: | **Barrett** |
| File Date: | **06/02/2022** | Magistrate Judge: | **Litkovitz** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator **Benjamin J. Codispoti** as follows:

**Judges' Response:**

☒ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge:

          s/*Michael R. Barrett*
          United States District Judge

          _____
          United States District Judge

Cc:  Courtroom Deputies