UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRANCE J. FEASTER
    Plaintiff,

VS.

ANNETTE CHAMBERS-SMITH, et al.,
    Defendants

Case No. 1:22-cv-313

District Judge Michael R. Barrett
Magistrate Judge Karen L. Litkovitz

## PLAINTIFF'S MOTION FOR MEDIATION

Plaintiff, Terrance J. Feaster, acting in Pro Se Moves the Court For "MOTION FOR MEDIATION" in a "good faith" attempt to resolve any remaining discovery/disclosure issues, possible settlement and or Pretrial Matters on the remaining Claims against defendants B. Crank, T. Wellman, J. Stevenson, C. Justice, and W. Jewell pursuant to S.D. Ohio Civ. R. 16.3(a) and Fed. R. Civ. P. 26(f). "Attorneys For Parties have been Notified"

Respectfully Submitted,

Terrance J. Feaster, Pro Se

## CERTIFICATE FOR SERVICE

I hereby certify that a copy of the foregoing "MOTION FOR MEDIATION" was sent via regular U.S. Mail to Ohio Attorney Generals Office Atty. Andrew T. Gatti at 30 East Broad St., 23rd Floor, Columbus, Ohio 43215 Correction Litigation Unit on this 21st day of April, 2025.

Terrance J. Feaster, Pro Se'
#551840
P.O. Box 45699
Lucasville, OH 45699

Richard W. Nagel  
OFFICE OF THE CLERK  
U.S. Dist. Court  
S.D. of Ohio  
100 E. Fifth St., RM. 103  
Cincinnati, OH 45202

April 21st, 2025

RE: FEASTER v. CHAMBERS-SMITH, et al.,
    (Case No. 1:22-CV-313)

Dear Mr. Nagel,

Enclosed please find Plaintiff's "MOTION FOR MEDIATION" to be filed and entered in the above captioned case.

Respectfully,

Terrance J. Feaster, Pro Se  
#551840  
S.O.C.F.  
P.O. Box 45699  
Lucasville, OH 45699

TERRANCE J. FEASTER # 551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

Sothern Ohio Correctional Facility
Outgoing Inmate Mail
COLUMBUS OH 430
25 APR 2025 PM 4 L

FOREVER / USA

Richard W. Nagel
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 103
CINCINNATI, OHIO 45202

45202-397699

LEGAL MAIL

LEGAL MAIL