UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRANCE J. FEASTER              Case No. 1:22-cv-313
        Plaintiff

                        District Judge M.R. Barrett
vs.

                        Magistrate Judge K.L. Litkovitz
ANNETTE CHAMBERS-SMITH, et al,
        Defendants.

## PLAINTIFF'S MOTION FOR RECONSIDERATION TO APPOINT COUNSEL IN CONNECTION TO (DOC.#8)

PLAINTIFF, Terrance J. Feaster, acting in Pro Se' moves the court for "Reconsideration TO Appoint Counsel in connection to (Doc.#8) arguments, law and attached exhibits therein. As well as Plaintiff's request is made pursuant to 28 U.S.C. 1915(e)(1) with a ripe "DEMAND FOR JURY TRIAL" according to Fed. R. Civ. P. 38(b) and reasons further set forth;

1.) Plaintiff has been "Granted Leave To Proceed In Forma Pauperis" (Doc.#10)

2.) Plaintiff is a witness in this case and wouldn't be able to cross examine himself as a witness and would need Assistance In Subpoena Issuance, Further Discovery, Pretrial Conference, Preparation For Trial

3.) Plaintiff has made efforts to obtain Counsel to no avail.

4.) Plaintiff asserts he has made ample "good faith" efforts at not only resolving this dispute via Settlement Proposals but also requesting Stipulated mediation/ADR via filings (Doc# 109) and by email through POA's Ameer Bell and Tirnara Powe. See Exhibit A: Letter dated 4/7/25 and 6/10/25 "Demand letter" and Exhibit B: Letter dated 6/10/25 "Settlement Proposal" with absolutely no response to date from either attorney.

5.) Plaintiff purports that the death of another prisoner due to the exact conditions plaintiff has established in Injunctions /T.R.O. and filings in all (4) cases, see case No's. 1:22-CV-453, 1:23-CV-98 and 1:25-CV-177, have become the definitive nature of cruel & unusual punishment as the newly implemented Restrictive Housing Practices of the S.O.C.F.'s Current Administration are Sadistically intended to cause emotional distress, mental anguish and death. Which has a growing success rate and well documented by the plaintiff and an inference can be drawn via representation and examination of medical Professional testimony, will assist in the "Trier of Facts" and Plaintiff's claims. WHEREFORE, Plaintiff requests "Appointment of Counsel" at this Juncture in the case be "Granted For Good Cause shown".

Respectfully Submitted,

Terrance J. Feaster, Pro Se'

2

CERTIFICATE FOR SERVICE

I certify that a copy of the foregoing "Motion For Reconsideration To Appoint Counsel" was sent via U.S. Mail to the Ohio Attorney General's Office, Atty. Andrew T. Gatti, at Corrections Litigation Unit, 30 E. Broad ST. 23rd Floor Columbus, Ohio 43215 on this 5th day of July 2025.

Terrance J. Feaster, Pro Se'
#557840
P.O. Box 45699
Lucasville, Oh 45699

Copy

Ohio Attorney Generals Office        April 7th, 2025
Atty. Andrew T. Gatti
Correction Litigation Unit
30 E. Broad St., 23rd Fl.        Exhibit A: "Demand
Columbus, OH 43215                 Letter"

RE: FEASTER v. CHAMBERS-SMITH, et al.,
     (Case No. 1:22-cv-313)

Dear Mr. Gatti,

## "DEMAND LETTER"

As quoted above and in response to the order of the court (Doc.# 107) in the instant case, I am sending this "Demand Letter" seeking redress for the remaining First and Eighth Amendment claims that have survived summary judgment against the remaining defendants named therein. Please relay to your clients that I will promptly seek a trial in this matter unless you notify me by 4/21/2025 via telephone, video, or in person conference that they are willing to attempt to resolve this dispute through mediation. In that case I am willing to meet with a neutral third party agreed to by both parties in a "good-faith" attempt to mutually resolve this dispute without further court action.

Thank you for your immediate attention to this matter.

Sincerely.

Copy

Ohio Attorney Generals Office
Atty. Andrew T. Gatti
Corrections Litigation Unit
30 East Broad St., 23rd Fl.
Columbus, OH 43215

June 10th, 2025

Exhibit B: "Proposal"

RE: "Settlement offer for case no. 1:22-CV-313"
        ( Feaster v. Chambers-Smith, et al.)

