UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRANCE J. FEASTER,
    Plaintiff,

vs.

ANNETTE CHAMBERS-SMITH, *et al.*,
    Defendants.

Case No. 1:22-cv-313
Barrett, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion to appoint counsel. (Doc. 111).[1] The undersigned previously filed a Report and Recommendation, adopted as the Opinion of the Court on March 25, 2025 (Doc. 107-1), that denied plaintiff's motion for summary judgment and partially denied defendants' motion for summary judgment. (Doc. 98). The District Judge has not yet set final pretrial conference or trial dates. (*See* Doc. 66).

Plaintiff represents that defendants have not responded to settlement offers and/or requests for mediation/ADR. (*See* Doc. 111 at PAGEID 1305, 1307-10). Before considering the appointment of counsel for trial purposes, the Court finds it appropriate to first explore both parties' willingness to attempt a mediated settlement. To that end, plaintiff's motion (Doc. 111) is held in abeyance, and on or before **August 5, 2025**:

1. The parties shall file a joint or separate status reports stating whether they are amenable to participating in a court-facilitated mediation.

2. Plaintiff shall indicate in his status report whether he seeks the limited appointment of

---

[1] The motion is actually styled "Motion for Reconsideration to Appoint Counsel in Connection to (Doc. #8)." Plaintiff previously filed two motions to appoint counsel, which were denied. (*See* Docs. 8, 15, 31, and 42).

pro bono counsel to represent him at a court-facilitated mediation.

**IT IS SO ORDERED.**

Date: 7/21/2025

Karen L. Litkovitz
United States Magistrate Judge