# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | |
| | : | Case No. 1:22-cv-313 |
| **Plaintiff,** | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| ANNETTE CHAMBERS-SMITH, et al., | : | |
| | : | |
| **Defendants.** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's July 21, 2025, Order [Doc. 112], the parties met and conferred via teleconference on July 25, 2025. Plaintiff expressed a desire to have a limited appointment of *pro bono* counsel to represent him at a court-facilitated mediation. Further, Defendants are amenable to court-facilitated mediation and do not object to the appointment of *pro bono* counsel for that purpose.

Respectfully Submitted,

DAVE YOST (0056290)
Ohio Attorney General

/s/*Andrew Gatti*
ANDREW GATTI (0086854)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/ (855) 665-2568
Andrew.Gatti@OhioAGO.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Joint Status Report,* has been electronically filed on July 28, 2025, and served upon Plaintiff via U.S. mail, postage prepaid at the below address.

Terrance Feaster, #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, OH 45699

/s/*Andrew Gatti*
ANDREW GATTI
Senior Assistant Attorney General