Richard W. Nagel
OFFICE OF THE CLERK
U.S. Dist. Court
S.D. of Ohio
100 E. Fifth St., RM. 103
Cincinnati, OH 45202

August 1st, 2025

RE: FEASTER V. CHAMBERS-SMITH, et al.,
(Case No.): 22-cv-313)

SCANNED AT SOCF and E-Mailed To USDC OHSD on August 1st 2025 by Amy Boggs
No. of Pgs. 4

Dear Mr. Nagel,

Enclosed, Please find "Plaintiff's Status Report And Appointment of ADR Counsel IN Connection To (Doc's. #111, #112)" to be filed and entered electronically in the above captioned case.

Respectfully submitted,

Terrance J. Feaster, Pro Se'
#551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRANCE J. FEASTER
   Plaintiff,

vs.

ANNETTE CHAMBERS-SMITH, et al.,
   Defendants,

Case No. 1:22-cv-313

District Judge M. R. Barrett

Magistrate Judge K. L. Litkovitz

## PLAINTIFF'S STATUS REPORT AND APPOINTMENT OF ADR COUNSEL IN CONNECTION TO (Doc's #111, #112)

   NOW COMES, Plaintiff acting in Pro Se' seeking limited Appointment of pro bono counsel to represent him at a court-facilitated mediation now amenable to both parties per Telephone conference 7/25/25, 9:00am - 9:30am and "Exhibit A - defendants Notice and Letter of consent dated 7/10/25" pursuant to S.D. Ohio Civ. R. 16.3. (Exhibit A attached).

Moreover, Plaintiff contends that amenable mediation is contingent that on the basis no settlement is concluded, he preserve's his right and "Demand For Jury Trial" pursuant to Fed. R. Civ. P. 38(b)

Respectfully Submitted,

*Terrance J. Feaster*
Terrance J. Feaster, Pro Se'

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Plaintiff's Status Report And Appointment of ADR Counsel in Connection to (Doc's. #111, #112) were electronically filed and sent via regular U.S. mail to OAG, Atty. Andrew T. Gatti at Corrections Litigation Unit, 30 E. Broad St., 23rd Fl., Columbus, OH 43215 on this 1st day of August, 2025.

Terrance J. Feaster, Pro se
#557840
P.O. Box 45699
Lucasville, OH 45699



Criminal Justice Section
Office 614-644-7233
Fax (855) 665-2568

*PLAINTIFF's Exhibit A*

July 10, 2025

Terrance Feaster #A551-840
Southern Ohio Correctional Facility
P.O. Box 45699
1724 OH-728
Lucasville, Ohio 45699

  Re: *Feaster v. Annette Chambers-Smith*
    Case No. 1:22-cv-313

Dear Mr. Feaster:

  My office is in receipt of your letter dated June 10, 2025, where you requested one-hundred thousand dollars ($100,000.00), the expungement of your RIB conviction, a security level change, and transfer to a Northern Ohio Department of Rehabilitation and Corrections facility to resolve this case. I have spoken with my clients, and they declined your offer of settlement with no counter-offer at this time.

  However, my clients are interested in possibly mediating the case with one of the Court's Magistrate Judges. Since you already requested mediation, which the Court declined, I will notice the Court that my clients consent to mediation. I will file the notice within the next two weeks.

            Sincerely,

            DAVE YOST
            Ohio Attorney General

            *Andrew T. Gatti /bcb*

            ANDREW T. GATTI
            Assistant Attorney General

ATG

30 E. Broad Street, 23rd Fl. | Columbus, Ohio | 43215
www.OhioAttorneyGeneral.gov