UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terrance J. Feaster,                    Case No. 1:22-cv-313
    Plaintiff,                           Barrett, J.
                                          Litkovitz, M.J.
    vs.

Annette Chambers-Smith, et al.,
    Defendants.

## AGREEMENT TO LIMITED APPOINTMENT OF ATTORNEY FOR MEDIATION ASSISTANCE

    I, Terrance J. Feaster, as a pro se plaintiff, agree to have the court appoint Attorney Jacqueline C. Greene of Friedman, Gilbert & Gerhardstein, LLC, 35 East 7th Street, Suite 201, Cincinnati, Ohio 45202, telephone number (513) 572-4200, to assist the court in representing me in the above-captioned action solely for the limited purpose of advising me with the court ordered mediation. I recognize that attorney Jacqueline C. Greene and Friedman, Gilbert & Gerhardstein, LLC have accepted this engagement on a pro bono basis at the request of the court and I shall not be responsible for payment of my attorney's fees and costs. Although representation at the mediation shall include the protections of attorney-client privilege, I am not engaging attorney Jacqueline C. Greene and Friedman, Gilbert & Gerhardstein, LLC and have no attorney-client relationship beyond the court ordered mediation. Attorney Jacqueline C. Greene shall not be obligated to conduct any discovery or prepare or respond to any motions, and shall not be responsible for the trial of this case. His advising me ends upon completion of the mediation or any necessary follow up thereto.

    I hereby acknowledge that I have read, understand and agree to the terms of this limited appointment of Attorney Jacqueline C. Greene for mediation assistance.

    Dated this ___19th___ day of September, 2025.

                                                       _/s/ Terrance J. Feaster_
                                                       Terrance J. Feaster
                                                       Pro Se Plaintiff

United States District Court
Southern District Of Ohio
Potter Stewart Courthouse
Room 716
100 East Fifth Street
Cincinnati, Ohio 45202

Chambers of Karen L. Litkovitz
United States Magistrate Judge

September 19th, 2025

RE: Feaster v. Chambers-smith, et al., Case No. 1:22-cv-313

Dear Honorable Judge K. L. Litkovitz,

    Enclosed please find "Agreement To Limited Appointment Of Attorney For Mediation Assistance" amenable to I, Terrance J. Feaster Pro Se' plaintiff in the above-captioned Action. The Agreement has been signed and dated acknowledging my willingness to have court appointed Attorney Jacqueline C. Greene represent me in the form of assisting and advising me in this action as to the Mediation mentioned as to the agreement attached.

Sincerely,

Terrance J. Feaster, Pro Se'
#551840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

TERRANCE J. FEASTER
#587840
S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

LEGAL MAIL

Southern Ohio Correctional Facility
Outgoing Inmate Mail
COLUMBUS OH 430
23 SEP 2025 PM 2 L

Karen L. Litkovitz
U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH ST., RM. 710
CINCINNATI, OHIO 45202

45202-352731

LEGAL MAIL