# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Terrance J. Feaster,  
    Plaintiff,

vs.

Annette Chambers-Smith, et al.,  
    Defendants.

Case No. 1:22-cv-313  
Barrett, J.  
Litkovitz, M.J.

**<u>ORDER APPOINTING
PRO BONO COUNSEL IN
MEDIATION PROCEEDING</u>**

    On September 19, 2025, pro se plaintiff Terrance J. Feaster signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance."  The court will now appoint Attorney Jacqueline C. Greene of Friedman, Gilbert & Gerhardstein, LLC to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation.  Attorney Jacqueline C. Greene is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case.  Upon the conclusion of the mediation, her representation of plaintiff Terrance J. Feaster will end.  Accordingly,

    **NOW, THEREFORE, IT IS ORDERED** that Attorney Jacqueline C. Greene of Friedman, Gilbert & Gerhardstein, LLC, 35 East 7th Street, Suite 201, Cincinnati, Ohio 45202 be and hereby is **appointed** to pro bono representation of pro se plaintiff Terrance J. Feaster for mediation purposes only in this action.

    **IT IS FURTHER ORDERED** that this proceeding be and hereby is **transferred** to United States Magistrate Judge Stephanie K. Bowman for mediation and the parties shall appear at such time as she shall designate.

    **IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, Magistrate Judge Bowman will advise the district court judge whether mediation has been successful and will not otherwise reveal any information concerning the action.

**IT IS SO ORDERED.**

Date: **Oct 8, 2025**

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge