# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERRANCE J. FEASTER, <br>     Plaintiff, | Case No. 1:22-cv-313 <br> Barrett, J. <br> Litkovitz, M.J. |
| vs. | |
| ANNETTE CHAMBERS-SMITH, *et al.*, <br>     Defendants. | **ORDER** |

This matter is before the Court on plaintiff's motion to appoint counsel (Doc. 111)[1] and the Court's related Order (Doc. 112). In response to that Order, the parties have indicated to the Court their agreement to participate in a court-facilitated mediation prior to trial (*see* Docs. 113-15) with the assistance of pro bono counsel for plaintiff (Jacqueline C. Greene of Friedman, Gilbert & Gerhardstein, LLC). Ms. Greene is engaged solely for this mediation, which will be held on January 21, 2026 at 10:00 a.m. before Magistrate Judge Stephanie K. Bowman. (*See* Docs. 116-17). Consistent with this limited appointment of counsel, plaintiff's motion (Doc. 111) is **GRANTED** in part (*see* Doc. 117) and otherwise **DENIED**. If mediation is unsuccessful, plaintiff may renew his motion prior to trial. *See Harrison v. Diamond Pharmacy Servs.*, 707 F. Supp. 3d 718, 728 (W.D. Ky. 2023) (holding that the plaintiff demonstrated exceptional circumstances but suggesting that "[t]he best reading of § 1915(e) and Sixth Circuit precedent . . . authorizes the Court's decision to appoint counsel regardless of any exceptional circumstances").

    **IT IS SO ORDERED**.

Date: 10/14/2025

                                                       Karen L. Litkovitz
                                                       United States Magistrate Judge

---

[1] The motion is actually styled "Motion for Reconsideration to Appoint Counsel in Connection to (Doc. #8)." Plaintiff previously filed two motions to appoint counsel, which were denied. (*See* Docs. 8, 15, 31, and 42).