Dear Mr. Gatti,

As the plaintiff in the above cited case I first request that
the defendants with all facts, prior knowledge, and a copy of the
December 1st, 2023 "settlement agreement proposal" in conjunction to
this current one, refer back to that document as the leading proposal
and in this instant I merely amend this proposal to proceed on the
claims adopted by the court in it's March 25th, 2025 ruling see.
(Doc. #107) against remaining defendants B. Crank, W. Jewell,
C. Justice, and T. Wellman as well as J. Stevenson for the assault
occurring on 12/3/2021.
  In this Amended Settlement proposal of finality I have lowered
the relief and provisions of compensatory and Punitive damages for
a total sum of $100,000.00, an immediate deduction of the
level 4 status to a level 3 status with expungement of the
falsified rule violations related to this case, which would
then warrant and invoke an immediate transfer to a prison

Page 2 of 3

in a Northern District such as Mansfield (Man.ci), Trumbull
(T.C.I.) or (C.C.A.).

While it is the facts and injuries sustained in this case that
has invited these requests, I again reiterate that I was
not only subjected to extreme cruel and unusual punishment
but the acts by defendants went against the core principles
and Ethiss, and standards of employees contractually obligated by
those authorities expressed in this case as I was not only denied
my right to access legal services and my right to file documents,
to access the courts in a pending criminal appeal. I was then
subjected to retaliation by Defendant B. Crank which is strictly
prohibited and placed in restrictive housing under false allegations
where I was then viciously attacked by the remaining defendants
while cuffed and restrained, with punches to the head, causing
lacerations to the face, bruises, and swelling to the head/face. Then
while cuffed and shackled I was subjected to being dragged backward
until the suicide gown came off leaving me completely naked, exposed
and embarrased to having my head bashed and slammed into the
concrete floor by defendant J. Stevenson, and because the defendants,
in collusion with S.O.C.F. Administrators and ODRC chief legal counsel
affirming the falsified conduct report, use of force investigation, and
refusing to release security footage #666-21 which was used to convict
the plaintiff of these falsified resistent rule violations. After spending
a year in extended restrictive housing the days added to the days
spent in Restrictive housing well over the 30day limit in the same

page 3 of 3

cell with unsanitary conditions which are still present at the S.O.C.F. in numerous areas expressed in (Doc #5). It is clear and evident systemic racism and prejudice which has led to this juncture in the case and at this point the lies, blatant repulsive bigotry that the plaintiff has faced is now evidenced and to appease the court and both parties the plaintiff seeks redress and resolve in the relief stated herein and if the defendants refuse to counter or accept, the plaintiff will seek resolve in his right and demand for a jury trial as this concludes his second "good faith" attempt to expedite resolution in this case, no other attempts will be made by the plaintiff and a trial seems imminent on the remaining claims and defendants. (Subpoena of C.I.I.C.)

Respectfully,

Terrance J. Feaster, Pro Se
#551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

Richard W. Nagel                                    July 5ᵗʰ, 2025
Office of The Clerk
U.S. Dist. Court
S.D. of Ohio
100 E. Fifth ST., RM. 103
Cincinnati, OH 45202

RE: FEASTER V. CHAMBERS-SMITH, et al., (Case No. 1:22-cv-313)

Dear Mr. Nagel,

Enclosed Please find "Plaintiff's Motion For Reconsideration to
Appoint Counsel" to be filed in the above cited case with
attached Exhibits A-B, (Letters To OAG, Atty. Andrew T. Gatti)
                                    "Request For updated Docket Sheet"

Respectfully,

Terrance J. Feaster, Pro Se'
#551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

TERRANCE J. FEASTER
#557840
S.O.C.F.
P.O. BOX 45699
LUCASVILLE, OH 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

COLOMBUS OH 430
11 JUL 2025 PM 4 L

Dog Bite
Awareness

FOREVER / USA

Richard W. Nagel
Office of The Clerk
United States Dist. Court
Southern Dist. of Ohio
100 East Fifth St, RM. 103
Cincinnati, Oh 45202

LEGAL MAIL

45202-397699

LEGAL MAIL